# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

June 18, 2007

**Via Hand Delivery & E-File**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE  19801

    Re:    *Homsey, et al. v. Vigilant Insurance Company*
            C.A. No. 07-338 (JJF)

Dear Judge Farnan:

    Pursuant to Delaware Local District Court Civil Rule 81.2, the parties in the above-referenced case hereby submit this statement identifying all pending matters as follows:

    Defendant's Partial Motion to Dismiss Based Upon Insufficiency of Count III (Bad Faith) and Count IV (Consumer Fraud) [D.I. 3]

    Counsel are available to speak with the Court by telephone conference should the Court require additional details.

Respectfully,

*/s/ Denise Seastone Kraft*

Denise Seastone Kraft (Bar No. 2778)

DSK:rrj

cc:    John Sheehan Spadaro, Esq.

WLM_509413_1.DOC/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON