IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY,<br><br>    Plaintiffs,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-338JJF<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER REGARDING THE BRIEFING
OF DEFENDANT'S PARTIAL MOTION TO DISMISS**

Plaintiffs Coleman DuPont Homsey and Ellen Homsey (the "Homseys") (on the one hand) and defendant Vigilant Insurance Company ("Vigilant") (on the other) hereby stipulate and agree that the Homseys' answering brief in opposition to Vigilant's partial motion to dismiss (D.I. 4) shall be filed and served no later than June 28, 2007.

| JOHN SHEEHAN SPADARO, LLC | EDWARDS ANGELL PALMER & DODGE LLP |
|---|---|
| /s/ John S. Spadaro | /s/ Denise S. Kraft |
| John S. Spadaro, No. 3155 | Denise Seastone Kraft, No. 2778 |
| 724 Yorklyn Road, Suite 375 | 919 North Market Street |
| Hockessin, DE 19707 | Wilmington, DE 19801 |
| (302)235-7745 | (302)425-7106 |
| | |
| Attorney for plaintiffs Coleman DuPont Homsey and Ellen Homsey | Attorneys for defendant Vigilant Insurance Company |

SO ORDERED this _____ day of _____, 2007.

_____
The Hon. Joseph J. Farnan, Jr., U.S.D.J.

1429

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, <br><br> Plaintiffs, <br><br> v. <br><br> VIGILANT INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-338JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Coleman DuPont
Homsey and Ellen Homsey

June 26, 2007

1432