IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     C.A. No. 07-338JJF<br>)<br>) |
| VIGILANT INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

      I hereby certify that on this date, I electronically filed this Notice of Service with respect to the Homsey Plaintiffs' First Set of Interrogatories with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    Denise Seastone Kraft
    Edwards Angell Palmer & Dodge LLP
    919 North Market Street
    Wilmington, DE 19801

      In addition, I certify that the document itself was served by FedEx at the address shown.

                                    JOHN SHEEHAN SPADARO, LLC
                                    /s/ John S. Spadaro
                                    John S. Spadaro, No. 3155
                                    724 Yorklyn Road, Suite 375
                                    Hockessin, DE 19707
                                    (302)235-7745

July 19, 2007                            Attorney for Coleman DuPont
                                    Homsey and Ellen Homsey

1462