```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

COLEMAN DUPONT HOMSEY and    :
ELLEN HOMSEY,                :
                             :
          Plaintiffs,        :
                             :
     v.                      :   Civil Action No. 07-338-JJF
                             :
VIGILANT INSURANCE COMPANY,  :
                             :
          Defendant.         :

## O R D E R

At Wilmington, this 31 day of July 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion To Dismiss Plaintiffs' Complaint Based Upon Insufficiency Of Count III (Bad Faith) And Count IV (Consumer Fraud) (D.I. 3) filed by Defendant, Vigilant Insurance Company ("Vigilant") is **DENIED**.

2. A Scheduling Teleconference will be held on **Wednesday, August 22, 2007 at 1:15 p.m.** Plaintiffs shall initiate the call.

3. A proposed Scheduling Order shall be submitted by the parties no later than 4:30 p.m. on **Tuesday, August 21, 2007.**

                                    /s/ Joseph J. Farnan
                              _____
                              UNITED STATES DISTRICT JUDGE