IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | : : : | |
| Plaintiff, | : : | Civil Action No. 07-338-JJF |
| v. | : : | |
| VIGILANT INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 20th day of August, 2007, the undersigned counsel for Defendant, Vigilant Insurance Company, caused copies of the following to be served upon the counsel listed below in the manner indicated:

1. Defendant's Response To Plaintiffs' First Set Of Interrogatories And Request For Production; and

2. Defendants' Privilege Log For Its Responses And Objections To Plaintiff's First Set Of Interrogatories And Request For Production.

**BY HAND**

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE 19707

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Denise Seastone Kraft*
_____
Denise Seastone Kraft (#2778)
919 North Market Street
Wilmington, DE 19801
(302) 777-7770
dkraft@eapdlaw.com

August 20, 2007

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 20th day of August, 2007, I caused true and correct copies of the following to be served on the parties below in the manner indicated:

1. Defendant's Response To Plaintiffs' First Set Of Interrogatories And Request For Production; and

2. Defendants' Privilege Log For Its Responses And Objections To Plaintiff's First Set Of Interrogatories And Request For Production.

### BY HAND

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE 19707
Fax: (302) 235-2536

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)