IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-338JJF ) ) |
| VIGILANT INSURANCE COMPANY, | ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the Homsey Plaintiffs' Initial Disclosures with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

In addition, I certify that the document itself was served by hand delivery at the address shown.

                                                          JOHN SHEEHAN SPADARO, LLC
                                                         /s/ John S. Spadaro
                                                         John S. Spadaro, No. 3155
                                                         724 Yorklyn Road, Suite 375
                                                         Hockessin, DE 19707
                                                         (302)235-7745

August 22, 2007                                   Attorney for plaintiffs Coleman DuPont
                                                         Homsey and Ellen Homsey