## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-338 (JJF) |
| v. | ) ) | |
| VIGILANT INSURANCE COMPANY, | ) ) | NON-ARBITRATION CASE TRIAL BY JURY DEMANDED |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on this 31st day of August, 2007, I caused true and correct copies of **Defendant's Initial Disclosures Pursuant To Rule 26(a)(1)** to be served on the following counsel of record in the manner indicated:

**Via Facsimile & U.S. First Class Mail**

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE 19707
Phone: (302) 235-7745
Fax:    (302) 235-2536

                                                      */s/ Denise Seastone Kraft*
                                                      Denise Seastone Kraft (No. 2778)

**CERTIFICATE OF SERVICE**

I, Denise Seastone Kraft, hereby certify that on this 31st day of August, 2007, I caused a copy of the foregoing **Notice of Service** to be served on the following counsel of record in the manner indicated:

**Via Facsimile & U.S. First Class Mail**

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE  19707
Phone: (302) 235-7745
Fax:    (302) 235-2536

                                                 */s/ Denise Seastone Kraft*
                                                 Denise Seastone Kraft (No. 2778)