IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) |
| Plaintiffs, | ) C.A. No. 07-338 (JJF) ) |
| v. | ) ) |
| VIGILANT INSURANCE COMPANY, | ) NON-ARBITRATION CASE ) TRIAL BY JURY DEMANDED ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on this 1st day of October, 2007, I caused true and correct copies of *Defendant's First Set Of Interrogatories And Requests For Production Addressed To The Plaintiffs* to be served on the following counsel of record in the manner indicated:

### VIA FACSIMILE and U.S. FIRST-CLASS MAIL

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE 19707
Phone: (302) 235-7745
Fax:   (302) 235-2536

                  EDWARDS ANGELL PALMER & DODGE LLP

                  */s/ Denise Seastone Kraft*

                  Denise Seastone Kraft (#2778)
                  919 North Market Street, 15th Floor
                  Wilmington, DE 19801
                  (302) 777-7770
                  (302) 777-7263
                  dkraft@eapdlaw.com
                    *Attorney for Defendant*
                    *Vigilant Insurance Company*

Dated: October 1, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I, Denise Seastone Kraft, hereby certify that on this 1st day of October, 2007, the attached ***NOTICE OF SERVICE*** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

<u>**VIA FACSIMILE and U.S. FIRST-CLASS MAIL**</u>

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE  19707
Phone: (302) 235-7745
Fax:    (302) 235-2536


*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
dkraft@eapdlaw.com