IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, <br><br> Plaintiffs, <br><br> v. <br><br> VIGILANT INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-338JJF |

## STIPULATION AND ORDER REGARDING RECIPROCAL TWO-PAGE ENLARGEMENT OF PAGE LIMITS ON HOMSEY PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs Coleman DuPont Homsey and Ellen Homsey (the "Homseys") (on the one hand) and defendant Vigilant Insurance Company ("Vigilant") (on the other) hereby stipulate and agree that:

1. The Homseys' Motion for Protective Order, to be filed on or about November 5, 2007, may exceed the applicable four-page limit by two (2) pages.

2. Vigilant's opposition to the Homseys' Motion for Protective Order may likewise exceed the applicable four-page limit by two (2) pages.

| | |
|---|---|
| JOHN SHEEHAN SPADARO, LLC | EDWARDS ANGELL PALMER & DODGE LLP |
| /s/ John S. Spadaro <br> John S. Spadaro, No. 3155 <br> 724 Yorklyn Road, Suite 375 <br> Hockessin, DE 19707 <br> (302)235-7745 | /s/ Denise Seastone Kraft <br> Denise Seastone Kraft, No. 2778 <br> Joseph B. Cicero, No. 4388 <br> 919 North Market Street <br> Wilmington, DE 19801 <br> (302)425-7106 |
| Attorney for plaintiffs Coleman DuPont Homsey and Ellen Homsey | Attorneys for defendant Vigilant Insurance Company |

2

SO ORDERED this _____ day of _____, 2007.

_____
The Hon. Joseph J. Farnan, Jr., U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY,<br><br>          Plaintiffs,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-338JJF<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

JOHN SHEEHAN SPADARO, LLC
/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Coleman DuPont
Homsey and Ellen Homsey

November 2, 2007

1496