IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY,<br><br>   Plaintiffs,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-338JJF<br>)<br>)<br>)<br>)<br>) |

**STATEMENT REQUIRED TO BE FILED UNDER D. DEL. LR 7.1.1**

Pursuant to D. Del. LR 7.1.1, the undersigned counsel states that he made a reasonable effort to reach agreement with Vigilant's attorneys on the subject matter of the accompanying motion for protective order. Specifically, counsel wrote to Vigilant's attorneys by e-mail on October 4, 2007 and October 10, 2007, asking Vigilant to "withdraw and reshape" its discovery to avoid dispute. By e-mail dated October 12, 2007, Vigilant rejected plaintiffs' proposal.

                 Respectfully submitted,

                 /s/ John S. Spadaro
                 John S. Spadaro, No. 3155
                 John Sheehan Spadaro, LLC
                 724 Yorklyn Road, Suite 375
                 Hockessin, DE 19707
                 (302)235-7745

November 5, 2007            Attorney for plaintiffs Coleman
                      DuPont Homsey and Ellen Homsey

1599

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, <br><br> Plaintiffs, <br><br> v. <br><br> VIGILANT INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-338JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

In addition, I certify that the document itself was served by U.S. Mail at the address shown.

JOHN SHEEHAN SPADARO, LLC
/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Coleman DuPont
Homsey and Ellen Homsey

November 5, 2007

1600