## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and<br>ELLEN HOMSEY,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　C.A. No. 07-338JJF<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the Homsey Plaintiffs' Responses

to Vigilant's Requests for Production of Documents with the Clerk of the Court using CM/ECF

which will send notification of such filing(s) to the following:

> Denise Seastone Kraft
> Edwards Angell Palmer & Dodge LLP
> 919 North Market Street
> Wilmington, DE 19801

In addition, I certify that the document itself was served by U.S. Mail at the address

shown.

JOHN SHEEHAN SPADARO, LLC
/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for plaintiffs Coleman DuPont

November 9, 2007　　　　　　　　　　Homsey and Ellen Homsey

1616