IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY,<br><br>                Plaintiffs,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-338JJF<br>)<br>)<br>)<br>)<br>) |

## HOMSEY PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE NUMBER OF LOSSES AND THEFTS

Plaintiffs Coleman DuPont Homsey and Ellen Homsey respectfully move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment to this effect: that Vigilant's contractual promise of "Credit cards, forgery, and counterfeiting" coverage requires it to pay up to $10,000 for each theft of a credit card or card number, and each forged check. The grounds for this motion are set forth in the accompanying opening brief.

                                                      Respectfully submitted,

                                                      /s/ John S. Spadaro
                                                      John S. Spadaro, No. 3155
                                                      John Sheehan Spadaro, LLC
                                                      724 Yorklyn Road, Suite 375
                                                      Hockessin, DE 19707
                                                      (302)235-7745

December 5, 2007                                     Attorney for plaintiffs Coleman
                                                                   DuPont Homsey and Ellen Homsey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, <br><br> Plaintiffs, <br><br> v. <br><br> VIGILANT INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 07-338JJF ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

In addition, I certify that the document itself was served by U.S. Mail at the address shown.

JOHN SHEEHAN SPADARO, LLC
/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Coleman DuPont
Homsey and Ellen Homsey

December 5, 2007