# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-338JJF |
| v. | ) ) | |
| VIGILANT INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

**APPENDIX TO HOMSEY PLAINTIFFS' OPENING BRIEF
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
ON THE NUMBER OF LOSSES AND THEFTS**

John S. Spadaro, No. 3155
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

December 5, 2007

Attorney for plaintiffs Coleman
DuPont Homsey and Ellen Homsey

1650

## TABLE OF CONTENTS

**Document**                                                                 **Page**

Chubb Masterpiece Policy with Certification of Authenticity ......................................A1

December 29, 2005 letter from John S. Spadaro to
Weymouth & Smith.................................................................................................A98

February 28, 2006 letter from John S. Spadaro to
Philip B. Weymouth, Jr. .......................................................................................A119

December 4, 2006 letter from Christopher T. Evans to
Murphy Spadaro & Landon....................................................................................A201



# CHUBB GROUP OF INSURANCE COMPANIES

202 Hall's Mill Road, Whitehouse Station, New Jersey 08889-1600

May 22, 2007

Attn: Lana Staponski

Policy: 12680929-01

Insured: Coleman Dupont Homsey

Writing Co: Vigilant Insurance Company

I certify that the above mentioned, enclosed policy is a true and accurate copy.

Yours truly,
Chubb & Son
A Division of Federal Insurance Company

By: *Theresa R. Zarrello*

Theresa R. Zarrello
Personal Lines Service Branch

A1

# *Masterpiece*®



**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

**Effective Date** 2/5/04
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/04 to 2/5/05

. **If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE 19807
302-655-6323

To Our Valued Customer:

Chubb understands what you expect when it comes to insurance - coverage that suits your lifestyle, a policy that gives you choices and no hassles if you have to report a claim. In fact, when it comes to insuring your property and possessions, we offer coverage and service beyond your expectations.

As part of our service commitment, we are proud to offer our web site, www.chubb.com/personal, that allows you to pay your bills online, while giving you secure online access to your policy, bill and claim information.*

To take advantage of our online services, you will first need to establish an account and register your policies online. The process is easy. Simply go to www.chubb.com/personal and select "Register here". Establish your account by creating a user ID and password and agreeing to the terms and conditions of the site.

Next, register your policies on the site by selecting "Add a Policy" and entering the requested information. For security reasons, you MUST have a copy of a recent bill or a current policy, as you will need details from these documents to register each of your policies. Also, you will need the four-digit customer code referenced below. KEEP THIS LETTER IN A SAFE PLACE UNTIL YOU REGISTER.

**Customer Code:**      1352

Once your policies are registered, you can access your policy, bill and claim information each time you visit the site simply by logging in with your user ID and password. Chubb utilizes security and encryption technology to ensure the privacy of your online information.

If you need assistance with registration, please contact Chubb's Customer Care Team toll-free at 1-866-324-8222 from 8 a.m. to 8 p.m. EST, Monday through Friday. If you have questions or concerns about your coverage, your agent or broker is your best source of advice and guidance.

Thank you for insuring through Chubb.

*Mary Ann Avnet*

Mary Ann Avnet
Customer Relations Manager
Chubb Personal Insurance

*Availability of policy, bill, and claims information is subject to certain system limitations. Not all information is available for all states.

Chubb refers to the insurers of the Chubb Group of Insurance Companies.

A2

# *Masterpiece*®     *Premium Summary*



COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page  1
Effective Date 2/5/04
Policy no. 12680929-01
Policy period 2/5/04 to 2/5/05
Producer name WEYMOUTH & SMITH INSURANCE, INC.

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

| | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT<br>466 SNUFF MILL LANE<br>HOCKESSIN, DE | HOME, CONTENTS,<br>LIABILITY | $  1,886.00 |
| **Total Premium** | | | $  1,886.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

A3

# *Masterpiece*®



## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect**. At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

### Chubb's Privacy Policy

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

### "Opt Out" Option

The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

**DEF004**

A4

continued on the

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

# *Masterpiece*®

## Coverage Summary



CHUBB

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective date 2/5/04
Policy no. 12680929-01
Issued by Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 2/5/04 to 2/5/05

If you have any questions, please contact
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE 19807
302-655-6323

This Coverage Summary is part of your policy. PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | $600,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $400,000 STANDARD COVERAGE<br><br>REPLACEMENT COST |

The base deductible for each occurrence is $7,500. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

## Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 466 SNUFF MILL LANE, HOCKESSIN, DE. This amount of coverage for mold remediation expenses cannot be increased except upon a renewal of this policy, subject to underwriting acceptance.

A6

**Coverage Summary**

Page  2
Effective date 2/5/04
Policy no. 12680929-01
Name  COLEMAN DUPONT HOMSEY

---

## *Liability*

Amount of liability coverage: **$300,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

---

| Home | HOUSE AT | PERSONAL LIABILITY |
|------|----------|-------------------|
|      | 466 SNUFF MILL LANE |  |
|      | HOCKESSIN, DE |  |

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

—————————————————
Authorized representative

A7

# *Masterpiece*®    *Table of Contents*    CHUBB

**Name and address of insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE  19707

**Effective date**  2/5/04
**Policy no.**  12680929-01
**Issued by**  Vigilant Insurance Company
a stock insurance company
incorporated in  New York
**Policy period**  2/5/04  to  2/5/05

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 09/03 | DEL | B-1 |
| Standard Contents Coverage | 04/03 | DEL | D-1 |
| Personal Liability Coverage | 12/03 | DEL | T-1 |
| Policy Terms | 09/03 | DEL | Y-1 |
| Policy Information Notice | 04/03 | DEL | |

A8

D E F 0 0 8

# *Masterpiece*®

**Introduction**



This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

A9

**D E F 0 0 9**

# *Masterpiece*®  ·  Deluxe House Coverage



This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your house unless stated otherwise or an exclusion applies.

"House" means the main one-family or two-family dwelling at each Delaware location with Deluxe House Coverage shown in the Coverage Summary.

## Payment for a Loss

### Amount of coverage
The amount of coverage for each house for each occurrence is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for your house will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

To help you and us agree on the appropriate amount of coverage, we may, but are not obligated to, conduct appraisals of your house and also make periodic adjustments to the amount of coverage. To maintain an appropriate amount of coverage, it is your duty to advise us of additions, alterations or renovations to your house.

### Deductibles
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

**Vacant house deductible.** In lieu of the base deductible, a 5% vacant house special deductible applies to each occurrence if your house has been substantially empty of furnishings and contents for more than 30 consecutive days at the time of a covered loss, and you did not notify us it would be vacant. This deductible applies to your house, contents and extra coverages. The dollar amount of this deductible is equal to 5% of the amount of coverage for the house at the time of a covered loss. If your house coverage amount is increased because of extended replacement cost, the deductible will be based on the increased amount. However, if any other special deductible applies and the dollar amount of that special deductible is greater than the dollar amount of the vacant house special deductible, the greater special deductible applies. If the dollar amount of the base deductible is greater than the dollar amount of the applicable special deductible, the dollar amount of that special deductible is increased to the dollar amount of the base deductible.

### Payment basis
Your Coverage Summary indicates the payment basis for each house.

"Reconstruction cost" means the lesser of the amount required at the time of loss to repair, replace or rebuild, at the same location, your house or any other permanent structure, using like design, and materials and workmanship of comparable kind and quality.

"Reconstruction cost" does not include any amount required for:
- the excavation, replacement or stabilization of land under or around your house or any other permanent structure;
- conforming to any law or ordinance that regulates the repair, replacement, rebuilding or demolition of your house or any other permanent structure; or
- removing the debris of a covered loss or the property that caused a covered loss.

A10

**D E F 0 1 0**

**Deluxe House
Coverage**

---

### Payment for a Loss
(continued)

**Extended replacement cost.** If the payment basis is extended replacement cost, we will pay the reconstruction cost even if this amount is greater than the amount of coverage shown in your policy.

Extended replacement cost is provided on the condition that you maintain at least the amount of coverage for your house as previously agreed to, including any adjustments by us based on appraisals, revaluations and annual adjustments for inflation.

This payment basis is subject to the following limitations:
- If you have a covered partial loss to your house or other permanent structure and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, we will only pay the reconstruction cost, less depreciation.
- If you do not repair, replace, or rebuild your house or other permanent structure at the same location, the payment basis will be verified replacement cost.
- If at any time during any policy period of this coverage:
  - you are newly constructing your house or an other permanent structure; or
  - you are constructing additions, alterations, or renovations to your house or an other permanent structure that results in your living out of the house during any part of the construction,
  your payment basis for your house or other permanent structures will be conditional replacement cost. Conditional replacement cost will remain your payment basis until construction is completed and you and we agree on the appropriate amount of coverage for your house or other permanent structures.
    **Your duty:** To reduce the possibility of being underinsured, you must notify your agent or broker at the beginning of construction so that the amount of coverage for your house or other permanent structures can be adjusted to reflect the proper reconstruction cost.
- If you cannot repair, replace or rebuild your house because your primary mortgagee or its assignees has recalled your mortgage, we will pay up to the amount of coverage shown in the Coverage Summary for your house, minus what is due to the mortgagee.

**Verified replacement cost.** If the payment basis is verified replacement cost, we will pay the reconstruction cost of:
- your house up to the amount of coverage shown in the Coverage Summary; and
- other permanent structures up to the amount of coverage for other permanent structures, whether or not you actually repair, replace or rebuild.

Verified replacement cost is provided on the condition that you maintain at least 90% of the full amount of coverage we recommend for your house, including any adjustments by us based on appraisals, revaluations and annual adjustments for inflation.

If you have a covered partial loss to your house or an other permanent structure, and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, we will only pay the reconstruction cost less depreciation.

A11

**DEF011**

**Deluxe House
Coverage**



## Payment for a Loss
(continued)

**Conditional replacement cost.** If the payment basis is conditional replacement cost, our payment will be the greater of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary, by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

If you have a covered partial loss to your house or an other permanent structure, and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, our payment will be the lesser of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

## Deluxe House Coverage

In Deluxe House Coverage, a "covered loss" includes **all risk** of physical loss to your house or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

## Extra Coverages

In addition to covering the physical loss to your house, we also provide many related coverages. These payments are in addition to the amount of coverage for your house unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in **Exclusions**.

A12

**DEF012**

---

## Extra Coverages
(continued)

### Homeowner assessments
We cover your share of an assessment charged against all homeowners in your homeowners association. But the assessment must be a result of a loss that would be covered under this policy to property owned collectively by all homeowners, or of liability that would be covered under this policy. We will not pay homeowners assessments caused by earthquake even if earthquake coverage is shown in your Coverage Summary for that location. But we do insure ensuing covered loss due to fire, explosion, theft or glass breakage unless an exclusion applies.

We will pay up to $50,000 for any one loss, regardless of the number of assessments. But we will not pay more than $1,000 in any one loss for assessments that result from a deductible in your homeowners association's insurance.

There is no deductible for this coverage.

### Other permanent structures
We cover other permanent structures on the grounds of your house. For each occurrence, we will pay up to a total of 20% of the amount of house coverage for the location at which a covered loss to these structures occurs, plus any additional amount of coverage shown in the Coverage Summary for "other permanent structures" at this location. The same payment basis applies to other permanent structures as to the house itself.

### Additional living expenses
As described below, under certain conditions when your house cannot be lived in because of a covered loss to your house or, if applicable, your contents, we provide coverage for additional living expenses which consists of extra living expenses, loss of fair rental value and forced evacuation expenses. There is no deductible for this coverage.

**Extra living expenses.** If your house cannot be lived in because of a covered loss to your house or, if applicable, your contents, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living. We cover this increase for the reasonable amount of time required to repair, replace or rebuild your house or, your contents, or if you permanently relocate, the shortest amount of time required for your household to settle elsewhere. This period of time is not limited by the expiration of this policy.

**Fair rental value.** If part of your house which you usually rent to others cannot be lived in because of a covered loss to your house or, if applicable, your contents, we cover its fair rental value for the reasonable amount of time required to repair, replace or rebuild the part of your house or your contents rented or held for rental, during the period of time it is usually rented. This period of time is not limited by the expiration of this policy.

**Forced evacuation expenses.** If your house cannot be lived in because a civil authority prohibits you from using it, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living. We also cover any loss in fair rental value if your house is usually held for rental, but we do not cover any loss of rents due to cancellation of a lease or agreement. The prohibition must be a direct result of a loss to neighboring premises that would be a covered loss under this policy. We cover these forced evacuation expenses for up to 30 days, even if the policy period ends during that time.

**D E F 0 1 3**



## Deluxe House Coverage

## Extra Coverages
(continued)

"Contents" means personal property you or a family member owns or possesses covered by us.

### Land
Whenever there is a covered loss to your house or other permanent structure and the related repair or rebuilding requires excavation, replacement, or stabilization of land under or around your house or other permanent structure, we will also pay up to 10% of the amount of the covered loss to your house or other permanent structure for the excavation, replacement, or stabilization of the land.

### Landscaping
We cover trees, shrubs, plants, and lawns at your house against certain kinds of perils. These are fire, lightning, explosion, civil disturbance, vandalism, malicious mischief, theft, and loss caused by a vehicle or aircraft.

We will pay up to a total of 5% of the amount of coverage for the house at which the loss occurs, but not more than $1,000 for any one tree, shrub, or plant. If your payment basis is extended replacement cost, the 5% is applied to the increased amount of coverage.

This extra coverage applies only if you begin to repair or replace the lost or damaged property within 180 days of the date of loss.

### Tree removal
Unless covered elsewhere under this policy, we will pay the reasonable expenses you incur up to a total of $1,000 for each occurrence to remove trees fallen due to wind, hail, sleet or the weight of ice or snow. These payments apply only to fallen trees at a location shown in the Coverage Summary.

### Fire department charges
If a fire department is called to protect your house or its grounds against a covered loss, we will pay up to $1,000 for any charges imposed by law or assumed by written agreement. There is no deductible for this coverage.

### Lock replacement
If the keys to your house are lost or stolen, we will pay the cost of replacing the locks, up to $500. But you must notify us in writing within 72 hours of discovering the loss. There is no deductible for this coverage.

### Debris removal
We cover the reasonable expenses you incur to remove debris of a covered loss and of the property that caused a covered loss.

### Temporary precautionary repairs
After a covered loss, we cover the reasonable expenses you incur for necessary temporary precautionary repairs made solely to protect your house or other permanent structure against further covered damage. These payments do not increase the amount of coverage for your house or other permanent structures.

**DEF014**

A14

## Extra Coverages
(continued)

### Construction materials
We cover the materials and supplies owned by you on the grounds of your house for use in the construction, alteration, and repair of your house or other permanent structures. These payments apply only to a covered loss, and they do not increase the amount of coverage for your house or other permanent structures.

### Rebuilding to code
After a covered loss, we cover the cost of conforming to any law or ordinance that regulates the repair, replacement, rebuilding or demolition of your house or other permanent structure made necessary by the covered loss.

This coverage does not apply unless you repair, replace, or rebuild your house or other permanent structure at the same location.

### Mine subsidence
We cover your house and other permanent structures on the grounds of your house against direct loss caused by mine subsidence.

Mine subsidence means loss caused by lateral or vertical movement of a man-made underground mine or underground mine related excavations including any resulting collapse of your house or other permanent structures on the grounds of your house, including but not limited to coal, clay, limestone, and fluorspar mines. Mine subsidence does not mean loss caused by collapse of storm and sewer drains, and rapid transit tunnels.

The amount of coverage is limited to the amount shown in the Coverage Summary.

The exclusions of loss caused by structural movement, and earth movement in this policy do not apply to mine subsidence.

### Mold remediation expenses
We provide coverage for mold remediation expenses you incur, made necessary by a covered water damage loss to your house, other permanent structure, or to contents if contents coverage is provided under this policy. For each occurrence, we will pay up to a total of $10,000, plus any additional amount of coverage shown in the Coverage Summary for mold remediation expenses at this location. This coverage applies only to the portion of the house, other permanent structure or contents, which directly sustained the covered water damage loss. These payments do not increase the amount of coverage for your house, other permanent structures, or contents.

"Mold remediation" means the reasonable and necessary costs not otherwise covered for:
- testing the indoor air quality for mold;
- testing the surfaces and materials of your house, other permanent structure or contents for mold;
- developing a mold remediation plan; and

D E F 0 1 5

**Deluxe House
Coverage**

CHUBB

## Extra Coverages
(continued)

- implementing a mold remediation plan including the clean up, removal, containment, treatment, or disposal of mold.

  "Mold remediation" also means the reasonable and necessary costs, including the increased cost, not otherwise covered for:
- removing debris solely due to mold; and
- repairing or replacing covered property damaged or removed solely due to mold.

We also provide coverage for temporary relocation expenses you incur, made necessary by mold remediation. For each occurrence, we will pay up to 20% of the total amount of mold remediation expense coverage. There is no deductible for temporary relocation expenses.

"Temporary relocation expenses" means:
- the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living for the reasonable amount of time required to complete mold remediation; and
- the fair rental value of that part of your house rented or held for rental, for the reasonable amount of time required to complete mold remediation, during the period of time it is usually rented.

"Contents" means personal property you or a family member owns or possesses covered by us.

"Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

We will not make any additional payments for mold remediation expenses or temporary relocation expenses under any other Extra Coverage. The amount of coverage for mold remediation expenses and temporary relocation expenses is the most we will pay for the sum of all mold remediation expenses and temporary relocation expenses, regardless of the number of covered water damage losses that occur during the policy period.

## Exclusions

These exclusions apply to your Deluxe House Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**DEF016**

A16

## Exclusions
(continued)

**Contamination.** We do not cover any loss caused by contamination, pollution, smog, or industrial or agricultural smoke. Nor do we cover the cost to extract pollutants or contaminants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Loss by animals.** We do not cover any loss caused by birds, vermin, insects, rodents, or domestic animals except loss to glass that is part of a building, storm door, or storm window. But we do insure ensuing covered loss unless another exclusion applies.

**Structural movement.** We do not cover any loss caused by the settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings except loss to glass that is part of a building, storm door, or storm window. But we do insure ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement cause water to escape from within a household appliance, swimming pool, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement. This coverage also includes the cost of tearing out and replacing any part of the house or other permanent structure necessary to repair the appliance, swimming pool, or system. We do not cover loss to the appliance, swimming pool, or system itself.

**Discharge, overflow or backup.** We do not cover any loss caused by the discharge, leakage, seepage, overflow or backup from within a plumbing system, sewer or drain when the discharge, leakage, seepage, overflow or backup exits the plumbing system, sewer or drain outside the foundation of your house or other permanent structure.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

**Surface water.** We do not cover any loss caused by:
- flood, surface water, waves, tidal water, or water borne material from any of these;
- overflow of water or water borne material from a body of water;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- spray from any of these,
from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

D E F 0 1 7



## Deluxe House Coverage

## Exclusions
(continued)

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies.

**Water damage to outside structures.** We do not cover certain kinds of loss to a fence, pavement, patio, swimming pool, hot tub, septic system, foundation, retaining wall, bulkhead, pier, wharf, dock, or bridge. These are losses caused by freezing, thawing, or the pressure or weight of water or ice, even if the water or ice is driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold, other than as provided under the Extra Coverage, Mold remediation expenses. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Earthquake.** We do not cover any loss caused by earthquake unless shown in your Coverage Summary for that location. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Earth movement.** We do not cover any loss caused by earth movement including volcanic eruptions, landslides, mud flows, and the sinking, rising, or shifting of land. But we do cover losses caused by the eruption of a volcano when the loss is the result of:
- a volcanic blast or airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

We also insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

*Deluxe House Coverage*

---

## Exclusions
(continued)

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

DEF019

A19

# *Masterpiece*®

**Standard Contents Coverage**



CHUBB

This part of your Masterpiece Policy provides you with coverage against physical loss to your contents caused by named perils anywhere in the world unless stated otherwise or an exclusion applies.

"Contents" means personal property you or a family member owns or possesses.

## *Payment for a Loss*

### Amount of coverage

The amount of coverage for contents at each house for each occurrence is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for contents will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

If a change in the amount of coverage for your house is made, including the application of extended replacement cost, the amount of coverage for contents will be adjusted proportionately. To reduce the possibility of being underinsured, you should periodically review your amount of coverage for contents and request an increase if you feel the amount of coverage is insufficient.

For a covered loss to contents, the amount of coverage depends on where the loss occurs:

**At a house with contents coverage.** If the covered loss takes place at a listed house with contents coverage in this policy, we will pay up to the amount of contents coverage for that house, for each occurrence.

**Away from your residences.** If the covered loss takes place away from any residence you own or live at, for each occurrence we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
- amount of contents coverage
- payment basis
- type of contents coverage

Regardless of the number of policies providing you with contents coverage, payment will be made based only on this chosen location and will not be made under more than one policy.

**At your residence not listed in this policy or other policies.** If the covered loss takes place at a residence you own or live at that does not have contents, condominium, cooperative or renters coverage listed in this or any other policy issued by a direct or indirect subsidiary of the Chubb Corporation, we will pay up to 10% of the highest amount of contents coverage in this policy, for each occurrence. However, contents in a newly acquired principal residence is not subject to this limitation for the 60 days immediately after you begin to move your contents there.

We will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
- amount of contents coverage
- payment basis
- type of contents coverage

Regardless of the number of policies providing you with contents coverage, payment will be made based only on this chosen location and will not be made under more than one policy.

04/03/02                    Delaware Standard Contents Coverage

## Standard Contents
## Coverage

---

## Payment for a Loss
(continued)

### Deductibles

A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

### Payment basis

Your Coverage Summary indicates the payment basis for contents.

**Replacement cost.** If the payment basis is replacement cost, we will pay the full cost to replace the contents without deduction for depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

However, for contents which are obsolete or unusable for the purpose for which they were originally intended because of their age or condition, the payment basis will be actual cash value.

**Actual cash value.** If the payment basis is actual cash value, we will pay the cost to replace the contents less depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

**Pairs, sets, and parts.** For a covered loss to a pair or set, or to part of a larger unit, we will pay whichever is least:
- the cost to repair the damaged property to its condition before the loss;
- the cost to replace it; or
- the cost to make up the difference between its market value before and after the loss.

However, if you agree to surrender the undamaged article(s) of the pair, set, or parts to us and we agree to accept, we will pay you the full replacement cost of the entire pair, set, or parts.

### Special limits

For a covered loss to the following types of contents, we will not pay more than the amounts shown. These special limits do not increase the amount of coverage on your contents or on any item covered elsewhere in this policy.

Money, money orders, checks, drafts, bank notes, bullion, gold, silver or platinum . . . . . . . $1,000

Securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, or tickets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000
However, when this property is located in a bank vault or bank safe deposit box, your full contents coverage away from your residences will apply for a covered loss.

Trailers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000

Watercraft, including their furnishings, equipment, and outboard motors . . . . . . . . . . . . . $2,000

Jewelry, watches or precious and semi-precious stones, whether set or unset, that are stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

D E F 0 2 1

## Standard Contents
## Coverage



### Payment for a Loss
(continued)

Furs that are stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

Plated ware, silverware, goldware, pewterware, tableware, trays, trophies, and
other household articles, other than jewelry, consisting principally of sterling silver,
gold, or pewter that are stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,000

Collectible stamps, coins, and medals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000
    However, when this property is located in a bank vault or bank safe deposit box, your full
    contents coverage away from your residences will apply for a covered loss.

Guns that are stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

Grave markers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

### Standard Contents Coverage

In Standard Contents Coverage, a "covered loss" is any physical loss to your contents or other
property covered under this part of your Masterpiece Policy, caused directly by a peril named
below, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in
Exclusions.

**Fire, lightning, and explosion.**

**Riot.** This includes any kind of civil commotion.

**Wind or hail.** This coverage includes loss to contents inside a building only when caused by rain,
snow, sleet, sand, or dust that entered the building through an opening in a roof or wall damaged by
the direct force of wind or hail. This coverage does not include loss to watercraft or their trailers,
furnishings, equipment, and outboard motors, unless they are inside a fully enclosed building.

**Aircraft.** This means any loss caused by aircraft, including self-propelled missiles and spacecraft.

**Vehicles.** This means any loss caused by a vehicle.

**Sudden and accidental damage from smoke.** This does not include smoke from agricultural
smudging or industrial operations.

**Vandalism.** This means any vandalism, including malicious mischief.

04/07/03     Delaware Standard Contents Coverage

## Standard Contents Coverage
(continued)

**Theft.** This includes theft, attempted theft, and loss of property when theft can be presumed.

However, our coverage for theft does not apply to:
- theft committed by you or a family member;
- theft from a residence under construction, other than construction materials or supplies used for your additions and alterations, until the residence is completed and occupied; or
- theft from a residence you or a family member owns, rents, or occupies that does not have contents, condominium, cooperative, or renters coverage in this policy. However, we will cover theft from a residence where you or a family member is temporarily residing, including theft of property kept at a school residence belonging to a family member who is a student.

**Falling objects.** This coverage does not include damage to contents inside a building, unless the roof or an exterior wall of the building is first damaged by the falling object. Damage to the falling object itself is not covered.

**Weight of ice, snow, or sleet.** This coverage applies only to property that is inside a fully enclosed building.

**Collapse of a building or part of a building.** This coverage does not include settling, cracking, shrinking, bulging, or expansion.

**Accidental discharge or overflow.** This coverage applies only to accidental discharge or overflow from within a plumbing, heating, or air conditioning system, an automatic fire protective sprinkler system, or a household appliance. This coverage does not include loss to the system or appliance itself, or loss due to freezing.

This coverage also includes damage caused by water and water borne material which backs up from within sewers or drains.

**Sudden and accidental cracking, burning, bulging, or tearing apart.** This coverage applies only to a plumbing, heating, or air conditioning system, or a household appliance for heating water. This coverage does not include loss to the system or appliance itself, or loss due to freezing.

**Freezing.** This coverage applies to loss of contents resulting from freezing of a plumbing, heating, or air conditioning system, or a household appliance. This coverage does not include loss from freezing when the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the system or appliance.

**Power surge.** This coverage refers to sudden damage from an electrical current.

## Extra Coverages

In addition to covering the physical loss to your contents, we also provide other related coverages. These payments are in addition to the amount of coverage for your contents unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise.

**DEF023**



**Standard Contents**
**Coverage**

---

## Extra Coverages

Exclusions to these coverages are described in **Exclusions**.

### Business property

We will pay up to $25,000 for a covered loss to business property you own or possess. However, if a covered loss to electronic data processing property used to conduct your business takes place away from any residence you own or live at, we will not pay more than $2,500 for each occurrence. The same payment basis applies to business property as to contents, except that we will pay the cost of replacing or recreating business data contained in books, records and software if it is actually replaced or recreated.

"Business property" means:
- furniture, supplies, equipment, inventory;
- books, records; and
- electronic data processing property;
  used to conduct your business.

"Electronic data processing property" means:
- electronic data processing equipment, and accessories;
- software; and
- data stored on software.

### Electronic data restoration

We cover your personal data stored on computer software which you own or possess, anywhere in the world. We will pay up to $5,000 for replacing or recreating that personal data as a result of a covered loss or computer virus if it is actually replaced or recreated at your expense.

"Computer virus" means an illegal or malicious entry into electronic data processing property which results in functions that distort, corrupt or manipulate the electronic data processing property.

"Electronic data processing property" means:
- electronic data processing equipment, and accessories;
- software; and
- data stored on software.

### Food spoilage

We cover food while contained in a refrigerator or freezer which spoils due to changes or extremes of temperature caused by:
- off premises power interruption;
- interruption of premises power supply; or
- mechanical or electrical breakdown of refrigeration equipment.

This coverage applies only to spoilage which occurs at any residence you own or live at. This payment does not increase the amount of coverage for your contents. Our payment is subject to a $250 deductible, which is waived if there is another loss:
- from the same occurrence;
- covered under any part of this policy; and
- which is subject to a deductible.

**Standard Contents**
**Coverage**

---

## Extra Coverages
(continued)

### Endangered property
Covered contents removed from your house because the house is endangered by a covered peril are covered against any peril for up to 90 days. These payments do not increase the amount of coverage for your contents.

---

## Exclusions

These exclusions apply to your Standard Contents Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Contamination.** We do not cover any loss caused by contamination, pollution, smog, or industrial or agricultural smoke. Nor do we cover the cost to extract pollutants or contaminants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Discharge, overflow or backup.** We do not cover any loss caused by the discharge, leakage, seepage, overflow or backup from within a plumbing system, sewer or drain when the discharge, leakage, seepage, overflow or backup exits the plumbing system, sewer or drain outside the foundation of your house or other permanent structure.

**Surface water.** We do not cover any loss caused by:
- flood, surface water, waves, tidal water, or water borne material from any of these;
- overflow of water or water borne material from a body of water;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- spray from any of these,
from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies.

**Business property.** We do not cover any loss to business property other than as provided under Extra Coverages.

**Tenant property.** We do not cover any loss to property of roomers, boarders, or other tenants. But we do cover personal property of your guests, domestic workers or relatives while it is in any home occupied by you or a family member.

**DEF025**

*Standard Contents
Coverage*

CHUBB

## Exclusions
(continued)

**Motorized land vehicles.** We do not cover any loss to a motorized land vehicle. But we do cover motorized land vehicles used solely on and to service a residence premises shown in the Coverage Summary. We also cover motorized land vehicles used to assist the disabled that are not designed for or required to be registered for use on public roads.

**Theft of sound equipment from a motorized land vehicle.** We do not cover any theft of sound reproducing, receiving, and transmitting equipment from a motorized land vehicle if the equipment is operated by power from the electrical system of that vehicle. This includes radios, tape players, CBs, scanning monitors, televisions, and any other similar equipment, including their accessories and antennas.

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes. This exclusion does not apply to the Extra Coverage for Food spoilage.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Watercraft accidents.** We do not cover any loss caused by the sinking, swamping, stranding, or collision of a watercraft or its trailer, equipment, or outboard motor. But we do cover collision of a watercraft with a land vehicle unless another exclusion applies.

**Personal property insured with other companies.** We do not cover loss to personal property separately described and insured with a specific value or insured on a blanket basis under a personal articles floater policy or similar policy not issued by a direct or indirect subsidiary of The Chubb Corporation.

**Loss to animals.** We do not cover any loss to animals, birds, or fish.

**Aircraft.** We do not cover any loss to an aircraft or aircraft parts.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Misappropriation.** We do not cover any loss to contents caused by the taking or other misappropriation of the contents from you or a family member by your spouse or another family member.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Earthquake.** We do not cover any loss caused by earthquake. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

---

## Exclusions
(continued)

**Earth movement.** We do not cover any loss caused by earth movement including volcanic eruptions, landslides, mud flows, and the sinking, rising, or shifting of land. But we do cover losses caused by the eruption of a volcano when the loss is the result of:
- a volcanic blast or airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

We also insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Collapse from earth movement.** We do not cover any loss caused by collapse from earth movement, as previously defined.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

D E F 0 2 7

# *Masterpiece*®

**Personal Liability Coverage**



CHUBB

This part of your Masterpiece Policy provides you with personal liability coverage for which you or a family member may be legally responsible anywhere in the world unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage

The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

## Personal Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage which take place anytime during the policy period and are caused by an occurrence, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies:
"Occurrence" means an accident or offense to which this insurance applies and which begins within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

A "covered person" means:
- you or a family member;
- any person using a vehicle or watercraft covered under this part of your Masterpiece policy with permission from you or a family member with respect to their legal responsibility arising out of its use;
- any person or organization with respect to their legal responsibility for acts or omissions of you or a family member; or
- any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

"Personal injury" means the following injuries, and resulting death:
- bodily injury;
- shock, mental anguish, or mental injury;
- false arrest, false imprisonment, or wrongful detention;
- wrongful entry or eviction;
- malicious prosecution or humiliation; and
- libel, slander, defamation of character, or invasion of privacy.

A28

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

**D E F 0 2 8**

**Personal Liability
Coverage**

## Personal Liability Coverage
(continued)

"Property damage" means physical injury to or destruction of tangible property, including the loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments.

"Registered vehicle" means any motorized land vehicle not described in "unregistered vehicle".

"Unregistered vehicle" means:
- any motorized land vehicle not designed for or required to be registered for use on public roads;
- any motorized land vehicle which is in dead storage at your residence;
- any motorized land vehicle used solely on and to service a residence premises shown in the Coverage Summary; or
- golf carts.

"Employment discrimination" means a violation of applicable employment discrimination law protecting any residential staff based on his or her race, color, religion, creed, age, sex, disability, national origin or other status according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

"Employment practices crisis" means:
- an allegation of, or your discovery of, a wrongful employment act committed against any residential staff that is reasonably likely to result in a civil action against you or a family member; or
- a threat by any residential staff to disclose publicly that you or a family member committed or allegedly committed a wrongful employment act.

"Reputation management firm" means:
- a professional public relations consulting firm;
- a professional security consulting firm; or
- a professional media management consulting firm.

"Residential staff" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed regularly to work 15 or more hours per week.
  Residential staff includes a temporary worker. Residential staff does not include an independent contractor or any covered person.

"Temporary worker" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed to work 15 or more hours per week to substitute for any residential staff on leave or to meet seasonal or short-term workload demands for 30 consecutive days or longer during a 6 month period.
  Temporary worker does not include an independent contractor or any covered person.

A29

**D E F 0 2 9**

*Personal Liability
Coverage*

CHUBB

## Personal Liability Coverage
(continued)

"Wrongful employment act" means any employment discrimination, sexual harassment, or wrongful termination of any residential staff actually or allegedly committed or attempted by you or a family member, while acting in the capacity as an employer, that violates applicable employment law of any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico. "Sexual harassment" as it relates solely to a wrongful employment act means unwelcome sexual advances, requests for sexual favors, or other conduct of a sexual nature that:
- is made a condition of employment of any residential staff;
- is used as a basis for employment decisions;
- interferes with performance of any residential staff's duties; or
- creates an intimidating, hostile, or offensive working environment.

"Wrongful termination" means:
- the actual or constructive termination of employment of any residential staff by you or a family member in violation of applicable employment law; or
- breach of duty and care when you or a family member terminates an employment relationship with any residential staff.

### Defense coverages
We will defend a covered person against any suit seeking covered damages for personal injury or property damage or for covered damages under Employment practices liability, if Employment practices liability coverage is shown in the Coverage Summary. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $250 a day, to a total of $10,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

These Defense coverages are limited for Employment practices liability as follows:
Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the amount of coverage per occurrence for Employment practices liability shown in the Coverage Summary by paying for covered damages from any one occurrence, or exhausted the maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary by paying for covered damages, whichever occurs sooner.

A30

**DEF030**

*Personal Liability*
*Coverage*

---

## Personal Liability Coverage
(continued)

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

---

## Extra Coverages

In addition to covering damages and defense costs, we also provide many related coverages. These payments are in addition to the amount of coverage for damages and defense costs unless stated otherwise.

### Medical payments to others
We will pay the necessary medical expenses, up to a total of $10,000 for each person, for personal injury to anyone **except** you, a family member or a domestic employee of yours who is eligible to receive Workers' Compensation benefits. These expenses must be incurred or medically ascertained within three years of an accident that:

- occurs at a home with liability coverage in this policy, to a person with permission from you or a family member to be there;
- arises from a condition at a home, or at the steps, driveways or sidewalks immediately adjoining, with liability coverage in this policy;
- was caused by the activities of a covered person;
- was caused by a domestic worker in the course of his or her employment by a covered person; or
- was caused by an animal owned by or in the care of a covered person.

"Medical expenses" includes reasonable charges for first aid, medical, funeral, surgical, x-ray, dental, ambulance, hospital, rehabilitation, professional nursing services, and prosthetic devices.

### Damaged property
We cover the replacement cost of other people's property, up to $1,000 for each occurrence, if the property was damaged or destroyed by a covered person.

"Replacement cost" is the amount required to repair or replace other people's property, whichever is less.

But we will **not** pay for property damage to property owned by or rented to a tenant or resident in your household.

### Kidnap expenses
We will pay for a covered person's kidnap expenses, up to a maximum of $100,000, for each kidnap and ransom occurrence. We also will pay up to $25,000 to any person or organization for information leading to the arrest and conviction of any person(s) who kidnaps you, a family member or a covered relative.

A31

D E F 0 3 1

**Personal Liability
Coverage**

CHUBB

## Extra Coverages
(continued)

"Kidnap and ransom occurrence" means the actual or alleged wrongful taking of:
- you or a family member; or
- a covered relative while visiting or legally traveling with you or a family member;

that includes a demand for ransom payment which would be paid by you or a family member in exchange for the release of that kidnapped person.

"Kidnap expenses" means the reasonable costs for:
- a professional negotiator;
- a professional security consultant;
- professional security guard services;
- a professional public relations consultant;
- travel, meals, lodging and phone expenses incurred by you or a family member;
- advertising, communications and recording equipment;
- related medical, cosmetic, psychiatric and dental expenses incurred by the kidnapped person within 12 months from that person's release;
- attorneys fees;
- a professional forensic analyst;
- earnings lost by you or a family member, up to $250 a day, to a total of $10,000.

However, "kidnap expenses" does not include expenses incurred due to any kidnap and ransom occurrence caused by you, a family member, or a covered relative, or any person acting on behalf of you, a family member, or a covered relative, whether acting alone or in collusion with others.

"Covered relative" means the following relatives of the person named in the Coverage Summary and a spouse who lives with that person:
- children, their children or other descendents of theirs;
- parents, grandparents or other ancestors of theirs; or
- siblings, their children or other descendents of theirs;

who do not live with you, including spouses or domestic partners of all of the above. Parents, grandparents and other ancestors include adoptive parents, stepparents and stepgrandparents.

## Identity fraud
We will pay for a covered person's identity fraud expenses, up to a maximum of $25,000, for each identity fraud occurrence. A $500 deductible applies to each identity fraud occurrence.

"Identity fraud" means the act of knowingly transferring or using, without lawful authority, a covered person's means of identity which constitutes a violation of federal law or a crime under any applicable state or local law.

"Identity fraud occurrence" means any act or series of acts of identity fraud by a person or group commencing in the policy period.

"Identity fraud expenses" means:
- the costs for notarizing affidavits or similar documents for law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- the costs for sending certified mail to law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;

A32

**DEF032**

**Personal Liability**
**Coverage**

---

## Extra Coverages
(continued)

- the loan application fees for re-applying for loan(s) due to the rejection of the original application because the lender received incorrect credit information;
- the telephone expenses for calls to businesses, law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- earnings lost by a covered person as a result of time off from work to complete fraud affidavits, meet with law enforcement agencies, credit agencies, merchants, or legal counsel, up to $250 a day, to a total of $10,000;
- the reasonable attorney fees incurred with prior notice to us for:
    - the defense of a covered person against any suit(s) by businesses or their collection agencies;
    - the removal of any criminal or civil judgments wrongly entered against a covered person; and
    - any challenge to the information in a covered person's consumer credit report.

However, "identity fraud expenses" does not include expenses incurred due to any fraudulent, dishonest or criminal act by a covered person or any person acting with a covered person, or by any authorized representative of a covered person, whether acting alone or in collusion with others.

In addition to the duties described in Policy Terms, Liability Conditions, Your duties after a loss, a covered person shall notify an applicable law enforcement agency.

This coverage does not apply to losses covered under Credit cards, forgery, and counterfeiting.

## Credit cards, forgery, and counterfeiting
We cover a covered person's legal obligation, up to a total of $10,000 for:
- loss or theft of a credit or bank card issued to you or a family member, provided that all the terms for using the card are complied with;
- loss caused by theft of a credit card number or bank card number issued to you or a family member when used electronically, including use on the Internet, provided that all the terms for using the card are complied with;
- loss caused by forgery or alteration of any check or negotiable instrument; or
- loss caused by accepting in good faith any counterfeit paper currency.

We will defend a claim or suit against you or a family member for loss or theft of a credit or bank card. We have the option to defend a claim or suit against you or a family member (or against a bank, with respect to this coverage) for forgery or counterfeiting.

We may investigate, negotiate, and settle any such claim or suit at our discretion. Our obligation to defend ends when our payment for the loss equals $10,000.

In the event of a claim, the covered person shall comply with the duties described in Policy Terms, Property Conditions, Your duties after a loss and Policy Terms, Liability Conditions, Your duties after a loss. In addition, the covered person shall notify the credit card service company or the issuing bank.

This coverage does not apply to losses covered under Identity fraud.

A33

DEF033

**Personal Liability
Coverage**



---

## Extra Coverages
(continued)

### Rented or borrowed vehicles

We cover damages a covered person is legally obligated to pay for personal injury and property damage caused by an occurrence during the policy period resulting from a covered person's use of a rented or borrowed vehicle if the limit of liability shown in the Coverage Summary is $1 million or more, provided the rental or loan does not exceed 30 days.

We will provide this coverage in excess of any underlying insurance that applies to these damages. If no underlying coverage exists, we will pay total damages up to the limit of liability shown in the Coverage Summary.

This Extra Coverage is not provided when:
- you have coverage provided by an excess or umbrella policy with us or another company;
- you or a family member own a private passenger vehicle, a pickup, panel truck or van.

This Extra Coverage does not cover damages a person is legally entitled to receive from the owner or operator of an uninsured or underinsured motorized land vehicle.

### Fungi and mold

We cover damages a covered person is legally obligated to pay, up to $100,000 for each occurrence, for bodily injury or property damage arising out of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. These payments do not increase the amount of personal liability coverage.

### Employment practices liability coverage

If Employment practices liability coverage is shown in the Coverage Summary, we provide coverage for Employment practices liability and Reputational injury.

This coverage applies only if on the effective date of any policy period, the number of residential staff does not exceed 5. However, if after the effective date of any policy period you or a family member employs more than 5 residential staff, we will cover, through the remainder of the policy period, only those 5 residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence. This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than 5 residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

A34

D E F 0 3 4

**Personal Liability
Coverage**

---

## Extra Coverages
(continued)

**Amount of coverage for Employment practices liability.** The maximum amount of coverage for Employment practices liability available for any one occurrence is the amount of coverage for Employment practices liability shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Deductible.** A deductible is that amount we will subtract from the amount of covered damages we pay. The deductible shown in the Coverage Summary for Employment practices liability applies to each Employment practices liability occurrence, unless stated otherwise.

**Reputational injury.** We cover the reasonable and necessary fees or expenses that you incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of an employment practices crisis caused by an occurrence if:
- the employment practices crisis is reported to us as soon as reasonably possible but not later than 30 days after the employment practices crisis begins; and
- you obtain approval of the reputation management firm from us before incurring any fees or expenses,

unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

**Amount of coverage for Reputational injury.** The maximum amount of coverage for Reputational injury available for any one occurrence is the amount of coverage for Reputational injury shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Reputational injury shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Condition for Employment practices liability coverage.** The following condition applicable to Employment practices liability coverage is in addition to the General Conditions, Liability Conditions, and Special Conditions described under Policy Terms.

If on the effective date of any policy period the number of residential staff exceeds 5, your eligibility for Employment practices liability coverage will cease as of that date. If Employment practices liability coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

A35

**DEF035**

**Personal Liability
Coverage**



## Exclusions

These exclusions apply to this part of your Masterpiece Policy, unless stated otherwise.

**Motorized land vehicles.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any motorized land vehicle. This includes any trailers or any watercraft being towed by or carried on any registered vehicle.

This exclusion does not apply to motorized land vehicles in dead storage at your residence, to motorized land vehicles used solely on and to service a residence premises shown in the Coverage Summary, or to golf carts.

This exclusion does not apply to the Extra Coverage, Rented or Borrowed Vehicles.

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except a chartered aircraft operated and piloted by a professional crew. We do not cover any property damages to aircraft rented to, owned by, or in the care, custody or control of a covered person.

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any watercraft 26 feet or longer or with more than 50 engine rated horsepower owned by a covered person, or furnished or rented to a covered person for longer than 30 days. But we do cover watercraft being stored, unless another exclusion applies.

**Motorized land vehicle, watercraft and aircraft racing.** We do not cover any damages arising out of the participation in or practice for competitive racing of any motorized land vehicle, watercraft or aircraft. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar laws. But we do provide coverage in excess over any other insurance for damages a covered person is legally obligated to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. This exclusion does not apply to a not-for-profit corporation or organization, or to a condominium or cooperative association.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies.

A36

**D E F 0 3 6**

**Personal Liability**
**Coverage**

---

## Exclusions
(continued)

**Wrongful employment act.** We do not cover any damages arising out of a wrongful employment act. This exclusion does not apply to Employment practices liability coverage if Employment practices liability coverage is shown in the Coverage Summary.

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin or any other discrimination. This exclusion does not apply to Employment practices liability coverage.

**Intentional acts.** We do not cover any damages arising out of an act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. An intentional act is one whose consequences could have been foreseen by a reasonable person. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. This exclusion does not apply to Employment practices liability coverage.

**Molestation, misconduct or abuse.** We do not cover any damages arising out of any actual, alleged or threatened:
- sexual molestation;
- sexual misconduct or harassment; or
- abuse.
This exclusion does not apply to Employment practices liability coverage.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without permission from you or a family member.

**Business pursuits.** We do not cover any damages arising out of a covered person's business pursuits, investment or other for-profit activities, for the account of a covered person or others, or business property.

But we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability unless another exclusion applies.

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by persons under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
- not yield gross revenues in excess of $5,000 in any year;
- have no employees subject to worker's compensation or other similar disability laws;
- conform to local, state, and federal laws.

A37

## Personal Liability Coverage



---

## Exclusions
(continued)

"Incidental business at home" is a business activity, other than farming, conducted on your residence premises which must:
- not yield gross revenues in excess of $5,000 in any year, except for the business activity of managing one's own personal investments;
- have no employees subject to workers' compensation or other similar disability laws;
- conform to local, state, and federal laws.

"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by you, an apartment unit rented to you, a one or two family dwelling owned by you, or a three or four family dwelling owned and occupied by you. We provide this coverage only for premises listed in the Coverage Summary unless the rental or holding for rental is for:
- a residence of yours that is occasionally rented and that is used exclusively as a residence; or
- part of a residence of yours by one or two roomers or boarders; or
- part of a residence of yours as an office, school, studio, or private garage.

"Incidental farming" is a farming activity which meets all of the following requirements:
- is incidental to your use of the premises as your residence;
- does not involve employment of others for more than 1,000 hours of farm work during the policy period;
- does not produce more than $2,500 in gross annual revenue from agricultural operations;
- and with respect to the raising or care of animals:
  - does not produce more than $25,000 in gross annual revenues;
  - does not involve more than 10 sales transactions during the policy period;
  - does not involve the sale of more than 25 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. We provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
- you do not have any employees involved in your business or professional activities who are subject to workers' compensation or other similar disability laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws;
- you do not earn annual gross revenues in excess of $5,000, if you are a home day care provider;
- there is no other valid and collectible insurance.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

A38

DEF038

**Personal Liability
Coverage**

---

## Exclusions
(continued)

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury for which you can be held legally liable, in any way, to a family member or your spouse or for which a family member or your spouse can be held legally liable, in any way, to you.

However, we do cover damages for bodily injury arising out of the use of a motorized land vehicle for which you can be held legally liable to a family member or your spouse or for which a family member or your spouse can be held legally liable to you to the extent that coverage is provided under this part of your Masterpiece policy.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or any consequence resulting from the fear of contracting any illness, sickness or disease.

**Fungi and mold.** We do not cover any actual or alleged damages arising out of mold, the fear of mold, or any consequences resulting from mold or the fear of mold, other than as provided under the Extra Coverage, Fungi and mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Parental liability.** We do not cover any damages arising from parental liability for the acts of a minor using a motorized land vehicle, watercraft 26 feet or longer or with more than 50 engine rated horsepower, or aircraft. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Entrustment.** We do not cover any damages arising from the entrustment by any covered person of a motorized land vehicle, watercraft 26 feet or longer or with more than 50 engine rated horsepower, or aircraft to any person. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

A39

**Personal Liability Coverage**



---

## Exclusions
(continued)

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

**The following additional exclusions apply solely to Employment practices liability coverage.**

**Malicious or criminal acts.** We do not cover any damages arising out of a willful, malicious, or criminal act or omission by any person whether or not the injuries or damages are actually intended, expected; or foreseeable by a reasonable person. But we do cover such damages if the act was intended to protect people, unless another exclusion applies.

**Special exclusions.** We do not cover the following:
- matters which may be deemed uninsurable according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico under which the policy is construed;
- occurrences arising out of the breach of an actual or implied written or oral agreement related to employment;
- costs incurred to comply with any order, grant, or agreement to provide non-monetary relief; or
- occurrences arising out of any actual or alleged violation of any of the responsibilities, obligations, or duties imposed by the Consolidated Omnibus Budget Reconciliation Act, Employment Retirement Income Security Act of 1974, Fair Labor Standards Act (except the Equal Pay Act), state wage payment and collection laws, Federal Insurance Contributions Act, Immigration Reform and Control Act of 1986, National Labor Relations Act, Occupational Safety and Health Act, Social Security Act, Workers' Adjustment and Retraining Notification Act, including any amendments to these laws, promulgated rules, or regulations or any provisions of any similar federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

A40

**DEF040**

# *Masterpiece*®   Policy Terms



This part of your Masterpiece Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage in it.

### Policy period
*The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.*

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### Renewals
We or our agent may offer to renew this policy, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown in the Coverage Summary, along with any changes in the policy provisions or amounts of coverage. If you do not accept our offer, this policy will automatically terminate at the end of the current policy period. *Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.*

### Transfer of rights
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

### Concealment or fraud
This policy is void if you or any covered person has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss.

### Application of coverage
Coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

### Duplicate coverages
If a loss is covered under more than one part of this policy, we will pay you under the part giving you the most coverage, but not under more than one part. However, when both Valuable Articles Coverage and contents coverage are shown in the Coverage Summary, and a loss is covered under both parts, your amount of coverage will equal the combined total of both contents and Valuable Articles Coverage subject to the Contents Special limits and policy provisions. In no event will we make duplicate payments.

### Assignment
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

**DEF041**

A41

*Policy*
*Terms*

---

## General Conditions
(continued)

### Policy changes
This policy can be changed only by a written amendment we issue.

### Vehicle premium
If you have vehicle coverage, the premium for the vehicle coverage is based on information we have received from you, your agent, or other sources. If the information is incorrect or incomplete, or changes during the policy period, you must inform us or your agent of any changes as soon as possible regarding:

- your vehicle, including its use;
- the covered persons who regularly use your vehicle, including newly licensed family members; or
- the location where your vehicle is principally garaged.

We may decrease or increase your premium during the policy period based on the corrected, completed, or changed information and we reserve our rights to cancel or to decline to renew.

### Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or their estate becomes bankrupt or insolvent.

### In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your premises and other property covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death.

### Liberalization
We may extend or broaden the coverage provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broadened coverage will apply to occurrences after the effective date of the extended or broadened coverage.

### Conforming to state law
If any provision of this policy conflicts with the laws of the state you live in, this policy is amended to conform to those laws.

---

## Liability Conditions

These conditions apply to all liability coverages in this policy.

### Other insurance
**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that the amount of coverage under this policy bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy.

A42

**Policy
Terms**



## *Liability Conditions*
(continued)

**Personal and Excess:** This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.

**Additional liability protection.** If you have Masterpiece Personal Liability Coverage, you are eligible to apply for excess liability protection. The additional protection covers your house, vehicle(s) and other personal exposures under our Masterpiece Excess Liability Coverage. Acceptance is subject to our approval.

If your Masterpiece Personal Liability Coverage is cancelled or nonrenewed, your eligibility for Masterpiece Excess Liability Coverage will cease as of the cancellation or nonrenewal date. If Masterpiece Excess Liability Coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

If you do not have Masterpiece Personal Liability Coverage, your eligibility for Masterpiece Excess Liability Coverage will cease as of the earliest nonrenewal date allowed by law, and an appropriate notice of nonrenewal will be issued.

### Your duties after a loss
In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as possible.

**Assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

**Examination.** A person making a claim under any liability or vehicle coverages in this policy must:
- submit as often as we reasonably require;
  - to physical exams by physicians we select, which we will pay for; and
  - to examination under oath and subscribe the same; and
- authorize us to obtain;
  - medical reports; and
  - other pertinent records.

### Appeals
If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

## *Property Conditions*

These conditions apply to all coverages for damage to property and all coverages for damage to vehicles in this policy.

**DEF043**

A43

*Policy
Terms*

## *Property Conditions*
(continued)

### Other insurance
When other property insurance applies to a covered loss, we will pay only the portion of the loss that the amount of coverage under this policy bears to the total amount of insurance covering the loss, except as follows:

**Lease gap coverage:** If Lease gap coverage applies to a covered loss, that coverage is excess over any other insurance.

**Condominiums and Cooperatives:** If there is other insurance in the name of the condominium or cooperative association covering the same property covered by us, our coverage shall be in excess of the other insurance.

### Your duties after a loss
If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must immediately notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority.

**Protect property.** You must take all reasonable means that are necessary to protect property from further damage.

**Prepare an inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

**Display property.** You must show us the damaged property when we ask.

**Proof of loss.** At our request you must submit to us your signed sworn proof of loss on a form we have sent to you.

**Examination under oath.** We have the right to examine under oath as often as we may reasonably require you, family members and other members of your household and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

### Insurable interest
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

### Abandoning property
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

**D E F 0 4 4**

*Policy
Terms*



## Property Conditions
(continued)

### Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined. However, this one-year period is extended by the number of days between the date that proof of loss is submitted and the date the claim is denied in whole or in part.

If you have a loss under liability coverage, you agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Appraisals
If you and we fail to agree on the amount of loss, you and we may select an independent appraiser in order to reach a mutual agreement. You and we will share the expenses incurred equally and every effort will be made to reach an agreement within a reasonable time. However, we do not waive our rights under this policy by agreeing to an appraisal.

### Mortgagee or loss payee
The word "mortgagee" includes a trustee. If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees. We cover the interests of the loss payee unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee or loss payee, provided that the mortgagee or loss payee:
- notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

**DEF045**

*Policy*
*Terms*

---

## *Special Conditions*
(continued)

Policy conditions relating to appraisals and legal action against us, apply to the mortgagee and loss payee. If the policy is cancelled or not renewed by us, the mortgagee or loss payee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

Subrogation will not impair the right of the mortgagee or loss payee to recover the full amount of the mortgagee's or loss payee's claim.

### Nonrenewal
If we decline to renew all or part of this policy, we will mail such nonrenewal to the mailing address shown in the Coverage Summary at least 30 days before the policy ends and we will obtain a certificate of mailing. A copy of the notice will also be sent to the last known mortgagee or lienholder named in this policy. This notice will include the reason(s) for the nonrenewal.

**Vehicle coverage only:**
We will not exercise our right of nonrenewal unless:
- your driver's license or that of a family member has been suspended or revoked during the policy period; or
- a covered person has a history of and is subject to epilepsy or heart attacks unless a physician's statement testifies that the covered person can operate a motor vehicle; or
- coverage was obtained through material misrepresentation; or
- a willful or reckless act or omission by you or a family member has substantially increased the automobile risk originally insured against; or
- you or any other driver who lives with you has been convicted within 36 months of any felony or criminal negligence resulting in death; homicide or assault arising out of the use of a motor vehicle; leaving the scene of an accident; operating a vehicle while intoxicated or under the influence of drugs; theft of a motor vehicle; making false statements on a driver's license application; failing to disclose driving record or accident losses; an accident record or mental or physical condition indicating operation may endanger the public; participating in a competitive speed contest; committing three separate moving violations for speeding or for violating the provisions or traffic ordinance in the motor vehicle laws of any state; or
- in the past 36 months have been convicted of, or forfeited bail, for 3 or more violations exceeding 8 points, or 3 at fault accidents in which more than $250 per accident was paid in damages.

If our nonrenewal of any vehicle coverage is based on the record of a covered person other than you, then we will renew the policy at your request if you agree to exclude such other person from coverage under this policy.

If we do not renew for any of the above reasons, you will receive 30 days notice of our intention not to renew as provided in the first paragraph.

**D E F 0 4 6**

A46



*Policy*
*Terms*

## Special Conditions
(continued)

Our right not to renew applies to each coverage or limit in this policy.

### Your cancellation
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

### Our cancellation
We may cancel this policy or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy.

**Within 60 days.** When this policy or any part of it has been in effect for less than 60 days, we may cancel with 30 days notice for any reason. This provision does not apply to renewal policies.

**Nonpayment of premium.** We may cancel this policy or any part of it with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, or to our agent.

**Misrepresentation.** We may cancel this policy or any part of it with 30 days notice if the coverage was obtained through misrepresentation, fraudulent statements, or omissions or concealment of a fact that is relevant to the acceptance of the risk or to the hazard we assumed.

**Increase in hazard.** We may cancel this policy or any part of it, except vehicle coverage, with 30 days notice if a material increase or physical change in property substantially increases the hazard insured against. We may also cancel this policy, except vehicle coverage, with 30 days notice, if you or a family member has violated any local fire, health, safety, building or construction regulation or ordinance regarding an insured property of the occupancy of, which substantially increases any hazard insured against.

**Willful or negligent acts.** We may cancel this policy or any part of it, except vehicle coverage, with 30 days notice if there is a substantial increase in hazard insured against resulting in willful or negligent acts or omissions by the insured.

**Commissioner of insurance directive.** We may cancel this policy or any part of it, except vehicle coverage, with 30 days notice if it is determined by the commissioner that continuing the policy would violate or place the insurer in violation of the insurance laws.

**Delinquent property taxes.** We may cancel this policy or any part of it, except vehicle coverage, within 30 days notice if real property taxes have been delinquent for two or more years.

**Vehicle coverage only:**
**Driver's license suspension.** We may cancel any vehicle coverage in this policy with 30 days notice if your driver's license or that of any other driver who lives with you, or customarily uses your car has been suspended or revoked during the policy period. However, this provision does not apply if you agree in writing to exclude the covered person, other than you, who has committed the offense.

**DEF047**

A47

*Policy
Terms*

## *Special Conditions*
(continued)

**Health conditions.** We may cancel any vehicle coverage in this policy with 30 days notice if a covered person has a history of and is subject to epilepsy or heart attacks, unless a physician's statement testifies that the covered person can operate a motor vehicle. However this provision does not apply if you agree in writing to exclude the covered person, other than you, who has a history or is subject to this condition.

**Convicted of specified offense.** We may cancel any vehicle coverage in this policy with 30 days notice if you or any other driver who lives with you, or customarily uses your car has been convicted within 36 months of any felony or criminal negligence resulting in death; homicide or assault arising out of the use of a motor vehicle; leaving the scene of an accident; operating a vehicle while intoxicated or under the influence of drugs; theft of a motor vehicle; making false statements on a driver's license application; failing to disclose driving record or accident losses; record or condition indicating operation may endanger the public; participating in a competitive speed contest; convicted of three separate moving violations for speeding or for violating the provisions or traffic ordinance in the motor vehicle laws of any state. However, this provision does not apply if you agree in writing to exclude the covered person, other than you, who has committed the offense.

**Automobile changes.** We may cancel this policy or any part of it within 30 days notice if an act or omission by you increases the automobile risk originally accepted. However, this provision does not apply if you agree in writing to exclude the covered person, other than you, who has committed the offense.

## Procedure
To cancel this policy or any part of it, we must notify you in writing. This notice will be mailed to you at the mailing address shown in the Coverage Summary and we will obtain a certificate of mailing. This notice will include the date the cancellation is to take effect and the specific reasons for cancellation.

## Refund
In the event of cancellation by you or by us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards. The unearned premium will be computed pro rata for the unexpired term for each part of the policy. For cancellations during the policy term, we will retain a minimum of $50.

In the event of cancellation by you, we will refund any unearned vehicle premium once you provide us with sufficient evidence that you have obtained other insurance; you no longer own your vehicle; your vehicle is inoperable or incapable of being repaired; or you have become self-insured.

**DEF048**

A48

## Signatures



In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB INDEMNITY INSURANCE COMPANY
CHUBB INSURANCE COMPANY OF NEW JERSEY
CHUBB NATIONAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
GREAT NORTHERN INSURANCE COMPANY
VIGILANT INSURANCE COMPANY

*Thomas F. Motamed*

President

*Henry A Aulich*

Secretary

NORTHWESTERN PACIFIC INDEMNITY COMPANY

*Thomas F. Motamed*

President

*Henry A Aulich*

Secretary

PACIFIC INDEMNITY COMPANY

*Thomas F. Motamed*

President

*Henry A Aulich*

Secretary

A49

# *Masterpiece*®    *Policy Information Notice*    

You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670

A50

# *Masterpiece*®

**Coverage Update**



**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective Date 4/13/04
Policy no. 12680929-01
Issued by Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 2/5/04 to 2/5/05

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$437.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Homes and Contents

This section shows the changes in your Homes and Contents coverage. All other provisions of this coverage remain in effect.

**Changed**  HOUSE AT
466 SNUFF MILL LANE
HOCKESSIN, DE

**Old Coverage**

**New Coverage**

$600,000 DWELLING COVERAGE
AMOUNT
DELUXE COVERAGE

EXTENDED REPLACEMENT COST

$739,000 DWELLING COVERAGE
AMOUNT
DELUXE COVERAGE

EXTENDED REPLACEMENT COST

$400,000 CONTENTS COVERAGE
AMOUNT
STANDARD COVERAGE

REPLACEMENT COST

$518,000 CONTENTS COVERAGE
AMOUNT
STANDARD COVERAGE

REPLACEMENT COST

YOUR TOTAL AMOUNT OF OTHER
PERMANENT STRUCTURES COVERAGE
IS $120,000

YOUR TOTAL AMOUNT OF OTHER
PERMANENT STRUCTURES COVERAGE
IS $181,800

**D E F 0 5 1**

A51

continued on th[e]

© Copyright 1984 by Chubb & Son Inc.  Form no.  G0806000 05/85

*Coverage Update*

**Page 2**
**Effective date 4/13/04**
**Policy no. 12680929-01**
**Name COLEMAN DUPONT HOMSEY**

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*
_____
Authorized representative

A52

D E F 0 5 2

Copyright 1984 by Chubb & Son Inc.    Form no. 00806000 05/85

# Masterpiece®

**Coverage Update**



---

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective Date 8/2/04
Policy no. 12680929-01
Issued by Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 2/5/04 to 2/5/05

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE 19807
302-655-6323

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$827.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Homes and Contents

This section shows the changes in your Homes and Contents coverage. All other provisions of this coverage remain in effect.

|  | Address | Dwelling | Contents | Deductible |
|---|---|---|---|---|
| Added | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | $550,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $275,000 STANDARD COVERAGE<br><br>REPLACEMENT COST | $7,500 |

### Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 432 SNUFF MILL LANE, HOCKESSIN, DE. This amount of coverage for mold remediation expenses cannot be increased except upon a renewal of this policy, subject to underwriting acceptance.

## Liability

This section shows the changes in your Liability coverage. All other provisions of this coverage remain in effect.

The amount of liability coverage is **$300,000.**

**D E F 0 5 3**

continued on the      A53

## Coverage Update

Page 2
Effective date 8/2/04
Policy no. 12680929-01
Name COLEMAN DUPONT HOMSEY

## Liability
(Continued)

| | | | Old Coverage | New Coverage |
|---|---|---|---|---|
| Added | Liability for | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | NONE | PERSONAL LIABILITY |

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

A54

DEF054

# *Masterpiece*®

**Additional Interests Update**



**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page  1
Effective Date 8/2/04
Policy no. 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/04 to 2/5/05

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

As requested, we have revised your Additional Interests as shown below. To keep your records up to date, please attach this update to your existing policy.

We notify each Additional Interest separately when they are added to your policy. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

Your premium will not change for this revision.

## *Mortgagee*

This section shows the changes in your Mortgagee information.

HOUSE AT
466 SNUFF MILL LANE
HOCKESSIN, DE

**Mortgagee**

Added   WILMINGTON TRUST COMPANY
1100 N MARKET STREET
WILMINGTON, DE  19890

A55

DEF055

# *Masterpiece*®

## Premium Summary
### Renewal



COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page  1
Effective Date 2/5/05
Policy no. 12680929-01
Policy period 2/5/05 to 2/5/06
Producer name WEYMOUTH & SMITH INSURANCE, INC.

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | HOME, CONTENTS, LIABILITY | $  2,596.00 |
|  | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | HOME, CONTENTS, LIABILITY | $  1,734.00 |
| **Total Premium** |  |  | $  4,330.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**You will shortly receive a statement and bill.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

A56

DEF056



# *Masterpiece*®

### PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect**. At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

**Chubb's Privacy Policy**

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

**"Opt Out" Option**
The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

**D E F 0 5 7**

continued on t

A57

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

Chubb & Son Inc.
Chubb & Son Inc. (of Illinois)
Chubb Custom Insurance Company
Chubb Custom Market, Inc.
Chubb Indemnity Insurance Company
Chubb Insurance Company of New Jersey
Chubb Lloyds Insurance Company of Texas
Chubb Multinational Managers, Inc.
Chubb National Insurance Company

Executive Risk Indemnity Inc.
Executive Risk Specialty Insurance Company
Federal Insurance Company
Great Northern Insurance Company
Northwestern Pacific Indemnity Company
Pacific Indemnity Company
Quadrant Indemnity Company
Texas Pacific Indemnity Company
Vigilant Insurance Company

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

# Masterpiece®

**Coverage Summary
Renewal**


CHUBB

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective date 2/5/05
Policy no. 12680929-01
Issued by Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 2/5/05 to 2/5/06

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---------|----------|----------|
| HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | $791,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $554,412 STANDARD COVERAGE<br><br>REPLACEMENT COST |
| HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | $589,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $294,500 STANDARD COVERAGE<br><br>REPLACEMENT COST |

The base deductible for each occurrence is $7,500. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

## Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 466 SNUFF MILL LANE,  HOCKESSIN,  DE. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**D E F 0 5 9**

A59

continued on the

## Coverage Summary
## Renewal

Page 2
Effective date 2/5/05
Policy no. 12680929-01
Name  COLEMAN DUPONT HOMSEY

---

## Homes and Contents
(Continued)
**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 432 SNUFF MILL LANE, HOCKESSIN, DE. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**Other permanent structures**
You have in addition to the standard 20% of your dwelling value $37,000 of Other Permanent Structures coverage for your residence at
466 SNUFF MILL LANE, HOCKESSIN, DE.

---

## Liability

Amount of liability coverage: **$300,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

---

| Home | HOUSE AT<br>466 SNUFF MILL LANE<br>HOCKESSIN, DE | PERSONAL LIABILITY |
|------|------|------|
| | HOUSE AT<br>432 SNUFF MILL LANE<br>HOCKESSIN, DE | PERSONAL LIABILITY |

**D E F 0 6 0**

continued on ti    A60

*Coverage Summary*
*Renewal*



CHUBB

**Page 3**
**Effective date** 2/5/05
**Policy no.** 12680929-01
**Name** COLEMAN DUPONT HOMSEY

As the duly authorized representative of the company my signature validates this policy.

_____
Authorized representative

# *Masterpiece*®

**Additional Interests Summary**



CHUBB

Name and address of Insured

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE. 19707

Page 1
Effective date 2/5/05
Policy no. 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/05 to 2/5/06

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE 19807
302-655-6323

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## Mortgagee

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
|---|---|
| HOUSE AT<br>466 SNUFF MILL LANE<br>HOCKESSIN, DE | WILMINGTON TRUST<br>COMPANY<br>1100 N MARKET STREET<br>WILMINGTON, DE 19890 |

A62

D E F 0 6 2

 *Masterpiece*® **Table of Contents** 

**Name and address of insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE  19707

**Effective date**  2/5/05
**Policy no.**  12680929-01
**Issued by**  Vigilant Insurance Company
a stock insurance company
incorporated in  New York
**Policy period**  2/5/05 to  2/5/06

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE   19807
302-655-6323

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 09/03 | DEL | B-1 |
| Standard Contents Coverage | 04/03 | DEL | D-1 |
| Personal Liability Coverage | 12/03 | DEL | T-1 |
| Policy Terms | 09/03 | DEL | Y-1 |
| Policy Information Notice | 04/03 | DEL | |

DEF063

A63

© Copyright 1984 by Chubb & Son Inc.  Form No.Q0903000 05/85

# *Masterpiece*®    **Policy Information Notice**



You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670

A64

D E F 0 6 4

*04/07/03*    Delaware Policy Information Notice

# *Masterpiece*®



**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

**Effective Date** 2/5/06
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/06 to 2/5/07

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

To Our Valued Customer:

We are pleased to enclose the renewal of your *Masterpiece*® homeowner policy. Please be aware that it contains the following important changes to your homeowner policy.

In an effort to be a viable and competitive market for our Delaware customers, we have eliminated the minimum base deductible of $100 and now offer a $250 minimum base deductible for all home and contents coverage written in Delaware. If your policy had a $100 base deductible, it has been renewed with a $250 base deductible.

For a complete explanation of how the deductible applies, please review the deductible terms of your policy.

In addition, there are many credits available to our Delaware homeowner customers, such as Central Station Burglar and Fire Alarm credits and a New House credit. We are pleased to introduce three additional Superior Protection credits: Lightning Protection, Water Leak Detection and Water Leak Detection Alarm credits. Please contact your agent or broker to determine if you qualify for these credits, which may entitle you to a discount on your homeowners policy.

If you have any questions about your coverage, your agent or broker is always the best source of advice.

Thank you for insuring through Chubb.

Sincerely,

Robert Mc Ginley
Customer Relations Manager
Chubb Personal Insurance

**Relax. You're insured with Chubb.**℠
www.chubb.com/personal    e-Mail: customercare@chubb.com

Chubb refers to the insurers of the Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.

A65

DEF065

 *Masterpiece*®    **Premium Summary Renewal**    

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page  1
Effective Date 2/5/06
Policy no. 12680929-01
Policy period 2/5/06 to 2/5/07
Producer name WEYMOUTH & SMITH INSURANCE, INC.

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | HOME, CONTENTS, LIABILITY | $    3,018.00 |
|  | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | HOME, CONTENTS, LIABILITY | $    2,036.00 |
| **Total Premium** |  |  | $    5,054.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**You will shortly receive a statement and bill.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

A66

D E F 0 6 6

# *Masterpiece*®



## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect**. At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

### Chubb's Privacy Policy

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

### "Opt Out" Option

The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

**DEF067**

A67

continued on the n

© Copyright 1984 by Chubb & Son Inc.   Form no. 0700000 (Rev. 9-01)

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

# *Masterpiece*®

### Coverage Summary
### Renewal



CHUBB

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective date 2/5/06
Policy no. 12680929-01
Issued by Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 2/5/06 to 2/5/07

If you have any questions, please contact
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | $847,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $593,662 STANDARD COVERAGE<br><br>REPLACEMENT COST |
| HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | $631,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $315,500 STANDARD COVERAGE<br><br>REPLACEMENT COST |

The base deductible for each occurrence is  $7,500. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

## Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 466 SNUFF MILL LANE, HOCKESSIN, DE. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**D E F 0 6 9**

A69

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0802000 05/85

*Coverage Summary*
*Renewal*

Page 2
Effective date 2/5/06
Policy no. 12680929-01
Name  COLEMAN DUPONT HOMSEY

## Homes and Contents
(Continued)

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 432 SNUFF MILL LANE, HOCKESSIN, DE. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**Other permanent structures**
You have in addition to the standard 20% of your dwelling value $40,000 of Other Permanent Structures coverage for your residence at
466 SNUFF MILL LANE, HOCKESSIN, DE.

## Liability

Amount of liability coverage: **$300,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| Home | HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | PERSONAL LIABILITY |
|------|---------------------------------------------|--------------------|
|      | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | PERSONAL LIABILITY |

**D E F 0 7 0**

A70

continued on the nex

Copyright 1994 by Chubb & Son Inc.   Form no. 00902000 05/95

**Coverage Summary
Renewal**



**Page 3
Effective date 2/5/06
Policy no. 12680929-01
Name COLEMAN DUPONT HOMSEY**

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*
_____
Authorized representative

A71

 ®

**Additional Interests Summary**



---

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective date 2/5/06
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/06 to 2/5/07

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each
Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the
amount of coverage for any one occurrence does not increase.

---

## *Mortgagee*

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
|---|---|
| HOUSE AT<br>466 SNUFF MILL LANE<br>HOCKESSIN, DE | WILMINGTON TRUST<br>COMPANY<br>1100 N MARKET STREET<br>WILMINGTON, DE  19890 |

A72

DEF072

© Copyright 1984 by Chubb & Son Inc.    Form no. 06010000 1029

# Masterpiece®

**Table of Contents**


CHUBB

**Name and address of insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE  19707

**Effective date** 2/5/06
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/06 to 2/5/07

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 09/03 | DEL | B-1 |
| Standard Contents Coverage | 04/03 | DEL | D-1 |
| Personal Liability Coverage | 12/03 | DEL | T-1 |
| Policy Terms | 09/03 | DEL | Y-1 |
| Policy Information Notice | 04/03 | DEL | |

DEF073

A73

© Copyright 1984 by Chubb & Son Inc.  Form No.Q0909000 05/85

 *Masterpiece*®    **Policy Information Notice**    

You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

> Chubb Personal Insurance
> Attention: Policy Information
>     202 Halls Mill Road
>     P.O. Box 1600
> Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

> 1-800-252-4670

A74

**D E F 0 7 4**

# *Masterpiece*®    **Coverage Update**    

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

**Page** 1
**Effective Date** 9/8/06
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/06 to 2/5/07

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy. Also attach the revised table of contents and additional policy provisions we have enclosed. The table of contents shows which sections of your policy are now in effect.

Your premium will be increased by **$45.00** for this revision. You will receive a separate statement showing the premium adjustment.

Added    **Family Protection℠ Coverage**

Your policy provides you with Family Protection Coverage for carjacking, child abduction, stalking threat and home invasion occurrences. The kinds of losses that are covered, and any limits that apply, are explained in detail in the policy.

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

A75

D E F 0 7 5

 *Masterpiece*® **Table of Contents** 

**Name and address of insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE  19707

Effective date  9/8/06
Policy no.  12680929-01
Issued by  Vigilant Insurance Company
a stock insurance company
incorporated in  New York
Policy period  2/5/06  to  2/5/07

If you have any questions, please contact
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This revised table of contents lists all your policy provisions. To keep your records current, please attach this update to your policy.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 09/03 | DEL | B-1 |
| Standard Contents Coverage | 04/03 | DEL | D-1 |
| Family Protection℠ Coverage | 12/03 | DEL | R-1 |
| Personal Liability Coverage | 12/03 | DEL | T-1 |
| Policy Terms | 09/03 | DEL | Y-1 |
| Policy Information Notice | 04/03 | DEL | |

**DEF076**

A76

© Copyright 1984 by Chubb & Son Inc.  Form No.00903000 05/85

# *Masterpiece*® 
**Family Protection**℠ **Coverage**



CHUBB

This part of your Masterpiece Policy provides you with Family Protection Coverage for you or a family member anywhere in the world except those places listed on the United States State Department Bureau of Consular Affairs Travel Warnings list at the time of loss, unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amounts of coverage provided are shown under Family Protection Coverage for:
- Carjacking Coverage
- Child Abduction Coverage
- Stalking Threat Coverage
- Home Invasion Coverage

We will not pay more than the amount of coverage shown for each covered carjacking, child abduction, stalking threat, or home invasion occurrence, regardless of how many policies or people are involved in the occurrence. If a loss is covered under more than one part of Family Protection Coverage (Carjacking Coverage, Child Abduction Coverage, Stalking Threat Coverage, Home Invasion Coverage), we will pay under the part giving the most coverage, but not under more than one part.

The accidental death and dismemberment benefit amount for loss of life will be paid to the beneficiary. The accidental death and dismemberment benefit amount for other than loss of life will be paid to the victim.

If a victim has multiple accidental death and dismemberment losses as the result of a carjacking, child abduction or home invasion occurrence, we will pay only the single largest accidental death and dismemberment benefit amount applicable to the accidental death and dismemberment losses suffered.

If more than one victim suffers an accidental death and dismemberment loss in the same carjacking, child abduction or home invasion occurrence, we will not pay more than $250,000. If any carjacking, child abduction or home invasion occurrence results in multiple accidental death and dismemberment benefit amounts becoming payable which when totaled exceed $250,000, the sum of $250,000 will be divided proportionately, based on each applicable accidental death and dismemberment benefit amount payable.

## Family Protection Coverage

We provide Carjacking, Child Abduction, Stalking Threat, and Home Invasion Coverages for occurrences anytime during the policy period, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

**D E F 0 7 7**

**Family Protection**℠
**Coverage**

---

## Family Protection Coverage
(continued)

The following defined terms used in the Carjacking, Child Abduction and Home Invasion Coverages are defined here:

"Covered relative" means the following relatives of the person named in the Coverage Summary and a spouse who lives with that person:
- children, their children or other descendents of theirs;
- parents, grandparents or other ancestors of theirs; or
- siblings, their children or other descendents of theirs,
who do not live with you, including spouses or domestic partners of all of the above. Parents, grandparents and other ancestors include adoptive parents, stepparents and stepgrandparents.

"Accidental death and dismemberment loss" means the loss of life, loss of speech, loss of hearing, loss of hand, loss of foot, loss of sight of an eye, loss of thumb and index finger, or mutilation which:
- is sudden, unforeseen, and unexpected;
- is independent of any illness, disease or other bodily malfunction;
- happens by chance;
- arises from a source external to the victim; and
- occurs within one year of the carjacking, child abduction or home invasion occurrence.

"Accidental death and dismemberment benefit amount" means the following types of accidental death and dismemberment loss and corresponding benefits, up to a maximum of $250,000:
- loss of life, $250,000;
- loss of speech and loss of hearing, $250,000;
- loss of speech or loss of hearing and one of the following: loss of hand, loss of foot, loss of sight of an eye, $250,000;
- loss of both hands, $250,000;
- loss of both feet, $250,000;
- loss of sight of both eyes, $250,000;
- loss of a combination of any two of the following: loss of hand, loss of foot, loss of sight of an eye, $250,000;
- loss of speech, $125,000;
- loss of hearing, $125,000;
- loss of one hand, $125,000;
- loss of one foot, $125,000;
- loss of sight of an eye, $125,000;
- loss of thumb and index finger, $62,500;
- mutilation, $62,500.

"Beneficiary" means the person or entity to be paid in the event a victim suffers a covered loss of life, in the following order:
- the spouse of the victim who lived with the victim; if none,
- the domestic partner of the victim who lived with the victim; if none,
- in equal shares to the surviving children of the victim; if none,
- in equal shares to the surviving parents of the victim; if none,
- in equal shares to the surviving brothers and sisters of the victim; if none,
- the estate of the victim.

**D E F 0 7 8**

A78



**Family Protection**[SM]
**Coverage**

## Family Protection Coverage
(continued)

"Victim" means:
- you, a family member or a covered relative if a carjacking or a child abduction occurrence;
- the abducted child if a child abduction occurrence;
- you, a family member, or your guest if a home invasion occurrence,

who suffers the accidental death and dismemberment loss after a carjacking, child abduction or home invasion occurrence.

"Loss of life" means:
- death, including clinical death, determined by a medical examiner or similar local governing medical authority; or
- the absence of communication from the victim for a period of two years after a carjacking, child abduction or home invasion occurrence.

"Loss of speech" means the permanent total loss of the capability of speech, as determined by a physician.

"Loss of hearing" means the permanent total loss of the capability of hearing, as determined by a physician.

"Loss of hand" means the permanent total loss of function of a hand, as determined by a physician.

"Loss of foot" means the permanent total loss of function of a foot, as determined by a physician.

"Loss of sight of an eye" means the permanent loss of sight of an eye to the extent of legal blindness, as determined by a physician.

"Loss of thumb and index finger" means the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a physician.

"Mutilation" means complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a physician.

"Physician" means a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a victim and who is qualified to provide such medical treatment. A physician does not include you or a family member.

"Medical expenses" means the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices which are legally obligated to be paid.

## Carjacking Coverage

We will pay for carjacking expenses you, a family member, or a covered relative incur solely and directly as a result of a carjacking occurrence. We will also pay an accidental death and dismemberment benefit amount for the accidental death and dismemberment loss the victim suffers as a direct result of a carjacking occurrence.

**D E F 0 7 9**

A79

**Family Protection**<sup>SM</sup>
**Coverage**

## Carjacking Coverage
(continued)

"Carjacking occurrence" means the unlawful forced removal or detention of:
- you or a family member operating or occupying any motorized land vehicle; or
- a covered relative operating a covered vehicle with permission from you or a family member, or occupying a covered vehicle,

during the theft or attempted theft of that vehicle.

"Carjacking expenses" means the reasonable costs for:
- related medical expenses up to $50,000 for each person (you, a family member, or a covered relative who witnessed the carjacking occurrence), up to a maximum of $100,000 for each carjacking occurrence, when incurred within one year after the carjacking occurrence;
- related psychiatric services up to $25,000 for each person (you, a family member, or a covered relative who witnessed the carjacking occurrence), up to a maximum of $50,000 for each carjacking occurrence, when incurred within one year after the carjacking occurrence;
- related rest and recuperation expenses for you, a family member, or a covered relative who witnessed the carjacking occurrence, up to a maximum of $15,000 for each carjacking occurrence, as prescribed by a physician, psychologist or other authorized mental health professional (other than you or a family member), when incurred within 180 days after the carjacking occurrence;
- salary lost during the first 60 days after the carjacking occurrence, up to $15,000 for each person (you, a family member, or a covered relative who witnessed the carjacking occurrence), up to a maximum of $30,000 for each carjacking occurrence, in excess of any other valid and collectible benefits including disability insurance, workers compensation insurance, unemployment compensation, salary and wage continuation, or other similar salary replacement plans;
- the covered vehicle's comprehensive or collision deductible applied to damage sustained by the covered vehicle in the carjacking occurrence.

We will also pay up to a maximum of $10,000 for each carjacking occurrence to any person or organization not causing that occurrence for information not otherwise available leading to the arrest and conviction of any person(s) who caused the carjacking occurrence. The following are not eligible to receive this reward payment: you, a family member, or a covered relative who witnessed the carjacking occurrence.

"Covered vehicle" means any private passenger vehicle, motorcycle or motor home you or a family member owns, rents or has furnished for regular use.

## Child Abduction Coverage

We will pay for child abduction expenses you, a family member, a covered relative, or an abducted child's parent or legal guardian incur solely and directly as a result of a child abduction occurrence. We will also pay an accidental death and dismemberment benefit amount for the accidental death and dismemberment loss the victim suffers as a direct result of a child abduction occurrence.

"Child abduction occurrence" means the wrongful taking, false imprisonment, or wrongful detention of one or more of your or a family member's children, or one or more children in the care of you or a family member, under the age of 13.

**D E F 0 8 0**

A80

**Family Protection**℠
**Coverage**



## Child Abduction Coverage
(continued)

"Child abduction expenses" means the reasonable costs for:
- related travel, meals, lodging, and phone expenses incurred by you, a family member, a covered relative who witnessed the child abduction, or a covered relative who is the parent or legal guardian of the abducted child, including those expenses incurred up to 30 days after the recovery of the abducted child or the verification of the abducted child's loss of life, up to a maximum of $25,000 for each child abduction occurrence;
- related medical and psychiatric expenses for:
    - the abducted children, up to a maximum of $50,000, when incurred within one year after the child abduction occurrence; and
    - you, a family member, a covered relative who witnessed the child abduction occurrence (not including the abducted child), or a covered relative who is the parent or legal guardian of the abducted child, including those expenses incurred up to 180 days after the recovery of the abducted child or verification of the abducted child's loss of life, up to a maximum of $25,000, for each child abduction occurrence;
- related rest and recuperation expenses for you, a family member, a covered relative who witnessed the child abduction occurrence, or a covered relative who is the parent or legal guardian of the abducted child, up to a maximum of $25,000 for each child abduction occurrence, as prescribed by a physician, psychologist, or other authorized mental health professional (other than you or a family member), when incurred within 12 months after the recovery of the abducted child, or verification of the abducted child's loss of life, whichever comes first;
- salary lost during the first 60 days after the child abduction occurrence, up to $15,000 for each person (you, a family member, or a covered relative who is the parent or legal guardian of the abducted child), up to a maximum of $30,000 for each child abduction occurrence, in excess of any other valid and collectible benefits including disability insurance, workers compensation insurance, unemployment compensation, salary and wage continuation, or other similar salary replacement plans;
- the following related reasonable costs you or the parent or legal guardian of the abducted child incur, up to a maximum of $100,000, when incurred within 12 months after a child abduction occurrence for:
    - a professional public relations consultant;
    - a professional forensic analyst;
    - publicity expenses incurred to locate the abducted children;
    - a professional security consultant.

We will also pay up to a maximum of $50,000 for each child abduction occurrence to any person or organization not causing that occurrence for information not otherwise available leading to the arrest and conviction of any person(s) who caused the child abduction occurrence. The following are not eligible to receive this reward payment: you, a family member, the parent or guardian of the abducted child, or a covered relative who witnessed the child abduction occurrence.

## Stalking Threat Coverage

We will pay for stalking threat expenses you or a family member incur solely and directly as a result of a stalking threat occurrence.

**DEF081**

**Family Protection**℠
**Coverage**

---

## Stalking Threat Coverage
(continued)

"Stalking threat occurrence" means:
- an act or acts committed with the intent to damage property owned by you or a family member, or to harass, injure or harm you or a family member;
- the person committing the act or acts is the subject of a court order or injunction issued to protect you or a family member; and
- the act or acts occur on consecutive or nonconsecutive days within a period of 120 days.

"Stalking threat expenses" means the reasonable costs you or a family member incur for:
- related professional security consultant and professional security guard services up to a maximum of $15,000 for each stalking threat occurrence;
- related residential security expenses to change all locks, install or improve security bars, motion sensing lights and a centrally monitored home security system, or other similar security expenses for your residence premise(s), up to a maximum of $3,000;
- related temporary relocation expenses, up to a maximum of $5,000, up to a maximum of $50,000 per policy period for all stalking threat expenses.

---

## Home Invasion Coverage

We will pay for home invasion expenses you, a family member, or your guest incur solely and directly as a result of a home invasion occurrence. We will also pay an accidental death and dismemberment benefit amount for the accidental death and dismemberment loss the victim suffers as a direct result of a home invasion occurrence.

"Home invasion occurrence" means an unlawful act of violence or threat of violence to you, a family member, or your guest by a person who unlawfully entered your residence premises, temporary residence, a watercraft, or a motor home while you, a family member, or your guest are present.

"Home invasion expenses" means the reasonable costs for:
- related medical expenses, up to $50,000 for each person (you, a family member, or your guest), to a maximum of $100,000 for each home invasion occurrence, when incurred within one year after the home invasion occurrence;
- related psychiatric services up to $25,000 for each person (you, a family member, or your guest), up to a maximum of $50,000 for each home invasion occurrence, when incurred within one year after the home invasion occurrence;
- related rest and recuperation expenses for you, a family member, or your guest, up to a maximum of $15,000, for each home invasion occurrence, as prescribed by a physician, psychologist or other authorized mental health professional (other than you or a family member), when incurred within 180 days after the home invasion occurrence;
- salary lost during the first 60 days after the home invasion occurrence, up to $15,000 for each person (you, a family member, or your guest), up to a maximum of $30,000 for each home invasion occurrence, in excess of any other valid and collectible benefits including disability insurance, workers compensation insurance, unemployment compensation, salary and wage continuation or other similar salary replacement plans;

A82

*Family Protection*ˢᴹ
**Coverage**



## Home Invasion Coverage
(continued)

- related residential security expenses for you to change all locks, install or improve security bars, motion sensing lights and a centrally monitored home security system, or other similar security expenses for your residence premise(s), up to a maximum of $3,000;
- related professional security consultant and professional security guard services for you or a family member up to a maximum of $15,000 for each home invasion occurrence;
- related temporary relocation expenses for you, a family member, or your guest, up to a maximum of $5,000, when incurred within 60 days after a home invasion occurrence;
- the homeowners deductible for your residence premises applied to damage sustained in the home invasion occurrence.

We will also pay up to a maximum of $10,000 for each home invasion occurrence to any person or organization not causing that occurrence for information not otherwise available leading to the arrest and conviction of any person(s) who caused the home invasion occurrence. The following are not eligible to receive this reward payment: you, a family member, or your guest.

"Your guest" means:
- any regular domestic employee at the residence premises; or
- any other person invited as a guest by you or a family member to your residence premises or temporary residence.
Your guest does not include individuals who live with you or a family member and are not related to you or a family member.

"Temporary residence" means:
- a private dwelling not owned by you;
- the private room(s) in a hotel, motel, inn, villa, spa, resort, hostel, or dormitory; or
- the private room(s) in a commercial ocean liner or other similar commercial watercraft, that you or a family member is occupying or is visiting by invitation.

"Watercraft" means a watercraft with sleeping quarters that is not a commercial ocean liner or other similar commercial watercraft.

## Conditions

The following conditions applicable to Family Protection Coverage are in addition to the General Conditions and Special Conditions described under Policy Terms.

### Duplicate coverages
The following is added to General Conditions, Duplicate Coverages: However, when both Family Protection Coverage and Personal Liability Coverage are shown in the Coverage Summary, and a loss is covered under Child Abduction Coverage and Kidnap expenses, your amount of coverage will equal the combined total of both Child Abduction Coverage and Kidnap expenses subject to the policy provisions. In no event will we make duplicate payments.

**D E F 0 8 3**

*Family Protection*SM
**Coverage**

## Conditions
(continued)

### Other Insurance
This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy. This provision does not apply to accidental death and dismemberment loss.

### Your duties after a loss
In case of a carjacking, child abduction, stalking threat or home invasion occurrence, you or a family member shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as possible. In the case of a carjacking, stalking threat or home invasion occurrence, you or a family member also shall notify an applicable law enforcement agency as soon as possible. In the case of a child abduction occurrence, you or a family member also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's loss of life, whichever comes first.

**Assistance.** You must provide us or cause us to be provided with all available information and cooperate with us fully.

**Proof of loss.** At our request you must submit to us or cause to be submitted, within 60 days after we request an affirmative proof of loss with full particulars. Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

**Examination.** We have the right to examine under oath as often as we may reasonably require, you, family members, covered relatives, victims, and your guests, and have them subscribe the same. We may also ask you or the beneficiary to give us a signed description of the circumstances surrounding a loss and to produce all records and documents we request and permit us to make copies.

**Physical examination and autopsy.** A person making a claim under Family Protection Coverage must submit as often as we reasonably require to physical examinations by physicians we select. We may also have an autopsy done by a physician, unless prohibited by law. Any examinations or autopsies that we require will be done at our expense.

## Exclusions

These exclusions apply to this part of your Masterpiece Policy, unless stated otherwise.

**False report.** We do not cover loss arising from a false report of carjacking, stalking threat, child abduction, or home invasion by you or a family member or any person acting on behalf of you or a family member, whether acting alone or in collusion with others.

**DEF084**

**Family Protection**SM
**Coverage**



## Exclusions
(continued)

**Acts of certain persons.** We do not cover any loss caused by you, a family member, a covered relative, an estranged spouse or former spouse of any of them, an estranged domestic partner or former domestic partner of any of them, or any person acting on behalf of any of them, whether acting alone or in collusion with others. Nor do we cover any loss caused by a person unrelated to you or a family member, other than a domestic employee or residential staff, who lives with you or ever lived with you for six (6) or more months. In addition, we do not cover any loss caused by a relative or guardian of an abducted child who is in your care or a family member's care, or any person acting on behalf of that relative or guardian, whether acting alone or in collusion with others. We also do not cover loss caused by a civil authority. However, this exclusion does not apply to coverage provided under Stalking Threat Coverage.

**Children in your care.** We do not cover child abduction expenses or accidental death and dismemberment loss for children in the care of you or a family member when:
- you or a family member is participating in any organized activity with or in association with any organization or entity;
- you or a family member is providing this care as a home day care provider in your residence premises and you or a family member earns annual gross revenues in excess of $5,000 as a home day care provider; or
- you or a family member is providing this care as an employee or volunteer of a for-profit or not-for-profit entity providing service for the care of children.

But we do cover your children, the children of a family member, or the children of a covered relative, in the care of you or a family member for child abduction expenses or accidental death and dismemberment loss.

**Your guest.** We do not cover your guest(s) in a temporary residence who share the cost of the lodging.

**Legal counsel.** We do not cover the costs of legal counsel.

**Salary lost.** We do not cover salary lost under carjacking expenses, child abduction expenses or home invasion expenses if immediately prior to the carjacking occurrence, child abduction occurrence or home invasion occurrence, the person with salary lost was receiving disability insurance, social security disability, unemployment compensation, or was on personal or medical leave.

**Substance abuse treatment.** We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the carjacking, child abduction, or home invasion occurrence.

**Childbirth or miscarriage.** We do not cover accidental death and dismemberment loss caused by childbirth or miscarriage.

**Suicide or intentional dismemberment.** We do not cover accidental death and dismemberment loss caused by the victim's suicide, attempted suicide or dismemberment that is intentionally self-inflicted.

**DEF085**

A85

**Family Protection**<sup>SM</sup>
**Coverage**

---

## Exclusions
(continued)

**Vehicles used for a fee.** We do not cover loss arising out of the ownership or operation of a vehicle while it is being used to carry people or property for a fee. This exclusion does not apply to a shared-expenses car pool, unless another exclusion applies.

**Acts of war.** We do not cover any loss caused by war, undeclared war, civil war, insurrection, riot, civil commotion, rebellion, revolution, warlike acts by a military force or personnel, usurped power, governmental intervention, expropriation or nationalization, any action taken in hindering or defending against any of these, or any consequences of any of these acts regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss.

*Masterpiece*®



Name and address of Insured
COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Effective Date  2/5/07
Policy no.  12680929-01
Issued by  Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period  2/5/07 to 2/5/08

If you have any questions, please contact
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

## IMPORTANT DELAWARE NOTICES REGARDING

## HOMEOWNERS COVERAGE

### The following notices are required by Delaware law.

**Flood Insurance -**This policy does not cover damage to your property caused by flooding. Flood insurance is available for communities and property that participate in the National Flood Insurance Program "NFIP". Not all communities participate in the NFIP. Flood insurance may be available even if you do not live in a flood hazard area as defined by the NFIP. Please call the NFIP at 1-800-427-4661 to see if your community and property are eligible for coverage. If your community does not participate in the NFIP, you may contact your insurance agent or broker to see if there is other flood insurance coverage available to you.

**Replacing Your Home -** This policy may not cover the full cost of replacing your home if your home should be destroyed in an event otherwise covered by this policy. You may purchase additional coverage from us sufficient to cover the full cost of replacing your home, at an additional cost.

D E F 0 8 7

continued on th[e]     A87

© Copyright 1994 by Chubb & Son Inc.   Form no. 08400507

**Reimbursement for Stolen Items -** This policy may not cover the value of all items stolen from your home. Please carefully review your policy to determine which items stolen from your home are not covered by this policy.

**Non-Renewal of Your Policy -** We have a policy of declining to renew homeowners insurance policies if there has been a substantial change or increase in the hazard or risk after the policy was issued. Examples of this may be:

- repeated water damage losses from a roof leak; or

- not complying with critical requirements regarding the physical condition of the home resulting from a home inspection or appraisal.

 *Masterpiece*®    **Premium Summary** **Renewal**    

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective Date 2/5/07
Policy no. 12680929-01
Policy period 2/5/07 to 2/5/08
Producer name WEYMOUTH & SMITH INSURANCE, INC.

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

| | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | HOME, CONTENTS, LIABILITY | $ 3,235.00 |
| | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | HOME, CONTENTS, LIABILITY | $ 2,184.00 |
| **Family Protection** | NOT APPLICABLE | FAMILY PROTECTION | $ 110.00 |
| **Total Premium** | | | $ 5,529.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**You will shortly receive a statement and bill.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

D E F 0 8 9

A89

*Masterpiece*®



## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect.** At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

**Chubb's Privacy Policy**

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

**"Opt Out" Option**
The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

**DEF090**

continued on th|    A90

Copyright 1994 by Chubb & Son Inc.    Form no. 0700000 (Rev. 0-01)

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

D E F 0 9 1

A91

# Masterpiece®

**Coverage Summary Renewal**



CHUBB

---

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective date 2/5/07
Policy no. 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 2/5/07 to 2/5/08

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

---

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | $907,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $635,716 STANDARD COVERAGE<br><br>REPLACEMENT COST |
| HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | $676,000 DELUXE COVERAGE<br><br>EXTENDED REPLACEMENT COST | $338,000 STANDARD COVERAGE<br><br>REPLACEMENT COST |

The base deductible for each occurrence is  $7,500. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

## Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 466 SNUFF MILL LANE,  HOCKESSIN,  DE. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**DEF092**

© Copyright 1984 by Chubb & Son Inc.    Form no. 00202000 05/95

continued on the n

A92

*Coverage Summary*
*Renewal*

Page 2
Effective date 2/5/07
Policy no. 12680929-01
Name  COLEMAN DUPONT HOMSEY

## Homes and Contents
(Continued)

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 432 SNUFF MILL LANE,  HOCKESSIN,  DE. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**Other permanent structures**
You have in addition to the standard 20% of your dwelling value $43,000 of Other Permanent Structures coverage for your residence at
466 SNUFF MILL LANE, HOCKESSIN, DE.

## Family Protection℠ Coverage

Your policy provides you with Family Protection Coverage for carjacking, child abduction, stalking threat and home invasion occurrences. The kinds of losses that are covered, and any limits that apply, are explained in detail in the policy.

## Liability

Amount of liability coverage: **$300,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

continued on the ne

DEF093

A93

## Coverage Summary
Renewal



Page 3
Effective date 2/5/07
Policy no. 12680929-01
Name COLEMAN DUPONT HOMSEY

## *Liability*
(Continued)

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| Home | HOUSE AT 466 SNUFF MILL LANE HOCKESSIN, DE | PERSONAL LIABILITY |
|---|---|---|
| | HOUSE AT 432 SNUFF MILL LANE HOCKESSIN, DE | PERSONAL LIABILITY |

As the duly authorized representative of the company my signature validates this policy.

_Robert Hamburger_

Authorized representative

© Copyright 1994 by Chubb & Son inc.   Form no. 00000000 0505

*Masterpiece* ®    **Additional Interests Summary**    

**Name and address of Insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707

Page 1
Effective date 2/5/07
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/07 to 2/5/08

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE 19807
302-655-6323

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## Mortgagee

This section shows the Mortgagee(s) for your home(s) shown below.

| **Address** | **Mortgagee** |
|---|---|
| HOUSE AT<br>466 SNUFF MILL LANE<br>HOCKESSIN, DE | WILMINGTON TRUST<br>COMPANY<br>1100 N MARKET STREET<br>WILMINGTON, DE 19890 |

A95

DEF095

# *Masterpiece*®     *Table of Contents*



**Name and address of insured**

COLEMAN DUPONT HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE  19707

**Effective date** 2/5/07
**Policy no.** 12680929-01
**Issued by** Vigilant Insurance Company
a stock insurance company
incorporated in New York
**Policy period** 2/5/07 to 2/5/08

**If you have any questions, please contact**
WEYMOUTH & SMITH INSURANCE, INC.
P.O. BOX 3939
WILMINGTON, DE  19807
302-655-6323

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 09/03 | DEL | B-1 |
| Standard Contents Coverage | 04/03 | DEL | D-1 |
| Family Protection℠ Coverage | 12/03 | DEL | R-1 |
| Personal Liability Coverage | 12/03 | DEL | T-1 |
| Policy Terms | 09/03 | DEL | Y-1 |
| Policy Information Notice | 04/03 | DEL | |

**D E F 0 9 6**

A96

© Copyright 1984 by Chubb & Son Inc.  Form No.C0903000 05/85

 

**Policy Information Notice**

You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670

A97

**D E F 0 9 7**

*04/07/03*                    **Delaware** Policy Information Notice

# Murphy Spadaro & Landon

### ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

December 29, 2005

**BY HAND DELIVERY AND FEDEX**
Weymouth & Smith
5710 Kennett Pike
Centreville, DE 19807

RE:    **Named Insured: Coleman DuPont Homsey**
       **Policy no. 12680929-01 (Chubb Masterpiece) and**
       **other applicable policies**

Dear Sir or Madam:

This firm represents Coleman, Ellen and Walter Homsey in connection with all claims or potential claims against insurers arising from the forging of certain checks and the misappropriation of credit card numbers by Walter Homsey's estranged wife, Marcia Boyer Homsey. In November 2005 Mr. Homsey tendered notice of these matters to your agency by telephone; and that notice was of course intended for any insurer whose coverage might potentially be implicated. This letter is intended to 1) memorialize that notice in writing, 2) elaborate on that notice, 3) ensure that your agency conveys notice of these matters to all interested insurers, and 4) secure through your agency copies of all insurance contracts that might potentially respond to the claim.

Because we have determined that Chubb Masterpiece Policy No. 12680929-01 covers the subject claim, this letter is directed to that policy. It also applies with equal force to any other potentially available insurance secured through your agency.

## I. The Underlying Incidents of Forgery and Misappropriation

Coleman and Ellen Homsey and their son, Walter Homsey, are holders of a Capital Advantage Checking Account (no. 1064-8599) at Wilmington Trust Bank. In addition, they were each holders of a credit card issued by Wilmington Trust prior to December 2004 (when the card was cancelled).

In December 2004 Ellen Homsey began to suspect that unauthorized transactions had been charged to the Wilmington Trust credit card. She had the card cancelled and began to investigate. This led to the discovery that Walter Homsey's estranged wife, Marcia, had made unauthorized use of the credit card number for approximately $12,000 in charges.

127090

A98

The discovery that Marcia Boyer Homsey had misappropriated the Wilmington Trust credit card number led to a broader inquiry regarding her activities; and in January 2005, the Homseys concluded that she had also forged and negotiated multiple checks under the Wilmington Trust checking account. The forged checks were presented for payment between March 2003 and November 2004. By present calculations they total $218,733.40. These include individual checks written for as little as $300, or as much as $35,000.

It should be noted that at no time was Marcia Boyer Homsey a holder of either the Wilmington Trust checking account or credit card; that she was never authorized to sign checks against the checking account or make charges against the credit card; that she engaged in these acts of forgery and misappropriation in secret, without the Homseys' knowledge; and that she negotiated the subject checks by forging Walter Homsey's signature as opposed to using her own signature.

All of these fraudulent transactions have been reported to Wilmington Trust.

## II. Coverage Under Chubb Masterpiece Policy No. 12680929-01

The Chubb Masterpiece Policy, issued by Vigilant Insurance Company, expressly extends coverage to Coleman DuPont Homsey as "the person named in the Coverage Summary," along with "a spouse who lives with that person" (meaning, in this instance, Ellen Homsey). Both Coleman and Ellen Homsey are holders of the Wilmington Trust checking account; and both were holders of the Wilmington Trust credit card.

The Chubb Masterpiece Policy includes a "Personal Liability Coverage" part. Included within that coverage part are certain "Extra Coverages"; and among these is the provision titled "Credit Cards, Forgery and Counterfeiting." The latter provision reads, in pertinent part, as follows:

> We cover a covered person's legal obligation, up to a total of $10,000 for:
>
> ***
>
> • loss caused by theft of a credit card number or bank card number issued to you or a family member when used electronically, including use on the Internet, provided that all the terms for using the card are complied with;
>
> • loss caused by forgery or alteration of any check or negotiable instrument . . . .

## A. The Loss Caused by Forgery of Checks

As noted above, the Chubb Masterpiece Policy provides coverage up to $10,000 for loss caused by forgery of any check. The reference to "any check" obviously means *any one check* or *any single*

Weymouth & Smith
December 29, 2005
Page 3

*check*; it cannot logically be read to refer to a group of two or more checks. Thus, the $10,000 limit of liability applies, according to the provision's plain terms, to any one check.

Attached at Tabs A and B to this letter are copies of certain of the forged checks, along with an itemized summary of forged checks. The Homseys request coverage under the Chubb Masterpiece Policy, and pursuant to the "Credit Cards, Forgery and Counterfeiting" provision. Specifically, they request that they be reimbursed for the full amount of each forged check that was negotiated in an amount of $10,000 or less; and reimbursed a full $10,000 for those forged checks that were negotiated in amounts in excess of $10,000.

## B. The Loss Caused by Theft of the Homsey's Credit Card Number

I will shortly provide you with documentary evidence of Ms. Boyer Homsey's theft of the Homsey's credit card number. Once that information is collected, I will provide further elaboration on that claim.

## III. Other Potential Sources of Insurance

Please provide a copy of this letter to all the Homseys' insurers without regard to your independent judgment as to whether a particular policy might be implicated. Please also provide me with copies of every insurance contract issued to the Homseys through your agency that was or may have been in effect during 2004. Finally, please copy me on your written communications with the Homseys' insurers as they relate to the claims referenced above.

***

The Homseys are available to assist in any reasonable investigation the interested insurers may wish to undertake. Any communications related to this claim, however, should be directed to this office.

Thank you for your patience and help.

Very truly yours,

John S. Spadaro

JSS/slr
Encl.
cc:    Coleman DuPont Homsey
        Neal C. Belgam, Esq.

A100

127090

# EXHIBIT A

Not on list

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
488 SNUFF MILL LANE  302-655-9425
HOCKESSIN, DE  19707

6967

DATE 4/13/04

PAY TO THE ORDER OF Cash                    $ 500.00

five hundred                              DOLLARS

WILMINGTON TRUST
Wilmington, Delaware

MEMO Working Cap

⑆031100092⑆ 1064 8599⑈ 6967

WILMINGTON TRUST CO >031200092<
0175076970 04142004
PKT=0 101 065 2

3729 WT 452 41304R031    $500.00

account 10648599  amount 500.00  date 04-14-2004
sequence 175076900

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
488 SNUFF MILL LANE  302-655-9425
HOCKESSIN, DE  19707

6968

DATE 4/14/04

PAY TO THE ORDER OF Charles Boyer-Homsey   $ 3500.00

Three thousand five hundred                DOLLARS

WILMINGTON TRUST
Wilmington, Delaware

MEMO

⑆031100092⑆ 1064 8599⑈ 6968

WILMINGTON TRUST CO >031000092<
0331429780 04162004
PKT=0 101 044 12

3710 WT 106 41604N118    $3500.00

account 10648599  amount 3500.00  date 04-16-2004
sequence 331429780

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
488 SNUFF MILL LANE  302-655-9425
HOCKESSIN, DE  19707

6970

DATE 4/14/04

PAY TO THE ORDER OF Peter Coleman

WILMINGTON TRUST
Wilmington, Delaware

⑆031100092⑆ 1064 8599⑈ 0000015200

031100092
0106027970 04272004
PKT=0 155 018 2

account 10648599.  amount 152.00  date 04-27-2004
sequence 106027970

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
488 SNUFF MILL LANE  302-655-9185
HOCKESSIN, DE  19707

6971

DATE 4/19/04

PAY TO THE ORDER OF Ike Torres          $

                                        DOLLARS

WILMINGTON TRUST
Wilmington, Delaware

MEMO

⑆031100092⑆ 1064 8599⑈ 0000006000

031100092
0101844570 04212004
PKT=0 167 011 5

2600150000

account 10648599  amount 60.00  date 04-21-2004
sequence 101844570

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
488 SNUFF MILL LANE  302-655-9183
HOCKESSIN, DE  19707

6972

DATE 4/16/04

PAY TO THE ORDER OF AT&T Universal Card   $ 7964.22

Seventynine hundred sixty four           DOLLARS

WILMINGTON TRUST
Wilmington, Delaware

MEMO

⑆031100092⑆ 1064 8599⑈ 0000796422

031100092
0334799360 04212004
PKT=0 167 010 10

2600504460

account 10648599  amount 7964.22  date 04-21-2004
sequence 334799360

account 10648599   amount 4000.00   date 05-03-2004
sequence 110590950



account 10648599   amount 560.00   date 05-14-2004
sequence 118987270



account 10648599   amount 560.00   date 05-14-2004
sequence 118987280



account 10648599   amount 35000.00   date 05-10-2004
sequence 349619160



account 10648599   amount 447.00   date 05-11-2004
sequence 117382160

A103

BANK ✓



account 10648599   amount 4500.00   date 05-18-2004
sequence 357812720

BANK ✓



account 10648599   amount 1000.00   date 05-28-2004
sequence 366430300

BANK ✓



account 10648599   amount 1500.00   date 05-27-2004
sequence 365253350



account 10648599   amount 30.00   date 05-14-2004
sequence 354143510



account 10648599   amount 560.00   date 05-14-2004
sequence 118987250

CZ

A104

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
HOCKESSIN, DE 19707

7022

DATE 5/20/04

PAY TO THE ORDER OF Khidir Landscaping    $ 10,000.00

Ten thousand ————————— 00/100 DOLLARS

◆ WILMINGTON
TRUST

MEMO AM

account 10648599   amount 10000.00   date 05-21-2004
sequence 124495360

WILMINGTON TRUST CO >031100092<
0124495360 05212004
PRT=0 137 066 ]

A105

account 10648599   amount 11516.90   date 05-24-2004
sequence 361328080

cz

A106

account 10648599   amount 15.36   date 05-27-2004
sequence 127840290



account 10648599   amount 560.00   date 05-26-2004
sequence 126647030



account 10648599   amount 255.89   date 05-24-2004
sequence 125027820



account 10648599   amount 225.00   date 05-25-2004
sequence 125871220



account 10648599   amount 22900.00   date 05-27-2004
sequence 365253480

A107

NOT ON THIS BANK

W. Homsey

DATE 6/4/04

WTC  28491530  $ 5000.00

Five Thousand

WILMINGTON
TRUST
Wilmington, Delaware

⑆031100092⑆

WILMINGTON TRUST CO >031100092<
0375591880 06042004
PKT=13 101 092 23

account 10648599   amount 5000.00   date 06-04-2004
sequence 371591880

BANK ✓

WALTER HOMSEY

DATE 6/8/04

WTC  2849-1530  $ 20,000.00

Twenty Thousand

WILMINGTON
TRUST
Wilmington, Delaware

⑆031100092⑆

WILMINGTON TRUST CO >031100092<
0139800990 06092004
PKT=13 101 098 18

account 10648599   amount 20000.00   date 06-09-2004
sequence 139800990

BANK ✓

WTC 2849-1530  $ 2500.00

Two thousand five hundred

WILMINGTON
TRUST
Wilmington, Delaware

⑆031100092⑆

WILMINGTON TRUST CO >031100092<
0139801000 06092004
PKT=13 101 098 19

account 10648599   amount 2500.00   date 06-09-2004
sequence 139801000

Walter Homsey
Broward

DATE 6/16/04

Cash

$ 200.00

Two Hundred

WILMINGTON
TRUST
Wilmington, Delaware

⑆031100092⑆

WILMINGTON TRUST CO >031100092<
0378050740 06162004
PKT=13 101 049 32

3753 HT 950 61601H028    F200.00

account 10648599   amount 200.00   date 06-16-2004
sequence 378050740

WALTER HOMSEY
OK JES

DATE June 18/04

Cash

$ 400.00

Four Hundred

WILMINGTON
TRUST
Wilmington, Delaware

⑆031100092⑆

WILMINGTON TRUST CO >031100092<
0380899970 06182004
PKT=13 101 076 7

3753 HT 129 61804H064    $400.00

account 10648599   amount 400.00   date 06-18-2004
sequence 380899970

CZ

A108

account 10648599   amount 152.00   date 06-16-2004
sequence 146392240

account 10648599   amount 183.66   date 06-14-2004
sequence 142642190

account 10648599   amount 560.00   date 06-30-2004
sequence 390441390

account 10648599   amount 10000.00   date 06-18-2004
sequence 380232930

account 10648599   amount 19000.00   date 06-25-2004
sequence 386941480

— Ellen refutes
check

A109



ACCOUNT 10648599   AMOUNT 375.00      SEQUENCE 186729040   DATE 08-02-2004

ACCOUNT 10648599   AMOUNT 560.00      SEQUENCE 329945170   DATE 08-13-2004

ACCOUNT 10648599   AMOUNT 560.00      SEQUENCE 329945160   DATE 08-13-2004

ACCOUNT 10648599   AMOUNT 8900.00     SEQUENCE 187122300   DATE 08-02-2004

ACCOUNT 10648599   AMOUNT 2000.00     SEQUENCE 328777890   DATE 08-12-2004

JNS

A110

account 10648599   amount 25000.00   date 07-07-2004
sequence 300494660



account 10648599   amount 205.00   date 07-07-2004
sequence 162026420



account 10648599   amount 1112.00   date 07-07-2004
sequence 162394330



account 10648599   amount 21.00   date 07-13-2004
sequence 168256890



account 10648599   amount 23.77   date 07-14-2004
sequence 169620810

A111

ACCOUNT 10648599   AMOUNT 200.00 | SEQUENCE 319970090   DATE 08-03-2004

ACCOUNT 10648599   AMOUNT 500.00 | SEQUENCE 321623630   DATE 08-04-2004

ACCOUNT 10648599   AMOUNT 4500.00 | SEQUENCE 328254630   DATE 08-11-2004

ACCOUNT 10648599   AMOUNT 1112.00 | SEQUENCE 190798010   DATE 08-06-2004

ACCOUNT 10648599   AMOUNT 205.00 | SEQUENCE 320725170   DATE 08-04-2004

JNS

A112

10648599   10000.00        383447720   10-21-2004

10648599   21.95           159046620   10-20-2004

10648599   3107.50         160209350   10-21-2004

10648599   1847.93         387760190   10-29-2004

10648599   1425.00         157890270   10-19-2004

MN

A113

BANK

Ann Landscaping

DATE 11/3/04

Cash
PAY TO THE ORDER OF $5000.00
five thousand DOLLARS

WILMINGTON
TRUST
Wilmington, Delaware

11064 85919

MEMO

⑆031100092⑆

10648599   5000.00

WILMINGTON TRUST CO >031100092<
0391023040 11032004
PKT=13 101 057 3

391023040   11-03-2004

---

BANK

VAC

11/2/04

Cash
PAY TO THE ORDER OF $2000.00
Two thousand DOLLARS

WILMINGTON
TRUST
Wilmington, Delaware

11104 85919

my loan

⑆031100092⑆

10648599.   2000.00

WILMINGTON TRUST CO >031100092<
0390231140 11022004
PKT=13 101 079 7

3701 WT 125110204N129   $2000.00 -

390231140   11-02-2004

---

Walter Samuel O. Hornsey SR   DG 1103667

DATE 11/2/04

PAY TO THE
ORDER OF Cash $50.00
Fifty DOLLARS

WILMINGTON
TRUST
Wilmington, Delaware

11064 85919

MEMO

⑆031100092⑆

10648599   50.00

WILMINGTON TRUST CO >031100092<
0390735860 11032004
PKT=13 101 044 2

5071 WT120211103D4N132   $50.00 -

390735860   11-03-2004

---

Walter Hornsey   WITH
466 Snuff Mill Ln   HOLD
Hockessin, DE 19707

DATE 11/12/04

PAY TO THE
ORDER OF Scott $100.00
one hundred DOLLARS

WILMINGTON
TRUST
Wilmington, Delaware

7064 85919

MEMO

⑆031100092⑆

10648599   100.00

WILMINGTON TRUST CO >031100092<
0300849010 11122004
PKT=13 101 039 10

2901 WT 122112204N135   $100.00 -

300849010   11-12-2004

---

DG# 1103667DS
Walter S Hornsey   15-83/311
x10/10/08

DATE 11/23/04

PAY TO THE
ORDER OF CASH $200.00
Two hundred + 00/100 DOLLARS

WILMINGTON
TRUST
Wilmington, Delaware

7064 85919

MEMO

⑆031100092⑆

10648599   200.00

WILMINGTON TRUST CO >031100092<
0309298260 11232004
PKT=13 101 084 1

3540 WT 927112304N04D   $200.00 -

309298260   11-23-2004

---

MN

A114

account 10648599    amount 400.00    date 04-06-2004
sequence 325587590



account 10648599    amount 300.00    date 04-20-2004
sequence 334569300



account 10648599    amount 250.00    date 04-21-2004
sequence 335555450



account 10648599    amount 2106.47    date 04-20-2004
sequence 101104090



account 10648599    amount 205.00    date 04-05-2004
sequence 163636700

WILMINGTON TRUST

Charge Advice

We have charged your account as follows:
Pre clease request to
transfer to 28491530

Account No. *001-10648599
Date 03/25/2004
Amount $6,000.00

WALTER HOMSEY
466 SNUFF MILL LANE
HOCKESSIN, DE 19707-9643

Tenth and Market

WILMINGTON TRUST CO >03110009D<
PKT=13 101 002 8

10648599    6000.00

317926470    03-25-2004

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE  302-555-9493
HOCKESSIN, DE 19707

6882
82-9/311

DATE Feb 29, '04

PAY TO THE
ORDER OF P.A. Residential                    $ 1112.00

One thousand one hundred twelve Dollars

WILMINGTON TRUST, Delaware

MEMO
:0311000924: 1064 8599:  6882   :00001112 00:

Coleman Homsey

10648599    1112.00

135304890    03-03-2004

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE  302-555-9493
HOCKESSIN, DE 19707

6908
82-9/311

DATE Feb 19 /04

PAY TO THE
ORDER OF The Fund for Animals                    $ 30

Thirty                                    DOLLARS

WILMINGTON TRUST, Delaware

MEMO
:0311000924: 1064 8599:  6908   :0000003000:

10648599    30.00

300039130    03-01-2004

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE  302-465-8490
HOCKESSIN, DE 19707

6920
82-9/311

DATE 1/12/04

PAY TO THE
ORDER OF Nature                    $ 119.00

One hundred and 19/100                    DOLLARS

WILMINGTON TRUST, Delaware

MEMO
:0311000924: 1064 8599:  6920   :00000 11900:

10648599    119.00

133087120    03-01-2004

---

COLEMAN HOMSEY
WALTER HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE  302-465-8490
HOCKESSIN, DE 19707

6930
82-9/311

DATE Mar 5 /04

PAY TO THE
ORDER OF Central Parking Sys                    $ 205.00

Two hundred and five Dollars

WILMINGTON TRUST, Delaware

MEMO 777-1305                    Coleman Homsey
:0311000924: 1064 8599:  6930   :00000 20500:

10648599    205.00

143201410    03-12-2004

P.P.

A116

# EXHIBIT B

## Checks Paid By WTC With Fraudulent Siganture for Homsey Account 1064-8599

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|
| 3/26/2003 | 6355 | Marcia Boyer | 1000 |
| 4/17/2003 | 6364 | Harlen Mekler | 1800.5 |
| 5/23/2003 | Counter | Cash | 300 |
| 6/13/2003 | 6440 | Khidir Landscaping | 4000 |
| 6/13/2003 | 6441 | Marcia Boyer-Homsey | 1300 |
| 8/5/2003 | 6481 | Marcia Boyer | 400 |
| 10/6/2003 | 6573 | Cheryl Tubbs | 550 |
| 2/10/2004 | Counter | WTC | 5566 |
| 4/13/2004 | 6967 | cash | 500 |
| 4/14/2004 | 6968 | Marcia Boyer-Homsey | 3500 |
| 5/3/2004 | 6997 | Marcia C. Boyer | 4000 |
| 5/5/2004 | 7001 | Khidir Landscaping | 35000 |
| 5/18/2004 | Counter | Cash | 500 |
| 5/20/2004 | 7022 | Khidir Landscaping | 10000 |
| 5/21/2004 | 7023 | Gravely Hockessin | 11516.9 |
| 5/26/2004 | Counter | WTC | 1500 |
| 5/26/2004 | 7021 | WTC | 22900 |
| 5/27/2004 | Counter | Cash | 1000 |
| 6/8/2004 | Counter | WTC | 20000 |
| 6/17/2004 | 7041 | WTC | 10000 |
| 6/24/2004 | 7042 | Marcia Boyer | 19000 |
| 7/6/2004 | 7043 | Khidir Landscaping | 25000 |
| 7/26/2004 | 7082 | Gravely Hockessin | 9900 |
| 8/5/2004 | 7083 | Lisa Carter | 2000 |
| 8/9/2004 | 7061 | Marcia Boyer-Homsey | 4500 |
| 10/20/2004 | 6724 | Marcia Boyer-Homsey | 10000 |
| 11/2/2004 | Counter | Cash | 2000 |
| 11/3/2004 | Counter | Cash | 5000 |
| 6/19/2004 | Counter | WTC | 2500 |
|  |  | **Total** | **$218,733.40** |

A118

# Murphy Spadaro & Landon

### ATTORNEYS

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

February 28, 2006

**BY HAND DELIVERY AND FEDEX**
Philip B. Weymouth, Jr., CPCU
Weymouth & Smith
5710 Kennett Pike
Centreville, DE 19807-0939

RE:    **Named Insured: Coleman DuPont Homsey**
**Policy no. 12680929-01 (Chubb Masterpiece) and**
**other applicable policies**

Dear Mr. Weymouth:

In my December 29, 2005 letter, I tendered certain coverage claims on Mr. and Mrs. Homsey's behalf, including a claim for loss caused by theft of the Homsey's credit card and bank card numbers. I promised to follow up with documentary evidence of the latter theft.

That documentary evidence is enclosed with this letter. It reflects Ms. Boyer Homsey's theft of credit card numbers in the following dollar amounts:

| Credit Card | Amount |
|---|---|
| AT&T Universal Card | $13,424.14 |
| Wilmington Trust Visa | $26,024.08 |
| | $39,448.22 |

Thefts of Mr. Homsey's AT&T Universal Card number are reflected by the documents at Tab A. Tab B shows the amounts, etc. for thefts of Mr. Homsey's Wilmington Trust Visa card.

Please provide a copy of this letter to all the Homseys' insurers without regard to your independent judgment as to whether a particular policy might be implicated. Please also copy me on your written communications with the Homseys' insurers as they relate to the claims references above.

127783

A119

Philip B. Weymouth, Jr., CPCU
February 28, 2006
Page 2

_____

Thank you for your continued cooperation.

Very truly yours,

John S. Spadaro

JSS/slr
Encl.
cc:    Coleman DuPont Homsey
       Neal C. Belgam, Esq.
       Christopher Evans, Chubb Property Claims Dept.

127783                                                        A120

# EXHIBIT A



**AT&T**

Account 5491 1303 7811 0332
January 9 - February 9, 2004



## Payments and Adjustments

| Trans | Post | Description | Amount |
|-------|------|-------------|--------|
| | 01/20 | PAYMENT THANK YOU | 11,021.09CR |
| **Total Payments and Adjustments** | | | **$11,021.09CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases | 9,160.52 |
| Cash Advances and Checks | 0.00 |
| Finance Charges | 0.00 |
| **Total MasterCard Activity** | **$9,160.52** |

## Purchases

Total MasterCard Purchases........................................ **$9,160.52**

### Standard Purch

| Trans | Post | Description | Amount |
|-------|------|-------------|--------|
| 01/08 | 01/10 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 16.33 |
| 01/08 | 01/10 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 123.83 |
| 01/08 | 01/10 | WHOLE FOODS MARKET S1A PHILADELPHIA PA | 63.60 |
| 01/08 | 01/10 | HIGHLAND HARDWARE SVST ATLANTA GA | 311.98 |
| 01/09 | 01/10 | MICHELE BRODER DMD WILMINGTON DE | 134.00 |
| 01/09 | 01/10 | SUNOCO PHLA PA | 25.36 |
| 01/10 | 01/10 | EXXONMOBIL83 04729679 HOCKESSI DE | 11.35 |
| 01/10 | 01/10 | HARVEST MARKET HOCKESSIN DE | 196.02 |
| 01/12 | 01/12 | HAPPY HARRY'S INC #25 GREENVILLE DE | 233.96 |
| 01/12 | 01/12 | THE WINE AND SPIRIT CO GREENVILLE DE | 34.40 |
| 01/12 | 01/12 | MUR*MCMURRAY HATCHERY 800-456-3280 IA | 120.55 |
| 01/13 | 01/13 | HAPPY HARRY'S #38 HOCKESSIN DE | 7.75 |
| 01/13 | 01/13 | VALLEY CHIROPRACTIC CE HOCKESSIN DE | 45.12 |
| 01/13 | 01/13 | HARVEST MARKET HOCKESSIN DE | 101.54 |
| 01/13 | 01/13 | HARVEST MARKET HOCKESSIN DE | 103.83 |
| 01/14 | 01/14 | CENTREVILLE VETERINARY WILMINGTON DE | 108.00 |
| 01/15 | 01/15 | 3027 LEE'S HARDWARE IN PHILADELPHIA PA | 25.68 |
| 01/15 | 01/15 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 91.96 |
| 01/15 | 01/15 | BIOTECH RESEARCH 08008950008 OH | 177.00 |
| 01/15 | 01/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR PA | 450.00 |
| 01/16 | 01/16 | NM BY MAIL * 800-8258255 TX | 239.50 |
| 01/16 | 01/16 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 16.06 |
| 01/16 | 01/16 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 30.43 |
| 01/17 | 01/17 | HARVEST MARKET HOCKESSIN DE | 99.53 |
| 01/17 | 01/17 | WHOLE FOODS MARKET S1A PHILADELPHIA PA | 52.94 |
| 01/17 | 01/17 | SUNOCO PHLA PA | 24.99 |
| 01/19 | 01/19 | HAPPY HARRY'S #38 HOCKESSIN DE | 177.19 |
| 01/19 | 01/19 | CONCORD PET FOODS & SU HOCKESSIN DE | 110.46 |
| 01/20 | 01/20 | STEVE SWYKA AUTO SPECI WILMINGTON DE | 33.11 |
| 01/20 | 01/20 | HARVEST MARKET HOCKESSIN DE | 122.19 |
| 01/21 | 01/21 | BIOTECH RESEARCH 08008950008 OH | 111.00 |
| 01/23 | 01/23 | VALLEY CHIROPRACTIC CE HOCKESSIN DE | 20.00 |
| 01/24 | 01/24 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 16.51 |
| 01/24 | 01/24 | WHOLE FOODS MARKET S1A PHILADELPHIA PA | 37.82 |
| 01/24 | 01/24 | BN *BARNESANDNOBLE.COM 800-843-2665 NJ | 22.15 |
| 01/24 | 01/24 | SUNOCO PHLA PA | 23.03 |
| 01/25 | 01/25 | HOCKESSIN WINE AND SPI HOCKESSIN DE | 43.96 |
| 01/26 | 01/26 | HARVEST MARKET HOCKESSIN DE | 92.91 |
| 01/26 | 01/26 | TWX*AOLforBROADBAND 01 888-849-3200 VA | 14.95 |
| 01/26 | 01/26 | TWX*AOL PREMIUM SVCE O 888-265-9269 VA | 21.90 |
| 01/26 | 01/26 | TWX*AOL DIAL-UP 0104 888-849-3200 VA | 292.61 |
| 01/27 | 01/27 | HARVEST MARKET HOCKESSIN DE | 243.10 |
| 01/27 | 01/27 | ALBRIGHT OPTICIANS GREENVILLE DE | 876.00 |
| 01/28 | 01/28 | EXXONMOBIL83 04729679 HOCKESSI DE | 10.30 |
| 01/28 | 01/28 | DE OPHTHLMLGY 1 CONSUL WILMINGTON DE | 15.00 |
| 01/28 | 01/28 | HARVEST MARKET HOCKESSIN DE | 173.52 |
| 01/28 | 01/28 | LIFE EXTENSION FDTN 800-678-8989 FL | 204.30 |
| 01/28 | 01/28 | PLANPLUS FEB 800-527-7557 TX | 9.25 |
| 01/29 | 01/29 | J P ANIMAL SUPPLY RISING SUN MD | 121.65 |
| 01/29 | 01/29 | BFI WILMINGTON 302-284-4440 DE | 270.00 |
| 01/29 | 01/29 | UTRECHT ART SUPPLY #28 PHILADELPHIA PA | 14.97 |

 
COLEMAN HOUSE
Account 5491 1303 7811 0332
January 9 - February 9, 2004

| | | | | | |
|---|---|---|---|---|---|
| 01/30 | 01/30 | INTERNET SERVICES 888- 610-6929205 | PA | 9.95 | |
| 01/30 | 01/30 | UOP-ONLINE-PN J- PHOENIX | AZ | 1,320.00 | |
| 01/31 | 01/31 | UTRECHT ART SUPPLY #28 PHILADELPHIA | PA | 14.97 | |
| 01/31 | 01/31 | HARVEST MARKET HOCKESSIN | DE | 37.81 | |
| 01/31 | 01/31 | SUNOCO PHILA | PA | 24.11 | |
| 02/02 | 02/02 | THE WINE AND SPIRIT CO GREENVILLE | DE | 29.85 | |
| 02/02 | 02/02 | HARVEST MARKET HOCKESSIN | DE | 100.85 | |
| 02/02 | 02/02 | HARVEST MARKET HOCKESSIN | DE | 9.98 | |
| 02/02 | 02/02 | PIZZA BY ELIZABETHS GREENVILLE | DE | 35.25 | |
| 02/02 | 02/02 | BN *BARNESANDNOBLE.COM 800-843-2665 | NJ | 25.00 | |
| 02/02 | 02/02 | B & N BOOKQUEST 866-257-7723 | NJ | 34.70 | |
| 02/02 | 02/02 | AOL*NETMARKET 877-209-0226 | VA | 8.00 | R |
| 02/03 | 02/03 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | 45.17 | R |
| 02/03 | 02/03 | HARMONY COMPANY BLAUVELT | NY | 31.96 | |
| 02/03 | 02/03 | DENTAL HEALTH ASSOCS P WILMINGTON | DE | 175.00 | R |
| 02/03 | 02/03 | HARVEST MARKET HOCKESSIN | DE | 175.90 | |
| 02/03 | 02/03 | RN *REALONE WWW. CCREAL.COM | WA | 9.95 | |
| 02/03 | 02/03 | BN *BARNESANDNOBLE.COM 800-843-2665 | NJ | 23.55 | |
| 02/03 | 02/03 | B & N BOOKQUEST 866-257-7723 | NJ | 41.05 | |
| 02/04 | 02/04 | B & N BOOKQUEST 866-257-7723 | NJ | 30.99 | |
| 02/05 | 02/05 | UTRECHT ART SUPPLY #28 PHILADELPHIA | PA | 22.87 | |
| 02/06 | 02/06 | EXXONMOBIL83 04729679 HOCKESSI | DE | 13.60 | |
| 02/06 | 02/06 | THE COMPOUNDING PHARMA WEST CHESTER | PA | 85.00 | R |
| 02/06 | 02/06 | HARVEST MARKET HOCKESSIN | DE | 147.08 | |
| 02/07 | 02/07 | SUNOCO PHILA | PA | 25.07 | |

**Total Standard Purch** $9,160.52

## Cash Advances

Cash Advance Limit............................. $4,400.00*   *This represents a portion of your total credit line.

### Finance Charge Information

| | Nominal APR | Periodic Rate | Days in x Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | |
| Standard Purch | 11.990% | .03286%(D) | X | 31 | X | $0.00 | = | $0.00 + $0.00 | 11.990% |
| **CASH ADVANCES** | | | | | | | | | |
| Standard Adv | 10.990% | .05477%(D) | X | 31 | X | $0.00 | = | $0.00 + $0.00 | 10.990% |

Total *FINANCE CHARGE* = $0.00

### AT&T Services Summary

AT&T Universal Calling Card Calls................................................................................. $0.00





**AT&T**

Account 5491 1303 7811 0332
December 10 - January 9, 2004

(1) 2004



## Payments and Adjustments

| Trans | Post | Description | | Amount |
|-------|------|-------------|---|--------|
| | 12/19 | PAYMENT THANK YOU | | 8,631.36CR |
| 12/12 | 12/12 | PERFORMANCE PHYS THERA HOCKESSIN | DE | 147.50CR |
| 01/06 | 01/06 | WYSONG CORPORATION 989-6310009 | MI | 57.77CR |
| | | **Total Payments and Adjustments** | | **$8,836.63CR** |

## AT&t Universal MasterCard Activity

Purchases.................................................................................. 11,226.36
Cash Advances and Checks............................................ 0.00
Finance Charges............................................................... 0.00
**Total MasterCard Activity**....................................... **$11,226.36**

## Purchases

Total MasterCard Purchases.................................... $11,226.36

**Standard Purch**

| Trans | Post | Description | | Amount |
|-------|------|-------------|---|--------|
| 12/10 | 12/11 | EXXONMOBIL83 04729679 HOCKESSI | DE | 6.95 |
| 12/10 | 12/11 | LK ERIE COLLEGE PAINESVILLE | OH | CHAR 25.00 ✓ |
| 12/10 | 12/11 | HARVEST MARKET HOCKESSIN | DE | 83.83 |
| 12/11 | 12/11 | WALTER NICKE CO/GARDEN 978-887-3388 | MA | 94.35 |
| 12/11 | 12/11 | TIMES SUPPLEMENTS LTD 800-783-4903 | NJ | 79.95 |
| 12/12 | 12/12 | WALTER NICKE CO/GARDEN 978-887-3388 | MA | 12.50 |
| 12/12 | 12/12 | L BOUTIQUE LTD GREENVILLE | DE | 55.00 |
| 12/12 | 12/12 | NUTRI COLOGY INC HAYWARD | CA | 153.44 |
| 12/12 | 12/12 | PERFORMANCE PHYS THERA HOCKESSIN | DE | 145.00 |
| 12/12 | 12/12 | PERFORMANCE PHYS THERA HOCKESSIN | DE | 147.50 ✓ |
| 12/12 | 12/12 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | 26.45 |
| 12/13 | 12/13 | PATHMARK #5 00005SBF PHILADELPHIA | PA | 31.43 |
| 12/13 | 12/13 | HARVEST MARKET HOCKESSIN | DE | 143.70 |
| 12/14 | 12/14 | AMOCO OIL 08128993 GREENVILLE | DE | 19.88 |
| 12/15 | 12/15 | EXXONMOBIL83 04729679 HOCKESSI | DE | 10.40 |
| 12/15 | 12/15 | OPTIMAL HEALTH RESOURC ORLANDO | FL | 86.35 |
| 12/15 | 12/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR | PA | 450.00 |
| 12/16 | 12/16 | CHRYSALIS NATURAL MEDI WILMINGTON | DE | MED 138.40 ✓ |
| 12/16 | 12/16 | HARVEST MARKET HOCKESSIN | DE | 204.13 |
| 12/19 | 12/19 | NOR*NORTHERN TOOL 800-222-5381 | MN | 4,463.56 |
| 12/20 | 12/20 | CONCORD PET FOODS & SU HOCKESSIN | DE | 93.97 |
| 12/20 | 12/20 | HARVEST MARKET HOCKESSIN | DE | 216.32 |
| 12/21 | 12/21 | SUNOCO PHILA | PA | 21.47 |
| 12/22 | 12/22 | HAPPY HARRY'S #38 HOCKESSIN | DE | 535.86 |
| 12/22 | 12/22 | CONCORD PET FOODS & SU HOCKESSIN | DE | 491.97 |
| 12/22 | 12/22 | HOCKESSIN WINE AND SPI HOCKESSIN | DE | 35.97 |
| 12/22 | 12/22 | HARVEST MARKET HOCKESSIN | DE | 28.90 |
| 12/22 | 12/22 | HARVEST MARKET HOCKESSIN | DE | 128.50 |
| 12/23 | 12/23 | TOTAL WINE AND MORE WI WILMINGTON | DE | 9.84 |
| 12/24 | 12/24 | HARVEST MARKET HOCKESSIN | DE | 165.97 |
| 12/24 | 12/24 | AMAZON.COM *SUPERSTOR AMAZON.COM | WA | 22.19 |
| 12/26 | 12/26 | AOL* for Broadband 120 888-849-3200 | VA | 9.95 |
| 12/26 | 12/26 | AOL*PREMIUM SERVICE 12 888-265-9269 | VA | 21.90 |
| 12/27 | 12/27 | APPLE COMPUTER 800-676-2775 | TX | 79.00 |
| 12/29 | 12/29 | EXXONMOBIL83 04729679 HOCKESSI | DE | 11.50 |
| 12/29 | 12/29 | HAPPY HARRY'S #38 HOCKESSIN | DE | 8.97 |
| 12/29 | 12/29 | ACCESS 2000 610-6929205 | PA | 9.95 ✓ |
| 12/29 | 12/29 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | M.B. 20.00 |
| 12/29 | 12/29 | CONCORD PET FOODS & SU HOCKESSIN | DE | 87.96 |
| 12/29 | 12/29 | VITAMIN RESEARCH PRODU CARSON CITY | NV | 727.31 |
| 12/29 | 12/29 | HARVEST MARKET HOCKESSIN | DE | 27.96 |
| 12/29 | 12/29 | AMAZON.COM *SUPERSTOR AMAZON.COM | WA | 40.92 |
| 12/30 | 12/30 | J P ANIMAL SUPPLY RISING SUN | MD | 113.60 |
| 12/30 | 12/30 | M7I*MAC ZONE 800-248-9948 | WA | 197.97 |
| 12/30 | 12/30 | PLANPLUS JAN 800-527-7557 | TX | 9.25 |
| 01/01 | 01/01 | SHELL OIL 91002614193 NEW CASTLE | DE | 17.97 |
| 01/02 | 01/02 | HARMONY COMPANY BLAUVELT | NY | 31.96 |
| 01/02 | 01/02 | CONCORD PET FOODS & SU HOCKESSIN | DE | 69.97 |
| 01/02 | 01/02 | HARVEST MARKET HOCKESSIN | DE | 193.99 |

FRAUD — [ (AOL* for Broadband / AOL*PREMIUM SERVICE)

FRAUD — (PLANPLUS)

A124



COLEMAN HOMSEY
Account 5491 1303 7811 0332
December 10 - January 9, 2004

FRAUD ⟶  01/02   01/02   AMAZON.COM  *SUPERSTOR AMAZON.COM   WA                    20.76
                01/03   01/03   RN *REALONE        WWW.     CCREAL.COM   WA                     9.95
                01/04   01/04   2 SISTERS          OO OF OO 616-6426640   MI                    94.50
                01/05   01/05   WYSONG CORPORATION          989-6310009   MI                   260.55
                01/05   01/05   HARVEST MARKET              HOCKESSIN    DE                    40.60
                01/05   01/05   STEVE SWYKA AUTO SPECL WILMINGTON        DE                   258.54
                01/05   01/05   BIOTECH RESEARCH            08008950008  OH                   404.00
                01/06   01/06   VALLEY CHIROPRACTIC CE HOCKESSIN         DE                    45/12
                01/06   01/06   HARVEST MARKET              HOCKESSIN    DE                    28.48
                01/07   01/07   VALLEY CHIROPRACTIC CE HOCKESSIN         DE                   140.00
FRAUD ⟶  01/08   01/08   M02*PRIVACY PLUS            877-500-5774  CT                    14.95
                **Total Standard Purch**                                                   $11,226.36

## Cash Advances

Cash Advance Limit............................ $4,400.00*   *This represents a portion of your total credit line.

### Finance Charge Information

|  | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 11.990% | .03285%(D) | x | 30 | x | $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 30 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total  *FINANCE CHARGE*  =   $0.00

### AT&T Services Summary

AT&T Universal Calling Card Calls.................................................................. $0.00

A125

Account 5481 1303 7611 0332
February 9 – March 9, 2004

A126

## Payments and Adjustments

| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| | 02/20 | PAYMENT THANK YOU | | | 9,160.52CR |
| 02/12 | 02/12 | NM BY MAIL * | 800-8258255 | TX | 75.00CR |
| | | **Total Payments and Adjustments** | | | **$9,235.52CR** |

## At&t Universal MasterCard Activity

| | |
|--|--|
| Purchases................................................................. | 7,040.58 |
| Cash Advances and Checks................................. | 0.00 |
| Finance Charges..................................................... | 0.00 |
| **Total MasterCard Activity.................................** | **$7,040.58** |

## Purchases

Total MasterCard Purchases................................................ $7,040.58

### Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| 02/09 | 02/10 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 567.35 |
| 02/09 | 02/10 | HIGHLAND HARDWARE SVST ATLANTA | | GA | 145.91 |
| 02/09 | 02/10 | MO2*PRIVACY PLUS | 877-500-5774 | CT | 14.85 |
| 02/10 | 02/10 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 44.64 |
| 02/10 | 02/10 | HARVEST MARKET | HOCKESSIN | DE | 111.68 |
| 02/10 | 02/10 | SCOTT TRUE VALUE | HOCKESSIN | DE | 29.96 |
| 02/10 | 02/10 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 80.00 |
| 02/11 | 02/12 | NM BY MAIL * | 800-8258255 | TX | 7.95 |
| 02/12 | 02/12 | LOGEES GREENHOUSES | DANIELSON | CT | 62.75 |
| 02/12 | 02/12 | JILDOR SHOES, INC | CEDARHURST | NY | 338.00 |
| 02/12 | 02/12 | SUNOCO | PHILA | PA | 24.08 |
| 02/13 | 02/13 | PATHMARK #5 00005S8F PHILADELPHIA | | PA | 52.24 |
| 02/15 | 02/15 | 3027 LEE'S HARDWARE IN PHILADELPHIA | | PA | 6.84 |
| 02/16 | 02/16 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 196.59 |
| 02/16 | 02/16 | HOCKESSIN WINE AND SPI HOCKESSIN | | DE | 37.97 |
| 02/16 | 02/16 | HARVEST MARKET | HOCKESSIN | DE | 145.17 |
| 02/16 | 02/16 | TAYLOR OIL & PROPANE T KENNETT SQUAR PA | | | 450.00 |
| 02/17 | 02/17 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 18.93 |
| 02/17 | 02/17 | HARVEST MARKET | HOCKESSIN | DE | 30.52 |
| 02/17 | 02/17 | STEVE SWYKA AUTO SPECL WILMINGTON | | DE | 41.02 |
| 02/17 | 02/17 | FRONTIER NATURAL PRODU NORWAY | | IA | 80.00 |
| 02/17 | 02/17 | HARVEST MARKET | HOCKESSIN | DE | 3.49 |
| 02/18 | 02/18 | DUQUE-SALVA MD | WILMINGTON | DE | 265.00 |
| 02/18 | 02/18 | HIGHLAND HARDWARE SVST ATLANTA | | GA | 17.98 |
| 02/18 | 02/18 | AMAZON.COM * SUPERSTOR AMAZON.COM | | WA | 15.18 |
| 02/18 | 02/18 | SHELL OIL / 91002614193 NEW CASTLE | | DE | 25.47 |
| 02/19 | 02/19 | SUNDANCE CATLG | 800-422-2770 | UT | 232.49 |
| 02/20 | 02/20 | EXXONMOBIL83 04729679 HOCKESSI | | DE | 12.25 |
| 02/20 | 02/20 | HARVEST MARKET | HOCKESSIN | DE | 29.99 |
| 02/20 | 02/20 | HARVEST MARKET | HOCKESSIN | DE | 362.97 |
| 02/20 | 02/20 | 3027 LEE'S HARDWARE IN PHILADELPHIA | | PA | 11.53 |
| 02/21 | 02/21 | SUNOCO | PHILA | PA | 18.59 |
| 02/23 | 02/23 | HAPPY HARRY'S INC #25 GREENVILLE | | DE | 182.46 |
| 02/23 | 02/23 | PETER KATE SHOES | GREENVILLE | DE | 175.00 |
| 02/24 | 02/24 | WYSONG CORPORATION | 989-6310009 | MI | 267.69 |
| 02/24 | 02/24 | DENTAL HEALTH ASSOCS P WILMINGTON | | DE | 997.50 |
| 02/24 | 02/24 | HARVEST MARKET | HOCKESSIN | DE | 308.10 |
| 02/25 | 02/25 | HAPPY HARRY'S INC #25 GREENVILLE | | DE | 3.99 |
| 02/25 | 02/25 | SCOTT TRUE VALUE | HOCKESSIN | DE | 11.24 |
| 02/25 | 02/25 | SUNDANCE CATLG | 800-422-2770 | UT | 106.46 |
| 02/26 | 02/26 | HARVEST MARKET | HOCKESSIN | DE | 90.15 |
| 02/26 | 02/26 | UTRECHT ART SUPPLY #28 PHILADELPHIA | | PA | 104.96 |
| 02/26 | 02/26 | TWX*AOL PREMIUM SVFC O 888-265-9269 | | VA | 21.90 |
| 02/26 | 02/26 | TWX*AOL DIAL-UP 0204 888-849-3200 | | VA | 35.00 |
| 02/26 | 02/26 | PLANPLUS BAR | 800-527-7557 | TX | 9.25 |
| 02/26 | 02/26 | HAWKINS & SONS INC | WILMINGTON | DE | 82.00 |
| 02/27 | 02/27 | SUNOCO | PHILA | PA | 22.42 |
| 02/28 | 02/28 | EXXONMOBIL83 04729679 HOCKESSI | | PA | 8.30 |
| 02/29 | 02/29 | INTERNET SERVICES 888- 610-6929205 | | PA | 9.95 |
| 03/01 | 03/01 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 145.41 |

FRAUD

| 03/01 | 03/01 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 20.00 | N/C |
|-------|-------|------------------------|-----------|----|-------|-----|
| 03/01 | 03/01 | HOCKESSIN WINE AND SPI | HOCKESSIN | DE | 41.96 | |
| 03/01 | 03/01 | HARVEST MARKET | HOCKESSIN | DE | 57.12 | mari |
| 03/01 | 03/01 | AOL *NETMARKET | 877-209-0226 | VA | 8.00 | |
| 03/01 | 03/01 | TEXACO INC 91002614184 | HOCKESSIN | DE | 4.17 | |
| 03/02 | 03/02 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 311.58 | |
| 03/02 | 03/02 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 114.80 | |
| 03/02 | 03/02 | J P ANIMAL SUPPLY | RISING SUN | MD | 158.23 | |
| 03/02 | 03/02 | HARVEST MARKET | HOCKESSIN | DE | 9.95 | |
| 03/03 | 03/03 | RN *REALONE WWW. | CCREAL.COM | WA | 22.17 | |
| 03/04 | 03/04 | EXXONMOBIL18 09643099 | PHILADEL | PA | 64.19 | |
| 03/04 | 03/04 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 9.07 | |
| 03/04 | 03/04 | KITCHEN USA | PHILADELPHIA | PA | 31.96 | |
| 03/05 | 03/05 | HARMONY COMPANY | BLAUVELT | NY | 66.00 | |
| 03/05 | 03/05 | ELLIE #2 | WILMINGTON | DE | 18.50 | |
| 03/06 | 03/06 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 117.61 | mari |
| 03/06 | 03/06 | HARVEST MARKET | HOCKESSIN | DE | | |
| 03/08 | 03/08 | MO2*PRIVACY PLUS | 877-500-5774 | CT | 14.95 | |

FRAUD

**Total Standard Purch** $7,040.58

## Cash Advances

Cash Advance Limit.............................. $4,400.00*   *This represents a portion of your total credit line.

## Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | | |
| Standard.Purch | 11.990% | .03285%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| CASH ADVANCES | | | | | | | | | | | |
| Standard Adv | 18.990% | .05477%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 19.980% |

Total *FINANCE CHARGE* = $0.00

## AT&T Services Summary

AT&T Universal Calling Card Calls.................................................................................. $0.00

A127



A128

2211109909098660002
*NNNN*NNNN*NNNN*NNNN

## Payments and Adjustments

| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| | 03/19 | PAYMENT THANK YOU | | | 6,965.58CR |
| 03/13 | 03/13 | UOP-ONLINE-PN | PHOENIX | AZ | 792.00CR |
| **Total Payments and Adjustments** | | | | | **$7,757.58CR** |

## AT&T Universal MasterCard Activity

| | |
|--|--|
| Purchases................................................................. | 8,756.22 |
| Cash Advances and Checks................................. | 0.00 |
| Finance Charges................................................ | 0.00 |
| **Total MasterCard Activity**................................ | **$8,756.22** |

## Purchases

Total MasterCard Purchases................................................ **$8,756.22**

### Standard Purch



| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| 03/08 | 03/10 | PIZZA BY ELIZABETHS | GREENVILLE | DE | 41.75 |
| 03/09 | 03/10 | WHYY INC | PHILADELPHIA | PA | 42.00 |
| 03/09 | 03/10 | HARVEST MARKET | HOCKESSIN | DE | 163.90 |
| 03/10 | 03/10 | EXXONMOBIL83 04729679 HOCKESSI | | | 8.80 |
| 03/10 | 03/10 | NEW YORK TIMES DIGITAL 646-698-8249 | | NY | 29.95 |
| 03/10 | 03/10 | AMAZON.COM *SUPERSTOR AMAZON.COM | | WA | 21.49 |
| 03/10 | 03/10 | AMAZON.COM *SUPERSTOR AMAZON.COM | | WA | 55.46 |
| 03/11 | 03/11 | SUNOCO | PHILA | PA | 21.62 |
| 03/12 | 03/12 | UTRECHT ART SUPPLY #28 PHILADELPHIA | | PA | 40.79 |
| 03/12 | 03/12 | WHOLE FOODS MARKET S1A PHILADELPHIA | | PA | 26.88 |
| 03/12 | 03/13 | EXXONMOBIL83 04729679 HOCKESSI | | | 9.50 |
| 03/13 | 03/13 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 25.85 |
| 03/13 | 03/13 | HARVEST MARKET | HOCKESSIN | DE | 43.17 |
| 03/15 | 03/15 | COLLIER'S OF CENTREVIL CENTREVILLE | | DE | 7.99 |
| 03/15 | 03/15 | HARVEST MARKET | HOCKESSIN | DE | 73.35 |
| 03/15 | 03/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR | | PA | 450.00 |
| 03/15 | 03/15 | MUR*MCMURRAY HATCHERY 800-456-3280 | | IA | 117.60 |
| 03/16 | 03/16 | DENTAL HEALTH ASSOCS P WILMINGTON | | DE | 175.00 |
| 03/16 | 03/16 | CENTREVILLE VET HOSPIT WILMINGTON | | DE | 715.00 |
| 03/16 | 03/16 | HARVEST MARKET | HOCKESSIN | DE | 54.07 |
| 03/16 | 03/16 | TOMM S PRODUCE INC | HOCKESSIN | DE | 25.35 |
| 03/16 | 03/16 | LIFE EXTENSION FDTN 800-678-8989 | | FL | 102.50 |
| 03/17 | 03/17 | EXXONMOBIL83 04729679 HOCKESSI | | | 9.30 |
| 03/17 | 03/17 | HAPPY HARRY'S INC #25 GREENVILLE | | DE | 70.20 |
| 03/17 | 03/17 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 128.44 |
| 03/17 | 03/17 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 175.47 |
| 03/17 | 03/17 | L BOUTIQUE LTD | GREENVILLE | DE | 274.00 |
| 03/17 | 03/17 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 280.00 |
| 03/18 | 03/18 | SUNOCO | PHILA | PA | 21.88 |
| 03/19 | 03/19 | UTRECHT ART SUPPLY #28 PHILADELPHIA | | PA | 285.72 |
| 03/20 | 03/20 | EXXONMOBIL83 04729679 HOCKESSI | | | 9.95 |
| 03/20 | 03/20 | HARVEST MARKET | HOCKESSIN | DE | 338.57 |
| 03/22 | 03/22 | HOCKESSIN WINE AND SPI HOCKESSIN | | DE | 41.96 |
| 03/22 | 03/22 | HARVEST MARKET | HOCKESSIN | DE | 210.78 |
| 03/22 | 03/22 | PIZZA BY ELIZABETHS | GREENVILLE | DE | 41.75 |
| 03/22 | 03/22 | SCOTT TRUE VALUE | HOCKESSIN | DE | 89.06 |
| 03/23 | 03/23 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 17.93 |
| 03/23 | 03/23 | USPS 3379300736 | YORKLYN | DE | 12.15 |
| 03/23 | 03/23 | FRONTIER NATURAL PRODU NORWAY | | IA | 80.00 |
| 03/23 | 03/23 | HARVEST MARKET | HOCKESSIN | DE | 101.98 |
| 03/23 | 03/23 | YC *YOOX CORP | 866-900-9266 | NY | 445.00 |
| 03/23 | 03/23 | TEXACO INC 91002614184 HOCKESSIN | | DE | 6.00 |
| 03/24 | 03/24 | CENTREVILLE VET HOSPIT WILMINGTON | | DE | 505.00 |
| 03/24 | 03/24 | VITAMIN RESEARCH PRODU CARSON CITY | | NV | 497.87 |
| 03/24 | 03/24 | WWW.ANTIAGING | SYSTEMS.COM | GBR | 104.90 |
| 03/25 | 03/25 | SUNOCO | PHILA | PA | 23.69 |
| 03/26 | 03/26 | EXXONMOBIL83 04729679 HOCKESSI | | | 12.50 |
| 03/26 | 03/26 | TWX*AOL DIAL-UP 0304 888-849-3200 | | VA | 6.55 |
| 03/26 | 03/26 | TWX*AOL PREMIUM SVCE 0 888-265-9269 | | VA | 12.90 |
| 03/27 | 03/27 | SUNOCO | PHILA | PA | 4.26 |

FRAUD

| | | | | | |
|---|---|---|---|---|---|
| 03/28 | 03/28 | THE HOME DEPOT 4101 | PHILADELPHIA | PA | 41.02 |
| 03/29 | 03/29 | BUCKLEY'S TAVERN | CENTERVILLE | DE | 22.40 |
| 03/29 | 03/29 | COLLIER'S OF CENTREVI1 | CENTREVILLE | DE | 25.98 |
| 03/29 | 03/29 | UNITED ELECTRIC SUPPLY | NEW CASTLE | DE | 137.77 |
| 03/30 | 03/30 | WILD BIRDS UNLIMITED | HOCKESSIN | DE | 419.20 |
| 03/30 | 03/30 | CONCORD PET FOODS & SU | HOCKESSIN | DE | 60.67 |
| 03/30 | 03/30 | HARVEST MARKET | HOCKESSIN | DE | 177.71 |
| 03/30 | 03/30 | HARVEST MARKET | HOCKESSIN | DE | 5.98 |
| 03/30 | 03/30 | HARVEST MARKET | HOCKESSIN | DE | 8.87 |
| 03/30 | 03/30 | GWP*WAYSIDE GARDENS | 800-845-1124 | SC | 26.93 |
| 03/30 | 03/30 | RICHARDSON'S FLORA | HOCKESSIN | DE | 11.96 |
| 03/30 | 03/30 | PLANPLUS    APR | 800-527-7557 | TX | 109.25 |
| 03/31 | 03/31 | GWP*PARK SEED RETAIL | 800-845-3369 | SC | 75.37 |
| 03/31 | 03/31 | SHELL OIL  91002614193 | NEW CASTLE | DE | 23.11 |
| 03/31 | 03/31 | RICHARDSON'S FLORA | HOCKESSIN | DE | 17.01 |
| 04/01 | 04/01 | INTERNET SERVICES 888- | 610-6929205 | USA | 9.95 |
| 04/01 | 04/01 | PETER KATE SHOES | GREENVILLE | USA | 175.00 |
| 04/02 | 04/02 | EXXONMOBIL83  04729679 | HOCKESSIN | USA | 15.50 |
| 04/02 | 04/02 | VITAMIN RESEARCH PRODU | CARSON CITY | USA | 285.23 |
| 04/02 | 04/02 | AOL*NETMARKET | 877-209-0226 | USA | 8.00 |
| 04/03 | 04/03 | NM BY MAIL | 8008258255 | USA | 131.50 |
| 04/03 | 04/03 | HARVEST MARKET | HOCKESSIN | USA | 106.53 |
| 04/03 | 04/03 | RN *REALONE    WWW. | CCREAL.COM | USA | 9.95 |
| 04/05 | 04/05 | VALLEY CHIROPRACTIC CE | HOCKESSIN | USA | 20.00 |
| 04/05 | 04/05 | HARVEST MARKET | HOCKESSIN | USA | 175.11 |
| 04/05 | 04/05 | PIZZA BY ELIZABETHS | GREENVILLE | USA | 23.25 |
| 04/05 | 04/05 | SHELL OIL  91002614193 | NEW CASTLE | USA | 28.55 |
| 04/06 | 04/06 | STEVE SWYKA AUTO SPECI | WILMINGTON | USA | 430.71 |
| 04/06 | 04/06 | AAAS  *SCIENCE MAG | 202-326-6417 | USA | 69.00 |
| 04/07 | 04/07 | HOCKESSIN WINE AND SPI | HOCKESSIN | USA | 19.98 |
| 04/07 | 04/07 | HARVEST MARKET | HOCKESSIN | USA | 109.95 |
| 04/07 | 04/07 | MO2*PRIVACY PLUS | 8775005774 | USA | 14.95 |

Handwritten annotations: "Fraud" pointing to PLANPLUS line; "Merc" notations on right; "FRAUD" pointing to AOL*NETMARKET line; "MED" pointing to RN *REALONE line; "FRAUD" pointing to SHELL OIL 04/05 line; "FRAUD" pointing to MO2*PRIVACY PLUS line.

**Total Standard Purch**                                      **$8,756.22**

---

### Cash Advances

Cash Advance Limit............................ $4,400.00*   *This represents a portion of your total credit line.

---

### Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | | |
| Standard Purch | 11.990% | .03285%(D) | x | 30 | x | $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| CASH ADVANCES | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 30 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total  _FINANCE CHARGE_  =    $0.00

---

### Fees

#### Standard Purch

| Trans | Post | Description | Amount |
|---|---|---|---|
| | 04/08 | ONE-TIME MEMBERSHIP FEE | $0.00 |
| **Total Fees** | | | **$0.00** |

---

### AT&T Services Summary

AT&T Universal Calling Card Calls.............................................................. $0.00

A129


**AT&T**

Account 5491 1303 7811 C332
April 8 – May 10, 2004

A130

## Payments and Adjustments

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| | 04/19 | PAYMENT THANK YOU | | | 7,964.22CR |
| 04/16 | 04/16 | THE HOME DEPOT 4101 | PHILADELPHIA | USA | 5.47CR |
| 04/22 | 04/22 | NM BY MAIL   * | 8008258255 | TX | 118.00CR |
| 05/01 | 05/01 | EILEEN FISHER #50 | WESTPORT | CT | 118.00CR |
| 05/05 | 05/05 | SCOTT TRUE VALUE | HOCKESSIN | DE | 161.88CR |
| **Total Payments and Adjustments** | | | | | **$8,367.57CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases.......................................................... | 11,052.10 |
| Cash Advances and Checks....................................... | 0.00 |
| Finance Charges................................................. | 0.00 |
| **Total MasterCard Activity**................................... | **$11,052.10** |

## Purchases

Total MasterCard Purchases.......................................... **$11,052.10**

### Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| 04/07 | 04/09 | EXXONMOBIL83   04729679 HOCKESSI | | USA | 8.20 |
| 04/07 | 04/09 | HAPPY HARRY'S #38 | HOCKESSIN | USA | 58.49 |
| 04/07 | 04/09 | HAPPY HARRY'S #38 | HOCKESSIN | USA | 440.15 |
| 04/08 | 04/09 | HARMONY COMPANY | BLAUVELT | USA | 31.96 |
| 04/08 | 04/09 | UTRECHT ART SUPPLY #28 PHILADELPHIA | | USA | 51.48 |
| 04/08 | 04/09 | BLUEFLY*COM THANKS YOU 877-258-3359 | | USA | 312.68 |
| 04/09 | 04/09 | EXXONMOBIL83   04729679 HOCKESSI | | USA | 8.36 |
| 04/09 | 04/09 | CVS #1064 | PHILADELPHIA | USA | 11.48 |
| 04/09 | 04/09 | GAR*GARNET HILL | 8006226216 | USA | 150.95 |
| 04/09 | 04/09 | SUNOCO | PHILA | USA | 21.74 |
| 04/10 | 04/10 | EVERYTHING BUT THE KIT HOCKESSIN | | USA | 52.25 |
| 04/10 | 04/10 | HARVEST MARKET | HOCKESSIN | USA | 94.90 |
| 04/12 | 04/12 | PURITY ENVIRONMENTAL | 6103844407 | USA | 1,148.00 |
| 04/12 | 04/12 | PIZZA BY ELIZABETHS | GREENVILLE | USA | 15.25 |
| 04/12 | 04/12 | STEVE SWYKA AUTO SPECI WILMINGTON | | USA | 359.77 |
| 04/13 | 04/13 | CHRYSALIS NATURAL MEDI WILMINGTON | | USA | 124.80 |
| 04/13 | 04/13 | HAPPY HARRY'S #38 | HOCKESSIN | USA | 357.05 |
| 04/13 | 04/13 | TOTAL WINE AND MORE WI WILMINGTON | | USA | 102.49 |
| 04/13 | 04/13 | HARVEST MARKET | HOCKESSIN | USA | 280.22 |
| 04/13 | 04/13 | HEALTH FREEDOM NUTRITI SANTA ROSA | | USA | 60.35 |
| 04/14 | 04/14 | EXXONMOBIL83   04729679 HOCKESSI | | USA | 10.00 |
| 04/14 | 04/14 | DENTAL HEALTH ASSOCS P WILMINGTON | | USA | 18.00 |
| 04/14 | 04/14 | DENTAL HEALTH ASSOCS P WILMINGTON | | USA | 130.00 |
| 04/15 | 04/15 | DANSKO NAOT SHOES CENT ASHLAND | | USA | 305.00 |
| 04/15 | 04/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR USA | | | 440.00 |
| 04/15 | 04/15 | HEALTH FREEDOM NUTRITI SANTA ROSA | | USA | 153.15 |
| 04/15 | 04/15 | SUNOCO | PHILA | USA | 22.81 |
| 04/16 | 04/16 | THE HOME DEPOT 4101 | PHILADELPHIA | USA | 26.48 |
| 04/16 | 04/16 | THE HOME DEPOT 4101 | PHILADELPHIA | USA | 52.29 |
| 04/18 | 04/18 | EILEEN FISHER #50 | WESTPORT | USA | 118.00 |
| 04/19 | 04/19 | SPALDING LABORATORIES  408-929-9577 | | USA | 110.70 |
| 04/19 | 04/19 | HARVEST MARKET | HOCKESSIN | USA | 99.79 |
| 04/20 | 04/20 | SCOTT TRUE VALUE | HOCKESSIN | USA | 159.99 |
| 04/20 | 04/20 | HARVEST MARKET | HOCKESSIN | USA | 161.80 |
| 04/20 | 04/20 | YC *YOOX CORP | 866-900-9266 | USA | 455.00 |
| 04/21 | 04/21 | EXXONMOBIL83   04729679 HOCKESSI | | DE | 14.45 |
| 04/21 | 04/21 | JP ANIMAL SUPPLY | COLORA | MD | 467.25 |
| 04/21 | 04/21 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 290.00 |
| 04/21 | 04/21 | STATE ROAD BUILDERS | UPPER DARBY | PA | 438.84 |
| 04/21 | 04/21 | STATE ROAD BUILDERS | UPPER DARBY | PA | 434.60 |
| 04/22 | 04/22 | NM BY MAIL   * | 8008258255 | TX | 7.95 |
| 04/22 | 04/22 | CU *CONSUMER REPORTS | CONSUMER.ORG | NY | 26.00 |
| 04/22 | 04/22 | SUNOCO | PHILA | PA | 24.02 |
| 04/24 | 04/24 | NM BY MAIL   * | 8008258255 | TX | 131.50 |
| 04/24 | 04/24 | NORDSTROM DIRECT #0808 TEL8002855800 IA | | | 110.90 |
| 04/24 | 04/24 | HARVEST MARKET | HOCKESSIN | DE | 131.46 |
| 04/26 | 04/26 | EXXONMOBIL83   04729679 HOCKESSI | | DE | 8.40 |

FRAUD —  *Mai ?*

FRAUD {

| | | | | | |
|---|---|---|---|---|---|
| 04/26 | 04/26 | PIZZA BY ELIZABETHS | GREENVILLE | DE | 33.25 |
| 04/26 | 04/26 | CULINARY PARTS UNLIMIT | PACHECO | CA | 19.24 |
| 04/26 | 04/26 | TWX*AOL PREMIUM SVCE O | 888-265-9269 | VA | 12.90 |
| 04/27 | 04/27 | NEIMAN MARCUS ONLINE | 888-8884757 | TX | 514.49 |
| 04/27 | 04/27 | GILBERT H WILD AND SON | SARCOXIE | MO | 134.95 |
| 04/27 | 04/27 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 388.88 |
| 04/27 | 04/27 | HARVEST MARKET | HOCKESSIN | DE | 255.80 |
| 04/27 | 04/27 | WLMS HOME NUTR/PROD | 800-888-1415 | WV | 36.98 |
| 04/27 | 04/27 | PLANPLUS      MAY | 800-527-7557 | TX | 9.25 |
| 04/29 | 04/29 | INTERNET SERVICES 888- | 610-6929205 | PA | 9.95 |
| 04/29 | 04/29 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 22.76 |
| 04/29 | 04/29 | THE HOME DEPOT 4101 | PHILADELPHIA | PA | 67.30 |
| 04/29 | 04/29 | SUNOCO | PHILA | PA | 24.30 |
| 04/30 | 04/30 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 12.00 |
| 04/30 | 04/30 | SCOTT TRUE VALUE | HOCKESSIN | DE | 65.96 |
| 04/30 | 04/30 | AOL*NETMARKET | 877-209-0226 | VA | 28.00 |
| 05/02 | 05/02 | GATEWAY GARDEN CENTER | HOCKESSIN | DE | 13.00 |
| 05/02 | 05/02 | RICHARDSON'S FLORA | HOCKESSIN | DE | 186.83 |
| 05/03 | 05/03 | WYSONG CORPORATION | 989-6310009 | MI | 334.53 |
| 05/03 | 05/03 | HARVEST MARKET | HOCKESSIN | DE | 96.68 |
| 05/03 | 05/03 | HARVEST MARKET | HOCKESSIN | DE | 99.95 |
| 05/03 | 05/03 | PIZZA BY ELIZABETHS | GREENVILLE | DE | 33.25 |
| 05/04 | 05/04 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 22.76 |
| 05/04 | 05/04 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 165.96 |
| 05/04 | 05/04 | DEMOCRATIC NATIONAL CO | WASHINGTON | DC | 25.00 |
| 05/04 | 05/04 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 20.00 |
| 05/04 | 05/04 | HARVEST MARKET | HOCKESSIN | DE | 86.41 |
| 05/04 | 05/04 | RN *REALONE    WWW. | CCREAL.COM | WA | 9.95 |
| 05/05 | 05/05 | GATEWAY GARDEN CENTER | HOCKESSIN | DE | 80.83 |
| 05/05 | 05/05 | SCOTT TRUE VALUE | HOCKESSIN | DE | 200.52 |
| 05/05 | 05/05 | TWX*AOLSHOPMUSICMOVIE | 888-265-8735 | VA | 23.93 |
| 05/06 | 05/06 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 84.40 |
| 05/07 | 05/07 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 15.50 |
| 05/07 | 05/07 | MO2*PRIVACY PLUS | 8775005774 | CT | 14.95 |
| 05/08 | 05/08 | PATHMARK #5   00005SBF | PHILADELPHIA | PA | 83.58 |
| 05/08 | 05/08 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 5.10 |

Handwritten annotations: "FRAUD →" next to PLANPLUS, AOL*NETMARKET, and MO2*PRIVACY PLUS. "Mail" notations on right side.

**Total Standard Purch**                    **$11,052.10**

**9  Cash Advances**

Cash Advance Limit.............................. $4,400.00*  *This represents a portion of your total credit line.

**Finance Charge Information**

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 11.990% | .03285%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total  *FINANCE CHARGE*  =  **$0.00**

**AT&T Services Summary**

AT&T Universal Calling Card Calls..................................................................... $0.00

A131

GOLF JAN HOMSEY
Aboot    491 103 789 9787
May 10 - June 8, 2004

A132

## Payments and Adjustments

| Trans | Post | Description | Amount |
|---|---|---|---|
| | 05/24 | PAYMENT THANK YOU | 10,648.75CR |
| **Total Payments and Adjustments** | | | **$10,648.75CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases................................................................ | 4,691.54 |
| Cash Advances and Checks.............................................. | 0.00 |
| Finance Charges........................................................ | 0.00 |
| **Total MasterCard Activity**.......................................... | **$4,691.54** |

## Purchases

Total MasterCard Purchases.................................... **$4,691.54**

### Standard Purch

| Trans | Post | Description | | Amount |
|---|---|---|---|---|
| 05/09 | 05/11 | 3027 LEE'S HARDWARE IN PHILADELPHIA | PA | 7.45 |
| 05/09 | 05/11 | EXXONMOBIL83 04699195 NEWPORT | DE | 25.00 |
| 05/09 | 05/11 | EXXONMOBIL83 04699195 NEWPORT | DE | 48.47 |
| 05/10 | 05/11 | EXXONMOBIL83 04699195 NEWPORT | DE | 5.87 |
| 05/10 | 05/11 | FRONTIER NATURAL PRODU NORWAY | IA | 108.00 |
| 05/10 | 05/11 | GALLERY PIZZA RISTORAN WILMINGTON | DE | 29.25 |
| 05/10 | 05/11 | SHOP RITE #538    SZ4 WILMINGOTN | DE | 6.94 |
| 05/10 | 05/11 | WWW.ANTIAGING    SYSTEMS.COM | GBR | 173.00 |
| 05/12 | 05/12 | HARMONY COMPANY    BLAUVELT | NY | 32.25 |
| 05/13 | 05/13 | BRANDYWINE SCIENCE    KENNETT SQ | PA | 98.00 |
| 05/14 | 05/14 | EXXONMOBIL83 04729679 HOCKESSI | DE | 17.45 |
| 05/14 | 05/14 | HAPPY HARRY'S INC #25 GREENVILLE | DE | 70.20 |
| 05/16 | 05/16 | GATEWAY GARDEN CENTER HOCKESSIN | DE | 9.99 |
| 05/16 | 05/16 | WALKERS FLORIST AND GR HOCKESSIN | DE | 32.00 |
| 05/17 | 05/17 | PIZZA BY ELIZABETHS    GREENVILLE | DE | 36.25 |
| 05/18 | 05/18 | EXXONMOBIL83 04729679 HOCKESSI | DE | 24.88 |
| 05/18 | 05/18 | JANSSEN'S MARKET INSJA GREENVILLE | DE | 4.78 |
| 05/18 | 05/18 | DENTAL HEALTH ASSOCS P WILMINGTON | DE | 20.00 |
| 05/18 | 05/18 | HARVEST MARKET    HOCKESSIN | DE | 242.87 |
| 05/19 | 05/19 | THE HOME DEPOT 4109    PHILADELPHIA | PA | 13.69 |
| 05/19 | 05/19 | THE HOME DEPOT 4109    PHILADELPHIA | PA | 34.60 |
| 05/22 | 05/22 | HAPPY HARRY'S #38    HOCKESSIN | DE | 210.99 |
| 05/22 | 05/22 | DEC AND ASSOCIATES INC DENVER | CO | 189.00 |
| 05/22 | 05/22 | WWW.ANTIAGING    SYSTEMS.COM | GBR | 212.50 |
| 05/22 | 05/22 | UTRECHT ART SUPPLY #28 PHILADELPHIA | PA | 8.45 |
| 05/22 | 05/22 | HARVEST MARKET    HOCKESSIN | DE | 176.57 |
| 05/24 | 05/24 | EXXONMOBIL83 04729679 HOCKESSI | DE | 25.09 |
| 05/24 | 05/24 | A & A LUMBER SUPPLY CO AVONDALE | PA | 18.23 |
| 05/24 | 05/24 | CONCORD PET FOODS & SU HOCKESSIN | DE | 17.98 |
| 05/24 | 05/24 | OKURA JAPANESE REST    HOCKESSIN | DE | 44.85 |
| 05/24 | 05/24 | HARVEST MARKET    HOCKESSIN | DE | 50.81 |
| 05/24 | 05/24 | HARVEST MARKET    HOCKESSIN | DE | 10.98 |
| 05/25 | 05/25 | EXXONMOBIL83 04729679 HOCKESSI | DE | 21.75 |
| 05/25 | 05/25 | EDIBLE LANDSCAPING    AFTON | VA | 165.60 |
| 05/25 | 05/25 | BARNES & NOBLE.COM    800-843-2665 | NJ | 32.58 |
| 05/25 | 05/25 | LIFE EXTENSION FDTN    800-678-8989 | FL | 9.00 |
| 05/25 | 05/25 | LIFE EXTENSION FDTN    800-678-8989 | FL | 130.50 |
| 05/26 | 05/26 | CRITTER-REPELLENT.COM 607-698-4207 | NY | 111.90 |
| 05/26 | 05/26 | U SPRAY INC    LILBURN | GA | 101.50 |
| 05/26 | 05/26 | HARVEST MARKET    HOCKESSIN | DE | 114.85 |
| 05/26 | 05/26 | BLUEFLY*COM THANKS YOU 877-258-3359 | NY | 177.86 |
| 05/27 | 05/27 | AUDIBLE    888-283-5051 | NJ | 192.00 |
| 05/28 | 05/28 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | 20.00 |
| 05/28 | 05/28 | PLANPLUS    JUN  800-527-7557 | TX | 98.25 |
| 05/29 | 05/29 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | 37.62 |
| 06/01 | 06/01 | EXXONMOBIL83 04729679 HOCKESSI | DE | 13.00 |
| 06/01 | 06/01 | HAPPY HARRY'S INC #25 GREENVILLE | DE | 175.47 |
| 06/01 | 06/01 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | 20.00 |
| 06/01 | 06/01 | U SPRAY INC    LILBURN    GA | | 30.75 |
| 06/01 | 06/01 | HARVEST MARKET    HOCKESSIN | DE | 309.47 |
| 06/01 | 06/01 | HARVEST MARKET    HOCKESSIN | DE | 3.99 |




| 06/02 | 06/02 | AMOCO OIL        08128993 | GREENVILLE   | DE | 2.00 |
|-------|-------|---------------------------|--------------|----|------|
| 06/02 | 06/02 | AMOCO OIL        08128993 | GREENVILLE   | DE | 26.34 |
| 06/02 | 06/02 | EILEEN FISHER #014        | NEW YORK     | NY | 138.00 |
| 06/02 | 06/02 | EILEEN FISHER #50         | WESTPORT     | CT | 230.00 |
| 06/02 | 06/02 | BARNES & NOBLE.COM        | 800-843-2665 | NJ | 23.94 |
| 06/03 | 06/03 | THE HOME DEPOT 4109       | PHILADELPHIA | PA | 14.83 |
| 06/03 | 06/03 | SHOP RITE #426       S74  | PHILADELPHIA | PA | 7.41 |
| 06/03 | 06/03 | SHOP RITE #426       S74  | PHILADELPHIA | PA | 7.41 |
| 06/03 | 06/03 | WHOLE FOODS MARKET S1A    | PHILADELPHIA | PA | 20.35 |
| 06/03 | 06/03 | BARNES & NOBLE.COM        | 800-843-2665 | NJ | 27.17 |
| 06/04 | 06/04 | PURITY ENVIRONMENTAL      | 6103844407   | PA | 77.00 |
| 06/04 | 06/04 | HARVEST MARKET            | HOCKESSIN    | DE | 115.24 |
| 06/04 | 06/04 | LEI*LANDS END CLOTHING    | 8003324700   | WI | 66.95 |
| 06/07 | 06/07 | HARVEST MARKET            | HOCKESSIN    | DE | 124.41 |
| **Total Standard Purch** | | | | | **$4,691.54** |



## 9  Cash Advances

Cash Advance Limit............................ $4,400.00*   *This represents a portion of your total credit line.

### Finance Charge Information

|  | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|--|-------------|---------------|---|------------------------|---|-----------------------------------|---|---------------------------|---|----------------------------------|--------------------------|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 11.990% | .03285%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total  *FINANCE CHARGE*  =  $0.00

### AT&T Services Summary

AT&T Universal Calling Card Calls...................................................................................... $0.00



A134

## Payments and Adjustments

| Trans | Post | Description | | Amount |
|-------|------|-------------|--|--------|
| | 06/21 | PAYMENT THANK YOU | | 4,691.54CR |
| 06/25 | 06/25 | LFI*LANDS END CLOTHING 8003324700 | WI | 59.00CR |
| **Total Payments and Adjustments** | | | | **$4,750.54CR** |

## AT&T Universal MasterCard Activity

Purchases............................................................... 6,539.04
Cash Advances and Checks......................................... 0.00
Finance Charges....................................................... 0.00
**Total MasterCard Activity....................................... $6,539.04**

## Purchases

Total MasterCard Purchases.......................................... **$6,539.04**

### Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| 06/07 | 06/09 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 175.47 |
| 06/07 | 06/09 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 384.28 |
| 06/07 | 06/09 | THE HOME DEPOT 1601 | NEWARK | DE | 5.69 |
| 06/07 | 06/09 | ATHENA INST.-610-827-2 TEL6108272200 | | PA | 197.00 |
| 06/08 | 06/09 | HARVEST MARKET | HOCKESSIN | DE | 131.82 |
| 06/09 | 06/09 | AMOCO OIL    08128993 | GREENVILLE | DE | 24.55 |
| 06/10 | 06/10 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 19.10 |
| 06/11 | 06/11 | EDIBLE LANDSCAPING | AFTON | VA | 72.00 |
| 06/11 | 06/11 | WWW.ANTIAGING | SYSTEMS.COM | GBR | 263.00 |
| 06/11 | 06/11 | BARNES & NOBLE.COM | 800-843-2665 | NJ | 50.14 |
| 06/12 | 06/12 | WHOLE FOODS MARKET S1A PHILADELPHIA | | PA | 77.35 |
| 06/14 | 06/14 | HARMONY COMPANY | BLAUVELT | NY | 38.75 |
| 06/14 | 06/14 | OKURA JAPANESE REST | HOCKESSIN | DE | 44.90 |
| 06/14 | 06/14 | HARVEST MARKET | HOCKESSIN | DE | 121.57 |
| 06/14 | 06/14 | STEVE SWYKA AUTO SPECI | WILMINGTON | DE | 33.17 |
| 06/14 | 06/14 | ATHENA INST.-610-827-2 TEL6108272200 | | PA | 225.00 |
| 06/15 | 06/15 | HARVEST MARKET | HOCKESSIN | DE | 45.47 |
| 06/16 | 06/16 | AMOCO OIL    08128993 | GREENVILLE | DE | 25.87 |
| 06/16 | 06/16 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 163.04 |
| 06/16 | 06/16 | VITAMIN RESEARCH PRODU | CARSON CITY | NV | 105.27 |
| 06/16 | 06/16 | VITAMIN RESEARCH PRODU | CARSON CITY | NV | 530.26 |
| 06/17 | 06/17 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 21.36 |
| 06/18 | 06/18 | HARVEST MARKET | HOCKESSIN | DE | 58.65 |
| 06/18 | 06/18 | 302Z LFE'S HARDWARE IN PHILADELPHIA | | PA | 23.95 |
| 06/18 | 06/18 | GWC*GARRETT WADE CO | 8002212942 | NY | 52.90 |
| 06/18 | 06/18 | VSI*WINTERSILKS | 800-648-7455 | FL | 67.35 |
| 06/19 | 06/19 | STAPLES #110 | WILMINGTON | DE | 188.44 |
| 06/20 | 06/20 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 152.45 |
| 06/21 | 06/21 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 243.95 |
| 06/21 | 06/21 | L BOUTIQUE LTD | GREENVILLE | DE | 152.00 |
| 06/21 | 06/21 | OKURA JAPANESE REST | HOCKESSIN | DE | 42.90 |
| 06/22 | 06/22 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 12.81 |
| 06/22 | 06/22 | TROLL OF SCANDANAVIA | 3024296288 | DE | 18.00 |
| 06/22 | 06/22 | G W KELLER DDS PA | WILMINGTON | DE | 144.00 |
| 06/22 | 06/22 | TOADSTOOL | HOCKESSIN | DE | 49.80 |
| 06/22 | 06/22 | WIN*WIND WEATHER | 8009229463 | CA | 112.90 |
| 06/23 | 06/23 | AMOCO OIL    08128993 | GREENVILLE | DE | 24.56 |
| 06/23 | 06/23 | HOCKESSIN WINE AND SPI | HOCKESSIN | DE | 107.90 |
| 06/23 | 06/23 | HARVEST MARKET | HOCKESSIN | DE | 247.44 |
| 06/25 | 06/25 | WHOLE FOODS MARKET S1A PHILADELPHIA | | PA | 53.06 |
| 06/26 | 06/26 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 9.50 |
| 06/26 | 06/26 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 498.14 |
| 06/26 | 06/26 | RICHARDSON'S FLORA | HOCKESSIN | DE | 79.95 |
| 06/28 | 06/28 | OKURA JAPANESE REST | HOCKESSIN | DE | 36.15 |
| 06/28 | 06/28 | WCS #1 | GREENVILLE | DE | 103.50 |
| 06/29 | 06/29 | HARVEST MARKET | HOCKESSIN | DE | 193.21 |
| 06/29 | 06/29 | PLANPLUS    JUL | 800-527-7557 | TX | 9.25 |
| 06/30 | 06/30 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 7.90 |
| 06/30 | 06/30 | AMOCO OIL    08128993 | GREENVILLE | DE | 24.05 |
| 06/30 | 06/30 | AMZ*SUPERSTORE | AMAZON.COM | WA | 16.56 |

FRAUD →

FRAUD →

| 06/30 | 06/30 | LIGHT HOUSE OF DEL | HOCKESSIN | DE | 19.80 |
|-------|-------|---------------------|-----------|-----|-------|
| 07/01 | 07/01 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 32.64 |
| 07/02 | 07/02 | UTRECHT ART SUPPLY #28 | PHILADELPHIA | PA | 21.69 |
| 07/03 | 07/03 | PATHMARK #5   00005S8F | PHILADELPHIA | PA | 3.99 |
| 07/03 | 07/03 | PATHMARK #5   00005S8F | PHILADELPHIA | PA | 18.18 |
| 07/03 | 07/03 | LIFE EXTENSION FDTN | FT LAUDERDALE | FL | 98.00 |
| 07/05 | 07/05 | TRADER JOE'S #00006SM2 | WILMINGTON | DE | 18.14 |
| 07/05 | 07/05 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 6.95 |
| 07/05 | 07/05 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 116.98 |
| 07/05 | 07/05 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 170.00 |
| 07/05 | 07/05 | REGAL CINEMAS BRANDYWI | WILMINGTON | DE | 17.50 |
| 07/05 | 07/05 | SCOTT TRUE VALUE | HOCKESSIN | DE | 54.10 |
| 07/06 | 07/06 | BIOSHIELD PAINT/ECO DE | 5054383448 | NM | 72.50 |
| 07/06 | 07/06 | HARVEST MARKET | HOCKESSIN | DE | 250.77 |
| 07/07 | 07/07 | AMOCO OIL   08128993 | GREENVILLE | DE | 25.32 |
| 07/07 | 07/07 | BARNES & NOBLE.COM | 800-843-2665 | NJ | 20.58 |
| 07/07 | 07/07 | SUNDANCE CATLG | 8004222770 | UT | 161.76 |

**Total Standard Purch** **$6,539.04**

## Cash Advances

Cash Advance Limit.............................. $4,400.00*  *This represents a portion of your total credit line.

## Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|--|-------------|---------------|---|------------------------|---|-----------------------------------|---|---------------------------|---|----------------------------------|--------------------------|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 11.990% | .03285%(D) | x | 31 | x | - $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 31 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total *FINANCE CHARGE* = $0.00

## AT&T Services Summary

AT&T Universal Calling Card Calls.............................................................................. $0.00

A135

AT&T

A136

## Payments and Adjustments

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| | 07/19 | PAYMENT THANK YOU | | | 6,480.04CR |
| 07/15 | 07/15 | HARMONY COMPANY | BLAUVELT | NY | 32.25CR |
| 07/15 | 07/15 | HARMONY COMPANY | BLAUVELT | NY | 32.25CR |
| 07/15 | 07/15 | HARMONY COMPANY | BLAUVELT | NY | 32.25CR |
| 07/15 | 07/15 | HARMONY COMPANY | BLAUVELT | NY | 32.25CR |
| **Total Payments and Adjustments** | | | | | **$6,609.04CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases.................................................... | 11,615.18 |
| Cash Advances and Checks................................. | 0.00 |
| Finance Charges............................................ | 0.00 |
| **Total MasterCard Activity**................................. | **$11,615.18** |

## Purchases

Total MasterCard Purchases.................................................... **$11,615.18**

### Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| 07/08 | 07/10 | EXXONMOBIL83 04729679 HOCKESSI | DE | | 16.20 |
| 07/09 | 07/10 | CENTREVILLE VET HOSPIT WILMINGTON | DE | | 925.00 |
| 07/09 | 07/10 | BAKERS TRUE VALUE HDW MILLSBORO | DE | | 4,283.01 |
| 07/09 | 07/10 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | | 40.13 |
| 07/09 | 07/10 | MICHELE BRODER DMD WILMINGTON | DE | | 134.00 |
| 07/12 | 07/12 | AMOCO OIL 08128993 GREENVILLE | DE | | 13.50 |
| 07/12 | 07/12 | JASMINE WILMINGTON | DE | | 99.50 |
| 07/12 | 07/12 | JP ANIMAL SUPPLY COLORA | MD | | 129.50 |
| 07/13 | 07/13 | HAPPY HARRY'S #38 HOCKESSIN | DE | | 551.90 |
| 07/13 | 07/13 | HARVEST MARKET HOCKESSIN | DE | | 140.32 |
| 07/14 | 07/14 | AMOCO OIL 08128993 GREENVILLE | DE | | 22.62 |
| 07/15 | 07/15 | HARMONY COMPANY BLAUVELT | NY | | 32.25 |
| 07/15 | 07/15 | HARMONY COMPANY BLAUVELT | NY | | 32.25 |
| 07/15 | 07/15 | HARMONY COMPANY BLAUVELT | NY | | 32.25 |
| 07/15 | 07/15 | HARMONY COMPANY BLAUVELT | NY | | 32.25 |
| 07/15 | 07/15 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | | 44.40 |
| 07/16 | 07/16 | HARVEST MARKET HOCKESSIN | DE | | 193.48 |
| 07/17 | 07/17 | EXXONMOBIL83 04729679 HOCKESSI | DE | | 13.20 |
| 07/19 | 07/19 | PRO PEST PRODUCTS INC 7709043626 | GA | | 74.00 |
| 07/19 | 07/19 | PIZZA BY ELIZABETHS GREENVILLE | DE | | 67.50 |
| 07/19 | 07/19 | GOMIATA.COM NORTH HOLLYWO | CA | | 109.90 |
| 07/20 | 07/20 | WYSONG CORPORATION 989-6310009 | MI | | 290.65 |
| 07/20 | 07/20 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | | 20.00 |
| 07/20 | 07/20 | HARVEST MARKET HOCKESSIN | DE | | 240.40 |
| 07/20 | 07/20 | ALBRIGHT OPTICIANS GREENVILLE | DE | | 1,550.00 |
| 07/21 | 07/21 | AMOCO OIL 08128993 GREENVILLE | DE | | 27.39 |
| 07/22 | 07/22 | AJ-WRIGHT #0117 WYNCOTE | PA | | 50.73 |
| 07/22 | 07/22 | WAL MART WYNCOTE | PA | | 9.00 |
| 07/24 | 07/24 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | | 10.90 |
| 07/25 | 07/25 | JAPANESE GREEN TEA ONL DEL MAR | CA | | 77.30 |
| 07/26 | 07/26 | EXXONMOBIL83 04729679 HOCKESSI | DE | | 15.25 |
| 07/26 | 07/26 | OKURA JAPANESE REST HOCKESSIN | DE | | 58.85 |
| 07/26 | 07/26 | HARVEST MARKET HOCKESSIN | DE | | 277.42 |
| 07/27 | 07/27 | HARVEST MARKET HOCKESSIN | DE | | 275.80 |
| 07/28 | 07/28 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | | 40.00 |
| 07/28 | 07/28 | SUNOCO WILMINGTON | DE | | 26.87 |
| 07/28 | 07/28 | PLANPLUS AUG 800-527-7557 | TX | | 9.25 |
| 07/29 | 07/29 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | | 45.11 |
| 07/30 | 07/30 | HARVEST MARKET HOCKESSIN | DE | | 245.52 |
| 07/31 | 07/31 | EXXONMOBIL83 04729679 HOCKESSI | DE | | 15.30 |
| 08/01 | 08/01 | EXXONMOBIL83 04729679 HOCKESSI | DE | | 14.87 |
| 08/02 | 08/02 | HAPPY HARRY'S #38 HOCKESSIN | DE | | 878.03 |
| 08/02 | 08/02 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | | 20.00 |
| 08/03 | 08/03 | HARVEST MARKET HOCKESSIN | DE | | 152.73 |
| 08/03 | 08/03 | TAYLOR OIL & PROPANE I KENNETT SQUAR | PA | | 15.00 |
| 08/04 | 08/04 | AMOCO OIL 08128993 GREENVILLE | DE | | 24.23 |

| 08/04 | 08/04 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 20.00 |
|-------|-------|------------------------|-----------|----|-------|
| 08/04 | 08/04 | HARVEST MARKET | HOCKESSIN | DE | 100.49 |
| 08/04 | 08/04 | SUNDANCE CATLG | 8004222770 | UT | 96.19 |
| 08/07 | 08/07 | EXXONMOBIL83 '04729679 | HOCKESSI | DE | 10.55 |
| 08/08 | 08/08 | WWW.ANTIAGING | SYSTEMS.COM | GBR | 370.95 |
| 08/08 | 08/08 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 16.44 |
| 08/09 | 08/09 | PIZZA BY ELIZABETHS | GREENVILLE | DE | 25.37 |
| 08/09 | 08/09 | HARVEST MARKET | HOCKESSIN | DE | 71.97 |

**Total Standard Purch** $11,615.18

 **Cash Advances**

Cash Advance Limit............................ $4,400.00*   *This represents a portion of your total credit line.

### Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days In Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 11.990% | .03285%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 11.990% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total *FINANCE CHARGE*  =  $0.00

### AT&T Services Summary

AT&T Universal Calling Card Calls.,............................................................................... $0.00

A137


A138

## Payments and Adjustments

| Trans | Post | Description | Amount |
|-------|------|-------------|--------|
| | 08/25 | PAYMENT THANK YOU | 11,486.18CR |
| | | **Total Payments and Adjustments** | **$11,486.18CR** |

## AT&T Universal MasterCard Activity



Purchases.............................................................. 8,209.95
Cash Advances and Checks........................................ 0.00
Finance Charges...................................................... 0.00
**Total MasterCard Activity..................................... $8,209.95**

## Purchases

Total MasterCard Purchases................................... **$8,209.95**

### Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| 08/10 | 08/11 | CHRYSALIS NATURAL MEDI | WILMINGTON | DE | 138.00 |
| 08/10 | 08/11 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 163.04 |
| 08/10 | 08/11 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 175.47 |
| 08/10 | 08/11 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 20.00 |
| 08/10 | 08/11 | SCOTT TRUE VALUE | HOCKESSIN | DE | 8.53 |
| 08/10 | 08/11 | HARVEST MARKET | HOCKESSIN | DE | 190.33 |
| 08/11 | 08/11 | AMOCO OIL    08128993 | GREENVILLE | DE | 22.97 |
| 08/11 | 08/11 | JP ANIMAL SUPPLY | COLORA | MD | 160.40 |
| 08/11 | 08/11 | GAR*GARNET HILL | 8006226216 | NH | 157.95 |
| 08/12 | 08/12 | HARMONY COMPANY | BLAUVELT | NY | 96.76 |
| 08/12 | 08/12 | UTRECHT ART SUPPLIES # | PHILADELPHIA | PA | 27.27 |
| 08/13 | 08/13 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 12.85 |
| 08/13 | 08/13 | ASPEN BENEFITS TRIENEL | COEUR D ALENE | ID | 54.95 |
| 08/13 | 08/13 | HARVEST MARKET | HOCKESSIN | DE | 216.57 |
| 08/13 | 08/13 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 48.37 |
| 08/16 | 08/16 | OKURA JAPANESE REST | HOCKESSIN | DE | 19.05 |
| 08/16 | 08/16 | HARVEST MARKET | HOCKESSIN | DE | 185.71 |
| 08/16 | 08/16 | HTY HBTS NUCELL KINOTX | SCOTTSDALE | AZ | 55.90 |
| 08/16 | 08/16 | TAYLOR OIL & PROPANE I | KENNETT SQUAR | PA | 554.00 |
| 08/17 | 08/17 | INTERNET SERVICES 888- | 610-6929205 | PA | 29.85 |
| 08/17 | 08/17 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 5.56 |
| 08/17 | 08/17 | OKURA JAPANESE REST | HOCKESSIN | DE | 34.85 |
| 08/17 | 08/17 | HARVEST MARKET | HOCKESSIN | DE | 107.04 |
| 08/17 | 08/17 | HIGHLAND HARDWARE SVST | ATLANTA | GA | 77.97 |
| 08/18 | 08/18 | AMOCO OIL    08128993 | GREENVILLE | DE | 22.34 |
| 08/20 | 08/20 | APPLE COMPUTER | 800-676-2775 | TX | 49.00 |
| 08/20 | 08/20 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 20.27 |
| 08/21 | 08/21 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 12.95 |
| 08/21 | 08/21 | HARVEST MARKET | HOCKESSIN | DE | 54.08 |
| 08/22 | 08/22 | EXXONMOBIL83  04709499 | TRENTON | NJ | 25.52 |
| 08/22 | 08/22 | PRO TOUCH ENTERPRISES | NEPTUNE | NJ | 14.50 |
| 08/23 | 08/23 | HARVEST MARKET | HOCKESSIN | DE | 79.87 |
| 08/23 | 08/23 | HTY HBTS NUCELL KINOTX | SCOTTSDALE | AZ | 90.85 |
| 08/23 | 08/23 | AMZ*SUPERSTORE | AMAZON.COM | WA | 12.93 |
| 08/24 | 08/24 | HONEY KAMALI | GREENVILLE | DE | 165.00 |
| 08/24 | 08/24 | CENTREVILLE VET HOSPIT | WILMINGTON | DE | 42.00 |
| 08/24 | 08/24 | HARVEST MARKET | HOCKESSIN | DE | 253.26 |
| 08/24 | 08/24 | SCOTT TRUE VALUE | HOCKESSIN | DE | 45.74 |
| 08/25 | 08/25 | AMOCO OIL    08128993 | GREENVILLE | DE | 16.05 |
| 08/25 | 08/25 | BEST VACUUM | 773-3484500 | IL | 399.99 |
| 08/26 | 08/26 | DALE'S SHOE-TIQUE | GREENVILLE | DE | 175.00 |
| 08/26 | 08/26 | WCS #1 | GREENVILLE | DE | 14.50 |
| 08/26 | 08/26 | TJMAXX #0693 | WILMINGTON | DE | 27.92 |
| 08/26 | 08/26 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 72.79 |
| 08/26 | 08/26 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 30.03 |
| 08/26 | 08/26 | APPLE COMPUTER | 800-676-2775 | TX | 5.24 |
| 08/26 | 08/26 | APPLE COMPUTER | 800-676-2775 | TX | 49.14 |
| 08/27 | 08/27 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 150.00 |
| 08/28 | 08/28 | HARVEST MARKET | HOCKESSIN | DE | 42.60 |
| 08/28 | 08/28 | PEARL ART & CRAFT #901 | PHILADELPHIA | PA | 264.36 |
| 08/28 | 08/28 | BLUEFLY*COM THANKS YOU | 877-258-3359 | NY | 345.41 |





FRAUD —



| | | | | | |
|---|---|---|---|---|---|
| 08/28 | 08/28 | HARVEST MARKET | HOCKESSIN | DE | 15.98 |
| 08/28 | 08/28 | HARVEST MARKET | HOCKESSIN | DE | 20.50 |
| 08/28 | 08/28 | PLANPLUS    SEP | 800-527-7557 | TX | 9.25 |
| 08/30 | 08/30 | HOCKESSIN WINE AND SPI | HOCKESSIN | DE | 35.99 |
| 08/30 | 08/30 | NEW CONCEPT DENTAL | WILMINGTON | DE | 179.00 |
| 08/30 | 08/30 | INTERNET SERVICES 888- | 610-6929205 | PA | 9.96 |
| 08/31 | 08/31 | HARVEST MARKET | HOCKESSIN | DE | 122.45 |
| 08/31 | 08/31 | CONCORD PET FOODS & SU | HOCKESSIN | DE | 178.06 |
| 08/31 | 08/31 | PEP UP | GEORGETOWN | DE | 500.00 |
| 08/31 | 08/31 | PEP UP | GEORGETOWN | DE | 873.69 |
| 09/01 | 09/01 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 6.99 |
| 09/01 | 09/01 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 26.64 |
| 09/02 | 09/02 | WAL MART | WYNCOTE | PA | 15.68 |
| 09/02 | 09/02 | VITAMIN RESEARCH PRODU | CARSON CITY | NV | 62.90 |
| 09/03 | 09/03 | HARVEST MARKET | HOCKESSIN | DE | 110.44 |
| 09/04 | 09/04 | AMZ*SUPERSTORE | AMAZON.COM | WA | 29.49 |
| 09/04 | 09/04 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 53.08 |
| 09/05 | 09/05 | AMZ*SUPERSTORE | AMAZON.COM | WA | 20.19 |
| 09/06 | 09/06 | AMZ*SUPERSTORE | AMAZON.COM | WA | 61.66 |
| 09/06 | 09/06 | AMZ*SUPERSTORE | AMAZON.COM | WA | 33.43 |
| 09/07 | 09/07 | THE WINE AND SPIRIT CO | GREENVILLE | DE | 34.35 |
| 09/07 | 09/07 | HARVEST MARKET | HOCKESSIN | DE | 69.23 |
| 09/07 | 09/07 | ANGERSTEIN'S | WILMINGTON | DE | 58.40 |
| 09/07 | 09/07 | STEVE SWYKA AUTO SPECI | WILMINGTON | DE | 693.99 |
| 09/08 | 09/08 | AMZ*Amazon Payments | AMAZON.COM | WA | 9.24 |

**Total Standard Purch**                                        **$8,209.95**

FRAUD — *(handwritten, pointing to PLANPLUS line)*
FRAUD — *(handwritten, pointing to PEP UP lines)*

## Cash Advances

Cash Advance Limit.............................. $4,400.00*  *This represents a portion of your total credit line.

## Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 12.240% | .03353%(D) | x | 30 | x | $0.00 | = | $0.00 | + | $0.00 | 12.240% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 30 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total *FINANCE CHARGE*  =  **$0.00**

## AT&T Services Summary

AT&T Universal Calling Card Calls.................................................................................. $0.00

## Payments and Adjustments

| Trans | Post | Description | Amount |
|---|---|---|---|
| | 09/20 | PAYMENT THANK YOU | 8,209.95CR |
| **Total Payments and Adjustments** | | | **$8,209.95CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases........................................................ | 9,293.14 |
| Cash Advances and Checks........................... | 0.00 |
| Finance Charges............................................. | 0.00 |
| **Total MasterCard Activity**............................ | **$9,293.14** |

## Purchases

| | |
|---|---|
| Total MasterCard Purchases............................................. | **$9,293.14** |

### Standard Purch

| Trans | Post | Description | | | Amount |
|---|---|---|---|---|---|
| 09/08 | 09/10 | AMOCO OIL    08128993 GREENVILLE | DE | | 21.40 |
| 09/09 | 09/10 | EMERITA.COM    PORTLAND | OR | | 43.98 |
| 09/09 | 09/10 | 3027 LEE'S HARDWARE IN PHILADELPHIA | PA | | 18.39 |
| 09/09 | 09/10 | PAT'S PIZZERIA    HOCKESSIN | DE | | 15.65 |
| 09/10 | 09/10 | UTRECHT ART SUPPLIES # PHILADELPHIA | PA | | 66.95 |
| 09/10 | 09/10 | HARVEST MARKET    HOCKESSIN | DE | | 227.67 |
| 09/10 | 09/10 | EXXONMOBIL83  04729679 HOCKESSIN | DE | | 13.55 |
| 09/13 | 09/13 | USPS 3379300507    WILMINGTON | DE | | 3.85 |
| 09/13 | 09/13 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | | 20.00 |
| 09/13 | 09/13 | STEVE SWYKA AUTO SPECI WILMINGTON | DE | | 156.76 |
| 09/13 | 09/13 | PROGRESSIVE INS    800-888-7764 | OH | | 1,064.00 |
| 09/14 | 09/14 | AMZ*SUPERSTORE    AMAZON.COM | WA | | 27.50 |
| 09/14 | 09/14 | HARVEST MARKET    HOCKESSIN | DE | | 227.97 |
| 09/14 | 09/14 | SCOTT TRUE VALUE    HOCKESSIN | DE | | 45.62 |
| 09/14 | 09/14 | HAPPY HARRY'S #38    HOCKESSIN | DE | | 65.37 |
| 09/14 | 09/14 | HAPPY HARRY'S #38    HOCKESSIN | DE | | 333.13 |
| 09/15 | 09/15 | HARVEST MARKET    HOCKESSIN | DE | | 71.98 |
| 09/15 | 09/15 | CENTREVILLE VET HOSPIT WILMINGTON | DE | | 176.00 |
| 09/15 | 09/15 | CONCORD PET FOODS & SU HOCKESSIN | DE | | 241.97 |
| 09/15 | 09/15 | GEORGE H BURNS INC    WILMINGTON | DE | | 1,924.00 |
| 09/15 | 09/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR PA | | | 554.00 |
| 09/15 | 09/15 | AMOCO OIL    08128993 GREENVILLE | DE | | 27.22 |
| 09/17 | 09/17 | 3027 LEE'S HARDWARE IN PHILADELPHIA | PA | | 6.31 |
| 09/17 | 09/17 | SEVEN CUPS    5208814072 | AZ | | 86.35 |
| 09/17 | 09/17 | SEVEN CUPS    5208814072 | AZ | | 86.35 |
| 09/18 | 09/18 | EXXONMOBIL83  04729679 HOCKESSI | DE | | 13.50 |
| 09/20 | 09/20 | THE WINE AND SPIRIT CO GREENVILLE | DE | | 14.31 |
| 09/20 | 09/20 | A & A LUMBER SUPPLY CO AVONDALE | PA | | 35.74 |
| 09/20 | 09/20 | HARVEST MARKET    HOCKESSIN | DE | | 190.52 |
| 09/20 | 09/20 | VITAMIN RESEARCH PRODU CARSON CITY | NV | | 485.12 |
| 09/21 | 09/21 | GWP*WAYSIDE GARDENS    8008451124 | SC | | 58.90 |
| 09/22 | 09/22 | PEOPLE FOR THE AMERICA WASHINGTON | DC | | 10.00 |
| 09/22 | 09/22 | SUS*PSYCHOLOGY TODAY  8002348361 | CO | | 134.97 |
| 09/22 | 09/22 | HARVEST MARKET    HOCKESSIN | DE | | 162.41 |
| 09/22 | 09/22 | HAPPY HARRY'S #38    HOCKESSIN | DE | | 58.49 |
| 09/22 | 09/22 | EXXONMOBIL83  04729679 HOCKESSI | DE | | 26.33 |
| 09/23 | 09/23 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | | 7.54 |
| 09/23 | 09/23 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | | 41.98 |
| 09/23 | 09/23 | DALES SHOPTIQUE    GREENVILLE | DE | | 198.00 |
| 09/24 | 09/24 | B. WILK FABRICS, IN    PHILADELPHIA | PA | | 22.47 |
| 09/24 | 09/24 | HARVEST MARKET    HOCKESSIN | DE | | 249.55 |
| 09/24 | 09/24 | B. WILK FABRICS, IN    PHILADELPHIA | PA | | 40.55 |
| 09/25 | 09/25 | UTRECHT ART SUPPLIES # PHILADELPHIA | PA | | 6.30 |
| 09/26 | 09/26 | LIFE ENHANCEMENT PRODU PETALUMA | CA | | 50.45 |
| 09/26 | 09/26 | EXXONMOBIL83  04729679 HOCKESSI | DE | | 14.70 |
| 09/27 | 09/27 | HARMONY COMPANY    BLAUVELT | NY | | 64.51 |
| 09/28 | 09/28 | BELLS SUPPLY COMPANY I NEWARK | DE | | 58.66 |
| 09/28 | 09/28 | TOTAL WINE AND MORE WI WILMINGTON | DE | | 79.69 |
| 09/28 | 09/28 | HARVEST MARKET    HOCKESSIN | DE | | 195.09 |
| 09/28 | 09/28 | PEP UP    GEORGETOWN | DE | | 500.00 |
| 09/28 | 09/28 | INTERNET SERVICES 888- 610-6929205 | PA | | 9.95 |

FRAUD

FRAUD

| | | | | | |
|---|---|---|---|---|---|
| 09/28 | 09/28 | SCOTT TRUE VALUE | HOCKESSIN | DE | 57.48 |
| 09/28 | 09/28 | SHELL OIL 91002614193 | NEW CASTLE | DE | 30.19 |
| 09/28 | 09/28 | PLANPLUS OCT | 800-527-7557 | TX | 9.75 |
| 09/30 | 09/30 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 29.76 |
| 10/01 | 10/01 | UTRECHT ART SUPPLIES # | PHILADELPHIA | PA | 50.72 |
| 10/01 | 10/01 | HARVEST MARKET | HOCKESSIN | DE | 150.51 |
| 10/01 | 10/01 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 11.90 |
| 10/01 | 10/01 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 70.20 |
| 10/01 | 10/01 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 177.45 |
| 10/04 | 10/04 | HARVEST MARKET | HOCKESSIN | DE | 19.63 |
| 10/04 | 10/04 | JP ANIMAL SUPPLY | COLORA | MD | 170.30 |
| 10/06 | 10/06 | HARVEST MARKET | HOCKESSIN | DE | 145.63 |
| 10/06 | 10/06 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 10.10 |
| 10/06 | 10/06 | SHELL OIL 91002614193 | NEW CASTLE | DE | 31.19 |
| 10/09 | 10/09 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 6.50 |
| 10/09 | 10/09 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 61.11 |
| 10/09 | 10/09 | HARVEST MARKET | HOCKESSIN | DE | 105.52 |
| **Total Standard Purch** | | | | | **$9,293.14** |

*Handwritten annotation: "FRAUD" with bracket pointing to the 09/28 SHELL OIL and PLANPLUS entries; "insurance" noted near the $9.75 entry.*

## Cash Advances

Cash Advance Limit.............................. $4,400.00*   *This represents a portion of your total credit line.

## Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 12.490% | .03422%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 12.490% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 18.990% | .05477%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total *FINANCE CHARGE* = **$0.00**

## AT&T Services Summary

AT&T Universal Calling Card Calls....................................................................... $0.00

A141

FMAN HOMSEY
Account 5491 1303 7697 9787
October 11 - November 8, 2004

≋ AT&T Universal Card

Page 3 of 5

A142

**Payments and Adjustments**

| Trans | Post | Description | | Amount |
|-------|------|-------------|---|--------|
| | 10/28 | PAYMENT THANK YOU | | 9,293.14CR |
| **Total Payments and Adjustments** | | | | **$9,293.14CR** |

**AT&T Universal MasterCard Activity**

| | |
|---|---|
| Purchases...................................................... | 6,882.55 |
| Cash Advances and Checks............................... | 0.00 |
| Finance Charges............................................. | 0.00 |
| Total MasterCard Activity............................... | **$6,882.55** |

**Purchases**

Total MasterCard Purchases.................................. **$6,882.55**

Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| 10/09 | 10/12 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 83.13 |
| 10/11 | 10/12 | HARVEST MARKET | HOCKESSIN | DE | 15.98 |
| 10/11 | 10/12 | CAPRIOTTI'S | HOCKESSIN | DE | 22.25 |
| 10/11 | 10/12 | SCOTT TRUE VALUE | HOCKESSIN | DE | 26.07 |
| 10/11 | 10/12 | SUNDANCE CATLG | 8004222770 | UT | 189.95 |
| 10/13 | 10/13 | HARVEST MARKET | HOCKESSIN | DE | 508.09 |
| 10/13 | 10/13 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 8.00 |
| 10/13 | 10/13 | SHELL OIL 91002614193 | NEW CASTLE | DE | 23.60 |
| 10/14 | 10/14 | PATHMARK #5  00005SRF | CHELTENHAM | PA | 15.38 |
| 10/15 | 10/15 | VITAMIN RESEARCH PRODU | TEL8008772447 | NV | 81.80 |
| 10/15 | 10/15 | HARVEST MARKET | HOCKESSIN | DE | 112.67 |
| 10/15 | 10/15 | TAYLOR OIL & PROPANE I | KENNETT SQUAR | PA | 554.00 |
| 10/16 | 10/16 | WWW.ANTIAGING | SYSTEMS.COM | GBR | 550.85 |
| 10/18 | 10/18 | STI*SOUNDS TRUE | 800-333-9185 | CO | 24.90 |
| 10/18 | 10/18 | HARVEST MARKET | HOCKESSIN | DE | 110.12 |
| 10/18 | 10/18 | GATEWAY GARDEN CENTER | HOCKESSIN | DE | 8.99 |
| 10/18 | 10/18 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 301.43 |
| 10/19 | 10/19 | HARVEST MARKET | HOCKESSIN | DE | 53.43 |
| 10/19 | 10/19 | HAPPY HARRY'S #10 | WILMINGTON | DE | 116.98 |
| 10/20 | 10/20 | ONLINE PHARMACY | NEW ZEALAND | NZL | |
| | | 492.68 NEW ZEALAND DOLLA = | | | $348.69 |
| 10/20 | 10/20 | HARVEST MARKET | HOCKESSIN | DE | 25.96 |
| 10/20 | 10/20 | DENTAL HEALTH ASSOCS P | WILMINGTON | DE | 135.00 |
| 10/20 | 10/20 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 18.55 |
| 10/20 | 10/20 | AMOCO OIL   08128993 | GREENVILLE | DE | 27.33 |
| 10/21 | 10/21 | PEOPLE FOR THE AMERICA | WASHINGTON | DC | 10.00 |
| 10/21 | 10/21 | DELAWARE SOLID WASTE A | DOVER | DE | 36.00 |
| 10/22 | 10/22 | SUNOCO | HOCKESSIN | DE | 35.05 |
| 10/23 | 10/23 | HEALTH FREEDOM NUTRITI | SANTA ROSA | CA | 184.56 |
| 10/25 | 10/25 | HARVEST MARKET | HOCKESSIN | DE | 275.38 |
| 10/25 | 10/25 | SCOTT TRUE VALUE | HOCKESSIN | DE | 78.23 |
| 10/25 | 10/25 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 26.00 |
| 10/25 | 10/25 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 30.43 |
| 10/25 | 10/25 | HIGHLAND HARDWARE SVST | ATLANTA | GA | 85.96 |
| 10/26 | 10/26 | HARVEST MARKET | HOCKESSIN | DE | 174.25 |
| 10/26 | 10/26 | DENTAL HEALTH ASSOCS P | WILMINGTON | DE | 130.06 |
| 10/26 | 10/26 | PEP UP | GEORGETOWN | DE | 500.00 |
| 10/26 | 10/26 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 12.60 |
| 10/28 | 10/28 | UTRECHT ART SUPPLIES # | PHILADELPHIA | PA | 37.80 |
| 10/28 | 10/28 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 14.26 |
| 10/28 | 10/28 | ORGANIC UNLIMITED | TEL6105932995 | PA | 86.84 |
| 10/28 | 10/28 | LINNETT S GULF | PHILADELPHIA | PA | 754.55 |
| 10/28 | 10/28 | PLANPLUS    NOV | 800-527-7557 | TX | 9.25 |
| 10/29 | 10/29 | AMZ*SUPERSTORE | AMAZON.COM | WA | 59.95 |
| 10/29 | 10/29 | HARVEST MARKET | HOCKESSIN | DE | 68.98 |
| 10/29 | 10/29 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 240.00 |
| 11/01 | 11/01 | SCOTT TRUE VALUE | HOCKESSIN | DE | 10.77 |
| 11/01 | 11/01 | HARVEST MARKET | HOCKESSIN | DE | 84.15 |
| 11/01 | 11/01 | CONCORD PET FOODS #4 | HOCKESSIN | DE | 225.52 |
| 11/02 | 11/02 | HARVEST MARKET | HOCKESSIN | DE | 174.96 |
| 11/02 | 11/02 | INTERNET SERVICES 888- | 610-6929205 | PA | 9.95 |

FRAUD→ (handwritten annotation next to SHELL OIL line)

FRAUD→ (handwritten annotation next to PEP UP line)

| | | | | | |
|---|---|---|---|---|---|
| 11/03 | 11/03 | SCOTT TRUE VALUE | HOCKESSIN | DE | 16.19 |
| 11/03 | 11/03 | SCOTT TRUE VALUE | HOCKESSIN | DE | 19.87 |
| 11/03 | 11/03 | HARVEST MARKET | HOCKESSIN | DE | 50.71 |
| 11/03 | 11/03 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 14.70 |
| 11/03 | 11/03 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 28.80 |
| 11/03 | 11/03 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 48.91 |
| 11/04 | 11/04 | HARVEST MARKET | HOCKESSIN | DE | 9.00 |
| 11/06 | 11/06 | HARVEST MARKET | HOCKESSIN | DE | 29.09 |
| 11/06 | 11/06 | WAWA INC # 842 | HOCKESSIN | DE | 83.54 |
| 11/06 | 11/06 | HARVEST MARKET | HOCKESSIN | DE | 26.19 |
| 11/07 | 11/07 | SUNOCO | HOCKESSIN | DE | 52.97 |
| 11/07 | 11/07 | VIDEO SHOWPLACE - | HOCKESSIN | DE | 91.99 |
| 11/07 | 11/07 | PATHMARK #5 0000558E | WILMINGTON | DE | |

**Total Standard Purch**     **$6,882.55**

---

### 9. Cash Advances

Cash Advance Limit............................. $4,400.00*    *This represents a portion of your total credit line.

---

### Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 12.740% | .03490%(D) | x | 28 | x | $0.00 | = | $0.00 | + | $0.00 | 12.740% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 28 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total  **FINANCE CHARGE**  =  **$0.00**

---

### AT&T Services Summary

AT&T Universal Calling Card Calls................................................................................... $0.00

A144

## Payments and Adjustments

| Trans | Post | Description | Amount |
|-------|------|-------------|--------|
| | 11/18 | PAYMENT THANK YOU | 6,882.55CR |
| **Total Payments and Adjustments** | | | **$6,882.55CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases............................................................. | 8,613.81 |
| Cash Advances and Checks.................................. | 0.00 |
| Finance Charges................................................... | 0.00 |
| **Total MasterCard Activity**.............................. | **$8,613.81** |

## Purchases

Total MasterCard Purchases...................................... **$8,613.81**

### Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| 11/05 | 11/09 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 52.46 |
| 11/07 | 11/09 | GATEWAY GARDEN CENTER | HOCKESSIN | DE | 143.92 |
| 11/08 | 11/09 | SCOTT TRUE VALUE | HOCKESSIN | DE | 23.48 |
| 11/08 | 11/09 | HOCKESSIN WINE AND SPI | HOCKESSIN | DE | 27.46 |
| 11/09 | 11/09 | WAWA INC # 842 | HOCKESSIN | DE | 3.59 |
| 11/09 | 11/09 | STEVE SWYKA AUTO SPECI | WILMINGTON | DE | 162.82 |
| 11/10 | 11/10 | PAYPAL *LESKOCARELL | 402 935 7733 | CA | 40.96 |
| 11/10 | 11/10 | PAYPAL *LESKOCARELL | 402 935 7733 | CA | 40.95 |
| 11/10 | 11/10 | HARVEST MARKET | HOCKESSIN | DE | 187.15 |
| 11/10 | 11/10 | SHELL OIL 91002614193 | NEW CASTLE | DE | 5.00 |
| 11/10 | 11/10 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 15.45 |
| 11/10 | 11/10 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 16.80 |
| 11/10 | 11/10 | BORDERS BOOKS 01001379 | WILMINGTON | DE | 57.94 |
| 11/10 | 11/10 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 183.82 |
| 11/11 | 11/11 | PEP UP | GEORGETOWN | DE | 500.00 |
| 11/12 | 11/12 | HARMONY COMPANY | BLAUVELT | NY | 64.51 |
| 11/12 | 11/12 | CENTREVILLE VET HOSPIT | WILMINGTON | DE | 189.00 |
| 11/12 | 11/12 | SAFEWAY COMPOUNDING PH | NEWARK | DE | 70.00 |
| 11/13 | 11/13 | PAYPAL *LESKOCARELL | 402 935 7733 | CA | 40.95 |
| 11/13 | 11/13 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 44.86 |
| 11/13 | 11/13 | UTRECHT ART SUPPLIES # | PHILADELPHIA | PA | 119.51 |
| 11/15 | 11/15 | SCOTT TRUE VALUE | HOCKESSIN | DE | 17.98 |
| 11/15 | 11/15 | MAILBOXES ETC. | HOCKESSIN | DE | 19.41 |
| 11/15 | 11/15 | HARVEST MARKET | HOCKESSIN | DE | 135.44 |
| 11/15 | 11/15 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 20.37 |
| 11/15 | 11/15 | TEXACO INC 91002614184 | HOCKESSIN | DE | 30.67 |
| 11/15 | 11/15 | ORGANIC UNLIMITED | TEL6105932995 | PA | 143.00 |
| 11/16 | 11/16 | SCOTT TRUE VALUE | HOCKESSIN | DE | 16.15 |
| 11/16 | 11/16 | SCOTT TRUE VALUE | HOCKESSIN | DE | 24.70 |
| 11/16 | 11/16 | HARVEST MARKET | HOCKESSIN | DE | 135.69 |
| 11/16 | 11/16 | ALEXANDERS LAWN & GARD | NEWARK | DE | 7.99 |
| 11/16 | 11/16 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 13.85 |
| 11/16 | 11/16 | TAYLOR OIL & PROPANE I | KENNETT SQUAR | PA | 554.00 |
| 11/18 | 11/18 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 150.00 |
| 11/18 | 11/18 | THE HOME DEPOT 4109 | PHILADELPHIA | PA | 126.14 |
| 11/20 | 11/20 | HARVEST MARKET | HOCKESSIN | DE | 138.98 |
| 11/22 | 11/22 | HOCKESSIN WINE AND SPI | HOCKESSIN | DE | 35.96 |
| 11/22 | 11/22 | LOGEES GREENHOUSES | DANIELSON | CT | 49.79 |
| 11/22 | 11/22 | HARVEST MARKET | HOCKESSIN | DE | 138.78 |
| 11/22 | 11/22 | EXXONMOBIL83 04729679 | HOCKESSI | DE | 26.83 |
| 11/22 | 11/22 | HTY HRTS NUCELL.KINOTX | SCOTTSDALE | AZ | 43.41 |
| 11/23 | 11/23 | PEOPLE FOR THE AMERICA | WASHINGTON | DC | 10.00 |
| 11/23 | 11/23 | JANSSEN'S MARKET INSJA | GREENVILLE | DE | 38.28 |
| 11/23 | 11/23 | HARVEST MARKET | HOCKESSIN | DE | 119.03 |
| 11/23 | 11/23 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 9.99 |
| 11/23 | 11/23 | JP ANIMAL SUPPLY | COLORA | MD | 85.90 |
| 11/23 | 11/23 | BOSE CORP | 800-3674008 | MA | 97.00 |
| 11/24 | 11/24 | STEVE SWYKA AUTO SPECI | WILMINGTON | DE | 153.99 |
| 11/24 | 11/24 | THE VITAMIN SHOPPE | WILMINGTON | DE | 187.18 |
| 11/24 | 11/24 | SEARS ROEBUCK 1853 | WILMINGTON | DE | 228.91 |
| 11/25 | 11/25 | MINDWARE | ROSEVILLE | MN | 98.75 |

| | | | | | |
|---|---|---|---|---|---|
| 11/26 | 11/26 | HARVEST MARKET | HOCKESSIN | DE | 18.44 |
| 11/26 | 11/26 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 24.79 |
| 11/27 | 11/27 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 12.20 |
| 11/27 | 11/27 | HARVEST MARKET | HOCKESSIN | DE | 159.13 |
| 11/28 | 11/28 | APPLE COMPUTER | 800-676-2775 | TX | 169.00 |
| 11/28 | 11/28 | TEXACO INC 91002614175 | WILMINGTON | DE | 28.33 |
| 11/28 | 11/28 | BORDERS BOOKS 01000801 | NEWARK | DE | 67.00 |
| 11/29 | 11/29 | LIFE ENHANCEMENT PROD | PETALUMA | CA | 197.78 |
| 11/30 | 11/30 | VALLEY CHIROPRACTIC CE | HOCKESSIN | DE | 20.00 |
| 11/30 | 11/30 | HARVEST MARKET | HOCKESSIN | DE | 71.31 |
| 11/30 | 11/30 | HARVEST MARKET | HOCKESSIN | DE | 96.23 |
| 11/30 | 11/30 | PAYPAL *PURE HOODIA | 402 935 7733 | CA | 159.80 |
| 11/30 | 11/30 | LIFE EXTENSION FDTN | 800-678-8989 | FL | 325.14 |
| 11/30 | 11/30 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 128.44 |
| 11/30 | 11/30 | PLANPLUS          DEC | 800-527-7557 | TX | 9.25 |
| 12/01 | 12/01 | COMCAST OF WILMINGTON | 800-COMCAST | PA | 373.90 |
| 12/01 | 12/01 | PEP UP | GEORGETOWN | DE | 500.00 |
| 12/01 | 12/01 | AMOCO OIL    08128993 | GREENVILLE | DE | 20.80 |
| 12/01 | 12/01 | AMNESTY INTERNATIONAL | NEW YORK | NY | 25.00 |
| 12/01 | 12/01 | HIGHLAND HARDWARE SVST | ATLANTA | GA | 301.96 |
| 12/02 | 12/02 | EVERYTHING RUBBERMAID | WOOSTER | OH | 35.00 |
| 12/03 | 12/03 | AMZ*SUPERSTORE | AMAZON.COM | WA | 54.80 |
| 12/03 | 12/03 | HARVEST MARKET | HOCKESSIN | DE | 191.56 |
| 12/03 | 12/03 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 9.20 |
| 12/03 | 12/03 | PLANNED PARENTHOOD-DMP | 212-2614301 | NY | 25.00 |
| 12/03 | 12/03 | SAVEWAY COMPOUNDING PH | NEWARK | DE | 205.00 |
| 12/03 | 12/03 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 5.26 |
| 12/04 | 12/04 | INTERNET SERVICES 888- | 610-6929205 | PA | 9.95 |
| 12/04 | 12/04 | KAG*    INFO.KAGI.COM | 510-420-5858 | CA | 20.00 |
| 12/05 | 12/05 | MINDWARE | ROSEVILLE | MN | 21.95 |
| 12/06 | 12/06 | GREENVILLE WINE AN | GREENVILLE | DE | 59.70 |
| 12/06 | 12/06 | HARVEST MARKET | HOCKESSIN | DE | 184.16 |
| 12/06 | 12/06 | HAPPY HARRY'S INC #25 | GREENVILLE | DE | 38.70 |
| 12/07 | 12/07 | HARVEST MARKET | HOCKESSIN | DE | 35.78 |
| 12/07 | 12/07 | CONCORD PET FOODS #4 | HOCKESSIN | DE | 39.99 |
| 12/07 | 12/07 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 23.27 |
| 12/08 | 12/08 | LIFE EXTENSION FDTN | 800-678-8989 | FL | 97.20 |

**Total Standard Purch** $8,613.81

FRAUD

## Cash Advances

Cash Advance Limit............................. $4,400.00*    *This represents a portion of your total credit line.

## Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 12.990% | .03559%(D) | x | 31 | x | $0.00 | = | $0.00 | + | $0.00 | 12.990% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x | 31 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total *FINANCE CHARGE* = **$0.00**

## AT&T Services Summary

AT&T Universal Calling Card Calls.................................................................................. $0.00

A145

## Payment and Adjustment

| Trans | Post | Description | Amount |
|---|---|---|---|
| | 12/22 | PAYMENT THANK YOU | 8,613.81CR |
| **Total Payments and Adjustments** | | | **$8,613.81CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases................................................................ | 13,465.72 |
| Cash Advances and Checks............................................. | 0.00 |
| Finance Charges........................................................ | 0.00 |
| **Total MasterCard Activity**.......................................... | **$13,465.72** |

## Purchases

Total MasterCard Purchases............................................. **$13,465.72**

### Standard Purch

| Trans | Post | Description | | | Amount |
|---|---|---|---|---|---|
| 12/08 | 12/10 | LONGEVITY PLUS | PAYSON | AZ | 52.07 |
| 12/09 | 12/10 | HARVEST MARKET | HOCKESSIN | DE | 106.46 |
| 12/09 | 12/10 | APPLE COMPUTER | 800-676-2775 | TX | 1,723.00 |
| 12/09 | 12/10 | WHOLE FOODS MARKET S1A PHILADELPHIA | | PA | 54.18 |
| 12/11 | 12/11 | APPLE COMPUTER | 800-676-2775 | TX | 37.00 |
| 12/11 | 12/11 | SOHO PIZZA | PHILA | PA | 2.24 |
| 12/12 | 12/12 | SHELL OIL 91002614193 NEW CASTLE | | DE | 4.00 |
| 12/12 | 12/12 | SHELL OIL 91002614193 NEW CASTLE | | DE | 32.13 |
| 12/13 | 12/13 | ONLINE PHARMACY | NEW ZEALAND | NZL | $357.98 |
| | | | 492.68  NEW ZEALAND DOLLA = | | |
| 12/13 | 12/13 | HARVEST MARKET | HOCKESSIN | DE | 106.32 |
| 12/13 | 12/13 | CUMBERLAND 91224121 WILMINGTON | | DE | 5.27 |
| 12/13 | 12/13 | AMOCO OIL 08128993 GREENVILLE | | DE | 25.42 |
| 12/14 | 12/14 | APPLE TREE PUBLISHING FERNDALE | | WA | 17.87 |
| 12/14 | 12/14 | PAYPAL *HUMBOLDTFIL 4029357733 | | CA | 158.95 |
| 12/14 | 12/14 | HARVEST MARKET | HOCKESSIN | DE | 247.47 |
| 12/14 | 12/14 | TEA*TEACHING CO CATALO 800-832-2412 | | VA | 274.90 |
| 12/14 | 12/14 | EXXONMOBIL83 04729679 HOCKESSI | | DE | 16.92 |
| 12/14 | 12/14 | GATEWAY GARDEN CENTER HOCKESSIN | | DE | 106.16 |
| 12/14 | 12/14 | ORGANIC UNLIMITED | TEL6105932995 | PA | 141.90 |
| 12/15 | 12/15 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 20.00 |
| 12/15 | 12/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR PA | | | 554.00 |
| 12/16 | 12/16 | WHOLE FOODS MARKET S1A PHILADELPHIA | | PA | 24.61 |
| 12/17 | 12/17 | HARVEST MARKET | HOCKESSIN | DE | 435.19 |
| 12/17 | 12/17 | EXXONMOBIL83 04729679 HOCKESSI | | DE | 23.55 |
| 12/18 | 12/18 | GENERATION TEA | 845-3526257 | NY | 123.95 |
| 12/20 | 12/20 | HARVEST MARKET | HOCKESSIN | DE | 17.84 |
| 12/20 | 12/20 | HARVEST MARKET | HOCKESSIN | DE | 150.52 |
| 12/20 | 12/20 | EXXONMOBIL83 04729679 HOCKESSI | | DE | 17.64 |
| 12/20 | 12/20 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 20.00 |
| 12/20 | 12/20 | WCS #1 | GREENVILLE | DE | 178.00 |
| 12/21 | 12/21 | PEOPLE FOR THE AMERICA WASHINGTON | | DC | 10.00 |
| 12/21 | 12/21 | SUNOCO | HOCKESSIN | DE | 32.00 |
| 12/21 | 12/21 | THE SCIENCE FAIR INC | NEWARK | DE | 204.90 |
| 12/22 | 12/22 | HARVEST MARKET | HOCKESSIN | DE | 43.90 |
| 12/22 | 12/22 | HARVEST MARKET | HOCKESSIN | DE | 96.75 |
| 12/22 | 12/22 | EXXONMOBIL83 04729679 HOCKESSI | | DE | 10.75 |
| 12/23 | 12/23 | BLOOD BANK OF DELAWARE 302-737-8405 | | DE | 10.00 |
| 12/23 | 12/23 | HARVEST MARKET | HOCKESSIN | DE | 106.62 |
| 12/23 | 12/23 | VALLEY CHIROPRACTIC CE HOCKESSIN | | DE | 20.00 |
| 12/23 | 12/23 | LOWE'S #622 | WILMINGTON | DE | 81.40 |
| 12/23 | 12/23 | C B JOE TV & APPLIANCE NEW CASTLE | | DE | 270.85 |
| 12/24 | 12/24 | LIFE EXTENSION FDTN | 800-678-8989 | FL | 25.65 |
| 12/24 | 12/24 | TOTAL WINE AND MORE WI WILMINGTON | | DE | 97.67 |
| 12/24 | 12/24 | EXXONMOBIL83 04729679 HOCKESSI | | DE | 12.38 |
| 12/27 | 12/27 | HARVEST MARKET | HOCKESSIN | DE | 24.63 |
| 12/27 | 12/27 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 463.52 |
| 12/28 | 12/28 | HARMONY COMPANY | BLAUVELT | NY | 64.51 |
| 12/28 | 12/28 | EXXONMOBIL75 04764528 PHILADEL | | PA | 18.06 |
| 12/28 | 12/28 | PLANPLUS JAN 800-527-7557 | | TX | 49.25 |
| 12/29 | 12/29 | PATHMARK #5 00005SBF PHILADELPHIA | | PA | 62.28 |

A146

| | | | | | |
|---|---|---|---|---|---|
| 12/29 | 12/29 | HERRINGTON CATALOG | 8009032878 | NH | 145.85 |
| 12/29 | 12/29 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 14.75 |
| 12/29 | 12/29 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 35.53 |
| 12/29 | 12/29 | AC MOORE ARTS&CRAFT  8 | WILMINGTON | DE | 119.09 |
| 12/29 | 12/29 | RADIO SHACK  00121210 | WILMINGTON | DE | 123.97 |
| 12/30 | 12/30 | DELAWARE CADILLAC BODY | WILMINGTON | DE | 3,038.00 |
| 12/31 | 12/31 | HARVEST MARKET | HOCKESSIN | DE | 106.74 |
| 12/31 | 12/31 | UTRECHT ART SUPPLIES # | PHILADELPHIA | PA | 170.33 |
| 12/31 | 12/31 | BARNES & NOBLE #2850 | PHILADELPHIA | PA | 21.38 |
| 01/02 | 01/02 | AIRPORT NEWS AND T | NEW CASTLE | DE | 14.48 |
| 01/02 | 01/02 | INTERNET SERVICES 888- | 610-6929205 | PA | 9.95 |
| 01/02 | 01/02 | EXXONMOBIL83  04730354 | WILMINGT | DE | 28.24 |
| 01/02 | 01/02 | THE HOME DEPOT #1605 | NEW CASTLE | DE | 37.70 |
| 01/02 | 01/02 | DADDY S TOOL STORE | NEW CASTLE | DE | 68.00 |
| 01/03 | 01/03 | HARVEST MARKET | HOCKESSIN | DE | 116.88 |
| 01/03 | 01/03 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 14.35 |
| 01/03 | 01/03 | BORDERS BOOKS 01000801 | NEWARK | DE | 53.41 |
| 01/03 | 01/03 | DAVIS BIOTECH RESEARCH | 770-456-5170 | AK | 124.80 |
| 01/04 | 01/04 | HARVEST MARKET | HOCKESSIN | DE | 20.86 |
| 01/04 | 01/04 | BOOKS AND TOBACCO | HOCKESSIN | DE | 23.47 |
| 01/04 | 01/04 | CONCORD PET FOODS #4 | HOCKESSIN | DE | 138.56 |
| 01/04 | 01/04 | HARVEST MARKET | HOCKESSIN | DE | 362.16 |
| 01/04 | 01/04 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 8.75 |
| 01/04 | 01/04 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 15.83 |
| 01/04 | 01/04 | KMART  00038737 | WILMINGTON | DE | 36.67 |
| 01/05 | 01/05 | VITAMIN RESEARCH PRODU | TEL8008772447 | NV | 1,088.87 |
| 01/06 | 01/06 | SAVEWAY COMPOUNDING PH | NEWARK | DE | 150.00 |
| 01/07 | 01/07 | LIFE EXTENSION FDTN | 800-678-8989 | FL | 17.15 |
| 01/07 | 01/07 | WHOLE FOODS MARKET S1A | PHILADELPHIA | PA | 40.45 |
| 01/07 | 01/07 | MICHELE BRODER DMD | WILMINGTON | DE | 201.00 |
| 01/08 | 01/08 | NEW YORK TIMES DIGITAL | 646-698-8249 | NY | 7.95 |
| 01/08 | 01/08 | WWW.ANTIAGING | SYSTEMS.COM | GBR | 417.95 |

**Total Standard Purch**                                         **$13,465.72**

---

### ⑨ Cash Advances

Cash Advance Limit.............................. $4,400.00*   *This represents a portion of your total credit line.

---

### Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 13.240% | .03627%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 13.240% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 20.240% | .05545%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 20.240% |

Total *FINANCE CHARGE*   =   **$0.00**

---

### AT&T Services Summary

AT&T Universal Calling Card Calls.................................................................................. $0.00

A147

## Payments and Adjustments

| Trans | Post | Description | Amount |
|-------|------|-------------|--------|
| | 01/24 | PAYMENT THANK YOU | 13,465.72CR |
| **Total Payments and Adjustments** | | | **$13,465.72CR** |

## AT&T Universal MasterCard Activity

| | |
|---|---|
| Purchases.................................................................. | 13,466.20 |
| Cash Advances and Checks.......................................... | 0.00 |
| Finance Charges......................................................... | 0.00 |
| **Total MasterCard Activity**...................................... | **$13,466.20** |

## Purchases

Total MasterCard Purchases.......................................... **$13,466.20**

### Standard Purch

| Trans | Post | Description | | Amount |
|-------|------|-------------|---|--------|
| 01/09 | 01/11 | SHELL OIL   91002614193  NEW CASTLE | DE | 19.92 |
| 01/10 | 01/11 | ACME MARKETS  7808 SIT WILMINGTON | DE | 71.17 |
| 01/10 | 01/11 | LIFE ENHANCEMENT PRODU PETALUMA | CA | 127.37 |
| 01/10 | 01/11 | HARVEST MARKET          HOCKESSIN | DE | 166.86 |
| 01/10 | 01/11 | SUNOCO                  GREENVILLE | DE | 13.75 |
| 01/11 | 01/11 | CROMWELL S TAVERN       GREENVILLE | DE | 41.85 |
| 01/11 | 01/11 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | 180.00 |
| 01/11 | 01/11 | STEVE SWYKA AUTO SPECL WILMINGTON | DE | 33.17 |
| 01/11 | 01/11 | BORDERS BOOKS 01001379 WILMINGTON | DE | 58.89 |
| 01/12 | 01/12 | USPS 3379300507         WILMINGTON | DE | 3.95 |
| 01/12 | 01/12 | HARVEST MARKET          HOCKESSIN | DE | 124.61 |
| 01/12 | 01/12 | EXXONMOBIL83  04729679 HOCKESSI | DE | 18.22 |
| 01/13 | 01/13 | PARK TICKETS 950814    215 561 3636 | PA | 35.00 |
| 01/13 | 01/13 | ATHENA INST.-600 OF OO 800-000000 | PA | 197.00 |
| 01/13 | 01/13 | TAYLOR OIL & PROPANE I KENNETT SQUAR | PA | 415.88 |
| 01/13 | 01/13 | MARSHALLS #0171         WILMINGTON | DE | 45.99 |
| 01/14 | 01/14 | CHEF CHARIN CUISINE     BALA CYNWYD | PA | 25.20 |
| 01/14 | 01/14 | HARVEST MARKET          HOCKESSIN | DE | 143.88 |
| 01/14 | 01/14 | EYETOPIA                GREENVILLE | DE | 607.00 |
| 01/14 | 01/14 | SUNOCO                  HOCKESSIN | DE | 19.10 |
| 01/15 | 01/15 | HAPPY HARRY'S #1        WILMINGTON | DE | 104.52 |
| 01/15 | 01/15 | CONCORD PET FOODS #7    WILMINGTON | DE | 38.97 |
| 01/15 | 01/15 | WHOLE FOODS MARKET S1A PHILADELPHIA | PA | 41.02 |
| 01/15 | 01/15 | MARSHALLS #0171         WILMINGTON | DE | 65.94 |
| 01/15 | 01/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR | PA | 554.00 |
| 01/16 | 01/16 | UTRECHT ART SUPPLIES # PHILADELPHIA | PA | 41.43 |
| 01/16 | 01/16 | SHELL OIL  91002614193 NEW CASTLE | DE | 77.35 |
| 01/16 | 01/16 | TRADER JOE'S #00006SM2 WILMINGTON | DE | 18.99 |
| 01/16 | 01/16 | THE HOME DEPOT 1602     CLAYMOUNT | DE | 23.64 |
| 01/16 | 01/16 | SHELL OIL  91002614193 NEW CASTLE | DE | 30.08 |
| 01/17 | 01/17 | HARVEST MARKET          HOCKESSIN | DE | 175.91 |
| 01/17 | 01/17 | HAPPY HARRY'S INC #25  GREENVILLE | DE | 38.70 |
| 01/17 | 01/17 | VALLEY CHIROPRACTIC CE HOCKESSIN | DE | 40.00 |
| 01/18 | 01/18 | WAWA INC # 842          HOCKESSIN | DE | 4.26 |
| 01/19 | 01/19 | AMZ*Amazon Payments     AMAZON.COM | WA | 21.44 |
| 01/19 | 01/19 | SUNOCO                  WILMINGTON | DE | 22.65 |
| 01/19 | 01/19 | GREENVILE WINE AN       GREENVILLE | DE | 25.40 |
| 01/19 | 01/19 | ENTERPRISE RENT-A-CAR  WILMINGTON | DE | 793.47 |
| 01/19 | 01/19 | EXXONMOBIL83  04730354 WILMINGT | DE | 29.09 |
| 01/19 | 01/19 | ORGANIC UNLIMITED     TEL6105932995 | PA | 156.79 |
| 01/19 | 01/19 | STEVE SWYKA AUTO SPECL WILMINGTON | DE | 584.98 |
| 01/19 | 01/19 | CROMWELL S TAVERN       GREENVILLE | DE | 23.45 |
| 01/20 | 01/20 | MANHATTEN BAGELS        WILMINGTON | DE | 7.49 |
| 01/20 | 01/20 | PEOPLE FOR THE AMERICA WASHINGTON | DC | 10.00 |
| 01/20 | 01/20 | AMZ*SUPERSTORE          AMAZON.COM | WA | 15.52 |
| 01/20 | 01/20 | AMZ*SUPERSTORE          AMAZON.COM | WA | 27.99 |
| 01/20 | 01/20 | AMZ*SUPERSTORE          AMAZON.COM | WA | 64.59 |
| 01/20 | 01/20 | HARVEST MARKET          HOCKESSIN | DE | 115.94 |
| 01/20 | 01/20 | BORDERS BOOKS 01001379 WILMINGTON | DE | 16.95 |
| 01/20 | 01/20 | MARSHALLS #0552         WILMINGTON | DE | 39.98 |
| 01/20 | 01/20 | STEVE SWYKA AUTO SPECL WILMINGTON | DE | 704.61 |

A148

| 01/21 | 01/21 | HARVEST MARKET | HOCKESSIN | DE | 222.98 |
|-------|-------|----------------|-----------|-----|--------|
| 01/22 | 01/22 | THE PHEROMONE STORE | PHOENIX | AZ | 33.95 |
| 01/22 | 01/22 | 911HEALTHSHOP COM | BLOOMINGTON | IN | 154.85 |
| 01/23 | 01/23 | BARNES & NOBLE.COM | 800-843-2665 | NJ | 60.46 |
| 01/23 | 01/23 | WAWA INC # 842 | HOCKESSIN | DE | 9.65 |
| 01/24 | 01/24 | HARVEST MARKET | HOCKESSIN | DE | 22.99 |
| 01/24 | 01/24 | HARVEST MARKET | HOCKESSIN | DE | 206.73 |
| 01/24 | 01/24 | KIMS CAFE | HOCKESSIN | DE | 6.00 |
| 01/24 | 01/24 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 6.35 |
| 01/24 | 01/24 | PAT S PIZZERIA | HOCKESSIN | DE | 6.55 |
| 01/24 | 01/24 | KMART    00038737 | WILMINGTON | DE | 13.87 |
| 01/24 | 01/24 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 30.47 |
| 01/25 | 01/25 | DENTAL HEALTH ASSOCS P | WILMINGTON | DE | MED 300.00 |
| 01/25 | 01/25 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 7.95 |
| 01/25 | 01/25 | KAREN OPTICAL CO | WILMINGTON | DE | MED 450.00 |
| 01/26 | 01/26 | G-E WELDING SUPPLY CO | NEW CASTLE | DE | 163.00 |
| 01/26 | 01/26 | PERUVIAN CONNECTION | 913-845-2450 | KS | 172.95 |
| 01/26 | 01/26 | HESS #08502 | NEW CASTLE | DE | 7.52 |
| 01/26 | 01/26 | SALEM CC BOOKSTORE #06 | CARNEYS POINT | NJ | 7.97 |
| 01/26 | 01/26 | FLY J/CFJ 05067 | CARNEYS POINT | NJ | 21.70 |
| 01/27 | 01/27 | HARVEST MARKET | HOCKESSIN | DE | 280.93 |
| 01/28 | 01/28 | MAILBOXES ETC. | HOCKESSIN | DE | 26.28 |
| 01/28 | 01/28 | PLANPLUS      FEB | 800-527-7557 | TX | 9.25 |
| 01/29 | 01/29 | RITE AID STORE 3959 | PHILADELPHIA | PA | 15.05 |
| 01/30 | 01/30 | MENDENHALL SUNOCO | CHADDS FORD | PA | 7.35 |
| 01/30 | 01/30 | SUBWAY # 26736    016 | KENNETT SQUAR | PA | 10.68 |
| 01/30 | 01/30 | SUNOCO | CHADDS FORD | PA | 25.38 |
| 01/30 | 01/30 | UTRECHT ART SUPPLIES # | PHILADELPHIA | PA | 38.48 |
| 01/30 | 01/30 | SEARS ROEBUCK    5213 | KENNET SQ | PA | 15.83 |
| 01/30 | 01/30 | PAT S PIZZERIA | HOCKESSIN | DE | 17.25 |
| 01/31 | 01/31 | WAGNER S HARDWARE | GREENVILLE | DE | 47.76 |
| 01/31 | 01/31 | HARVEST MARKET | HOCKESSIN | DE | 133.70 |
| 01/31 | 01/31 | INTERNET SERVICES 888- | 610-6929205 | PA | 9.95 |
| 01/31 | 01/31 | EXXONMOBIL83  04729679 | HOCKESSI | DE | 12.80 |
| 02/01 | 02/01 | HARVEST MARKET | HOCKESSIN | DE | 277.63 |
| 02/01 | 02/01 | MAILBOXES ETC. | HOCKESSIN | DE | 5.77 |
| 02/01 | 02/01 | TEXACO INC 91002614184 | HOCKESSIN | DE | 6.00 |
| 02/01 | 02/01 | GETTY 08676001 | WILMINGTON | DE | 12.81 |
| 02/01 | 02/01 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 76.68 |
| 02/01 | 02/01 | STEVE SWYKA AUTO SPECI | WILMINGTON | DE | 2,917.93 |
| 02/03 | 02/03 | LIFE EXTENSION FDTN | 800-678-8989 | FL | 93.71 |
| 02/03 | 02/03 | ENTERPRISE RENT-A-CAR | WILMINGTON | DE | 275.14 |
| 02/03 | 02/03 | SUNOCO | PHILADELPHIA | PA | 36.63 |
| 02/03 | 02/03 | STEVE SWYKA AUTO SPECI | WILMINGTON | DE | 446.98 |
| 02/04 | 02/04 | AAAS   *SCIENCE MAG | 202-326-6417 | DC | 69.00 |
| 02/04 | 02/04 | HONEY KAMALI | GREENVILLE | DE | 98.00 |
| 02/04 | 02/04 | L BOUTIOUE | GREENVILLE | DE | 119.00 |
| 02/04 | 02/04 | WHOLF FOODS MARKET S1A | PHILADELPHIA | PA | 26.69 |
| 02/05 | 02/05 | RADIO SHACK  00129585 | NEWARK | DE | 79.99 |
| 02/06 | 02/06 | HAPPY HARRY'S #38 | HOCKESSIN | DE | 31.44 |
| 02/07 | 02/07 | HARVEST MARKET | HOCKESSIN | DE | 224.21 |

FRAUD —

Total Standard Purch                                          $13,466.20

---

### Cash Advances

Cash Advance Limit.............................. $4,400.00*   *This represents a portion of your total credit line.

---

### Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 13.490% | .03696%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 13.490% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 20.490% | .05614%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 20.490% |

Total  *FINANCE CHARGE*   =   $0.00

## Payments and Adjustments

| Trans | Post | Description | | | Amount |
|-------|------|-------------|---|---|--------|
| | 02/24 | PAYMENT THANK YOU | | | 13,466.20CR |
| 02/22 | 02/22 | PLANPLUS SEP 800-527-7557 TX | | | 55.50CR |
| | | **Total Payments and Adjustments** | | | **$13,521.70CR** |

## AT&T Universal MasterCard Activity

| | | |
|---|---|---|
| Purchases | | 10,515.16 |
| Cash Advances and Checks | | 0.00 |
| Finance Charges | | 0.00 |
| **Total MasterCard Activity** | | **$10,515.16** |

## Purchases

| | |
|---|---|
| **Total MasterCard Purchases** | **$10,515.16** |

### Standard Purch

| Trans | Post | Description | | Amount |
|-------|------|-------------|---|--------|
| 02/05 | 02/09 | LINENS N THINGS 145    NEWARK    DE | | 36.32 |
| 02/07 | 02/09 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 12.15 |
| 02/08 | 02/09 | HARVEST MARKET         HOCKESSIN DE | | 118.95 |
| 02/09 | 02/09 | LIFE EXTENSION FDTN   800-678-8989 FL | | 8.94 |
| 02/09 | 02/09 | MAILBOXES ETC.         HOCKESSIN DE | | 19.00 |
| 02/09 | 02/09 | HARVEST MARKET         HOCKESSIN DE | | 24.37 |
| 02/09 | 02/09 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 19.19 |
| 02/10 | 02/10 | 3027 LEE'S HARDWARE IN PHILADELPHIA PA | | 4.80 |
| 02/10 | 02/10 | WHOLE FOODS MARKET S1A PHILADELPHIA PA | | 30.19 |
| 02/10 | 02/10 | UTRECHT ART SUPPLIES # PHILADELPHIA PA | | 38.38 |
| 02/11 | 02/11 | HARVEST MARKET         HOCKESSIN DE | | 198.29 |
| 02/11 | 02/11 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 22.65 |
| 02/14 | 02/14 | HARVEST MARKET         HOCKESSIN DE | | 17.48 |
| 02/14 | 02/14 | 9TH STREET BOOK SHOP   WILMINGTON DE | | 18.95 |
| 02/14 | 02/14 | HARMONY COMPANY        BLAUVELT  NY | | 64.51 |
| 02/14 | 02/14 | HARVEST MARKET         HOCKESSIN DE | | 83.01 |
| 02/14 | 02/14 | LIFE EXTENSION FDTN   800-678-8989 FL | | 91.50 |
| 02/14 | 02/14 | SUNDANCE CATLG        8004222770 UT | | 106.95 |
| 02/14 | 02/14 | DENTAL HEALTH ASSOCS P WILMINGTON DE | | 1,445.00 |
| 02/14 | 02/14 | DELAWARE CADILLAC BODY WILMINGTON DE | | 3,038.64 |
| 02/14 | 02/14 | 7-ELEVEN 20027         WILMINGTON DE | | 4.89 |
| 02/14 | 02/14 | TALKIN TURKEY          WILMINGTON DE | | 7.25 |
| 02/14 | 02/14 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 17.50 |
| 02/14 | 02/14 | COASTAL                DEEPWATER NJ | | 18.60 |
| 02/14 | 02/14 | VALLEY CHIROPRACTIC CE HOCKESSIN DE | | 70.00 |
| 02/15 | 02/15 | EXXONMOBIL83  04757993 WILMINGT  DE | | 27.92 |
| 02/15 | 02/15 | SAHALIE               8008211286 OR | | 67.85 |
| 02/15 | 02/15 | TAYLOR OIL & PROPANE I KENNETT SQUAR PA | | 554.00 |
| 02/16 | 02/16 | SCOTT TRUE VALUE       HOCKESSIN DE | | 10.78 |
| 02/16 | 02/16 | SCOTT TRUE VALUE       HOCKESSIN DE | | 40.89 |
| 02/16 | 02/16 | HARVEST MARKET         HOCKESSIN DE | | 92.39 |
| 02/16 | 02/16 | ONLINE PHARMACY        NEW ZEALAND NZL | | |
| | | 492.68  NEW ZEALAND DOLLA = | | 363.21 |
| 02/16 | 02/16 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 11.00 |
| 02/16 | 02/16 | HAPPY HARRY'S #38      HOCKESSIN DE | | 11.99 |
| 02/16 | 02/16 | VITAMIN RESEARCH PRODU TEL8008772447 NV | | 395.57 |
| 02/17 | 02/17 | JP ANIMAL SUPPLY       COLORA    MD | | 51.75 |
| 02/17 | 02/17 | NM KNIGHT CO INC.      MILLVILLE NJ | | 80.00 |
| 02/18 | 02/18 | VITAMIN RESEARCH PRODU TEL8008772447 NV | | 148.90 |
| 02/19 | 02/19 | WHOLE FOODS MARKET S1A PHILADELPHIA PA | | 54.52 |
| 02/19 | 02/19 | LIFE ENHANCEMENT PRODU PETALUMA  CA | | 127.37 |
| 02/20 | 02/20 | AMZ*Amazon Payments    AMAZON.COM WA | | 3.39 |
| 02/20 | 02/20 | AMZ*Amazon Payments    AMAZON.COM WA | | 7.49 |
| 02/20 | 02/20 | AMZ*Amazon Payments    AMAZON.COM WA | | 9.48 |
| 02/20 | 02/20 | AMZ*Amazon Payments    AMAZON.COM WA | | 10.99 |
| 02/20 | 02/20 | AMZ*Amazon Payments    AMAZON.COM WA | | 36.46 |
| 02/20 | 02/20 | AMZ*Amazon Payments    AMAZON.COM WA | | 40.47 |
| 02/21 | 02/21 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 16.15 |
| 02/21 | 02/21 | EXXONMOBIL83  04729679 HOCKESSI  DE | | 27.40 |
| 02/21 | 02/21 | SHELL OIL 91002614193 NEW CASTLE DE | | 43.90 |

FRAUD

A150

```
02/21   02/21   SAHALIE                     8008211286      OR          67.85
02/21   02/21   ORGANIC UNLIMITED           TEL6105932995   PA         121.34
02/22   02/22   ANZ*SUPERSTORE              AMAZON.COM      WA          96.36
02/22   02/22   LIFE EXTENSION FDTN         800-678-8989    FL         493.46
02/23   02/23   PEOPLE FOR THE AMERICA      WASHINGTON      DC          10.00
02/25   02/25   WHOLE FOODS MARKET S1A      PHILADELPHIA    PA          30.98
02/27   02/27   ANZ*Amazon Payments         AMAZON.COM      WA          16.62
02/27   02/27   GETTY 08676001              WILMINGTON      DE          12.95
02/28   02/28   HARVEST MARKET              HOCKESSIN       DE         114.36
02/28   02/28   INTERNET SERVICES 888-      610-6929205     PA           9.95
02/28   02/28   EXXONMOBIL83  04729679      HOCKESSI        DE          28.89
03/01   03/01   HARVEST MARKET              HOCKESSIN       DE         138.23
03/01   03/01   HAPPY HARRY'S #38           HOCKESSIN       DE         152.73
03/02   03/02   HARVEST MARKET              HOCKESSIN       DE          30.55
03/02   03/02   SHELL OIL  91002614193      NEW CASTLE      DE           1.49
03/02   03/02   SHELL OIL  91002614193      NEW CASTLE      DE          10.16
03/02   03/02   EXXONMOBIL83  04729679      HOCKESSI        DE          17.07
03/02   03/02   FUNCOLAND #657              WILMINGTON      DE          29.99
03/03   03/03   ORION PIZZERIA              MENDENHALL      PA          23.09
03/03   03/03   LIFE EXTENSION FDTN         800-678-8989    FL          64.50
03/03   03/03   B.G. CARNEY, INC.           CARNEY'S PT.    NJ          25.00
03/03   03/03   VALLEY CHIROPRACTIC CE      HOCKESSIN       DE         210.00
03/04   03/04   EXXONMOBIL83  04730019      WILMINGT        DE           4.20
03/04   03/04   PLAZA LIQUORS               WILMINGTON      DE          29.77
03/04   03/04   LA TOLTECA #5               NEWPORT         DE          45.50
03/05   03/05   ANZ*Amazon Payments         AMAZON.COM      WA          16.04
03/05   03/05   ANZ*Amazon Payments         AMAZON.COM      WA          16.48
03/05   03/05   EXXONMOBIL83  04729679      HOCKESSI        DE           9.40
03/05   03/05   HARVEST MARKET              HOCKESSIN       DE         158.79
03/07   03/07   SUNDANCE CATLG              8004222770      UT         216.95
03/07   03/07   HARVEST MARKET              HOCKESSIN       DE         246.99
03/07   03/07   SAHALIE                     8008211286      OR         130.90
03/08   03/08   AGO*HSI REPRT/PARASITE      8777916263      MD          22.95
03/08   03/08   HARVEST MARKET              HOCKESSIN       DE         120.84
```

**Total Standard Purch**                                              **$10,515.16**

---

## Cash Advances

Cash Advance Limit..............................$4,400.00*   *This represents a portion of your total credit line.

---

### Finance Charge Information

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic *FINANCE CHARGE* | + | Transaction Fee/*FINANCE CHARGE* | *ANNUAL PERCENTAGE RATE* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURCHASES** | | | | | | | | | | | |
| Standard Purch | 13.490% | .03696%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 13.490% |
| **CASH ADVANCES** | | | | | | | | | | | |
| Standard Adv | 20.490% | .05614%(D) | x | 29 | x | $0.00 | = | $0.00 | + | $0.00 | 20.490% |

Total *FINANCE CHARGE* = **$0.00**

---

### AT&T Services Summary

AT&T Universal Calling Card Calls.................................................................................... $0.00

A151

# EXHIBIT B

5/03

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES
### Account number   4098 0000 3712 5767

| | |
|---|---|
| New balance | $6,067.57 |
| *Minimum Payment Due* | **$122.00** |
| Payment Due Date | 06/15/03 |

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

**AMOUNT ENCLOSED**     $ _____

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

ılıılııllıılıılıılıılıı

COLEMAN D HOMSEY                    . 1386
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

ıllıllıılıılılıllıılıılıılılllıılıı

999954982   4098000037125767

∟Detach this top portion and return payment using enclosed envelope.⌐

 

| VISA ACCOUNT ACTIVITY | | CREDIT AND OTHER INFORMATION | |
|---|---|---|---|
| Account Number | 4098 0000 3712 5767 | Statement Date | 05/21/03 |
| Previous balance | $881.14 | Days In Billing Cycle | 30 |
| Payments | $881.14 | Credit Line | $6,700 |
| Credits | $387.90 | Available Credit as of 05/21/03 | $215 |
| Purchases & other charges | $6,455.47 | Minimum Payment Due | $122.00 |
| Cash advances | $0.00 | Payment due date | 06/15/03 |
| FINANCE CHARGE | $0.00 | Send Inquiries to:  WILMINGTON TRUST COMPANY | |
| New Balance | $6,067.57 | FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894 | |

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 04/19 | 04/22 | 24445003FH7V8LNFJ | KINKO'S #1808 WILMINGTON  DE | 138.90 | |
| 04/19 | 04/22 | 24445003FH7V8LN9W | KINKO'S #1808 WILMINGTON  DE | 37.24 | |
| 04/21 | 04/22 | 24399003FMD0FQ9JV | PATHMARK #5  00005892 WILMINGTON  DE | 24.94 | |
| 04/21 | 04/22 | 24399003FMD0FQ9JV | PATHMARK #5  00005892 WILMINGTON  DE | 25.73 | |
| 04/21 | 04/22 | 24418003G38E0F10F | J FARMERS INC WILMINGTON DE | 19.42 | |
| 04/21 | 04/22 | 24692163F00RQQ5RL | MUR*MCMURRAY HATCHERY   800-456-3280 IA | 102.44 | |
| 04/23 | 04/23 | 24138293J61JGRDL0 | NEWARK COMM CO-OP NEWARK  DE | 74.12 | |
| 04/23 | 04/23 | 24403693KBLGY2V68 | PUREBREAD DELI II GREENVILLE  DE | 18.45 | |
| 04/23 | 04/23 | 24435653J03AE7LBD | SHEMIN NURSERIES INC #34 ASTON  PA | 1,663.00 | |
| 04/23 | 04/23 | 24445003JH8YP5X87 | HAPPY HARRY'S #45 NEWARK  DE | 12.78 | |
| 04/24 | 04/24 | 24164073JP87EWR0J | AMOCO    08128993 GREENVILLE  DE | 19.00 | |
| 04/24 | 04/24 | 24418003J3A77DDG1 | SHARPERIMAGE.COM     800-3445555 CA | 72.80 | |
| 04/24 | 04/24 | 24445003KH9746X4L | FACTORY CARD OUTLET #516 STANTON  DE | 76.21 | |
| 04/24 | 04/24 | 24445003KH97470VG | HAPPY HARRY'S INC #25 GREENVILLE  DE | 12.48 | |
| 04/25 | 04/25 | 24435653L5SM8VE69 | GOLDEN DOVE RESTAURANT NEW CASTLE  DE | 25.00 | |
| 04/25 | 04/25 | 24445003MH9P5HD35 | BJ WHOLESALE #0015 WOX WILMINGTON  DE | 55.97 | |
| 04/25 | 04/25 | 24445003MH9P5H5RR | TGI FRIDAYS #1520 NEW CASTLE  DE | 20.26 | |
| 04/25 | 04/25 | 24692163K0020LDLR | BMC*CAVALIER TELEPHONE  800-967-9649 TX | 100.00 | |
| 04/26 | 04/26 | 24246513NET7R8JW4 | TOYS R US #8314 NEWARK  DE | 50.96 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                    302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

## WILMINGTON TRUST VISA SERVICES

**Account number  4098 0000 3712 5767**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 04/26 | 04/26 | 24418003N3E2NE39G | FRANK'S UNION WINE MART WILMINGTON DE | 17.98 | |
| 04/26 | 04/26 | 24610433M03TEATNE | GAMESTOP #626 WILMINGTON DE | 41.49 | |
| 04/26 | 04/26 | 24692163L0025JWTE | AOL*PREMIUM SERVICE 0403 888-265-9269 VA | 3.95 | |
| 04/26 | 04/26 | 24692163L0025Z017 | AOL* for Broadband 0403 888-849-3200 VA | 9.95 | |
| 04/28 | 04/28 | 24164053PB018Z9GX | EXXONMOBIL83 04729679 HOCKESSI DE | 16.10 | |
| 04/28 | 04/28 | 24399003NMD0FDGP3 | PATHMARK #5 00005934 NEW CASTLE DE | 48.97 | |
| 04/28 | 04/28 | 24435653N608MMD7E | HARVEST MARKET HOCKESSIN DE | 129.58 | |
| 04/28 | 04/28 | 24435653P037BH24P | CHINA INN WILMINGTON DE | 27.85 | |
| 04/28 | 04/28 | 24098003NWGY35X1T | PARENT ED-CHRISTIANA CARE302-733-2472 DE | 30.00 | |
| 04/29 | 04/29 | 24455013P3G3QYZND | WAWA #840 NEW CASTLE DE | 17.04 | |
| 04/29 | 04/29 | 24692163P007E862F | QUESTSAVERS 800-527-1656 TX | 8.95 | |
| 04/30 | 04/30 | 24610433R03P6SKYM | BOSCOV'S #072 NEWARK DE | 6.25 | |
| 05/02 | 05/02 | 24435653S8ARVKMET | HARVEST MARKET HOCKESSIN DE | 24.20 | |
| 05/03 | 05/03 | 24717053WJM6H3RZV | GALLUCIO'S RESTAURANT WILMINGTON DE | 25.07 | |
| 05/04 | 05/04 | 24399003WMD0FQ9NV | PATHMARK #5 00005892 WILMINGTON DE | 6.68 | |
| 05/05 | 05/05 | 24158133Y2YX7M28P | LA TOLTECA STANTON DE | 41.74 | |
| 05/05 | 05/05 | 24388943YE7JQ4LLS | NOBLE HOUSE 800-763-8791 NY | 53.55 | |
| 05/05 | 05/05 | 24435653Y618TPV0Q | PLAZA LIQUORS WILMINGTON DE | 4.99 | |
| 05/05 | 05/05 | 24455013X3MN8WBX6 | HESS 08502 NEW CASTLE DE | 13.00 | |
| 05/05 | 05/05 | 74098003Y00XTMK2B | PAYMENT – THANK YOU | | 881.14- |
| 05/06 | 05/06 | 24138293Z9GNFPE0Z | LOWE'S #622 WILMINGTON DE | 15.20 | |
| 05/06 | 05/06 | 24417893Z001SDG7T | DANNE HAIR SKIN&BODY SALO WILMINGTON DE | 165.00 | |
| 05/06 | 05/06 | 24455013Y3NL0NW2Q | WAWA INC # 842 HOCKESSIN DE | 5.99 | |
| 05/06 | 05/06 | 24455013Y3NL0NW24 | WAWA INC # 842 HOCKESSIN DE | 9.76 | |
| 05/06 | 05/06 | 24492803Z3DWMM95T | HOCKESSIN WINE & SPIRITS HOCKESSIN DE | 6.49 | |
| 05/07 | 05/07 | 244450040HEY62428 | BJ WHOLESALE #0015 WOX WILMINGTON DE | 275.25 | |
| 05/07 | 05/07 | 24610434003R2K7WR | NETWORK SOLUTIONS 888-642-9675 VA | 6.95 | |
| 05/07 | 05/07 | 2466100403G5P18B1 | TOWN OF NEWPORT NEWPORT DE | 79.95 | |
| 05/07 | 05/07 | 24692163Z00MQYFTH | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 54.22 | |
| 05/08 | 05/08 | 2443565405V1ZYBAQ | NEW CONCEPT DENTAL WILMINGTON DE | 165.00 | |
| 05/08 | 05/08 | 244450041HFQ8YGSB | HAPPY HARRY'S INC #25 GREENVILLE DE | 4.99 | |
| 05/08 | 05/08 | 2461044400189WX34 | USPS 3379300507 WILMINGTON DE | 7.40 | |
| 05/08 | 05/08 | 24692164000PXVD5E | AMAZON.COM *PAYMENTS 800-201-7575 WA | 87.53 | |
| 05/08 | 05/08 | 24692164000P2H4V4 | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 21.33 | |
| 05/08 | 05/08 | 24692164100T3K9G7 | TEXACO INC 91002614193 NEW CASTLE DE | 18.01 | |
| 05/09 | 05/09 | 2422443423XLJJJPS | NEW DAWN HAIR DESI WILMINGTON DE | 120.00 | |
| 05/09 | 05/09 | 2443398424YQ32V4B | EINSTEIN NOAH BGL 1 GREENVILLE DE | 7.59 | |
| 05/09 | 05/09 | 24692164100RA38N0 | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 76.39 | |
| 05/09 | 05/09 | 24692164100TV3AAB | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 30.56 | |
| 05/10 | 05/10 | 2422443437N2Q6NDL | PITA PIT, THE NEWARK DE | 12.00 | |
| 05/10 | 05/10 | 242465143672HHZDB | BABIES R US #6376 WILMINGTON DE | 117.42 | |
| 05/10 | 05/10 | 24435654503DDKQK1 | CARL DOUBET JR JEWELRS GREENVILLE DE | 40.00 | |
| 05/10 | 05/10 | 24692164200SEH1FT | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 21.43 | |
| 05/10 | 05/10 | 24692164200SJK0FF | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 24.34 | |
| 05/10 | 05/10 | 24692164200SRWQRF | AMAZON.COM *SUPERSTOR 800-201-7575 WA | 729.76 | |
| 05/10 | 05/10 | 24765014309A0TAAD | OLDE TYME NEWARK DE | 60.00 | |

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    7    Page 2 of 3    3996    5600    RVS2    0002    030521    O1AC7623    1386

A154

5/0
3

## WILMINGTON TRUST VISA SERVICES

**Account number   4098 0000 3712 5767**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/11 | 05/11 | 2445501433V9JNPLL | SUNOCO HOCKESSIN  DE | 16.48 | |
| 05/11 | 05/11 | 24610434403PDQYX2 | MICHAELS #1549 WILMINGTON  DE | 82.13 | |
| 05/12 | 05/12 | 241640545B018Z3W8 | EXXONMOBIL83  04729679 HOCKESSI  DE | 9.75 | |
| 05/13 | 05/13 | 242098746DRL97R9F | BUCKLEY'S TAVERN CENTERVILLE  DE | 46.85 | |
| 05/13 | 05/13 | 742465147672SWT2A | BABIES R US #6376 WILMINGTON  DE  CREDIT | | 99.90− |
| 05/13 | 05/13 | 2445501453X56XMN2 | SUNOCO CHADDS FORD  PA | 16.14 | |
| 05/14 | 05/14 | 2441800463WTN0HE4 | NM ONLINE        888-8884757 TX | 7.95 | |
| 05/14 | 05/14 | 2445501463X3SFQEH | JANSSEN'S MARKET IN GREENVILLE  DE | 41.35 | |
| 05/14 | 05/14 | 246921646003KTV6N | AMAZON.COM *SUPERSTOR  800-201-7575 WA | 12.54 | |
| 05/15 | 05/15 | 242465148ET7R8N6A | TOYS R US #8314 NEWARK  DE | 80.69 | |
| 05/15 | 05/15 | 243990047BF0L1XQ9 | PAPA JOHNS #1325613233 HOCKESSIN  DE | 14.48 | |
| 05/15 | 05/15 | 243990048SF4TP04Z | OFFICE MAX   00006601 NEWARK  DE | 155.15 | |
| 05/15 | 05/15 | 2449398484YQ3M4S2 | EINSTEIN NOAH BGL 1 GREENVILLE  DE | 14.65 | |
| 05/15 | 05/15 | 2469216470040AV7X | AMAZON.COM *SUPERSTOR  800-201-7575 WA | 15.58 | |
| 05/16 | 05/16 | 24435654903Q1PJN3 | SHOPPERS GUIDE      302-324-2526 DE | 336.00 | |
| 05/16 | 05/16 | 247170549JMAADWNP | CONCORD PET FOODS & SUPPL WILMINGTON  DE | 48.98 | |
| 05/17 | 05/17 | 24435654A60B2WXKR | GOLDEN DOVE RESTAURANT NEW CASTLE  DE | 57.00 | |
| 05/17 | 05/17 | 24692164A009W6TGS | TEXACO INC 91002614193 NEW CASTLE  DE | 13.92 | |
| 05/17 | 05/17 | 24692164A009W6TH2 | TEXACO INC 91002614193 NEW CASTLE  DE | 21.24 | |
| 05/17 | 05/17 | 246921649008XDMBR | UPC*VISTAPRINT.COM     781-890-8434 MA | 180.46 | |
| 05/18 | 05/18 | 24164054BRBGHEMTM | EXXONMOBIL18  09724501 MIDDLETO  DE | 14.65 | |
| 05/18 | 05/18 | 74418004B41FLDRAT | NM ONLINE        888-8884 CREDIT | | 288.00− |
| 05/18 | 05/18 | 24435654A61F0JN4L | FIRST STATE PAGING/AUDIO NEW CASTLE  DE | 15.00 | |
| 05/19 | 05/19 | 24445004QHLB2XHMR | BJ WHOLESALE #0015 WOX WILMINGTON  DE | 20.88 | |

## FINANCE  CHARGE  CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK  TIPS

100TH ANNIVERSARY SPRING LOAN SALE

IT'S THE 100TH ANNIVERSARY OF WILMINGTON TRUST COMPANY.
JOIN US IN OUR CELEBRATION BY TAKING ADVANTAGE OF OUR SPRING
LOAN SALE. YOU'LL FIND GREAT LOAN RATES FOR FINANCING HOME
IMPROVEMENTS, COLLEGE EXPENSES OR BUYING A NEW CAR.

YOU CAN VISIT ONE OF OUR CONVENIENT OFFICE LOCATIONS, APPLY
ONLINE AT WWW.WILMINGTONTRUST.COM OR CALL OUR PERSONAL
FINANCIAL ADVISORS AT 800-814-8386. APPLY TODAY FOR A LOAN
AND SEE HOW WE CAN HELP YOU MAKE YOUR DREAMS A REALITY.

WHAT CAN WE DO FOR YOU TODAY?
WILMINGTON TRUST MAKES LOANS, INCLUDING HOME EQUITY LOANS AND
LINES OF CREDIT, WITHOUT REGARD TO RACE, COLOR, RELIGION,
NATIONAL ORIGIN, SEX, HANDICAP, OR FAMILIAL STATUS.

A155

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call
302-652-2378    800-523-2378
To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

### Account number  4098 0000 3712 5767

| | |
|---|---|
| New balance | $7,099.30 |
| *Minimum Payment Due* | **$142.00** |
| Payment Due Date | 07/16/03 |

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

**AMOUNT ENCLOSED**     $  _____

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

COLEMAN D HOMSEY                    1414
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

ᑊᑊᕼᒪᒪᒪᑊᑊᕼᒪᒪᒪᑊᑊᕼᒪᒪᕼᑊᑊᕼ

999954982    4098000037125767

∟ Detach this top portion and return payment using enclosed envelope. ⌐

 

| VISA ACCOUNT ACTIVITY | | CREDIT AND OTHER INFORMATION | |
|---|---|---|---|
| Account Number | 4098 0000 3712 5767 | Statement Date | 06/21/03 |
| Previous balance | $6,067.57 | Days in Billing Cycle | 31 |
| Payments | $6,067.57 | Credit Line | $6,700 |
| Credits | $729.76 | Available Credit as of 06/21/03 | NONE |
| Purchases & other charges | $7,829.06 | Minimum Payment Due | $142.00 |
| Cash advances | $0.00 | Payment due date | 07/16/03 |
| FINANCE CHARGE | $0.00 | | |
| New Balance | $7,099.30 | | |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/13 | 05/22 | 24435654L8ARYYDVV | MOBILE COMMUNICATION SYS WILMINGTON  DE | 50.00 | |
| 05/20 | 05/22 | 24073144DS6630LE3 | EDIBLE LANDSCAPING      434-3619134 VA | 309.60 | |
| 05/22 | 05/22 | 24403694FBLH1WY37 | CAFE VERDI WILMINGTON  DE | 45.43 | |
| 05/22 | 05/22 | 24445004EHMBB3BE3 | GARDENS ALIVE        513-534-1483 IN | 108.14 | |
| 05/22 | 05/22 | 24610434F03T7HR3H | STAPLES #941       800-333-3330 PA | 68.37 | |
| 05/23 | 05/23 | 24455014F45HDFFBB | SUNOCO HOCKESSIN  DE | 12.90 | |
| 05/23 | 05/23 | 24455014F45HDFFBK | SUNOCO HOCKESSIN  DE | 20.24 | |
| 05/23 | 05/23 | 24765014H09A1L4SF | CASSON-WOODOFRD ENTP. NEW CASTLE  DE | 15.50 | |
| 05/24 | 05/24 | 24435654H5V3JWX69 | LAZZAT WILMINGTON  DE | 47.10 | |
| 05/25 | 05/25 | 24399004J6HF4NHD7 | CUMBERLAND  92029073 NEW CASTLE  DE | 16.53 | |
| 05/26 | 05/26 | 24108384M6F9WV7K1 | MANOR PARK LIQUORS NEW CASTLE  DE | 18.24 | |
| 05/26 | 05/26 | 24361404K00A3912F | REGAL CINEMAS BRANDYWINE WILMINGTON  DE | 17.00 | |
| 05/26 | 05/26 | 24493984J4YQ3R6FG | EINSTEIN NOAH BGL 1 GREENVILLE  DE | 10.47 | |
| 05/26 | 05/26 | 24692164J00M6LJWA | AOL*PREMIUM SERVICE 0503 888-265-9269 VA | 3.95 | |
| 05/26 | 05/26 | 24692164J00M735AZ | AOL* for Broadband 0503  888-849-3200 VA | 9.95 | |
| 05/27 | 05/27 | 24108384L60J2PYJ0 | BRANDYWINE BREWING CO GREENVILLE  DE | 18.75 | |
| 05/27 | 05/27 | 24164074KP88ERYG2 | AMOCO      08128993 GREENVILLE  DE | 10.28 | |
| 05/27 | 05/27 | 24399004K43D2X2T9 | OLD COUNTRY BU00107946 NEWARK  DE | 17.78 | |
| 05/27 | 05/27 | 24610434L03T8GEXY | STAPLES #941       800-333-3330 PA | 9.61 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

A156

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 5767**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/27 | 05/27 | 74692164K00PDA8N2 | AMAZON.COM *SUPERSTOR  800-201- CREDIT | | 729.76- |
| 05/28 | 05/28 | 24692164L00RTE4HG | QUESTSAVERS          800-527-1656 TX | 8.95 | |
| 05/29 | 05/29 | 24323014N3QN3GW0V | GROTTO PIZZA13 WILMINGTON  DE | 40.90 | |
| 05/29 | 05/29 | 24610434N03PPZJG0 | NETWORK SOLUTIONS      888-642-9675 VA | 145.00 | |
| 05/30 | 05/30 | 24399004P43D3YSSW | OLD COUNTRY BU00107946 NEWARK  DE | 15.03 | |
| 05/30 | 05/30 | 24098004NWGXK5X2J | HONEY KAMALI GREENVILLE  DE | 242.00 | |
| 05/31 | 05/31 | 24435654R61L6KYKV | LAZZAT WILMINGTON  DE | 90.19 | |
| 05/31 | 05/31 | 24098004PWGWYE4T5 | ROSEHILL PLANTERY INC NEW CASTLE  DE | 23.95 | |
| 05/31 | 05/31 | 24301724PES7RLBS1 | ARNERS RESTAURANT DE NEW CASTLE  DE | 25.23 | |
| 06/01 | 06/01 | 24108384T5SZ8NFFS | BRANDYWINE BREWING CO GREENVILLE  DE | 41.95 | |
| 06/01 | 06/01 | 24108384T5SZ8NFGV | BRANDYWINE BREWING CO GREENVILLE  DE | 5.75 | |
| 06/01 | 06/01 | 24164054TB01EXSHH | EXXONMOBIL83  04699195 NEWPORT  DE | 17.09 | |
| 06/02 | 06/02 | 24435654S8B6JWL3X | LAZZAT WILMINGTON  DE | 36.40 | |
| 06/02 | 06/02 | 24692164T0042EP45 | BMC*CAVALIER TELEPHONE  800-967-9649 TX | 170.00 | |
| 06/02 | 06/02 | 24692164T0042ER3K | BMC*CAVALIER TELEPHONE  800-967-9649 TX | 150.00 | |
| 06/02 | 06/02 | 74098004S00XTMK3Q | PAYMENT – THANK YOU | | 6,067.57- |
| 06/04 | 06/04 | 24435654W03Q1XN0L | SHOPPERS GUIDE       302-324-2526 DE | 472.00 | |
| 06/05 | 06/05 | 24224434X46SYZ74E | FIVE STAR PIZZA WILMINGTON  DE | 7.65 | |
| 06/05 | 06/05 | 24445004WHVNZ7D1X | GARDENS ALIVE LAWRENCEBURG  IN | 25.15 | |
| 06/05 | 06/05 | 24445004WHVNZ7D7K | GARDENS ALIVE LAWRENCEBURG  IN | 15.07 | |
| 06/05 | 06/05 | 24733094W61JLTW6W | CLIPPER MAGAZINE     717-569-5100 PA | 1,847.00 | |
| 06/06 | 06/06 | 24164054YB018X7G5 | EXXONMOBIL83  04754503 NEW CAST  DE | 21.64 | |
| 06/06 | 06/06 | 24323004Y7QNF0D2Z | CAREYS FOREIGN REPAIR  302-856-2779 DE | 448.58 | |
| 06/06 | 06/06 | 24455014X4JH9AXWJ | JANSSEN'S MARKET IN GREENVILLE  DE | 88.93 | |
| 06/06 | 06/06 | 24692164X00BETGKK | AMAZON.COM *SUPERSTOR  800-201-7575 WA | 31.15 | |
| 06/07 | 06/07 | 24108384Z60PV9WXR | MIKIMOTOS JAPANESE REST WILMINGTON  DE | 66.25 | |
| 06/08 | 06/08 | 24455014Z4MBJAKR7 | HESS 08502 NEW CASTLE  DE | 15.64 | |
| 06/09 | 06/09 | 24610435103PTYASQ | SEARS ROEBUCK  1254 WILMINGTON  DE | 129.99 | |
| 06/09 | 06/09 | 24610435103PV511V | SEARS ROEBUCK  5843 NEWARK  DE | 814.14 | |
| 06/09 | 06/09 | 2479262505SJQMPRJ | FOREVER MINE FURNITURE  800-356-2742 NY | 1,055.00 | |
| 06/10 | 06/10 | 24692165100GDXYJM | AMAZON.COM *SUPERSTOR  800-201-7575 WA | 21.46 | |
| 06/11 | 06/11 | 2443565525V1ZYBAV | NEW CONCEPT DENTAL WILMINGTON  DE | 422.00 | |
| 06/13 | 06/13 | 2422443553XLJJJPR | NEW DAWN HAIR DESI WILMINGTON  DE | 130.00 | |
| 06/14 | 06/14 | 241640756P88ZE30F | AMOCO        08128993 GREENVILLE  DE | 27.00 | |
| 06/15 | 06/15 | 247170556JMK2HHSP | CONCORD PET FOODS & SUPPL WILMINGTON  DE | 22.99 | |
| 06/16 | 06/16 | 2439900589XPBJZAS | THE PEPBOYS  00000661 WILMINGTON  DE | 14.05 | |
| 06/16 | 06/16 | 2441800584WLBQE13 | SATURDAY MATINEE 873 NEWARK  DE | 43.98 | |
| 06/17 | 06/17 | 24299165934PE92A5 | JCPENNEY CO    0816 NEWARK  DE | 5.99 | |
| 06/17 | 06/17 | 2441800594XJHRQH7 | SATURDAY MATINEE 873 NEWARK  DE | 19.99 | |
| 06/17 | 06/17 | 2441800594XJJKQZP | FYE CHRISTIANA 1582 NEWARK  DE | 17.99 | |
| 06/17 | 06/17 | 240980059WGTYJJL3 | GLASS BOX–CHRSTNA HOSP NEWARK  DE | 6.94 | |
| 06/18 | 06/18 | 24692165A0020GG1T | TEXACO INC 91002614148 WILMINGTON  DE | 22.20 | |
| 06/18 | 06/18 | 240980059WGY1NPF6 | MORNING STAR TURF FARMS NEWARK  DE | 214.00 | |

A157

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

| 7623 | M3D | 1 | 21 | O  7 | Page 2 of 3 | 3996 | 5600 | RVS2 | 0001 | 030620 | O1AC7623 | 1414 |

6/03
3

**WILMINGTON TRUST VISA SERVICES**

**Account number   4098 0000 3712 5767**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

100TH ANNIVERSARY SPRING LOAN SALE

IT'S THE 100TH ANNIVERSARY OF WILMINGTON TRUST COMPANY. JOIN US IN OUR CELEBRATION BY TAKING ADVANTAGE OF OUR SPRING LOAN SALE. YOU'LL FIND GREAT LOAN RATES FOR FINANCING HOME IMPROVEMENTS, COLLEGE EXPENSES OR BUYING A NEW CAR.

YOU CAN VISIT ONE OF OUR CONVENIENT OFFICE LOCATIONS, APPLY ONLINE AT WWW.WILMINGTONTRUST.COM OR CALL OUR PERSONAL FINANCIAL ADVISORS AT 800-814-8386. APPLY TODAY FOR A LOAN AND SEE HOW WE CAN HELP YOU MAKE YOUR DREAMS A REALITY.

WHAT CAN WE DO FOR YOU TODAY?

WILMINGTON TRUST MAKES LOANS, INCLUDING HOME EQUITY LOANS AND LINES OF CREDIT, WITHOUT REGARD TO RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, HANDICAP, OR FAMILIAL STATUS.

A158

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378     800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623     M3D     1     21     O  7           Page 3 of 3     3996     5600     RVS2     0001     030620     O1AC7623     1414

7/03

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES
### Account number  4098 0000 3712 5767

| | |
|---|---|
| New balance | $245.15 |
| *Minimum Payment Due* | **$10.00** |
| Payment Due Date | 08/15/03 |

Address or home telephone change? Indicate here:

AMOUNT ENCLOSED     $ _____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

COLEMAN D HOMSEY                    1584
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

999954982    4098000037125767

⌐ Detach this top portion and return payment using enclosed envelope. ⌐

 

| VISA ACCOUNT ACTIVITY | | CREDIT AND OTHER INFORMATION | |
|---|---|---|---|
| Account Number | 4098 0000 3712 5767 | Statement Date | 07/21/03 |
| Previous balance | $7,099.30 | Days In Billing Cycle | 30 |
| Payments | $12,099.30 | Credit Line | $6,700 |
| Credits | $0.00 | Available Credit as of 07/21/03 | $5,861 |
| Purchases & other charges | $5,245.15 | Minimum Payment Due | $10.00 |
| Cash advances | $0.00 | Payment due date | 08/15/03 |
| FINANCE CHARGE | $0.00 | Send Inquiries to:  WILMINGTON TRUST COMPANY | |
| New Balance | $245.15 | FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894 | |

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 06/16 | 06/22 | 24152595F1R2DRHB4 | AT&T CALL 302-934-1519  800-6572466 NJ | 7.82 | |
| 06/16 | 06/22 | 24152595F1R2FJRGX | AT&T CALL 410-778-2307  800-6572466 NJ | 4.47 | |
| 06/17 | 06/22 | 24152595G2LQJX5LS | AT&T CALL 302-934-1519 . 800-6572466 NJ | 3.23 | |
| 06/17 | 06/22 | 24224435B4AA25TED | BUGABOO CREEK#3017 NEWARK  DE | 21.51 | |
| 06/19 | 06/22 | 24399005B6HF4NHD5 | CUMBERLAND  92029073 NEW CASTLE  DE | 19.35 | |
| 06/20 | 06/22 | 24445005DJ3QRG8HY | SPRINTPCS–CUSTCAREPMT  888-211-4727 KS | 66.00 | |
| 06/20 | 06/22 | 24455015B50H4MAB8 | WAWA #840 NEW CASTLE  DE | 13.94 | |
| 06/21 | 06/22 | 24455015Q51F0RXFN | HESS 08502 NEW CASTLE  DE | 30.90 | |
| 06/23 | 06/23 | 24435655E8B79LAQR | SEASONS PIZZA NEWARK  DE | 18.05 | |
| 06/23 | 06/23 | 24388945EKGB3DHAR | GATEWAY LANDSCAPING HOCKESSIN  DE | 27.98 | |
| 06/23 | 06/23 | 24455015E53AH8W5B | WAWA #841 NEW CASTLE  DE | 7.35 | |
| 06/23 | 06/23 | 24755425EM9FJ73YN | ROBERT L GALLO INDUSTRAIL NEW CASTLE  DE | 50.00 | |
| 06/24 | 06/24 | 74098005G00XTMJPZ | PAYMENT – THANK YOU | | 5,000.00– |
| 06/27 | 06/29 | 24692165J00FEQXLM | QUESTSAVERS      800-527-1656 TX | 8.95 | |
| 06/29 | 06/29 | 24417895M008N911A | JAY & EL SHOES NEW CASTLE  DE | 117.99 | |
| 06/29 | 06/29 | 24445005MJ73WXY5S | BJS FUEL #9015   WOX WILMINGTON  DE | 19.50 | |
| 06/29 | 06/29 | 24692165L00J03E7X | AOL*PREMIUM SERVICE 0603 888-265-9269 VA | 3.95 | |
| 06/29 | 06/29 | 24692165L00J3FXYX | AOL* for Broadband 0603  888-849-3200 VA | 9.95 | |
| 07/01 | 07/01 | 24435655P03Q1LH2T | SHOPPERS GUIDE     302-324-2526 DE | 225.00 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call          To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378              302-636-6621

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

7623    M3D    1    21        7        Page 1 of 3        3996    5600    RVS2  0001  030721    O1AC7623    1584

A159

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 37 12 5767**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/02 | 07/02 | 24158135R2XZDP83K | LA TOLTECA RESTAURANTE WILMINGTON DE | 33.99 | |
| 07/02 | 07/02 | 24323015R3QP3YKLY | GROTTO PIZZA13 WILMINGTON DE | 43.20 | |
| 07/02 | 07/02 | 24610435R03R1JLFR | CARTERS CHLDRN WEAR #780 WILMINGTON DE | 34.60 | |
| 07/03 | 07/03 | 24164055TB018Z20W | EXXONMOBIL83 04730354 WILMINGT DE | 7.12 | |
| 07/03 | 07/03 | 24792625TJJ5Y3W6N | NWL NEW CASTLE DE #44 NEW CASTLE DE | 13.07 | |
| 07/05 | 07/05 | 24445005VJ9G9AYVH | HAPPY HARRY'S INC #26 MILLSBORO DE | 37.34 | |
| 07/05 | 07/05 | 24455015S5EGBT26B | FOOD LION #0875 MILLSBORO DE | 27.65 | |
| 07/06 | 07/06 | 24164055WB018X36K | EXXONMOBIL75 0409177 MILFORD DE | 23.90 | |
| 07/06 | 07/06 | 24435655W60NQYQ3V | LAZZAT WILMINGTON DE | 30.40 | |
| 07/07 | 07/07 | 24164055XRBGHD18E | EXXONMOBIL83 04730354 WILMINGT DE | 3.90 | |
| 07/07 | 07/07 | 24323015X3QP8P885 | GROTTO PIZZA13 WILMINGTON DE | 35.00 | |
| 07/07 | 07/07 | 24435655X03Q1XMZQ | SHOPPERS GUIDE    302-324-2526 DE | 336.00 | |
| 07/07 | 07/07 | 24455015W5GBRRHWX | WAWA INC # 821 GLASGOW DE | 3.98 | |
| 07/07 | 07/07 | 24692165W0011RSPW | AMAZON.COM *PAYMENTS   800-201-7575 WA | 3.70 | |
| 07/07 | 07/07 | 24692165W0011RSWR | AMAZON.COM *PAYMENTS   800-201-7575 WA | 3.50 | |
| 07/07 | 07/07 | 24692165W002RPXPH | RAMADA PLAZA RESORTS    800-203-9783 FL | 698.00 | |
| 07/07 | 07/07 | 24692165W002RPXRB | RAMADA PLAZA RESORTS    800-203-9783 FL | 507.00 | |
| 07/07 | 07/07 | 24692165W002RPXR3 | RAMADA PLAZA RESORTS    800-203-9783 FL | 396.00 | |
| 07/07 | 07/07 | 74098005X00XTMJXH | PAYMENT – THANK YOU | | 7,099.30– |
| 07/07 | 07/07 | 24098005WWGY1NFGQ | MORNING STAR TURF FARMS NEWARK DE | 103.00 | |
| 07/08 | 07/08 | 24403695Y5G0LG3VS | LITTLE VINNIES PIZZA & PA WILMINGTON DE | 39.35 | |
| 07/08 | 07/08 | 24493985Y4YQ32SZV | EINSTEIN NOAH BGL 1 GREENVILLE DE | 6.29 | |
| 07/09 | 07/09 | 24403695Z5GYE4TF6 | LITTLE VINNIES PIZZA & PA WILMINGTON DE | 6.00 | |
| 07/09 | 07/09 | 24455015Y5J79MQTJ | PETSMART #1103 WILMINGTON DE | 167.99 | |
| 07/10 | 07/10 | 241640560RBGHD1S1 | EXXONMOBIL83 04730354 WILMINGT DE | 5.40 | |
| 07/10 | 07/10 | 243889460B20TR02P | VCN*DEVITALS GEORGETOW GEORGETOWN DE | 26.00 | |
| 07/10 | 07/10 | 244450060JBW99MNB | HAPPY HARRY'S #69 WILMINGTON DE | 3.88 | |
| 07/10 | 07/10 | 2449398604YQ38Y6W | EINSTEIN NOAH BGL 1 GREENVILLE DE | 2.69 | |
| 07/11 | 07/11 | 2445501605L2ZWVPQ | WAWA INC # 842 HOCHESSIN DE | 29.95 | |
| 07/11 | 07/11 | 24610436103RZXS0Y | STAPLES #941    800-333-3330 PA | 656.85 | |
| 07/12 | 07/12 | 241640762KW8RAARG | AMOCO    08128993 GREENVILLE DE | 1.25 | |
| 07/12 | 07/12 | 242465161VVA0V6HD | SCOTT TRUE VALUE HOCKESSIN DE | 37.97 | |
| 07/12 | 07/12 | 243990062MD0FQAQM | PATHMARK #5   00005892 WILMINGTON DE | 79.92 | |
| 07/12 | 07/12 | 2445501615M0TNS4Y | WAWA INC # 842 HOCHESSIN DE | 2.49 | |
| 07/12 | 07/12 | 2449398624YQ3F1HZ | EINSTEIN NOAH BGL 1 GREENVILLE DE | 11.28 | |
| 07/12 | 07/12 | 24610436203PM6M6W | SEARS ROEBUCK 1254 WILMINGTON DE | 279.99 | |
| 07/13 | 07/13 | 2445501625M1AM1Z5 | SUNOCO HOCKESSIN DE | 2.50 | |
| 07/13 | 07/13 | 2445501625M1AM2GX | SUNOCO HOCKESSIN DE | 10.00 | |
| 07/13 | 07/13 | 2469216630D34XBW | TEXACO INC 91002614184 HOCKESSIN DE | 1.98 | |
| 07/14 | 07/14 | 243889464KG8TE1YD | GATEWAY LANDSCAPING HOCKESSIN DE | 55.58 | |
| 07/14 | 07/14 | 2445501635NWQFEG2 | WAWA INC # 842 HOCHESSIN DE | 20.29 | |
| 07/15 | 07/15 | 2445501645NWY0NG9 | SUNOCO HOCKESSIN DE | 14.98 | |
| 07/15 | 07/15 | 2469216650H131LW | TEXACO INC 91002614184 HOCKESSIN DE | 7.27 | |
| 07/16 | 07/16 | 241640765M6XWJET7 | DON PABLOS  00151563 NEWARK DE | 55.00 | |
| 07/16 | 07/16 | 244450066JEHA56SY | RAINBOW #818 NEWARK DE | 27.99 | |
| 07/16 | 07/16 | 2449398664YQ3V855 | EINSTEIN NOAH BGL 1 GREENVILLE DE | 20.19 | |

A160

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    7    Page 2 of 3    3996    5600    RVS2    0001    030721    O1AC7623    1584

7/03
(3)

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 5767**
COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/16 | 07/16 | 24692166500GPV6VP | AMAZON.COM *SUPERSTOR AMAZON.COM  WA | 17.96 | |
| 07/16 | 07/16 | 2475542653SX927R2 | TOP NAILS 2 BEAR  DE | 106.00 | |
| 07/17 | 07/17 | 2445501665RP5F1FP | ADAMS FOUR GREAT VA WILMINTON  DE | 63.33 | |
| 07/17 | 07/17 | 24692166600K8JV7Z | AMAZON.COM *SUPERSTOR AMAZON.COM  WA | 46.93 | |
| 07/17 | 07/17 | 247554167HGLNRSAZ | ASPEN BENEFITS TRIENELLE/ COEURD ALENE  ID | 159.95 | |
| 07/18 | 07/18 | 24692166700L0W7W6 | AMAZON.COM *SUPERSTOR AMAZON.COM  WA | 54.06 | |
| 07/18 | 07/18 | 24692166700L5Y3KZ | NEXTEL *WIRELESS SVCS  800-639-6111 CO | 154.64 | |
| 07/19 | 07/19 | 241382969F0J04NGB | ELECTS BOUTIQUE #653 WILMINGTON  DE | 49.99 | |
| 07/19 | 07/19 | 247170568M9PDQQLF | IHOP 560 NEW CASTLE  DE | 21.92 | |

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

### 100 YEARS OF EXCELLENCE

ON JULY 8, 2003, WILMINGTON TRUST COMPANY CELEBRATES A VERY SPECIAL ANNIVERSARY. 100 YEARS AGO, WE FIRST OPENED OUR DOORS FOR BUSINESS. THROUGH A CENTURY OF GROWTH AND EXCEPTIONAL SERVICE, THE WILMINGTON TRUST NAME CONTINUES TO REPRESENT THE SAME FOCUS AND THE SAME COMMITMENT TO THE PRINCIPLES ON WHICH WE WERE FOUNDED.

INTEGRITY. STABILITY. CONTINUITY. INDEPENDENCE. EXCELLENCE.

WHAT CAN WE DO FOR YOU TODAY?

NEW @CCESS CHECKING ACCOUNTS

WITH OUR @CCESS CHECKING ACCOUNTS, YOU CAN ACCESS A WIDE RANGE OF FINANCIAL SERVICES, INCUR NO MONTHLY SERVICE FEES, AND VIEW YOUR STATEMENTS ONLINE.

FOR MORE INFORMATION, VISIT US AT WILMINGTONTRUST.COM, CALL US AT 800-814-8386, OR STOP BY ANY CONVENIENT WILMINGTON TRUST OFFICE. OUR PERSONAL FINANCIAL ADVISORS CAN SET UP YOUR @CCESS ACCOUNT, OR EASILY CONVERT YOUR EXISTING CHECKING ACCOUNT TO AN @CCESS ACCOUNT TODAY.

A161

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378      800-523-2378                     302-636-6621

7623      M3D      1      21      7      Page· 3 of 3      3996   5600   RVS2   0001   030721   O1AC7623      1584

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES
### Account number   4098 0000 3712 7854

| | |
|---|---|
| New balance | $2,122.91 |
| *Minimum Payment Due* | $0.00 |
| Payment Due Date | 09/15/03 |

**AMOUNT ENCLOSED**        $ _____

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

lıılııllıdııllııılınlıdıllııılıdıılıınlıl

COLEMAN D HOMSEY                        . 2177
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

lıılıllııllıllıllıllıılılılılıllıılıllıllml

999954982    4098000037127854

⌐Detach this top portion and return payment using enclosed envelope.⌐

 

| VISA ACCOUNT ACTIVITY | | | CREDIT AND OTHER INFORMATION | |
|---|---|---|---|---|
| Account Number | 4098 0000 3712 7854 | | Statement Date | 08/21/03 |
| Previous balance | $0.00 | | Days In Billing Cycle | 31 |
| Payments | $245.15 | | Credit Line | $6,700 |
| Credits | $1.95 | | Available Credit as of 08/21/03 | $4,577 |
| Purchases & other charges | $2,370.01 | | Minimum Payment Due | $0.00 |
| Cash advances | $0.00 | | Payment due date | 09/15/03 |
| FINANCE CHARGE | $0.00 | | Send Inquiries to:  WILMINGTON TRUST COMPANY | |
| New Balance | $2,122.91 | | FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894 | |

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT  8/ 2003 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/20 | 07/22 | 24209876ADRKTEQLZ | BUCKLEY'S TAVERN CENTERVILLE DE | 58.40 | |
| 07/21 | 07/22 | 24164076AKW90NWMF | AMOCO      08128993 GREENVILLE DE | 2.70 | |
| 07/21 | 07/22 | 24388946BKGA32MW4 | NCO UTILITY BILL PMT   800-794-1630 MI | 129.09 | |
| 07/21 | 07/22 | 24388946BKGA33672 | NCO UTILITY BILL PMT   000-0000000 MI | 213.50 | |
| 07/21 | 07/22 | 24445006BJGN5ZXER | HAPPY HARRY'S INC #25 GREENVILLE DE | 9.95 | |
| 07/21 | 07/22 | 24445006BJGN5ZXQ5 | HAPPY HARRY'S INC #25 GREENVILLE DE | 43.73 | |
| 07/21 | 07/22 | 24492806A3DWMM8NP | WAGNER'S HARDWARE GREENVILLE DE | 13.74 | |
| 07/21 | 07/22 | 24610446A0189Z6GA | USPS 3379300507 WILMINGTON DE | 27.30 | |
| 07/21 | 07/22 | 24692166A00TXSHGL | MWI*PREFERRED MBR S&H  800-750-4364 CT | 1.95 | |
| 07/21 | 07/22 | 24761976B7ZAQN3EQ | JOE'S CRAB- WILMINGTON WILMINGTON DE | 60.03 | |
| 07/22 | 07/22 | 74692166B00VQLSSF | MWI*CONNECTIONS      800-750- CREDIT | | 1.95- |
| 07/23 | 07/23 | 24138296D9H0FV724 | LOWE'S #622 WILMINGTON DE | 143.72 | |
| 07/25 | 07/25 | 24692166E003G6QLQ | AMAZON.COM *SUPERSTOR AMAZON.COM WA | 18.46 | |
| 07/25 | 07/25 | 24717056FHGP2PKLV | FASTSIGNS WILMINGTON DE | 41.36 | |
| 07/26 | 07/26 | 24164076GP8A78S0Y | AMOCO      08128993 GREENVILLE DE | 25.00 | |
| 07/26 | 07/26 | 24692166F003PTYPS | AOL*PREMIUM SERVICE 0703 888-265-9269 VA | 3.95 | |
| 07/26 | 07/26 | 24692166F003PXH37 | AOL* for Broadband 0703  888-849-3200 VA | 9.95 | |
| 07/27 | 07/27 | 24158386HJKG43SAA | PAT'S PIZZERIA HOCKESSIN DE | 20.63 | |
| 07/27 | 07/27 | 24435656H8B6JWL1Z | LAZZAT WILMINGTON DE | 17.90 | |

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call                     To report a lost/stolen Credit Card or Quick Check Card
302-652-2378      800-523-2378                      302-636-6621

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

A162

**WILMINGTON TRUST VISA SERVICES**

**Account number   4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT  *2003* | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/27 | 07/27 | 24445006HJKQDM36Z | BJ WHOLESALE #0015 WOX WILMINGTON DE | 43.97 | |
| 07/28 | 07/28 | 24153386JNV3N8D8A | FACTORY BRND SHS #141574 Perryville MD | 57.72 | |
| 07/28 | 07/28 | 24445006JJKZSB14S | CLAIRE'S BOUTIQUES 6363 PERRYVILLE MD | 52.46 | |
| 07/28 | 07/28 | 24610436J03SSBAME | WALMART.COM *INTERNET O 800-966-6546 AR | 128.17 | |
| 07/28 | 07/28 | 24717056JL4J8FVYZ | PERRYVILLE FACTORY STORE PERRYVILLE MD | 188.92 | |
| 07/29 | 07/29 | 24692166J008MNG9K | QUESTSAVERS          800-527-1656 TX | 8.95 | |
| 07/30 | 07/30 | 24164076LP8AB8BY7 | AMOCO       07722440 WILMINGTON DE | 5.00 | |
| 07/30 | 07/30 | 24246516LVVG7QY3Y | SCOTT TRUE VALUE HOCKESSIN DE | 32.97 | |
| 07/30 | 07/30 | 24323016L3Q6PDRXH | GROTTO PIZZA13 WILMINGTON DE | 19.45 | |
| 07/30 | 07/30 | 24435656L03Q1LH3Y | SHOPPERS GUIDE      302-324-2526 DE | 225.00 | |
| 07/30 | 07/30 | 24445006LJM045WPF | AUTOZONE #1161 WILMINGTON DE | 5.99 | |
| 07/30 | 07/30 | 24455016K64VZ673W | SUNOCO HOCKESSIN DE | 25.04 | |
| 07/30 | 07/30 | 24455016K65T7AJWG | WAWA INC # 842 HOCKESSIN DE | 10.20 | |
| 07/30 | 07/30 | 24692166K00AB4ZM8 | AMAZON.COM *SUPERSTOR AMAZON.COM WA | 32.85 | |
| 07/31 | 07/31 | 24403696MBLH2EL61 | CAFE VERDI WILMINGTON DE | 7.47 | |
| 07/31 | 07/31 | 24455016L66P14XHG | WAWA INC # 842 HOCKESSIN DE | 10.11 | |
| 08/01 | 08/01 | 24164076NP8ADH02V | AMOCO       08128993 GREENVILLE DE | 24.64 | |
| 08/01 | 08/01 | 24224436N7YL6Q3F8 | ANGERSTEIN'S WILMINGTON DE | 179.45 | |
| 08/01 | 08/01 | 24610436P03S5XFRR | 7-ELEVEN 11304 WILMINGTON DE | 13.15 | |
| 08/03 | 08/03 | 24164056RRBGHD606 | EXXONMOBIL83 04730354 WILMINGT DE | 18.60 | |
| 08/03 | 08/03 | 24323016R3EJ55NBA | DOMINOS PIZZA #4421 WILMINGTON DE | 19.23 | |
| 08/04 | 08/04 | 24717056THGS23WLG | FASTSIGNS WILMINGTON DE | 41.36 | |
| 08/05 | 08/05 | 24455016T6ADVFYAE | PAT'S PIZZERIA WILMINGTON DE | 43.00 | |
| 08/05 | 08/05 | 24692166T00MKD0BD | QCI*HOMETRENDS CATALOG  716-254-6520 NY | 39.95 | |
| 08/05 | 08/05 | 24692166T00MKD0B5 | QCI*HOMETRENDS CATALOG  716-254-6520 NY | 49.85 | |
| 08/08 | 08/08 | 74098006Y00XTMJN0 | PAYMENT - THANK YOU | | 245.15- |
| 08/12 | 08/12 | 00000000000ATNEWA | BALANCE TRANSFER 4098 0000 3712 5767 | 245.15 | |

```
***************IMPORTANT DISCLOSURE NOTICE***************
       YOUR NEXT STATEMENT WILL CONTAIN AN ANNUAL   $18.00 FEE.
         THE ENCLOSED DISCLOSURE NOTICE DETAILS YOUR RIGHTS.
          SUMMER IS A TIME FOR RELAXATION, FUN, AND MOST OF ALL
   VACATIONS---NOT FOR WORRYING ABOUT THE EXPENSES THAT GO WITH
    THEM! TO HELP YOU GET STARTED ON THOSE VACATION PLANS, WE'RE
    GIVING YOU THE OPTION OF SKIPPING YOUR CREDIT CARD PAYMENT
  THIS MONTH. FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR
                    UNPAID ACCOUNT BALANCE.
```

A163

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call          To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378              302-636-6621

7623    M3D    1    21    7 H    Page 2 of 3    3996    5600    RVS2    0001    030821    O1AC7623    2177

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

### Account number  4098 0000 3712 7854

| | |
|---|---|
| Credit balance | $95.06- |
| *Minimum Payment Due* | **$0.00** |
| Payment Due Date | 11/15/03 |

**AMOUNT ENCLOSED** $ _____

Address or home telephone change? Indicate here:

_____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

IılıılIılıılıIıIıılıılılılıılıılıılıIıılı

COLEMAN D HOMSEY                    1117
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

IıılılılıılıılıılılılılıılıılıılıIılılıı

999954782   4098000037127854

ᴸ Detach this top portion and return payment using enclosed envelope.」

 

| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $18.00 |
| Payments | $18.00 |
| Credits | $95.06 |
| Purchases & other charges | $0.00 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $95.06- |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 10/21/03 |
| Days In Billing Cycle | 30 |
| Credit Line | $6,700 |
| Available Credit as of 10/21/03 | $6,795 |
| Minimum Payment Due | $0.00 |
| Payment due date | 11/15/03 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT  *2003* | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 09/20 | 09/22 | F39960089000IXFRL | AOL*ONLINE SERVICE CREDIT866-215- CREDIT | | 95.06- |
| 10/06 | 10/06 | 74098008R00XTMK14 | PAYMENT – THANK YOU | | 18.00- |

PLEASE DO NOT PAY, AS OF THIS STATEMENT DATE YOUR ACCOUNT HAS A CREDIT BALANCE.

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

MORE VALUE. MORE FEATURES. MORE FLEXIBILITY.
OUR VALUE BANKING PREMIUM CHECKING PLAN GIVES YOU MORE OF
EVERYTHING — EXCEPT THE FEES.  SAVE UP TO $300 ANNUALLY.
GET MORE VALUE FOR YOUR BANKING DOLLARS WITH THE VALUE BANKING
PREMIUM CHECKING PLAN.  CALL 800-814-8386 TODAY!

A164

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

| Customer Service Inquiries, call | | To report a lost/stolen Credit Card or Quick Check Card |
|---|---|---|
| 302-652-2378 | 800-523-2378 | 302-636-6621 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

### Account number  4098 0000 3712 7854

| | |
|---|---|
| New balance | $45.70 |
| **Minimum Payment Due** | **$10.00** |
| Payment Due Date | 12/16/03 |

Address or home telephone change? Indicate here:

**AMOUNT ENCLOSED**      $ _____

Make payable to  WILMINGTON TRUST COMPANY

COLEMAN D HOMSEY                    942
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

999954982      4098000037127854

∟Detach this top portion and return payment using enclosed envelope.⌐



---

### VISA ACCOUNT ACTIVITY

| Account Number | 4098 0000 3712 7854 |
|---|---|
| Previous balance | $95.06– |
| Payments | $0.00 |
| Credits | $95.06 |
| Purchases & other charges | $235.82 |
| Cash advances | $0.00 |
| **FINANCE CHARGE** | **$0.00** |
| New Balance | $45.70 |

### CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 11/21/03 |
| Days In Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 11/21/03 | $6,654 |
| Minimum Payment Due | $10.00 |
| Payment due date | 12/16/03 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT            2003 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 08/28 | 10/22 | F39960097000SQ295 | QUESTSAVERS          00-527-1656 T | 8.95 | |
| 09/07 | 10/22 | F39960097000SQ295 | AOL*PREMIUM SERVICE 0803 88-265-9269 V | 3.95 | |
| 09/07 | 10/22 | F39960097000SQ295 | AOL* FOR BROADBAND 0803  88-849-3200 V | 9.95 | |
| 09/07 | 10/22 | F39960097000SQ295 | AOL*DIAL-UP 0803      66-789-0387 V | 95.06 | |
| 09/20 | 10/22 | F39960097000SQ295 | AOL*ONLINE SERVICE CREDIT66-215– CREDIT | | 95.06– |
| 09/27 | 10/22 | F3996009C000SQ300 | QUESTSAVERS          00-527-1656 T | 8.95 | |
| 10/08 | 10/22 | F3996009C000SQ300 | AOL*PREMIUM SERVICE 0903 88-265-9269 V | 3.95 | |
| 10/08 | 10/22 | F3996009C000SQ300 | AOL* FOR BROADBAND 0903  88-849-3200 V | 9.95 | |
| 10/27 | 10/27 | F3996009C000LS300 | WILM TRUST CO P/F SEC WILMINGTON DE | 95.06 | ? |

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call.                To report a lost/stolen Credit Card or Quick Check Card
302-652-2378     800-523-2378                  302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

7623   M3D   1      21        7            Page 1 of 2        3996   5600     RVS2   0001   031121   O1AC7623      942

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

| | |
|---|---|
| New balance | $2,998.44 |
| *Minimum Payment Due* | $60.00 |
| Payment Due Date | 01/15/04 |

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

**AMOUNT ENCLOSED**    $ _____

COLEMAN D HOMSEY                    1228
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

9999954982   4098000037127854

∟ Detach this top portion and return payment using enclosed envelope. ⌐

| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $45.70 |
| Payments | $45.70 |
| Credits | $0.00 |
| Purchases & other charges | $2,998.44 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $2,998.44 |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 12/21/03 |
| Days In Billing Cycle | 30 |
| Credit Line | $6,700 |
| Available Credit as of 12/21/03 | $2,680 |
| Minimum Payment Due | $60.00 |
| Payment due date | 01/15/04 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT        2003 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 11/22 | 11/22 | 2443565A6608MMD1M | HARVEST MARKET HOCKESSIN DE | 124.98 | |
| 12/03 | 12/03 | 7409800AJ01RRR9B8 | PAYMENT – THANK YOU | | 45.70- |
| 12/08 | 12/08 | 2439900AP449QRBS8 | WALGREEN   00016816 L.B.T.S. FL | 29.81 | |
| 12/08 | 12/08 | 2461614APSVM2SYNF | ALTITUNES 14 PHILADELPHIA PA | 21.39 | |
| 12/08 | 12/08 | 2491811AR0ZY945JR | PELICAN BAR & GRILL POMPANO BEACH FL | 27.30 | |
| 12/09 | 12/09 | 2473309AR6LEHWVQH | BERKLEY VACATION RESORTS WESTON FL | 1,437.65 | |
| 12/10 | 12/10 | 2491811AS1047YX9R | BEAU ALEXANDER FT LAUDERDALE FL | 39.99 | |
| 12/13 | 12/13 | 2432301AW40H62T66 | REGAL EMPRESS FT LAUDERDALE FL | 130.95 | |
| 12/14 | 12/14 | 2427530AXGNK55P91 | REEBOK/ROCKPORT OUTLT ST ORLANDO FL | 107.74 | |
| 12/14 | 12/14 | 2432301AX3E14L7BZ | TOMMY HILFIGER #76 ORLANDO FL | 112.85 | |
| 12/15 | 12/15 | 2416405AYB018Z0E2 | EXXONMOBIL83 04730354 WILMINGT DE | 16.92 | |
| 12/15 | 12/15 | 2416405AYRBGHDFAV | EXXONMOBIL75 04200697 GEORGETO DE | 7.16 | |
| 12/15 | 12/15 | 2471705AY3WAMPM2N | FASHIONS TOO ORLANDO FL | 53.25 | |
| 12/15 | 12/15 | 2491811AZ10K4YGML | PRC ORLANDO RAMADA ORLANDO FL | 92.13 | |
| 12/16 | 12/16 | 2445501AZA77LHZER | WAWA #837 MILLSBORO DE | 10.82 | |
| 12/17 | 12/17 | 2416405B0B018XRWW | EXXONMOBIL83 04729679 HOCKESSI DE | 6.75 | |
| 12/18 | 12/18 | 2443565B1037Q0AEK | CHINA INN WILMINGTON DE | 16.75 | |
| 12/19 | 12/19 | 2413829B29GKNW01P | LOWE'S #622 WILMINGTON DE | 282.00 | |
| 12/19 | 12/19 | 2441800B2A9WXX0P2 | BRADLEYS AUTO CENTER WILMINGTON DE | 480.00 | |

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

A166

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 18890-0001

## WILMINGTON TRUST VISA SERVICES

### Account number  4098 0000 3712 7854

| | |
|---|---|
| New balance | $18.00 |
| *Minimum Payment Due* | **$10.00** |
| Payment Due Date | 10/16/03 |

**AMOUNT ENCLOSED**    $ _____

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

Ilillllllllllllllllllllllllllllllllllll

COLEMAN D HOMSEY                          802
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

Illillllllllllllllllllllllllllllllll

99995498 2    4098000037127854

t..Detach this top portion and return payment using enclosed envelope..⌐

 

| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $2,122.91 |
| Payments | $2,122.91 |
| Credits | $0.00 |
| Purchases & other charges | $18.00 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $18.00 |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 09/21/03 |
| Days In Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 09/21/03 | $6,682 |
| Minimum Payment Due | $10.00 |
| Payment due date | 10/16/03 |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | 2003 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 09/03 | 09/03 | 74098007P00XTMJTQ | PAYMENT – THANK YOU | | | 2,122.91– |
| 09/04 | 09/04 | F1033007P000N7000 | ANNUAL CHARGE FOR 09/03 THROUGH 08/04 | | 18.00 | |

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

MORE VALUE.  MORE FEATURES.  MORE FLEXIBILITY.
OUR VALUE BANKING PREMIUM CHECKING PLAN GIVES YOU MORE OF
EVERYTHING — EXCEPT THE FEES.  SAVE UP TO $300 ANNUALLY.
GET MORE VALUE FOR YOUR BANKING DOLLARS WITH THE VALUE BANKING
PREMIUM CHECKING PLAN.  CALL 800-814-8386 TODAY!

A167

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service inquiries, call          To report a lost/stolen Credit Card or Quick Check card
302-652-2378    800-523-2378          302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

**QUICK TIPS**

FALL LOAN SALE.
DURING OUR FALL LOAN SALE, YOU'LL FIND GREAT LOW RATES FOR
FINANCING HOME RENOVATIONS OR BUYING A NEW CAR. WE OFFER
HOME EQUITY LOANS, LINES OF CREDIT, AUTOMOBILE AND PERSONAL
LOANS TO FINANCE YOUR DREAMS.

SIMPLY CALL 800-814-8386, OR YOU CAN APPLY ONLINE AT
WILMINGTONTRUST.COM AND BE ELIGIBLE FOR ADDITIONAL SAVINGS!

WILMINGTON TRUST IS A MEMBER FDIC AND MAKES LOANS,
INCLUDING HOME EQUITY LOANS AND LINES OF CREDIT,
WITHOUT REGARD TO RACE, COLOR, RELIGION,
NATIONAL ORIGIN, SEX, HANDICAP, OR FAMILIAL STATUS.

A168

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378      800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    N  7    Page 2 of 2    3996    5600    RVS2    0001    031021    O1AC7623    1117

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## QUICK TIPS

IDENTITY THEFT CAN HAPPEN TO ANYONE

IDENTITY THEFT FRAUDS ARE ON THE RISE. PROTECT YOURSELF.
WILMINGTON TRUST DOES NOT SEND E-MAILS REQUESTING ACCOUNT
INFORMATION.  IF YOU RECEIVE THIS TYPE OF E-MAIL, AND IT
APPEARS TO HAVE COME FROM WILMINGTON TRUST,
PLEASE CALL 800.814.8386.

FOR MORE INFORMATION ON HOW TO PROTECT YOURSELF, PLEASE
VISIT OUR WEBSITE AT WILMINGTONTRUST.COM.

ONLINE @CCESS CHECKING

TIRED OF TRADITIONAL CHECKING ACCOUNTS?  WITH OUR @CCESS
CHECKING ACCOUNTS, YOU GET MANY FREE FINANCIAL SERVICES, INCUR
NO MONTHLY SERVICE FEES, AND VIEW YOUR PERSONAL OR BUSINESS
STATEMENTS ONLINE.  FOR MORE INFORMATION, PLEASE STOP BY
ANY WILMINGTON TRUST SALES OFFICE, CALL 800.814.8386 OR VISIT
US ONLINE AT WILMINGTONTRUST.COM TO @CCESS YOUR ACCOUNT TODAY!

A169

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call
302-652-2378     800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

ALL THE STAFF AT WILMINGTON TRUST WISH YOU AND YOUR LOVED ONES, PEACE, HEALTH, AND HAPPINESS NOW AND THROUGHOUT THE COMING YEAR.

IDENTITY THEFT CAN HAPPEN TO ANYONE

IDENTITY THEFT FRAUDS ARE ON THE RISE. PROTECT YOURSELF. WILMINGTON TRUST DOES NOT SEND E-MAILS REQUESTING ACCOUNT INFORMATION. IF YOU RECEIVE THIS TYPE OF E-MAIL, AND IT APPEARS TO HAVE COME FROM WILMINGTON TRUST, PLEASE CALL 800.814.8386.

FOR MORE INFORMATION ON HOW TO PROTECT YOURSELF, PLEASE VISIT OUR WEBSITE AT WILMINGTONTRUST.COM.

ONLINE @CCESS CHECKING

TIRED OF TRADITIONAL CHECKING ACCOUNTS? WITH OUR @CCESS CHECKING ACCOUNTS, YOU GET MANY FREE FINANCIAL SERVICES, INCUR NO MONTHLY SERVICE FEES, AND VIEW YOUR PERSONAL OR BUSINESS STATEMENTS ONLINE. FOR MORE INFORMATION, PLEASE STOP BY ANY WILMINGTON TRUST SALES OFFICE, CALL 800.814.8386 OR VISIT US ONLINE AT WILMINGTONTRUST.COM TO @CCESS YOUR ACCOUNT TODAY!

A170

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    7    Page 2 of 2    3996    5500    RVS2    0001    031221    O1AC7623    1228

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

A171

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                        302-636-6621

7623    M3D    1    21              7  H            Page 3 of 3          3996    5600    RVS2    0001    040121    O1AC7623        2496

**WILMINGTON TRUST VISA SERVICES**

Account number   4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

QUICK TIPS

IDENTITY THEFT FRAUDS ARE ON THE RISE. PROTECT YOURSELF.
WILMINGTON TRUST DOES NOT SEND E-MAILS REQUESTING ACCOUNT
INFORMATION. IF YOU RECEIVE THIS TYPE OF E-MAIL, AND IT
APPEARS TO HAVE COME FROM WILMINGTON TRUST,
PLEASE CALL 800.814.8386.

FOR MORE INFORMATION ON HOW TO PROTECT YOURSELF, PLEASE
VISIT OUR WEBSITE AT WILMINGTONTRUST.COM.

ONLINE @CCESS CHECKING

TIRED OF TRADITIONAL CHECKING ACCOUNTS? WITH OUR @CCESS
CHECKING ACCOUNTS, YOU GET MANY FREE FINANCIAL SERVICES, INCUR
NO MONTHLY SERVICE FEES, AND VIEW YOUR PERSONAL OR BUSINESS
STATEMENTS ONLINE. FOR MORE INFORMATION, PLEASE STOP BY
ANY WILMINGTON TRUST SALES OFFICE, CALL 800.814.8386 OR VISIT
US ONLINE AT WILMINGTONTRUST.COM TO @CCESS YOUR ACCOUNT TODAY!

A172

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call                To report a lost/stolen Credit Card or Quick Check Card
302-652-2378      800-523-2378                302-636-6621

7623    M3D    1    21        7        Page 3 of 3        3996    5800    RVS2    0001    040220    O1AC7623    1315

**WILMINGTON TRUST VISA SERVICES**

Account number    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

**QUICK TIPS**

TIRED OF TRADITIONAL CHECKING ACCOUNTS?  WITH OUR @CCESS
CHECKING ACCOUNTS, YOU GET MANY FREE FINANCIAL SERVICES, INCUR
NO MONTHLY SERVICE FEES, AND VIEW YOUR PERSONAL OR BUSINESS
STATEMENTS ONLINE.  FOR MORE INFORMATION, PLEASE STOP BY
ANY WILMINGTON TRUST SALES OFFICE, CALL 800.814.8386 OR VISIT
US ONLINE AT WILMINGTONTRUST.COM TO @CCESS YOUR ACCOUNT TODAY!

A173

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378      800-523-2378                      302-636-6621

7623    M3D    1    21        7        Page 4 of 6        3996    5600    RVS2    0001    040321    O1AC7623    6599

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

62-9/311    0005

Date _____

Pay to the
order of _____    $ [        ]

_____ Dollars

**WILMINGTON TRUST**

Wilmington Trust Company

For _____    Signature _____

000005    031100092    39127854    8837

---

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

62-9/311    0006

Date _____

Pay to the
order of _____    $ [        ]

_____ Dollars

**WILMINGTON TRUST**

Wilmington Trust Company

For _____    Signature _____

000006    031100092    39127854    8837

---

## *SPECIAL PROMOTION !!!!!!!*

## *3.99% APR* UNTIL August 31, 2004*

Take advantage of this special offer today!  When you use the attached Checks between now and May 31, 2004, the amount of the Checks will carry an Annual Percentage Rate (APR) of just 3.99% through August 31, 2004.  Use these Checks to start your holiday shopping early, to transfer a balance from a high interest rate credit card or make plans for a weekend trip.  Finance it at just 3.99% APR through August 31, 2004!  This is a limited time special offer, so act now to receive this low rate.  Checks are not valid after May 31, 2004.

*Checks used on or before May 31, 2004, receive the promotional APR through August 31, 2004. Checks used after May 31, 2004, will receive the standard APR for cash advances as previously disclosed to you.  The terms of your existing credit line account with us will apply to any cash advance you obtain with the enclosed Checks, except that, by using a Check, you acknowledge and agree that: (1) for each Check advance, the APR will equal 3.99% (daily rate of .0109%) through August 31, 2004, commencing with the billing cycle in which such Check advance is posted to your account (the promotional period), after which time the interest rate on such advance will increase to the standard variable APR, currently 10.50% for Mastercard in Gold (daily rate of .0288%) or 12.50% for Visa Classic and Mastercard Standard (daily rate of .0342%) and (2) during the promotional period, we will apply payments to the outstanding balance on your Check(s) before we apply payments to any higher rate balances you have outstanding.

**WILMINGTON TRUST VISA SERVICES**
Account Number    4098 0000 3712 7854
COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

| | |
|---|---|
| New balance | $3,611.30 |
| *Minimum Payment Due* | **$0.00** |
| Payment Due Date | 02/15/04 |

Address or home telephone change? Indicate here:

_____

_____

**AMOUNT ENCLOSED**   $ _____

Make payable to  WILMINGTON TRUST COMPANY

COLEMAN D HOMSEY                                    2496
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850

lulllldadalddollulll

999954982   4098000037127854

⌐ Detach this top portion and return payment using enclosed envelope. ⌐

 

## VISA ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $2,998.44 |
| Payments | $3,046.38 |
| Credits | $237.00 |
| Purchases & other charges | $3,896.24 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $3,611.30 |

## CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 01/21/04 |
| Days in Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 01/21/04 | $3,016 |
| Minimum Payment Due | $0.00 |
| Payment due date | 02/15/04 |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT   *2004* | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 10/28 | 12/22 | F399600BD000SQ365 | QUESTSAVERS       .00-527-1656 T | 8.95 | |
| 11/07 | 12/22 | F399600BD000SQ365 | AOL* FOR BROADBAND 1003 88-849-3200 V | 9.95 | |
| 11/07 | 12/22 | F399600BD000SQ365 | AOL*PREMIUM SERVICE 1003 88-265-9269 V | 18.27 | |
| 11/27 | 12/22 | F399600BD000SQ365 | QUESTSAVERS       00-527-1656 T | 8.95 | |
| 12/19 | 12/22 | 2469216B2001JF7JB | SHELL OIL 91002614193 NEW CASTLE DE | 7.93 | |
| 12/20 | 12/22 | 2413829B3N4PK5D7E | DICK'S SPORTING GOODS NEWARK DE | 150.00 | |
| 12/20 | 12/22 | 2416407B48QQ6DYX8 | WALDENBOOKS  01017227 NEWARK DE | 29.95 | |
| 12/20 | 12/22 | 2429916B434PF7YEN | JCPENNEY CO    0816 NEWARK DE | 49.97 | |
| 12/20 | 12/22 | 2443565B4HW2HT7Q3 | GODIVA CHOCOLATES #266 NEWARK DE | 77.41 | |
| 12/20 | 12/22 | 2461043B32329APNV | CACHE #184 NEWARK DE | 190.30 | |
| 12/23 | 12/23 | 2461043B603WJNEMS | WALMART.COM *INTERNET O 800-966-6546 AR | 382.95 | |
| 12/24 | 12/24 | 2443565B6608MMD9N | HARVEST MARKET HOCKESSIN DE | 207.00 | |
| 12/24 | 12/24 | 2443565B6608MMFX7 | HARVEST MARKET HOCKESSIN DE | 98.90 | |
| 12/27 | 12/27 | 2443565BA5S8EVL0H | GOLDEN DOVE NEW CASTLE DE | 70.88 | |
| 12/28 | 12/28 | 2413829BBF0J05HW8 | ELECTS BOUTIQUE #653 WILMINGTON DE | 50.49 | |
| 12/28 | 12/28 | 2416405BBB018Y85B | EXXONMOBIL83 04696589 WILMINGT DE | 8.13 | |
| 12/28 | 12/28 | 2441800BBAJ81ZDL2 | FYE CONCORD 1583 WILMINGTON DE | 62.96 | |
| 12/28 | 12/28 | 2469216BA00E198DE | DR *Solitaire Plus fo www.regnow.co WA | 19.95 | |
| 12/29 | 12/29 | 2443565BQ037Q0AE0 | CHINA INN WILMINGTON DE | 18.80 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call
302-652-2378     800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

A175

**WILMINGTON TRUST VISA SERVICES**

**Account number  4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT    2004 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 12/29 | 12/29 | 2444500BQM6V9NPWX | HAPPY HARRY'S INC #25 GREENVILLE  DE | 32.92 | |
| 12/30 | 12/30 | 2410838BD60J2PRXE | BRANDYWINE BREWING CO GREENVILLE  DE | 47.15 | |
| 12/30 | 12/30 | 2427530BQH3TJB49Z | AVON          888-433-2153 FL | 41.98 | |
| 12/30 | 12/30 | 2444500BDM7FJDY5R | BJ WHOLESALE #0015 WOX WILMINGTON  DE | 510.32 | |
| 12/30 | 12/30 | 2445501BQAK9A1AHP | TOBACCO EXPRESS CLAYMONT  DE | 99.99 | |
| 12/30 | 12/30 | 2469216BQ00HANYWP | TM *WHY DID I GET MARRI  215-336-2000 NY | 75.80 | |
| 12/30 | 12/30 | 2469216BQ00HANYW5 | TM *TICKETMASTER TICKT  215-336-2000 NY | 18.50 | |
| 12/31 | 12/31 | 2416407QHP8EYK11B | AMOCO     04801650 WILMINGTON  DE | 14.05 | |
| 12/31 | 12/31 | 2443565QH8ALJKGFQ | THE WINE AND SPIRIT COMP GREENVILLE  DE | 54.90 | |
| 12/31 | 12/31 | 2419404QHFFZXGYWR | INFO.KAGI.COM    510-420-5858 CA | 25.00 | |
| 01/04 | 01/04 | 2422443QM2GFJL7T4 | COUNTRY HEALTH STO WILMINGTON  DE | 31.09 | |
| 01/04 | 01/04 | 2439900QM9XKT4VSB | THE PEPBOYS  00000661 WILMINGTON  DE | 23.98 | |
| 01/05 | 01/05 | 2416407QMP846T4MX | AMOCO     08128993 GREENVILLE  DE | 11.73 | |
| 01/07 | 01/07 | 2416405QRB018XJN9 | EXXONMOBIL83  04730354 WILMINGT  DE | 19.88 | |
| 01/07 | 01/07 | 2432684QRAQKTXTDE | VIAVIENTE, LTD    972-239-6864 TX | 124.00 | |
| 01/07 | 01/07 | 2461043QR03TP0GZZ | BOB EVANS REST #310  Q74 NEWARK  DE | 40.86 | |
| 01/07 | 01/07 | 7409800QR01RNV3K8 | PAYMENT — THANK YOU | | 3,046.38- |
| 01/09 | 01/09 | 2423337QT03SA0HRZ | HPSHOPPING.COM    888-999-4747 CA | 558.00 | |
| 01/09 | 01/09 | 2469216QS008A1EXZ | SHELL OIL 91002614193 NEW CASTLE  DE | 9.36 | |
| 01/11 | 01/11 | 2416407QWML9VETL7 | RADIO SHACK  00120857 WILMINGTON  DE | 21.99 | |
| 01/13 | 01/13 | 2413829QY9GN7LY6N | LOWE'S #622 WILMINGTON  DE | 45.00 | |
| 01/13 | 01/13 | 2444500QYMFF7DR95 | HAPPY HARRY'S INC #25 GREENVILLE  DE | 15.55 | |
| 01/14 | 01/14 | 7413829QZ9GNA93G8 | LOWE'S #622 WILMINGTON  DE      CREDIT | | 237.00- |
| 01/14 | 01/14 | 2439900QZ6HF4NHD3 | CUMBERLAND  92029073 NEW CASTLE  DE | 13.92 | |
| 01/16 | 01/16 | 2441800D10FYZ3KV9 | BOSE CORPORATION    800-9992673 MA | 299.00 | |
| 01/16 | 01/16 | 2444500D2MH7J1R4N | HAPPY HARRY'S INC #25 GREENVILLE  DE | 21.26 | |
| 01/16 | 01/16 | 2445501D00FAJA4G4 | PAT'S PIZZERIA    302-999-7717 DE | 29.30 | |
| 01/16 | 01/16 | 2445501D00FA48JM0 | JANSSEN'S MARKET IN GREENVILLE  DE | 9.75 | |
| 01/18 | 01/18 | 2443565D302ZKFED1 | HILTON HOTELS—WDBRIDGE ISELIN  NJ | 199.10 | |
| 01/19 | 01/19 | 2444500D4MJZJHJSZ | HAPPY HARRY'S #70 WILMINGTON  DE | 18.07 | |
| 01/19 | 01/19 | 2469216D400S0NHFW | SHELL OIL 91002614193 NEW CASTLE  DE | 12.05 | |

TOTAL *FINANCE CHARGE* PAID IN 2003  $0.00

DON'T LET POST-HOLIDAY BILLS GET YOU DOWN.  TAKE ADVANTAGE OF

OUR SPECIAL OFFER TO SKIP YOUR WILMINGTON TRUST CREDIT CARD,

LINE OF CREDIT, OR HOME EQUITY ADVANCE PAYMENT THIS MONTH AND

GET YOUR FINANCES BACK ON TRACK.  REMEMBER, FINANCE CHARGES

WILL ACCRUE ON YOUR UNPAID ACCOUNT BALANCE.

CALL US TODAY FOR MORE INFORMATION AT 1-800-814-8386.

A176

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    7    H    Page 2 of 3    3996    5600    RVS2  0001    040121  O1AC7623    2496

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

**Account number  4098 0000 3712 7854**

| | |
|---|---|
| New balance | $2,588.08 |
| *Minimum Payment Due* | **$52.00** |
| Payment Due Date | 03/17/04 |

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

**AMOUNT ENCLOSED**    $ _____

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

COLEMAN D HOMSEY                    1315
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

999954982   4098000037127854

⌐ Detach this top portion and return payment using enclosed envelope. ⌐

 

### VISA ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $3,611.30 |
| Payments | $3,611.30 |
| Credits | $157.49 |
| Purchases & other charges | $2,745.57 |
| Cash advances | $0.00 |
| **FINANCE CHARGE** | **$0.00** |
| New Balance | $2,588.08 |

### CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 02/21/04 |
| Days in Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 02/21/04 | $2,998 |
| Minimum Payment Due | $52.00 |
| Payment due date | 03/17/04 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT  2004 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 01/22 | 01/22 | 2444500D7MLJRFRGP | HAPPY HARRY'S INC #25 GREENVILLE DE | 4.76 | |
| 01/23 | 01/23 | 2439900D7MD0FQ8PD | PATHMARK #5  00005892 WILMINGTON DE | 15.11 | |
| 01/23 | 01/23 | 2469216D80047XZW0 | SHELL OIL 91002614157 WILMINGTON DE | 10.75 | |
| 01/24 | 01/24 | 2461043D903RXKZ4F | ECKERD DRUG #8662 NEWARK DE | 7.86 | |
| 01/25 | 01/25 | 2439900D9MD0FQ8PS | PATHMARK #5  00005892 WILMINGTON DE | 408.34 | |
| 01/30 | 01/30 | 2416407DEP84YPE61 | AMOCO OIL  02816650 WILMINGTON DE | 27.85 | |
| 01/30 | 01/30 | 2441800DF0WZ9MZ5V | J FARMERS INC WILMINGTON DE | 18.21 | |
| 01/30 | 01/30 | 2441800DF0X01059M | DIAMOND STATE DOVER DE | 14.95 | |
| 01/31 | 01/31 | 2410838DG60AZW9YN | CONCORD PIKE LIQUORS WILMINGTON DE | 20.98 | |
| 01/31 | 01/31 | 2416407DHPTSJ5MMD | MACARONI GR14300001438 WILMINGTON DE | 48.73 | |
| 01/31 | 01/31 | 2443565DG616JMR9V | MOBILE COMMUNICATION SYS WILMINGTON DE | 20.00 | |
| 01/31 | 01/31 | 2449280DG3DWMM8PV | BRIDES & GROOMS INC NEWARK DE | 132.99 | |
| 01/31 | 01/31 | 2461043DG232BMZX9 | GIANT FOODS #225 WILMINGTON DE | 18.07 | |
| 01/31 | 01/31 | 2461044DG03PKG1FW | STRAWBRIDGE - CHRISTIANA NEWARK DE | 173.47 | |
| 02/01 | 02/01 | 2416405DHB018YNQW | EXXONMOBIL83  04696589 WILMINGT DE | 12.36 | |
| 02/01 | 02/01 | 2443565DH8ARYF8ES | KING GARDEN WILMINGTON DE | 20.65 | |
| 02/01 | 02/01 | 7461044DH03PP2TPR | STRAWBRIDGE - CONCORD WILLMINGTON CREDIT | | 157.49- |
| 02/02 | 02/02 | 2432684DJAQLFVRVH | VIAVIENTE, LTD      972-239-6864 TX | 124.00 | |
| 02/02 | 02/02 | 2432684DJAQLFVV3N | VIAVIENTE, LTD      972-239-6864 TX | 124.00 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call           To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378              302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

A177

**WILMINGTON TRUST VISA SERVICES**

Account number   4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT          2004 | DEBIT AMOUNT | CREDIT AMOUNT 7/29 |
|---|---|---|---|---|---|
| 02/03 | 02/03 | 2422443DK2GFJL7TG | COUNTRY HEALTH STO WILMINGTON  DE | 14.61 | 3 |
| 02/04 | 02/04 | 2440369DLS6J3T6NM | BRANDYWINE CIGARETTE & TO WILMINGTON  DE | 3.25 | |
| 02/04 | 02/04 | 2440369DLS6J3T6P5 | GOLDEN CASTLE DINER RESTA WILMINGTON  DE | 28.85 | |
| 02/04 | 02/04 | 2445501DK111MXJ4F | SUNOCO WILMINGTON  DE | 27.01 | |
| 02/04 | 02/04 | 2473309DL5S8EVL0K | PANTRY ONE FOOD MART WILMINGTON  DE | 2.90 | |
| 02/04 | 02/04 | 7409800DL00XTMJT7 | PAYMENT — THANK YOU | | 3,611.30- |
| 02/05 | 02/05 | 2445501DL11Y5ZLYM | JANSSEN'S MARKET IN GREENVILLE  DE | 24.01 | |
| 02/07 | 02/07 | 2445501DP14RW874H | SUNOCO NEW CASTLE  DE | 14.09 | |
| 02/07 | 02/07 | 2469216DP002XSN2S | SHELL OIL 91002614193 NEW CASTLE  DE | 8.40 | |
| 02/08 | 02/08 | 2441800DT167KTDWJ | COCONUTS PRCES CRN 1584 WILMINGTON  DE | 36.98 | |
| 02/08 | 02/08 | 2461043DR03R74X27 | SEARS AUTO CNTR 6194 WILMINGTON  DE | 58.69 | |
| 02/08 | 02/08 | 2475542DR3G4DP7L4 | DUFFERS PUB CONCORDVILLE  PA | 61.35 | |
| 02/09 | 02/09 | 2441800DT169TTMMZ | SPECIALTYBOOKS.COM #682 800-4661365  OH | 115.75 | |
| 02/09 | 02/09 | 2443565DT602T4TYA | EDUCATION DIRECT     888-427-1000 PA | 39.00 | |
| 02/09 | 02/09 | 2444500DTMYYVBL2F | HAPPY HARRY'S INC #25 GREENVILLE  DE | 30.75 | |
| 02/10 | 02/10 | 2441789DS00V6J8XG | EATON'S WINES & SPIR MILLSBORO  DE | 36.95 | |
| 02/10 | 02/10 | 2469216DS008MDN1L | SHELL OIL 91002614193 NEW CASTLE  DE | 19.23 | |
| 02/10 | 02/10 | 7491779E200HDQE82 | LOGAN.DISTRIBUTION.S.R.O. OSTRAVA.10... CZ | 123.28 | |
| | | 4051        3148.00 203   0.039161372 | | | |
| 02/14 | 02/14 | 2449215DXPWKA9KMA | PAYPAL *GOTHIC      402-935-7733 CA | 22.14 | |
| 02/15 | 02/15 | 2439900DYSN0V5S9N | KAY-BEE TOYS 00019059 WILMINGTON  DE | 187.22 | |
| 02/15 | 02/15 | 2445501DZ1Q79N4S1 | SUNOCO NEW CASTLE  DE | 18.40 | |
| 02/16 | 02/16 | 2439900DZMD0FDG0R | PATHMARK #5  00005934 NEW CASTLE  DE | 23.19 | |
| 02/16 | 02/16 | 2444500E0N3ARHSMX | BJ WHOLESALE #0015 WOX WILMINGTON  DE | 364.56 | |
| 02/16 | 02/16 | 2471705DZ3TGHMHKA | IHOP 560 NEW CASTLE  DE | 23.43 | |
| 02/17 | 02/17 | 2444500E1N3ZTWNE7 | HAPPY HARRY'S INC #25 GREENVILLE  DE | 32.37 | |
| 02/17 | 02/17 | 2445501E01D3TNMAV | JANSSEN'S MARKET IN GREENVILLE  DE | 26.05 | |
| 02/17 | 02/17 | 2449280E03DWMM8SR | WAGNER'S HARDWARE GREENVILLE  DE | 5.04 | |
| 02/17 | 02/17 | 2469216E100N32SRE | SHELL OIL 91002614193 NEW CASTLE  DE | 8.83 | |
| 02/18 | 02/18 | 2466100E23GADP4VB | TOWN OF NEWPORT NEWPORT DE | 149.00 ? | |
| 02/19 | 02/19 | 2445501E21F0NTYNS | SUNOCO AVONDALE  PA | 18.17 | |
| 02/19 | 02/19 | 2475542E33G7JR7B7 | HOCKESSIN WINE AND SPIRIT HOCKESSIN  DE | 18.99 | |

TOTAL *FINANCE CHARGE* PAID IN 2003   $0.00

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

IDENTITY THEFT CAN HAPPEN TO ANYONE

A178

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                    302-636-6621

7623    M3D    1    21        7    Page 2 of 3    3996    5600    RVS2    0001    040220    O1AC7623    1315

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

**WILMINGTON TRUST VISA SERVICES**

Account number    4098 0000 3712 7854

| | |
|---|---|
| New balance | **$6,652.70** |
| *Minimum Payment Due* | **$134.00** |
| Payment Due Date | 04/15/04 |

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

AMOUNT ENCLOSED    $ _____

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

ılıllııılıılıılıılıılıılıılıılıılıılıılıılı

COLEMAN D HOMSEY          · 6599
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

ılıllıılıllıılıılıllıılıılıılıllıılıllıılıılıılı

999954982  4098000037127854

ᒪ Detach this top portion and return payment using enclosed envelope.ᒧ



| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098.0000 3712 7854 |
| Previous balance | $2,588.08 |
| Payments | $2,607.58 |
| Credits | $7.11 |
| Purchases & other charges | $6,679.31 |
| Cash advances | $0.00 |
| **FINANCE CHARGE** | **$0.00** |
| New Balance | $6,652.70 |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 03/21/04 |
| Days In Billing Cycle | 29 |
| Credit Line | $6,700 |
| Available Credit as of 03/21/04 | NONE |
| Minimum Payment Due | $134.00 |
| Payment due date | 04/15/04 |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT        *2004* | DEBIT AMOUNT | CREDIT AMOUNT  *1/5* |
|---|---|---|---|---|---|
| 01/28 | 02/22 | F399600EE000SQ062 | QUESTSAVERS          00-527-1656 T | 8.95 | |
| 02/19 | 02/22 | 2438894E3KGBE8JWH | PYLES HOME & SUPPLY AVONDALE PA | 45.02 | |
| 02/19 | 02/22 | 2445501E31FXWXJYR | WAWA, INC. #227 AVONDALE PA | 6.95 | |
| 02/19 | 02/22 | 2445501E31FXXD2Q5 | WAWA INC # 842 HOCHESSIN DE | 5.26 | |
| 02/19 | 02/22 | 2461043E303PVP1Q7 | NETWORK SOLUTIONS      888-642-9675 VA | 129.99 | |
| 02/20 | 02/22 | 2443565E4037BAYWJ | CHINA INN WILMINGTON DE | 28.90 | |
| 02/20 | 02/22 | 2445501E31FX6ZT1W | JANSSEN'S MARKET IN GREENVILLE DE | 51.40 | |
| 02/20 | 02/22 | 2461043E403TL2GG6 | STAPLES #932 WILMINGTON DE | 980.11 | |
| 02/21 | 02/22 | 2443565E703H7MLJR | CAVAZZINIS SUB SHOP WILMINGTON DE | 20.18 | |
| 02/22 | 02/22 | 2420987E6DRKYKNAT | BUCKLEY'S TAVERN CENTERVILLE DE | 22.65 | |
| 02/23 | 02/23 | 2445501E61JP1WE7K | PAT'S PIZZERIA      302-999-7717 DE | 24.30 | |
| 02/23 | 02/23 | 2445501E71KMTLJTQ | SUNOCO WILMINGTON DE | 21.52 | |
| 02/24 | 02/24 | 2469216E8005GNS8M | SHELL OIL 57526139704 WILMINGTON DE | 13.53 | |
| 02/25 | 02/25 | 2439900E9AXD912RP | LONE STAR    00152017 NEW CASTLE DE | 80.80 | |
| 02/25 | 02/25 | 2461043E82323PRWT | GIANT FOODS #225 WILMINGTON DE | 83.04 | |
| 02/25 | 02/25 | F399600E8000LS056 | WILM TRUST TRANSFER WILMINGTON DE | 19.50 | |
| 02/26 | 02/26 | 2438894E9KG9TMHA8 | WINNERS CHOICE READING  888-621-9695 GA | 164.22 | |
| 02/27 | 02/27 | 2444500EDNBBNYYGZ | HAPPY HARRY'S #71 AVONDALE PA | 18.53 | |
| 02/28 | 02/28 | 2407105EQWPBR1YQL | JO-JOES ARMY NAVY NEW CASTLE DE | 11.99 | |

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

| Customer Service inquiries, call | To report a lost/stolen Credit Card or Quick Check Card |
|---|---|
| 302-652-2378    800-523-2378 | 302-636-6621 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

WILMINGTON TRUST VISA SERVICES

**Account number**    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT      *2003* | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 02/28 | 02/28 | 2415813ED2XZDF00K | DADDY'S TOOL STORE NEW CASTLE DE | 7.50 | |
| 02/28 | 02/28 | 2425477EQDGG9VWJJ | THE NEW YORK FOOD BAR NEW CASTLE DE | 17.44 | |
| 02/28 | 02/28 | 2425477EQDGG9VWJS | THE NEW YORK FOOD BAR NEW CASTLE DE | 3.39 | |
| 02/28 | 02/28 | 2432300ED7QMXV5EJ | MI MI TOY STORE NEW CASTLE DE | 49.99 | |
| 02/28 | 02/28 | 2439900EB8K8S9J2W | BEST BUY    00005751 WILMINGTON DE | 90.96 | |
| 02/28 | 02/28 | 2441789EQ008BJXNB | THREE SONS SMOKE SHOP NEW CASTLE DE | 4.74 | |
| 02/28 | 02/28 | 2441789EQ008BJXNK | THREE SONS SMOKE SHOP NEW CASTLE DE | 3.98 | |
| 02/28 | 02/28 | 2443565EQ8B1QVBPB | FIRST STATE PAGING/AUDIO NEW CASTLE DE | 14.99 | |
| 02/28 | 02/28 | 2444500EQNARJ4Y9Y | BJS FUEL #9015    WOX WILMINGTON DE | 21.32 | |
| 03/01 | 03/01 | 2432684EEAQM3WMG4 | VIAVIENTE, LTD    214-291-1624 TX | 124.00 | |
| 03/01 | 03/01 | 2432684EEAQM3WP7H | VIAVIENTE, LTD    214-291-1624 TX | 124.00 | |
| 03/01 | 03/01 | 2443565EE03H4DWHX | DTCC TERRY BUSINESS    302-739-2892 DE | 69.00 | |
| 03/01 | 03/01 | 2443565EE03H4DWJ4 | DTCC TERRY BUSINESS    302-739-2892 DE | 69.00 | |
| 03/01 | 03/01 | 2443565EE61L6KYKG | LAZZAT WILMINGTON DE | 45.10 | |
| 03/02 | 03/02 | 2416407EEKW4VL59Z | AMOCO OIL    07722333 NEW CASTLE DE | 10.43 | |
| 03/03 | 03/03 | 2413829EG9GV0Y9AX | LOWE'S #622 WILMINGTON DE | 39.93 | |
| 03/03 | 03/03 | 2422443EG7150FTFN | ANGERSTEIN'S WILMINGTON DE | 56.28 | |
| 03/03 | 03/03 | 2432301EG3Q56TPFF | GROTTO PIZZA13 WILMINGTON DE | 51.80 | |
| 03/03 | 03/03 | 2443565EG5SLWR7HK | THE WINE AND SPIRIT COMP GREENVILLE DE | 14.95 | |
| 03/04 | 03/04 | 2469216EH00R0HGGQ | SHELL OIL 91002614157 WILMINGTON DE | 20.22 | |
| 03/04 | 03/04 | 2469216EH00R0HGG4 | SHELL OIL 91002614157 WILMINGTON DE | 4.28 | |
| 03/05 | 03/05 | 2432684EJAQM7NL0R | VIAVIENTE, LTD    214-291-1624 TX | 124.00 | |
| 03/06 | 03/06 | 2413829EK9GVB9H0S | LOWE'S #622 WILMINGTON DE | 121.62 | |
| 03/06 | 03/06 | 2416405EKB018WYXH | EXXONMOBIL83  04696589 WILMINGT DE | 25.79 | |
| 03/06 | 03/06 | 2422443EK897MMSSM | FROLIC ON MAIN STR NEWARK DE | 80.00 | |
| 03/06 | 03/06 | 2441800EK1ZAXAV1Q | FYE CHRISTIANA 1582 NEWARK DE | 17.99 | |
| 03/06 | 03/06 | 2469216EK00VA2HVY | SHELL OIL 91002614193 NEW CASTLE DE | 5.88 | |
| 03/06 | 03/06 | 2475542EK3TNBAXLV | TOTAL WINE AND MORE.WILMI WILMINGTON DE | 7.29 | |
| 03/07 | 03/07 | 2407105EKWPAG1ALY | JO-JOES ARMY NAVY NEW CASTLE DE | 58.97 | |
| 03/07 | 03/07 | 2425477ELDGG9VWHK | THE NEW YORK FOOD BAR NEW CASTLE DE | 16.66 | |
| 03/07 | 03/07 | 2439900ELMD0FQ95G | PATHMARK #5   00005892 WILMINGTON DE | 11.98 | |
| 03/07 | 03/07 | 2444500ELNFYX1FP2 | BJS FUEL #9015    WOX WILMINGTON DE | 18.59 | |
| 03/07 | 03/07 | 2461043EK03R3G66N | RCI RENEWAL 800-338-7777 800-338-7777 IN | 199.00 | |
| 03/08 | 03/08 | 2413829EM9GVLBQNV | LOWE'S #622 WILMINGTON DE | 107.28 | |
| 03/08 | 03/08 | 2443565EM5SLWR7DV | THE WINE AND SPIRIT COMP GREENVILLE DE | 5.50 | |
| 03/08 | 03/08 | 7409800EM00XTMK0Z | PAYMENT – THANK YOU | | 2,607.58- |
| 03/09 | 03/09 | 2414202ENS66QGH9V | ARRAY OF MONOGRAMS    302-9982381 DE | 532.00 | |
| 03/09 | 03/09 | 2416405ENB018YJ87 | EXXONMOBIL75  04568903 DOVER DE | 11.23 | |
| 03/09 | 03/09 | 2444500ENNGSZ1MT6 | HAPPY HARRY'S INC #25 GREENVILLE DE | 8.29 | |
| 03/10 | 03/10 | 2444500EPNHERRHXB | HAPPY HARRY'S INC #25 GREENVILLE DE | 36.47 | |
| 03/10 | 03/10 | 2444500EPNHKV33PH | BARNES & NOBLE #2949 WILMINGTON DE | 81.83 | |
| 03/10 | 03/10 | 2445501EN21KWMLM5 | PAT'S PIZZERIA    302-999-7717 DE | 32.20 | |
| 03/11 | 03/11 | 2469216ER00771ERP | SHELL OIL 91002614193 NEW CASTLE DE | 3.10 | |
| 03/11 | 03/11 | 2469216ER00771ET9 | SHELL OIL 91002614193 NEW CASTLE DE | 29.81 | |
| 03/11 | 03/11 | 2475542EP3TPLGR9P | NAWBO    703-5063258 VA | 120.00 | |
| 03/12 | 03/12 | 2416407ERP8670TTT | AMOCO OIL    04814323 WILMINGTON DE | 10.01 | |

A180

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    7    Page 2 of 6    3996    5600    RVS2    0001    040321    O1AC7623    6599

**WILMINGTON TRUST VISA SERVICES**

Account number    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT    2004 | DEBIT AMOUNT | CREDIT AMOUNT    3/3 |
|---|---|---|---|---|---|
| 03/12 | 03/12 | 2445501ER23GDJXAT | SUNOCO CHADDS FORD  PA | 18.76 | |
| 03/12 | 03/12 | 2445501ER23GDJXB1 | SUNOCO CHADDS FORD  PA | 18.00 | |
| 03/13 | 03/13 | 2416407EVPTVPBT0N | MACARONI GR14300901438 WILMINGTON  DE | 78.00 | |
| 03/13 | 03/13 | 2445501ER23FG4J1T | PAT'S PIZZERIA       302-999-7717 DE | 26.90 | |
| 03/13 | 03/13 | 2469216ES00AJ4NFR | SHELL OIL  57526139803 WILMINGTON  DE | 20.75 | |
| 03/14 | 03/14 | 2439900ESSN0S7B9L | KAY-BEE TOYS  00001156 NEWARK  DE | 5.58 | |
| 03/14 | 03/14 | 2461043EV03P6RK0S | THE WALKING CO #149 NEWARK  DE | 179.85 | |
| 03/14 | 03/14 | 2461044ES03PBJ4E0 | LORD & TAYLOR #37 NEWARK  DE | 18.00 | |
| 03/15 | 03/15 | 2416407EVP86A3ZME | AMOCO OIL   08126993 GREENVILLE  DE | 26.49 | |
| 03/15 | 03/15 | 2439900EW6HEX0WHH | CUMBERLAND  91224121 WILMINGTON  DE | 50.00 | |
| 03/15 | 03/15 | 2443565EVTT4VEZ5T | EDUCATION DIRECT      888-427-1000 PA | 34.00 | |
| 03/15 | 03/15 | 2445501EV267QYK18 | PEP UP GEORGETOWN  DE | 500.00 | |
| 03/15 | 03/15 | 2445501EV268X47XY | PAT'S PIZZERIA       302-999-7717 DE | 45.45 | |
| 03/15 | 03/15 | 2449280EV3DWMM8MR | WAGNER'S HARDWARE GREENVILLE  DE | 25.32 | |
| 03/15 | 03/15 | 2449280EV3DWMM8P1 | WAGNER'S HARDWARE GREENVILLE  DE | 7.49 | |
| 03/15 | 03/15 | 7449280EV3DWMM8PE | WAGNER'S HARDWARE GREENVILLE  DE  CREDIT | | 7.11- |
| 03/15 | 03/15 | 2479262EV6DZ0KG2Z | RUBY TUESDAY #2955 NEWARK  DE | 46.52 | |
| 03/16 | 03/16 | 2469216EW00FAEPTN | UPC*VISTAPRINT.COM    781-890-8434 MA | 142.83 | |
| 03/18 | 03/18 | 2424651EZ672J0NEB | BABIES R US #6376 WILMINGTON  DE | 448.91 | |
| 03/18 | 03/18 | 2439900EZMD0FDGAW | PATHMARK #5   00005934 NEW CASTLE  DE | 121.84 | |
| 03/18 | 03/18 | 2443565EZ5SSA3M46 | GOLDEN DOVE NEW CASTLE  DE | 20.89 | |
| 03/18 | 03/18 | 2445501EY290SPSAV | SUBWAY #1385 NEW CASTLE  DE | 12.08 | |
| 03/18 | 03/18 | 2449280EY3DWMM8MM | BRIDES & GROOMS INC NEWARK  DE | 75.00 | |
| 03/19 | 03/19 | 2416407F0TD6WK7XA | TRADER JOE'S #00006361 WILMINGTON  DE | 20.84 | |
| 03/20 | 03/20 | 2422638F09AA54K4Q | WAL MART NEW CASTLE  DE | 329.22 | |
| 03/20 | 03/20 | 2443565F103BD1BF5 | PALACIO MAYA HOCKESSIN  DE | 68.96 | |
| 03/20 | 03/20 | 2475542F0M8KL8V7E | JANVIER JEWELERS NEWARK  DE | 92.00 | |

TOTAL *FINANCE CHARGE* PAID IN 2003   $0.00

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK  TIPS

IDENTITY THEFT CAN HAPPEN TO ANYONE

IDENTITY THEFT FRAUDS ARE ON THE RISE.  PROTECT YOURSELF.
WILMINGTON TRUST DOES NOT SEND E-MAILS REQUESTING ACCOUNT
INFORMATION.  IF YOU RECEIVE THIS TYPE OF E-MAIL, AND IT
APPEARS TO HAVE COME FROM WILMINGTON TRUST,
PLEASE CALL 800.814.8386.

FOR MORE INFORMATION ON HOW TO PROTECT YOURSELF, PLEASE
VISIT OUR WEBSITE AT WILMINGTONTRUST.COM.

ONLINE @CCESS CHECKING

A181

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                         302-636-6621

7623    M3D    1    21    7         Page 3 of 6         3996    5600    RVS2    0001    040321    O1AC7623    6599

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

Account number    4098 0000 3712 7854

| | |
|---|---|
| New balance | $7,410.58 |
| *Minimum Payment Due* | $149.00 |
| Payment Due Date | 05/16/04 |

Address or home telephone change? Indicate here:

AMOUNT ENCLOSED    $ _____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

COLEMAN D HOMSEY                                    4004
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

999954982  4098000037127854

⌐ Detach this top portion and return payment using enclosed envelope. ⌐

 

| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $6,652.70 |
| Payments | $6,652.70 |
| Credits | $25.00 |
| Purchases & other charges | $7,435.58 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $7,410.58 |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 04/21/04 |
| Days in Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 04/21/04 | NONE |
| Minimum Payment Due | $149.00 |
| Payment due date | 05/16/04 |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT   *2004* | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 03/20 | 03/22 | 2410838F15SHQ0QGS | MIKIMOTOS JAPANESE REST WILMINGTON DE | 81.25 | |
| 03/20 | 03/22 | 2413829F1K132823W | WILSONS LEATHER #2201 NEWARK DE | 48.96 | |
| 03/20 | 03/22 | 2426657F1VG367AZ0 | PIERCING PAGODA 48 NEWARK DE | 59.98 | |
| 03/20 | 03/22 | 2442532F103T4ZSHM | SPENCER GIFTS 319 NEWARK DE | 87.71 | |
| 03/20 | 03/22 | 2444500F1NRQ33Y5Z | HAPPY HARRY'S #10 WILMINGTON DE | 29.46 | |
| 03/21 | 03/22 | 2445501F12BV9FMSX | JANSSEN'S MARKET IN GREENVILLE DE | 75.49 | |
| 03/22 | 03/22 | 2445501F32DR8P7XP | SUNOCO WILMINGTON DE | 19.85 | |
| 03/23 | 03/23 | 2416407F32LRERLZ4 | TARGET    00011460 WILMINGTON DE | 1.98 | |
| 03/23 | 03/23 | 2416407F32LR8HA10 | TARGET    00011460 WILMINGTON DE | 8.98 | |
| 03/23 | 03/23 | 2445501F32DNSN4MN | TUESDAY MORNING #0204 HOCKESSIN DE | 39.98 | |
| 03/24 | 03/24 | 2416407F5EQ6DXBGE | BORDERS BKS/MU01001379 WILMINGTON DE | 84.80 | |
| 03/24 | 03/24 | 2445501F42ELMWNHT | JANSSEN'S MARKET IN GREENVILLE DE | 63.76 | |
| 03/24 | 03/24 | 2445501F42EM45240 | PAT'S PIZZERIA    302-999-7717 DE | 53.30 | |
| 03/24 | 03/24 | 2449280F43DWMM8VM | WAGNER'S HARDWARE GREENVILLE DE | 3.49 | |
| 03/28 | 03/28 | 2413829F99GY3FT15 | LOWE'S #622 WILMINGTON DE | 24.98 | |
| 03/28 | 03/28 | 2416405F9B018WX3W | EXXONMOBIL83 04696589 WILMINGT DE | 12.15 | |
| 03/28 | 03/28 | 2449279F9BWX75YGL | ACME MARKETS 7808 S1T WILMINGTON DE | 10.02 | |
| 04/01 | 04/01 | 7409800FD00XTMJST | PAYMENT – THANK YOU | | 6,652.70– |
| 04/03 | 04/03 | 2425477FFDGG9VWHG | THE NEW YORK FOOD BAR NEW CASTLE DE | 11.49 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

| Customer Service Inquiries, call | To report a lost/stolen Credit Card or Quick Check Card |
|---|---|
| 302-652-2378    800-523-2378 | 302-636-6621 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

A182

## WILMINGTON TRUST VISA SERVICES

Account number    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| | | | *2004* | | 2 4 |
| 04/03 | 04/03 | 2449279FFBWX7EA9D | ACME MARKETS 7828 S1T HOCKESSIN DE | 98.12 | |
| 04/03 | 04/03 | 2469216FF00MPR22E | SHELL OIL 91002614193 NEW CASTLE DE | 13.05 | |
| 04/05 | 04/05 | 2416407FHEQ6EAGG3 | BORDERS BKS/MU01001379 WILMINGTON DE | 42.95 | |
| 04/05 | 04/05 | 2432684FHAQMWN1A2 | VIAVIENTE, LTD 214-291-1624 TX | 124.00 | |
| 04/05 | 04/05 | 2432684FHAQMWN15F | VIAVIENTE, LTD 214-291-1624 TX | 124.00 | |
| 04/05 | 04/05 | 2439900FGSN0V7BZM | KAY-BEE TOYS 00001016 WILMINGTON DE | 2.98 | |
| 04/05 | 04/05 | 2439900FG8K5HQE8T | BEST BUY 00004655 WILMINGTON DE | 39.98 | |
| 04/05 | 04/05 | 2439900FHMD0FQ9EQ | PATHMARK #5 00005892 WILMINGTON DE | 110.39 | |
| 04/05 | 04/05 | 2444500FHP2E5VNA3 | HAPPY HARRY'S INC #25 GREENVILLE DE | 24.98 | |
| 04/05 | 04/05 | 2444500FHP2E5VNQQ | HAPPY HARRY'S INC #25 GREENVILLE DE | 15.33 | |
| 04/05 | 04/05 | 2449279FGBWX7913S | ACME MARKETS 7828 S1T HOCKESSIN DE | 17.99 | |
| 04/05 | 04/05 | 2409800FGWGX6VMMG | BETTER BUSINESS BUREAU WILMINGTON DE | 325.00 | |
| 04/06 | 04/06 | 2405523FJ8AE384TK | BRANDYWINE BREWING COMPA GREENVILLE DE | 28.20 | |
| 04/07 | 04/07 | 2410838FK5SBD8VY0 | MILLSBORO BONANZA MILFORD DE | 44.13 | |
| 04/07 | 04/07 | 2422638FJAG0JG8FW | WM SUPERCENTER GEORGETOWN DE | 64.52 | |
| 04/07 | 04/07 | 2424651FK60X3BX7L | BAKERS TRUE VALUE HDW MILLSBORO DE | 455.96 | Business |
| 04/07 | 04/07 | 2424651FK60X3BX7Q | BAKERS TRUE VALUE HDW MILLSBORO DE | 469.37 | |
| 04/07 | 04/07 | 2444500FKP4521B5E | AUTOZONE #1158 MILLSBORO DE | 102.74 | |
| 04/07 | 04/07 | 2445501FJ2VLVEYMP | PEP UP GEORGETOWN DE | 500.00 | |
| 04/07 | 04/07 | 2447090FJHD0PT37D | PANASYSTEMS INC GEORGETOWN DE | 65.00 | |
| 04/07 | 04/07 | 2449280FJ3DWMM8MV | MANLOVE AUTO PARTS 161 MILLSBORO DE | 67.37 | |
| 04/07 | 04/07 | 7452551FKGK4AJY13 | MAYRAND PUBLISHERS INC INTERNET CD | 229.95 | |
| 04/07 | 04/07 | 2471705FKHFNWT3QX | FASTSIGNS WILMINGTON DE | 702.80 | |
| 04/08 | 04/08 | 2415838FLP4MTP0HP | DELMARVA SHEDS GEORGETOWN DE | 300.00 | |
| 04/08 | 04/08 | 7475542FK3S00SENP | NAWBO MCLEAN VA CREDIT | | 25.00- |
| 04/09 | 04/09 | 2410838FM60D4PDXX | STEVE SWYKA AUTO SPECLST WILMINGTON DE | 498.89 | |
| 04/09 | 04/09 | 2413829FM9GZMJHD7 | LOWE'S #622 WILMINGTON DE | 714.35 | |
| 04/09 | 04/09 | 2416405FMB018ZAGK | EXXONMOBIL83 04757993 WILMINGT DE | 24.20 | |
| 04/09 | 04/09 | 2416405FMB018ZAG0J | EXXONMOBIL83 04757993 WILMINGT DE | 50.00 | |
| 04/09 | 04/09 | 2443565FM03GZRB72 | STEPHENS GARDEN CREATION 6103883094 PA | 122.08 | |
| 04/10 | 04/10 | 2413829FN9GZV9ZMB | LOWE'S #622 WILMINGTON DE | 71.40 | |
| 04/10 | 04/10 | 2416407FMP872HV4P | AMOCO OIL 08128993 GREENVILLE DE | 26.73 | |
| 04/10 | 04/10 | 2445501FN2ZDV8QW0 | WAWA INC # 826 WILMINGTON DE | 11.26 | |
| 04/12 | 04/12 | 2413829FR9H02Z9NM | LOWE'S #622 WILMINGTON DE | 98.94 | |
| 04/12 | 04/12 | 2443565FPTT4VEWLZ | EDUCATION DIRECT 888-427-1000 PA | 34.00 | |
| 04/12 | 04/12 | 2445501FR319DKWWJ | WAWA, INC. #030 BOOTHWYN PA | 9.61 | |
| 04/12 | 04/12 | 2445501FR319E6N06 | WAWA INC # 826 WILMINGTON DE | 7.35 | |
| 04/12 | 04/12 | 2461043FR09F9Q65K | THE HOME DEPOT 1602 CLAYMONT DE | 13.41 | |
| 04/13 | 04/13 | 2432300FT7QLWEZ8V | CAREYS FOREIGN REPAIR GEORGETOWN DE | 979.30 | |
| 04/13 | 04/13 | 2461043FT09F93T80 | THE HOME DEPOT #1605 NEW CASTLE DE | 13.80 | |
| 04/16 | 04/16 | 2414203FXWFK50EKX | WLI*RESERVATIONREWARDS.CO888-6885995 CT | 9.00 | |
| 04/19 | 04/19 | 2439900FZ6HEX0RNF | DEEP'S GULF 91223727 CLAYMONT DE | 29.87 | |
| 04/20 | 04/20 | 2469216FZ00N7LNKM | MWI*BUSINESSMAX 888-840-6296 CT | 9.95 | |
| 04/21 | 04/21 | | OVERLIMIT FEE | 25.00 | |

A183

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

| 7623 | M3D | 1 | 21 | O 7 | Page 2 of 5 | 3996 | 5600 | RVS2 | 0001 | 040421 | C1AC7623 | 4004 |

**WILMINGTON TRUST VISA SERVICES**

Account number    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT    2004 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/17 | 05/17 | 2444500GVPZYBW4A0 | BJ WHOLESALE #0015 WOX WILMINGTON DE | 911.45 | |
| 05/17 | 05/17 | 2461043GV03TP19PN | STAPLES #932 WILMINGTON DE | 466.85 | |
| 05/17 | 05/17 | 2479262GVJJ5WG0PY | NWL NEW CASTLE DE #44 NEW CASTLE DE | 334.48 | |
| 05/18 | 05/18 | 2413829GW9H5DSFVQ | LOWE'S #622 WILMINGTON DE | 8.52 | |
| 05/18 | 05/18 | 2416405GWB018X4PE | EXXONMOBIL83 04699195 NEWPORT DE | 50.00 | |
| 05/18 | 05/18 | 2416405GWB018ZAEK | EXXONMOBIL83 04699195 NEWPORT DE | 16.00 | |
| 05/18 | 05/18 | 2445501GV41SR337X | PEP UP GEORGETOWN DE | 500.00 | |
| 05/18 | 05/18 | 2445501GW42SASFRG | WAWA INC # 826 WILMINGTON DE | 2.87 | |
| 05/18 | 05/18 | 2445501GW42SASFT0 | WAWA INC # 826 WILMINGTON DE | 11.17 | |
| 05/18 | 05/18 | 2461043GW03STQQGL | 7-ELEVEN 11305 WILMINGTON DE | 3.74 | |
| 05/19 | 05/19 | 2416405GXB018XR50 | EXXONMOBIL83 04699195 NEWPORT DE | 50.00 | |
| 05/19 | 05/19 | 2416405GXRBGHD5FV | EXXONMOBIL83 04699195 NEWPORT DE | 4.17 | |
| 05/19 | 05/19 | 2416405GXRBGHD5GD | EXXONMOBIL83 04699195 NEWPORT DE | 3.19 | |
| 05/19 | 05/19 | 2422443GX8468JL8Q | ORION PIZZERIA MENDENHALL PA | 10.87 | |
| 05/19 | 05/19 | 2443565GX03AE1H24 | SHEMIN NURSERIES INC #34 ASTON PA | 382.66 | |
| 05/19 | 05/19 | 2443565GX039XPMVG | SHEMIN NURSERIES #24 WEST CHESTER PA | 59.22 | |
| 05/19 | 05/19 | 2443565GX039XPMWT | SHEMIN NURSERIES #24 WEST CHESTER PA | 1.52 | |
| 05/19 | 05/19 | 2445501GX43R4QR7M | WAWA INC # 826 WILMINGTON DE | 21.46 | |
| 05/20 | 05/20 | 2469216GX00MY64VY | MWI*BUSINESSMAX    888-584-2217 CT | 9.95 | |

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

BILL CONSOLIDATION ... HOME IMPROVEMENTS ... TUITION ...
THE VACATION OF A LIFETIME ... IMAGINE WHAT YOU COULD DO WITH
A HOME EQUITY LINE OF CREDIT FROM WILMINGTON TRUST.

NOW IMAGINE IT AT ONLY 3.99% APR.

A184

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    7    Page 2 of 2    3996    5600    RVS2    0001    040521    O1AC7623    2729

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

### WILMINGTON TRUST VISA SERVICES

Account number    4098 0000 3712 7854

| | |
|---|---|
| New balance | $7,353.31 |
| *Minimum Payment Due* | $148.00 |
| Payment Due Date | 07/16/04 |

AMOUNT ENCLOSED        $ _____

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

COLEMAN D HOMSEY                    2547
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

999954982  4098000037127854

 

∟Detach this top portion and return payment using enclosed envelope.⌐

| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $4,165.26 |
| Payments | $4,165.26 |
| Credits | $244.29 |
| Purchases & other charges | $7,597.60 |
| Cash advances | $0.00 |
| **FINANCE CHARGE** | $0.00 |
| New Balance | $7,353.31 |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 06/21/04 |
| Days In Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 06/21/04 | NONE |
| Minimum Payment Due | $148.00 |
| Payment due date | 07/16/04 |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT        2004 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/20 | 05/22 | 2400870GYD5G5XVQX | COLLIER'S OF CENTREVIL CENTREVILLE DE | 7.75 | |
| 05/20 | 05/22 | 2413829GY9H5N2A6D | LOWE'S #622 WILMINGTON DE | 27.10 | |
| 05/20 | 05/22 | 2415838GYR2QHKJ14 | FOUR ACRES TRAILER SALES WILMINGTON DE | 14.04 | |
| 05/20 | 05/22 | 2416407GXP888F79H | AMOCO OIL    08128993 GREENVILLE DE | 35.07 | |
| 05/20 | 05/22 | 2416407GXP888F799 | AMOCO OIL    08128993 GREENVILLE DE | 27.50 | |
| 05/20 | 05/22 | 2443565GY5SEQXTFV | JOES WILMINGTON DE | 135.10 | |
| 05/20 | 05/22 | 2443565GZ039XSPEV | SHEMIN NURSERIES #24 WEST CHESTER PA | 31.03 | |
| 05/20 | 05/22 | 2445501GY44MXT8NW | WAWA #170 CHADDS FORD PA | 18.89 | |
| 05/20 | 05/22 | 2445501GY44MXT8P4 | WAWA #170 CHADDS FORD PA | 3.95 | |
| 05/20 | 05/22 | 2461043GY09F9RPHY | THE HOME DEPOT 1601 NEWARK DE | 12.91 | |
| 05/21 | 05/22 | 2407314H0S66FPXFL | RUGGED WAREHOUSE WILMINGTON DE | 419.58 | |
| 05/21 | 05/22 | 2413829GZ9H5SBHQT | LOWE'S #622 WILMINGTON DE | 15.12 | |
| 05/21 | 05/22 | 2422443GZ9FYXESG9 | MR MULCH OF WEST C WEST CHESTER PA | 21.20 | |
| 05/21 | 05/22 | 2441800GZ45B0VRH7 | FRANK'S UNION WINE MART WILMINGTON DE | 16.99 | |
| 05/21 | 05/22 | 2443565GZ039XXT5B | SHEMIN NURSERIES #24 WEST CHESTER PA | 23.32 | |
| 05/21 | 05/22 | 2461043GZ03PWTHWF | SEARS ROEBUCK 1254 WILMINGTON DE | 182.52 | |
| 05/21 | 05/22 | 2469216GZ00TGKDMD | SHELL OIL 91002614157 WILMINGTON DE | 2.99 | |
| 05/21 | 05/22 | 2469216GZ00TGKDM5 | SHELL OIL 91002614157 WILMINGTON DE | 1.99 | |
| 05/21 | 05/22 | 2443523H0WHEVLW2M | ANTONIO S STEAKS & SHAKES CONCORDVILLE PA | 35.67 | |

1/6

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

| Customer Service Inquiries, call | To report a lost/stolen Credit Card or Quick Check Card |
|---|---|
| 302-652-2378    800-523-2378 | 302-636-6621 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**WILMINGTON TRUST VISA SERVICES**

<u>Account number</u>    **4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

2004                                                                     2/6

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/22 | 05/22 | 2413829H09H5ZSTNW | LOWE'S #622 WILMINGTON DE | 54.82 | |
| 05/22 | 05/22 | 2445501GZ45LBEFZS | SUNOCO CHADDS FORD PA | 26.60 | |
| 05/23 | 05/23 | 2439900H1MD0FQ04W | PATHMARK #5  00005868 WILMINGTON DE | 47.50 | |
| 05/23 | 05/23 | 2443565H08ASB3VH1 | CAPTAIN'S CATCH SEAFOOD WILMINGTON DE | 139.00 | |
| 05/23 | 05/23 | 2444500H1R48QKJV6 | KOHL'S #0272 WILMINGTON DE | 57.98 | |
| 05/23 | 05/23 | 2445501H046J4WXV7 | SUNOCO CHADDS FORD PA | 10.00 | |
| 05/23 | 05/23 | 2445501H147FB9DM2 | WAWA #840 NEW CASTLE DE | 16.14 | |
| 05/25 | 05/25 | 2413829H39H6FN812 | LOWE'S #622 WILMINGTON DE | 48.56 | |
| 05/25 | 05/25 | 2422443H39FYXESDV | MR MULCH OF WEST C WEST CHESTER PA | 165.36 | |
| 05/25 | 05/25 | 2443565H3039XBF5H | SHEMIN NURSERIES #24 WEST CHESTER PA | 23.32 | |
| 05/25 | 05/25 | 2443565H3039XBF68 | SHEMIN NURSERIES #24 WEST CHESTER PA | 86.13 | |
| 05/25 | 05/25 | 2444500H3R5VHFBM1 | HAPPY HARRY'S #13 WEST CHESTER PA | 3.35 | |
| 05/25 | 05/25 | 2445501H349AXYFBL | WAWA #170 CHADDS FORD PA | 14.23 | |
| 05/25 | 05/25 | 2445501H349AXYFBW | WAWA #170 CHADDS FORD PA | 3.95 | |
| 05/25 | 05/25 | 2449398H306KZH7DB | CINGULAR*9830605700138  800-331-0500 TN | 183.57 | |
| 05/26 | 05/26 | 2416407H4PTWLXS8D | MACARONI GR14300001438 WILMINGTON DE | 63.45 | |
| 05/26 | 05/26 | 2443565H360178D55 | HARVEST MARKET HOCKESSIN DE | 64.41 | |
| 05/26 | 05/26 | 2443565H403ADMAQW | SHEMIN NURSERIES INC #34 ASTON PA | 382.66 | |
| 05/26 | 05/26 | 2444500H4R6JQMVGM | HAPPY HARRY'S #38 HOCKESSIN DE | 99.06 | |
| 05/26 | 05/26 | 2461043H32324RS8Q | GIANT FOODS #225 WILMINGTON DE | 30.72 | |
| 05/26 | 05/26 | 2473309H45SLQ4HTK | PANTRY ONE FOOD MART WILMINGTON DE | 54.98 | |
| 05/27 | 05/27 | 2416407H5G30NLBQD | SUNGLASS HUT  60003746 NEWARK DE | 189.94 | |
| 05/27 | 05/27 | 2439900H5JFYJDEEV | LANE BRYANT  00060731 NEWARK DE | 118.98 | |
| 05/27 | 05/27 | 2443565H5HW2HT09X | GODIVA CHOCOLATES #266 NEWARK DE | 84.01 | |
| 05/27 | 05/27 | 2449398H54YEZZ89H | DOMINO'S PIZZA #7236  5034903044 OR | 28.04 | |
| 05/28 | 05/28 | 2445501H64Q4MP80H | NEW SEASONS MARKET- HILLSBORO OR | 19.83 | |
| 05/28 | 05/28 | 2461043H6232PT9VV | SUPERFRESH #586 NEW CASTLE DE | 175.94 | |
| 06/02 | 06/02 | 7409800HB00XTMJSL | PAYMENT - THANK YOU | | 4,165.26- |
| 06/04 | 06/04 | 7461043HD03R0T8N7 | SEARS ROEBUCK  1853 WILMINGTON DE | | 11.99- |
| 06/05 | 06/05 | 2433239HES6HDQDV9 | MANOR PHARMACY, INC. NEW CASTLE DE | 104.58 | |
| 06/05 | 06/05 | 2443565HD8ASB3VB4 | CAPTAIN'S CATCH SEAFOOD WILMINGTON DE | 70.00 | |
| 06/05 | 06/05 | 7469216HD00M2QSY9 | EXPEDIA*TRAVEL  800-367-3476 NV | | 232.30- |
| 06/06 | 06/06 | 2407314HFS66HAABX | RUGGED WAREHOUSE WILMINGTON DE | 103.90 | |
| 06/06 | 06/06 | 2449279HFBWX7AWEE | ACME MARKETS 7828 S1T HOCKESSIN DE | 20.90 | |
| 06/07 | 06/07 | 2416407HF2LR7WL4E | TARGET  00011460 WILMINGTON DE | 262.26 | |
| 06/07 | 06/07 | 2432684HGAQPBDDBM | VIAVIENTE, LTD  800-806-1418 TX | 124.00 | |
| 06/07 | 06/07 | 2461043HG03RV7AM8 | SEARS AUTO CNTR 6703 WILMINGTON DE | 367.87 | |
| 06/08 | 06/08 | 2416405HHB018YQ9P | EXXONMOBIL83  04699195 NEWPORT DE | 39.00 | |
| 06/08 | 06/08 | 2439900HHMD0FQA2H | PATHMARK #5  00005892 WILMINGTON DE | 15.66 | |
| 06/09 | 06/09 | 2440369HJS6JFTPBQ | BRANDYWINE CIGARETTE & TO WILMINGTON DE | 33.17 | |
| 06/10 | 06/10 | 2416407HJP88WZBDG | AMOCO OIL  08128993 GREENVILLE DE | 33.01 | |
| 06/10 | 06/10 | 2443565HJTT4VETZ3 | EDUCATION DIRECT  888-427-1000 PA | 34.00 | |
| 06/10 | 06/10 | 2443565HK02TXGP0T | FEBY'S FISHERY INC WILMINGTON DE | 75.15 | |
| 06/11 | 06/11 | 2424651HK8AEDPV05 | AUGUST MOON INC  3023288113 DE | 380.00 | |
| 06/11 | 06/11 | 2430153HMF932F62R | EL TAPATIO WILMINGTON DE | 227.15 | |
| 06/12 | 06/12 | 2422443HM7T2NQEV9 | FASHION LINK NEW CASTLE DE | 175.00 | |

A186

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call                     To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                          302-636-6621

**WILMINGTON TRUST VISA SERVICES**

<u>Account number</u>    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

3/6

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT    2004 | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 06/12 | 06/12 | 2422443HP8468JL8B | ORION PIZZERIA MENDENHALL PA | 43.12 | |
| 06/12 | 06/12 | 2449279HMBWX7EJRR | ACME MARKETS 7828 S1T HOCKESSIN DE | 328.49 | |
| 06/13 | 06/13 | 2416407HNKW7XKV1M | AMOCO OIL  07722333 NEW CASTLE DE | 11.96 | |
| 06/13 | 06/13 | 2416407HNP88ZSX21 | AMOCO OIL  07722333 NEW CASTLE DE | 29.91 | |
| 06/13 | 06/13 | 2443186HMWGSRATWP | GLAMOUR SHOTS WILMINGTON DE | 1,499.00 | |
| 06/16 | 06/16 | 2410838HT8B39KAAL | THE SWIM SHOP WILMINGTON DE | 135.00 | |
| 06/16 | 06/16 | 2414203HTWF4H8AMV | WLI*RESERVATIONREWARDS.CO888-6885995 CT | 9.00 | |
| 06/17 | 06/17 | 2416405HSB018XL1W | EXXONMOBIL83 04696589 WILMINGT DE | 27.45 | |
| 06/17 | 06/17 | 2422970HSF9A4XJRE | DOUBLETREE HOTELS FB WILMINGTON DE | 138.20 | |
| 06/19 | 06/19 | 2475542HWM9F3K23H | HOCKESSIN WINE AND SPIRIT HOCKESSIN DE | 6.99 | |
| 06/20 | 06/20 | 2461043HW23241N67 | GIANT FOODS #225 WILMINGTON DE | 77.58 | |

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

## QUICK TIPS

BILL CONSOLIDATION ... HOME IMPROVEMENTS ... TUITION ...
THE VACATION OF A LIFETIME ... IMAGINE WHAT YOU COULD DO WITH
A HOME EQUITY LINE OF CREDIT FROM WILMINGTON TRUST.

NOW IMAGINE IT AT ONLY 3.99% APR.

A187

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call
302-552-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    O 7    Page 3 of 3    3996    5500    RVS2  0001    040621    O1AC7623    2547

## WILMINGTON TRUST VISA SERVICES

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

| Account number | 4098 0000 3712 7854 |
| --- | --- |
| New balance | $7,095.12 |
| *Minimum Payment Due* | $142.00 |
| Payment Due Date | 08/15/04 |

Address or home telephone change? Indicate here:

AMOUNT ENCLOSED    $ _____

Make payable to  WILMINGTON TRUST COMPANY

COLEMAN D HOMSEY          6640
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

999954982    4098000037127854

L. Detach this top portion and return payment using enclosed envelope. ┘

 

### VISA ACCOUNT ACTIVITY

| | |
| --- | --- |
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $7,353.31 |
| Payments | $7,417.40 |
| Credits | $0.00 |
| Purchases & other charges | $7,159.21 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $7,095.12 |

### CREDIT AND OTHER INFORMATION

| | |
| --- | --- |
| Statement Date | 07/21/04 |
| Days in Billing Cycle | 30 |
| Credit Line | $6,700 |
| Available Credit as of 07/21/04 | NONE |
| Minimum Payment Due | $142.00 |
| Payment due date | 08/15/04 |

Send inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 04/27 | 06/22 | F399600J8000SQ184 | QUESTSAVERS        00-527-1656 T | 8.95 | |
| 05/28 | 06/22 | F399600J8000SQ184 | QUESTSAVERS        00-527-1656 T | 8.95 | |
| 06/21 | 06/22 | 2416407HYEQ6DXV0H | BORDERS BOOKS 01001379 WILMINGTON  DE | 6.99 | |
| 06/21 | 06/22 | 2469216HX00LSEX8P | MWI*BUSINESSMAX    888-584-2217 CT | 9.95 | |
| 06/22 | 06/22 | 2416405HZB018X442 | EXXONMOBIL83  04730354 WILMINGT  DE | 20.30 | |
| 06/29 | 06/29 | F399600J8000SQ184 | QUESTSAVERS        800-527-1656 TX | 8.95 | |
| 07/09 | 07/09 | 7409800JH01RNV2RB | PAYMENT – THANK YOU | | 7,417.40- |
| 07/11 | 07/11 | 2475542JMM9NJ9MG4 | FELICITA LODGE HARRISBURG  PA | 491.28 | *Marcia* |
| 07/11 | 07/11 | 2475542JM3SX2NZMY | FELICITA LODGE HARRISBURG  PA | 2,379.55 | |
| 07/12 | 07/12 | 2416405JKB018X249 | EXXONMOBIL83  04696589 WILMINGT  DE | 17.22 | |
| 07/12 | 07/12 | 2416407JKTD53YB85 | TRADER JOE'S #00006361 WILMINGTON  DE | 5.58 | |
| 07/12 | 07/12 | 2443565JJTT4VET4V | EDUCATION DIRECT   888-427-1000 PA | 34.00 | |
| 07/13 | 07/13 | 2416405JLB018X4Q7 | EXXONMOBIL83  04699195 NEWPORT  DE | 17.01 | |
| 07/13 | 07/13 | 2416405JLB018ZJB2 | EXXONMOBIL83  04699195 NEWPORT  DE | 11.00 | |
| 07/13 | 07/13 | 2422443JL9RZY69EL | KEE SUPPLY CO. WILMINGTON  DE | 8.89 | |
| 07/13 | 07/13 | 2469216JL006H8MRN | TEXACO INC 91014078295 HOCKESSIN  DE | 6.26 | |
| 07/14 | 07/14 | 2430133JMQR2GSN7Y | RESPOND COM     866-6385323 VA | 30.00 | *Marcia* |
| 07/14 | 07/14 | 2430133JMQR2GVFJJ | RESPOND COM     866-6385323 VA | 60.00 | |
| 07/14 | 07/14 | 2439900JM6HF4NHD3 | CUMBERLAND    92029073 NEW CASTLE  DE | 4.18 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call                    To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                           302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

7623    M3D   1     21      O  7          Page 1 of 2       3996    5600    RVS2   0001   040721    O1AC7623    6640

7/04

2

**WILMINGTON TRUST VISA SERVICES**

<u>Account number</u>    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/14 | 07/14 | 2461043JM09FAQJ3A | THE HOME DEPOT #1605 NEW CASTLE DE | 7.94 | |
| 07/14 | 07/14 | 2461043JM09FAQJ44 | THE HOME DEPOT #1605 NEW CASTLE DE | 12.25 | |
| 07/14 | 07/14 | 2461043JM09FAQJ90 | THE HOME DEPOT #1605 NEW CASTLE DE | 2.88 | |
| 07/14 | 07/14 | 2461043JM09FAQMK0 | THE HOME DEPOT #1605 NEW CASTLE DE | 14.95 | |
| 07/15 | 07/15 | 2410838JN8AXARPK1 | GRAVELY HOCKESSIN INC HOCKESSIN DE | 87.34 | |
| 07/15 | 07/15 | 2413829JN9HDRTKSE | LOWE'S #622 WILMINGTON DE | 157.94 | |
| 07/15 | 07/15 | 2445501JN5RSW8W32 | WAWA INC # 842 HOCHESSIN DE | 15.88 | |
| 07/15 | 07/15 | 2469216JN00AZGZ3S | SHELL OIL 91002614193 NEW CASTLE DE | 21.57 | |
| 07/15 | 07/15 | 2409800JNWGY4NN39 | PLANNED PARENT-2 WILMINGTON DE | 15.00 | |
| 07/16 | 07/16 | 2413829JP9HDX5FQ5 | LOWE'S #622 WILMINGTON DE | 11.99 | |
| 07/16 | 07/16 | 2414203JRWFJ5V225 | WLI*RESERVATIONREWARDS.CO888-6885995 CT | 9.00 | |
| 07/16 | 07/16 | 2430133JTQR2HQ9E7 | RESPOND COM        866-6385323 VA | 99.00 | |
| 07/16 | 07/16 | 2445501JP5TRN3XSD | WAWA INC # 826 WILMINGTON DE | 19.68 | |
| 07/16 | 07/16 | 2469216JP00D8BVHJ | SHELL OIL 91002614157 WILMINGTON DE | 25.00 | |
| 07/17 | 07/17 | 2413829JR9HE1SGL9 | LOWE'S #622 WILMINGTON DE | 125.85 | |
| 07/17 | 07/17 | 2416405JRB018ZA2L | EXXONMOBIL83 04699195 NEWPORT DE | 55.00 | |
| 07/17 | 07/17 | 2441800JT5VAM0G9N | GATEWAY GARDEN CENTER HOCKESSIN DE | 266.42 | |
| 07/17 | 07/17 | 2441800JT5VQ418V5 | COUNTRYSIDE NURSERY & GAR NEWARK DE | 282.55 | |
| 07/17 | 07/17 | 2443565JP60Z142NM | CHADDS FORD GREENHOUSES CHADDS FORD PA | 147.84 | |
| 07/17 | 07/17 | 2445501JR5SNFKVGB | WAWA #844 NEW ARK DE | 20.78 | |
| 07/17 | 07/17 | 2449280JR3DWMM8Y7 | J FRANKLIN STYER NURSERIE CONCORDVILLE PA | 265.79 | |
| 07/17 | 07/17 | 2469216JR00EQRE1Q | TEXACO INC 91002614291 BEAR DE | 35.00 | |
| 07/18 | 07/18 | 2413829JT9HE5KLWG | LOWE'S #217 BEAR DE | 43.33 | |
| 07/19 | 07/19 | 2407314JSX37ZSNFL | ASSOCIATED LANDSCAPE CON 703-736-9666 VA | 723.00 | |
| 07/19 | 07/19 | 2416405JSB018XX71 | EXXONMOBIL83 04754503 NEW CAST DE | 35.00 | |
| 07/19 | 07/19 | 2441800JS5W7S7Z29 | COUNTRYSIDE NURSERY & GAR NEWARK DE | 14.95 | |
| 07/19 | 07/19 | 2441800JS5W738SBP | GATEWAY GARDEN CENTER HOCKESSIN DE | 223.54 | |
| 07/19 | 07/19 | 2445501JT5VJFW2TJ | PEP UP GEORGETOWN DE | 500.00 | |
| 07/19 | 07/19 | 2469216JT00FW77NG | MWI*BUSINESSMAX      888-584-2217 CT | 9.95 | |
| 07/19 | 07/19 | 2469216JT00H09MBN | UPC*VISTAPRINT.COM    781-890-8434 MA | 152.99 | |
| 07/20 | 07/20 | 2405523JS004JFG2G | THE CONARD-PYLE CO WEST GROVE PA | 567.74 | |
| 07/20 | 07/20 | 2430133JSQR2J6K67 | RESPOND COM        866-6385323 VA | 60.00 | |

pep up

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |
| Cash Advances | $0.00 | 12.500% | 12.500% | 0.0342% | $0.00 |

A189

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call            To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378            302-636-6621

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

| | |
|---|---|
| Account number | 4098 0000 3712 7854 |

| | |
|---|---|
| New balance | $6,977.38 |
| *Minimum Payment Due* | $140.00 |
| Payment Due Date | 09/15/04 |

Address or home telephone change? Indicate here:

_____

_____

AMOUNT ENCLOSED    $ _____

Make payable to  WILMINGTON TRUST COMPANY

COLEMAN D HOMSEY                                    4744
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

999954982   4098000037127854

∟Detach this top portion and return payment using enclosed envelope.⌐



### VISA ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $7,095.12 |
| Payments | $7,095.12 |
| Credits | $375.00 |
| Purchases & other charges | $7,352.38 |
| Cash advances | $0.00 |
| **FINANCE CHARGE** | $0.00 |
| New Balance | $6,977.38 |

### CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 08/21/04 |
| Days In Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 08/21/04 | NONE |
| Minimum Payment Due | $140.00 |
| Payment due date | 09/15/04 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/20 | 07/22 | 2416405JVB018YT81 | EXXONMOBIL83 04699195 NEWPORT DE | 27.03 | |
| 07/20 | 07/22 | 2444500JVTETXDWPX | HAPPY HARRY'S #51 STANTON DE | 51.49 | |
| 07/20 | 07/22 | 2449124JVF947MBZH | NEWPORT PIZZA NEWPORT DE | 35.15 | |
| 07/21 | 07/22 | 2416405JWB018XLPT | EXXONMOBIL83 04699195 NEWPORT DE | 37.00 | |
| 07/21 | 07/22 | 2416405JWB018X74Q | EXXONMOBIL83 04699195 NEWPORT DE | 72.00 | |
| 07/21 | 07/22 | 2432303JW3HTXVX0J | BRANDYWINE PATIO & FIR WEST CHESTER PA | 156.35 | |
| 07/21 | 07/22 | 2432303JW3HTXVX0S | BRANDYWINE PATIO & FIR WEST CHESTER PA | 67.84 | |
| 08/02 | 08/02 | 7409800K800XTMK80 | PAYMENT – THANK YOU | | 7,095.12– |
| 08/05 | 08/05 | 2430133KBQR2NM7JJ | RESPOND COM     866-6385323 VA | 60.00 | |
| 08/05 | 08/05 | 2432684KBAQRV38NY | VIAVIENTE, LTD     800-806-1418 TX | (124.00) | |
| 08/05 | 08/05 | 2438894KAKGAQE8N0 | WINNERS CHOICE READING  888-621-9695 GA | 522.00 | |
| 08/06 | 08/06 | 2438775KQ03PTYY6A | STRAWBRIDGE – CONCORD WILLMINGTON DE | 119.98 | |
| 08/06 | 08/06 | 2439900KBSN0R9VKN | KAY-BEE TOYS 00001016 WILMINGTON DE | 189.94 | |
| 08/06 | 08/06 | 2443565KD6VTB4FHL | AMERICAN FURNITURE RNTL NEW CASTLE DE | (320.00) | |
| 08/06 | 08/06 | 2449398KG6017BMV6 | POWELL'S BURNSIDE PORTLAND OR | 54.90 | |
| 08/06 | 08/06 | 2471705KQ3HS2EEV3 | 360 VINYL AND CLOTHING PORTLAND OR | 22.00 | |
| 08/07 | 08/07 | 2443565KD5V097QVP | THE WINE AND SPIRIT COMP GREENVILLE DE | 43.35 | |
| 08/07 | 08/07 | 2445501KQ6D9BHS6Y | INCENSE MAGIC PORTLAND OR | 30.00 | |
| 08/07 | 08/07 | 2449398KDWJXM4PVT | CINGULAR 3096 WILMINGTON, DE | (300.00) | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

| Customer Service Inquiries, call | To report a lost/stolen Credit Card or Quick Check Card |
|---|---|
| 302-652-2378    800-523-2378 | 302-636-6621 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| 7623 | M3D | 1 | 21 | O 7 | Page 1 of 3 | 3996 | 5500 | RVS2 | 0001 | 040820 | O1AC7623 | 4744 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

A190

8/07
2

## WILMINGTON TRUST VISA SERVICES

Account number    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 08/07 | 2461043KD03RFP6MX | SEARS.COM     9300    800-349-4358 IA | 2,274.97 | |
| 08/07 | 08/07 | 2471705KDJN3KYGJQ | THE BOILER ROOM PORTLAND  OR | 15.75 | |
| 08/08 | 08/08 | 2416407KEEQ49L753 | BORDERS BOOKS 01000652 PORTLAND  OR | 25.00 | |
| 08/08 | 08/08 | 2416407KEKW9K0746 | AMOCO OIL   08128993 GREENVILLE  DE | 6.10 | |
| 08/08 | 08/08 | 2416407KEKW9K3JJ3 | AMOCO OIL   07722333 NEW CASTLE  DE | 6.72 | |
| 08/08 | 08/08 | 2416407KEP8AMALHP | AMOCO OIL   07722333 NEW CASTLE  DE | 15.89 | |
| 08/08 | 08/08 | 2416407KEP8AM794S | AMOCO OIL   08128993 GREENVILLE  DE | 23.10 | |
| 08/08 | 08/08 | 2426941KDEJ1VET64 | PETERSONS NEWSSTAND CONV PORTLAND  OR | 4.95 | |
| 08/08 | 08/08 | 2445501KE6F6BK762 | NEW SEASONS MARKET PORTLAND  OR | 11.40 | |
| 08/08 | 08/08 | 2449398KEBMH4HN9L | EINSTEIN NOAH BAGEL 1936 GREENVILLE  DE | 25.79 | |
| 08/09 | 08/09 | 2413829KF9GK86L4K | LOWE'S #217 BEAR  DE | 199.07 | |
| 08/09 | 08/09 | 2413829KF9GK86L4S | LOWE'S #217 BEAR  DE | 24.98 | |
| 08/09 | 08/09 | 2422443KF8468JLB8 | ORION PIZZERIA MENDENHALL  PA | 23.97 | |
| 08/09 | 08/09 | 2422443KF8468JL8D | ORION PIZZERIA MENDENHALL  PA | 60.46 | |
| 08/09 | 08/09 | 2422443KG8468JL8Q | ORION PIZZERIA MENDENHALL  PA | 10.00 | |
| 08/09 | 08/09 | 2441800KF6FTDTSZX | COUNTRYSIDE NURSERY & GAR NEWARK  DE | 24.50 | |
| 08/09 | 08/09 | 2444500KFTXPS4ZAB | HAPPY HARRY'S #69 WILMINGTON  DE | 92.07 | |
| 08/09 | 08/09 | 2444500KFTXV51M4A | ZUPAN'S MARKET   SJ7 PORTLAND  OR | 29.90 | |
| 08/09 | 08/09 | 2449398KF985P9423 | CITY PORTLAND–DEPT TRANS PORTLAND  OR | 1.50 | |
| 08/09 | 08/09 | 2471705KF3HV09JP1 | KATINAS DELI AND GROCERY PORTLAND  OR | 6.08 | |
| 08/09 | 08/09 | 2480390KF09A14L6V | RUGATEERS CLEARWATER  FL | 338.00 | |
| 08/10 | 08/10 | 2422443KG8468JLAF | ORION PIZZERIA MENDENHALL  PA | 25.49 | |
| 08/10 | 08/10 | 2440369KGS6JMNY0E | VIVA MAZATLAN PORTLAND  OR | 26.45 | |
| 08/10 | 08/10 | 2443565KFTT4VEPY8 | EDUCATION DIRECT    888-427-1000 PA | 34.00 | |
| 08/10 | 08/10 | 2444500KGTYF95ZHQ | NORDSTROM–RACK #0028 PORTLAND  OR | 24.90 | |
| 08/10 | 08/10 | 2477300KG3HV5WKJW | WOMEN TO WOMEN OB GYN WILMINGTON  DE | 150.00 | |
| 08/12 | 08/12 | 2416407KHP8AT8MJP | AMOCO OIL   08128993 GREENVILLE  DE | 22.01 | |
| 08/12 | 08/12 | 2469216KH006N81K1 | UPC*VISTAPRINT.COM    800-721-6214 MA | 113.30 | |
| 08/13 | 08/13 | 2445501KJ6JVXN5RN | CREDITREPORT8004933292   800-493-3292 CA | 34.95 | |
| 08/13 | 08/13 | 2469216KJ0074E22T | KIN*ALCA      858-795-3090 CA | 375.00 | |
| 08/13 | 08/13 | 2469216KJ0074E24S | KIN*ALCA      858-795-3090 CA | 977.50 | |
| 08/15 | 08/15 | 2430133KMQR2T60XZ | RESPOND COM     866-6385323  VA | 56.00 | |
| 08/15 | 08/15 | 2444500KMS27B2BLY | HAPPY HARRY'S #69 WILMINGTON  DE | 8.18 | |
| 08/15 | 08/15 | 2471705KMJN5PSH7X | NATIONWIDE WAREHOUSE NC20 NEW CASTLE  DE | 10.00 | |
| 08/17 | 08/17 | 2445501KN6NM578BH | SUNOCO HOCKESSIN  DE | 31.42 | |
| 08/17 | 08/17 | 7469216KN00EDRN7S | KIN*ALCA      858-795-3090 CA | | 375.00- |
| 08/18 | 08/18 | 2469216KP00HLKR60 | MWI*BUSINESSMAX     888-584-2217 CT | 9.95 | |

****************IMPORTANT DISCLOSURE NOTICE****************

YOUR NEXT STATEMENT WILL CONTAIN AN ANNUAL   $18.00 FEE.

THE ENCLOSED DISCLOSURE NOTICE DETAILS YOUR RIGHTS.

A191

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    O  7    Page 2 of 3    3996    5600    RVS2  0001  040820    01AC7623    .4744

10/04

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

## WILMINGTON TRUST VISA SERVICES

| | |
|---|---|
| Account number | **4098 0000 3712 7854** |
| New balance | $6,852.69 |
| *Minimum Payment Due* | $138.00 |
| Payment Due Date | 11/15/04 |

AMOUNT ENCLOSED    $ _____

Address or home telephone change? Indicate here:

_____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

5246
COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

999954982    4098000037127854

∟Detach this top portion and return payment using enclosed envelope.⌐

 

| VISA ACCOUNT ACTIVITY | | CREDIT AND OTHER INFORMATION | |
|---|---|---|---|
| Account Number | 4098 0000 3712 7854 | Statement Date | 10/21/04 |
| Previous balance | $481.49 | Days In Billing Cycle | 30 |
| Payments | $499.49 | Credit Line | $6,700 |
| Credits | $0.00 | Available Credit as of 10/21/04 | NONE |
| Purchases & other charges | $6,870.69 | Minimum Payment Due | $138.00 |
| Cash advances | $0.00 | Payment due date | 11/15/04 |
| FINANCE CHARGE | $0.00 | Send inquiries to: WILMINGTON TRUST COMPANY | |
| New Balance | $6,852.69 | FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894 | |

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 07/28 | 09/22 | F399600M1000SQ273 | QUESTSAVERS    00-527-1656 T | 8.95 | |
| 08/28 | 09/22 | F399600M1000SQ273 | QUESTSAVERS    00-527-1656 T | 8.95 | |
| 09/21 | 09/22 | 2400870LSD5G5XVQB | COLLIER'S OF CENTREVIL CENTREVILLE DE | 15.50 | |
| 09/21 | 09/22 | 2420987LSDRMD0TWS | BUCKLEY'S TAVERN CENTERVILLE DE | 48.60 | |
| 09/21 | 09/22 | 2469216LT00PZ3W8A | MWI*BUSINESSMAX    888-584-2217 CT | 9.95 | |
| 09/22 | 09/22 | 2469216LS00R9PGZX | TWX*AOLforBROADBAND SETTL888-889-7201 VA | 29.95 | |
| 09/22 | 09/22 | 2469216LS00R9PLTV | TWX*AOL PREMIUM SVCE SETT888-265-4042 VA | 12.90 | |
| 09/23 | 09/23 | 2416407LVP8Q149YA | AMOCO OIL   08128993 GREENVILLE DE | 33.30 | |
| 09/23 | 09/23 | 2430133LWQR34WF02 | RESPOND COM    866-6385323 VA | 100.00 | |
| 09/23 | 09/23 | 2449124LWF964NG0Y | NEWPORT PIZZA NEWPORT DE | 11.70 | |
| 09/23 | 09/23 | 2461043LW03SDXJ3K | 7-ELEVEN 20027 WILMINGTON DE | 32.91 | |
| 09/24 | 09/24 | 2410838LX8AXARPJK | GRAVELY HOCKESSIN INC HOCKESSIN DE | 1,300.00 | ✱ |
| 09/25 | 09/25 | 2449280LY3E6BWLL1 | UTAGE JAPANESE RSTR WILMINGTON DE | 90.65 | |
| 09/25 | 09/25 | 2469216LY003HMRGB | SHELL OIL 91002614193 NEW CASTLE DE | 20.08 | |
| 09/26 | 09/26 | 2416407LY2LR8NYW7 | TARGET    00011460 WILMINGTON DE | 19.99 | |
| 09/26 | 09/26 | 2422443LZ9N9FJTNK | KINETICS SKATEBOAR WILMINGTON DE | 89.00 | |
| 09/26 | 09/26 | 2469216LY002RD155 | TWX*AOL PREMIUM SVCE 0904888-265-9269 VA | 12.90 | |
| 09/26 | 09/26 | 2469216LY002RX99J | TWX*AOLforBROADBAND 0904 888-889-7201 VA | 24.95 | |
| 09/27 | 09/27 | 2422443M0933BZFLY | LIGHT HOUSE OF DEL HOCKESSIN DE | 118.00 | |

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**

Customer Service Inquiries, call          To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378          302-636-6621

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

A192

## WILMINGTON TRUST VISA SERVICES

**Account number    4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 09/27 | 09/27 | 2443565LZ60178D2S | HARVEST MARKET HOCKESSIN DE | 59.09 | |
| 09/27 | 09/27 | 2443565LZ60178D43 | HARVEST MARKET HOCKESSIN DE | 10.29 | |
| 09/27 | 09/27 | 2444500M0V2B66SE8 | HAPPY HARRY'S INC #25 GREENVILLE DE | 14.17 | |
| 09/27 | 09/27 | 2445501LZ1PW5ADVM | PAT'S PIZZERIA     302-999-7717 DE | 26.70 | |
| 09/27 | 09/27 | 2445501LZ1587A0BF | TUESDAY MORNING #0204 HOCKESSIN DE | 152.47 | |
| 09/27 | 09/27 | 2469216LZ0056K41X | SMI*SERVICEMAGIC, INC.  877-947-3639 CO | 160.30 | |
| 09/28 | 09/28 | 2449280M03DWMM8MH | FASHION PLACE-MEN WILMINGTON DE | 55.97 | |
| 09/28 | 09/28 | 2409800M0WGXFDWFA | WILD THYME INC CENTREVILLE DE | 48.00 | |
| 09/29 | 09/29 | 2416405M2B018YABM | EXXONMOBIL83  04699195 NEWPORT DE | 65.06 | |
| 09/29 | 09/29 | 2444500M2V3RN7X6J | HAPPY HARRY'S #69 WILMINGTON DE | 32.10 | |
| 09/29 | 09/29 | 2444500M2V3RN7X9S | HAPPY HARRY'S #69 WILMINGTON DE | 13.83 | |
| 09/29 | 09/29 | 2444500M2V3W6LNEF | ZUPAN'S MARKET  SJ7 PORTLAND OR | 23.90 | |
| 09/29 | 09/29 | 2445501M10JL1LVST | INCENSE MAGIC PORTLAND OR | 65.00 | |
| 09/29 | 09/29 | 2445501M23FRAR8WR | SUNOCO HOCKESSIN DE | 30.08 | |
| 09/29 | 09/29 | 2448540M1WGX2SXK0 | MR MULCH DELAWARE INC MIDDLETOWN DE | 267.00 | |
| 09/30 | 09/30 | 2415838M3V4MHNPAD | K & L HAIR DESIGNS NEW CASTLE DE | 30.00 | |
| 09/30 | 09/30 | 2422443M38468JL8A | ORION PIZZERIA MENDENHALL PA | 8.86 | |
| 09/30 | 09/30 | 2422443M38468JL9Q | ORION PIZZERIA MENDENHALL PA | 4.00 | |
| 09/30 | 09/30 | 2444500M3V4LN53EL | ZUPAN'S MARKET  SJ7 PORTLAND OR | 25.09 | |
| 09/30 | 09/30 | 2449215M3P68YWLFE | COUNTERMEDIA PORTLAND OR | 18.94 | |
| 09/30 | 09/30 | 2449398M36017BFDB | POWELL'S BURNSIDE PORTLAND OR | 23.48 | |
| 09/30 | 09/30 | 2409800M2WGX9GGGJ | THE WATCHMAKER WILMINGTON DE | 730.00 | |
| 09/30 | 09/30 | 2448540M2WGX2SZRW | MR MULCH DELAWARE INC MIDDLETOWN DE | 130.00 | |
| 10/01 | 10/01 | 2432684M4AQS7XKJV | VIAVIENTE, LTD     800-806-1418 TX | 124.00 | |
| 10/01 | 10/01 | 2444500M5V5EFHQYV | ZUPAN'S MARKET  SJ7 PORTLAND OR | 11.12 | |
| 10/01 | 10/01 | 2445501M4LM7R9BXQ | WAWA INC # 842 HOCHESSIN DE | 5.98 | |
| 10/01 | 10/01 | 2469216M400GATFBW | TEXACO INC 91002614184 HOCKESSIN DE | 28.80 | |
| 10/01 | 10/01 | 2471705M33VLGA1ER | REGAL CINEMAS FOX TOWER10 PORTLAND OR | 8.50 | |
| 10/01 | 10/01 | 2475542M53VLZK2B4. | MIMI MATERNITY 1148 NEWARK DE | 318.80 | |
| 10/02 | 10/02 | 2430153M5S66M99MQ | AYCARAMBA MEXICAN GRILL BEAVERTON OR | 6.45 | |
| 10/02 | 10/02 | 2444500M5V5SNX2W5 | FRED-MEYER #0482  SFJ BEAVERTON OR | 13.50 | |
| 10/02 | 10/02 | 2449215M5NQ699B8Q | FRY'S ELECTRONICS #16 WILSONVILLE OR | 36.46 | |
| 10/02 | 10/02 | 2469216M400GMSP4S | SHELL OIL 27440482308 BEAVERTON OR | 3.69 | |
| 10/03 | 10/03 | 2440369M681Z7S46W | SIAM THAI CEDAR HILLS BEAVERTON OR | 15.40 | |
| 10/03 | 10/03 | 2445501M50JL1JWLA | INCENSE MAGIC PORTLAND OR | 106.00 | |
| 10/04 | 10/04 | 2422443M78468JLBB | ORION PIZZERIA MENDENHALL PA | 38.02 | |
| 10/04 | 10/04 | 2471705M6MAEJJAML | WASHCO LAWN AND GARDEN BEAVERTON OR | 5.37 | |
| 10/05 | 10/05 | 2422443M88468JLEB | ORION PIZZERIA MENDENHALL PA | 11.88 | |
| 10/05 | 10/05 | 2422443M98468JL8Q | ORION PIZZERIA MENDENHALL PA | 6.00 | |
| 10/05 | 10/05 | 2445501M70JL1L9PT | INCENSE MAGIC PORTLAND OR | 65.00 | |
| 10/06 | 10/06 | 2449398M94YSVPBFK | RICH'S CIGAR STORE(R) PORTLAND OR | 6.75 | |
| 10/06 | 10/06 | 2449398M960A4WDVT | POWELL'S TECHNICAL PORTLAND OR | 135.90 | |
| 10/06 | 10/06 | 2449398M96017BJKE | POWELL'S BURNSIDE PORTLAND OR | 23.73 | |
| 10/07 | 10/07 | 2416405MAB018YYWJ | EXXONMOBIL83  04699195 NEWPORT DE | 26.00 | |
| 10/07 | 10/07 | 2416407MAP8QE8SXG | AMOCO OIL  04801874 NEW CASTLE DE | 58.34 | |
| 10/07 | 10/07 | 2416407M9P8QE8HQH | AMOCO OIL  04801874 NEW CASTLE DE | 24.25 | |

A193

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**
Customer Service Inquiries, call            To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378            302-636-6621

7623    M3D    1    21    O 7    Page 2 of 3    3996    5600    RVS2    0002    041021    O1AC7623    5246

10/07

# WILMINGTON TRUST VISA SERVICES

**Account number    4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 10/07 | 10/07 | 2422443MA7MME3YYS | A MAN WITH A CAN       302-834-7034 DE | 751.57 | |
| 10/07 | 10/07 | 2444574MAV9T7LYAM | OFFICE DEPOT #645 PORTLAND  OR | 11.96 | |
| 10/08 | 10/08 | 2461043MB03RXX6GB | STAPLES #932 WILMINGTON  DE | 203.33 | |
| 10/08 | 10/08 | 2469216MA00XBT2GA | SMI*SERVICEMAGIC, INC.  877-947-3639 CO | 48.00 | |
| 10/08 | 10/08 | 2477300MB3JQTME9E | WOMEN TO WOMEN OB GYN WILMINGTON DE | 53.50 | |
| 10/09 | 10/09 | 2439975MQS66DF20J | MORELA MEXICAN NEWARK  DE | 37.80 | |
| 10/09 | 10/09 | 2445501MBLYHXDZ2G | CREDITREPORT8004933292  800-493-3292 CA | 50.85 | |
| 10/09 | 10/09 | 2445501MBLYHXE2AK | CREDITREPORT8004933292  800-493-3292 CA | 29.95 | |
| 10/09 | 10/09 | 2475542MBMAG3K18B | SILVIEW PIZZA SUB SHOP NEWPORT DE | 19.95 | |
| 10/11 | 10/11 | 7409800ME00XTMJPB | PAYMENT – THANK YOU | | 18.00– |
| 10/15 | 10/15 | 2415813MK2YX7P660 | SERVICE DISPOSAL OF DE WILMINGTON DE | 417.28 | |
| 10/15 | 10/15 | 2430133MHQR3AZBYB | RESPOND COM       866-6385323 VA | 94.00 | |
| 10/15 | 10/15 | 2469216MH00D44WT5 | SMI*SERVICEMAGIC, INC.  877-947-3639 CO | 46.00 | |
| 10/18 | 10/18 | 2443565MLTT4VE9BS | EDUCATION DIRECT       888-427-1000 PA | 34.00 | |
| 10/19 | 10/19 | 2469216MM00L17YM0 | AP9*BUSINESSMAX       888-584-2217 CT | 9.95 | |
| 10/20 | 10/20 | 7409800MP01RNV3BH | PAYMENT – THANK YOU | | 481.49– |

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 13.250% | 13.250% | 0.0363% | $0.00 |
| Cash Advances | $0.00 | 13.250% | 13.250% | 0.0363% | $0.00 |

A194

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call
302-652-2378     800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    O 7    Page 3 of 3    3996    5600    RVS2 . 0002  041021    O1AC7623    5246

**WILMINGTON TRUST VISA SERVICES**

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

| Account number | 4098 0000 3712 7854 |
|---|---|
| New balance | $546.06 |
| *Minimum Payment Due* | $11.00 |
| Payment Due Date | 12/16/04 |

Address or home telephone change? Indicate here:

AMOUNT ENCLOSED    $ _____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

COLEMAN D HOMSEY                                3967
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

999954982   4098000037127854

⌐ ...Detach this top portion and return payment using enclosed envelope... ⌐

 

| VISA ACCOUNT ACTIVITY | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $6,852.69 |
| Payments | $6,852.69 |
| Credits | $0.00 |
| Purchases & other charges | $546.06 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $546.06 |

| CREDIT AND OTHER INFORMATION | |
|---|---|
| Statement Date | 11/21/04 |
| Days In Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 11/21/04 | $6,153 |
| Minimum Payment Due | $11.00 |
| Payment due date | 12/16/04 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 10/24 | 10/24 | 2439900MVSAMBFDKN | KMART      00048074 BEAR  DE | 11.99 | |
| 10/25 | 10/25 | 2412479MV8AZZ8JZF | HANOVER SHOE STORE 115 NEWARK  DE | 32.00 | |
| 10/25 | 10/25 | 2424651MXET7T48RS | TOYS R US #8314 NEWARK  DE | 89.98 | |
| 10/25 | 10/25 | 2432301MW3EQA8844 | DOMINOS PIZZA #4404 NEW CASTLE  DE | 36.14 | |
| 10/25 | 10/25 | 2439900MWMD0FQBDV | PATHMARK #5   00005892 WILMINGTON  DE | 148.84 | |
| 10/26 | 10/26 | 2413829MX60T29GXZ | NEWARK COMM CO–OP NEWARK  DE | 47.32 | |
| 10/26 | 10/26 | 2416407MXP8D0P1LA | AMOCO OIL   08128993 GREENVILLE  DE | 33.00 | |
| 10/26 | 10/26 | 2469216MW002GZGRD | TWX*AOLforBROADBAND 1004 888–889–7201 VA | 24.95 | |
| 10/26 | 10/26 | 2469216MW002HD83A | TWX*AOL PREMIUM SVCE 1004888–265–9269 VA | 12.90 | |
| 10/27 | 10/27 | 2439900MX8K5HDG4Y | BEST BUY   00004655 WILMINGTON  DE | 14.99 | |
| 10/28 | 10/28 | F399600N3000SQ307 | QUESTSAVERS      800–527–1656 TX | 8.95 | |
| 10/28 | 10/28 | 2475542MY3VWFY37T | ROBERT L GALLO INDUSTRAIL NEW CASTLE  DE | 85.00 | |
| 11/18 | 11/18 | 7409800NL01RMWJH8 | PAYMENT – THANK YOU | | 6,852.69– |

A195

**For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.**
Customer Service Inquiries, call                 To report a lost/stolen Credit Card or Quick Check Card
302-652-2378    800-523-2378                      302-636-6621

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**WILMINGTON TRUST VISA SERVICES**

<u>Account number</u>     <u>4098 0000 3712 7854</u>
COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

## FINANCE CHARGE CALCULATION

|  | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 13.500% | 13.500% | 0.0370% | $0.00 |
| Cash Advances | $0.00 | 13.500% | 13.500% | 0.0370% | $0.00 |

A196

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378     800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623     M3D     1     21     7     Page 2 of 2     3996     5600     RVS2     0002     041121     O1AC7623     3967

# WILMINGTON TRUST VISA SERVICES

Account number    4098 0000 3712 7854

| | |
|---|---|
| New balance | $3,095.15 |
| *Minimum Payment Due* | $62.00 |
| Payment Due Date | 01/15/05 |

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

AMOUNT ENCLOSED    $ _____

Address or home telephone change? Indicate here:

_____

_____

Make payable to  WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

wllwlulllwlllwlllulllllwllwlllllwlllwlll

COLEMAN D HOMSEY                                38
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

wllwlllllwlllwlllllwlllllwlllllwlllwlll

999954982  4098000037127854

⌐ Detach this top portion and return payment using enclosed envelope. ⌐

 

## VISA ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $546.06 |
| Payments | $555.03 |
| Credits | $17.08 |
| Purchases & other charges | $3,121.20 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $3,095.15 |

## CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 12/21/04 |
| Days in Billing Cycle | 30 |
| Credit Line | $6,700 |
| Available Credit as of 12/21/04 | NONE |
| Minimum Payment Due | $62.00 |
| Payment due date | 01/15/05 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 10/28 | 11/22 | F399600P0000SQ336 | QUESTSAVERS        00-527-1656 T | 8.95 | |
| 11/22 | 11/22 | 2443565NPTT4VF6F8 | EDUCATION DIRECT    888-427-1000 PA | 34.00 | |
| 11/23 | 11/22 | 2469216NR0006RJJG | AP9*BUSINESSMAX     888-584-2217 CT | 9.95 | |
| 11/24 | 11/24 | 2443565NT037JQTBY | SNOW & ICE MGMT ASSOC  814-835-3577 PA | 170.00 | |
| 11/24 | 11/24 | 2461043NT231SMRTN | COMCAST SPOTLIGHT   610-344-9000 PA | 2,132.00 | |
| 11/26 | 11/26 | 2469216NV006FZYL5 | TWX*AOLforBROADBAND 1104 888-889-7201 VA | 24.95 | |
| 11/26 | 11/26 | 2469216NV008GL96T | TWX*AOL PREMIUM SVCE 1104888-265-9269 VA | 12.90 | |
| 11/30 | 11/30 | 7409800P001RMWHJE | PAYMENT – THANK YOU | | 546.06- |
| 12/01 | 12/01 | 2432684P1AQVPKJ8S | VIAVIENTE, LTD      800-806-1418 TX | 127.00 | |
| 12/06 | 12/06 | F399600P5000LS341 | AN ADJUSTMENT TO YOUR ACCOUNT | | 8.95- |
| 12/10 | 12/10 | 2443565P9TT4VEKDT | EDUCATION DIRECT    888-427-1000 PA | 34.00 | |
| 12/12 | 12/12 | 2416407PQP8EQP48Y | AMOCO OIL   08128993 GREENVILLE  DE | 26.06 | |
| 12/12 | 12/12 | 2416407PQP8EQP496 | AMOCO OIL   08128993 GREENVILLE  DE | 29.00 | |
| 12/12 | 12/12 | 2439900PQMD0FQBWY | PATHMARK #5  00005892 WILMINGTON DE | 45.72 | |
| 12/12 | 12/12 | 2469216PB00FR0DSH | AMZ*Amazon Payments AMAZON.COM WA | 31.96 | |
| 12/12 | 12/12 | 2469216PB00FR0DST | AMZ*Amazon Payments AMAZON.COM WA | 33.45 | |
| 12/12 | 12/12 | 2469216PB00FR0DVV | AMZ*Amazon Payments AMAZON.COM WA | 16.98 | |
| 12/12 | 12/12 | 2469216PB00FR0DV1 | AMZ*Amazon Payments AMAZON.COM WA | 38.92 | |
| 12/12 | 12/12 | 2469216PB00FR0DWB | AMZ*Amazon Payments AMAZON.COM WA | 37.95 | |

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call

302-652-2378      800-523-2378

To report a lost/stolen Credit Card or Quick Check Card

302-636-6621

A197

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## WILMINGTON TRUST VISA SERVICES

Account number    4098 0000 3712 7854

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

### VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 12/12 | 12/12 | 2469216PB00FR0DWK | AMZ*Amazon Payments AMAZON.COM WA | 21.99 | |
| 12/12 | 12/12 | 2469216PB00FR0DW3 | AMZ*Amazon Payments AMAZON.COM WA | 36.95 | |
| 12/12 | 12/12 | 2469216PB00FR0J0T | AMZ*Amazon Payments AMAZON.COM WA | 28.48 | |
| 12/12 | 12/12 | 2469216PB00FR0J1B | AMZ*Amazon Payments AMAZON.COM WA | 54.00 | |
| 12/13 | 12/13 | 2469216PQ00GVJ15Y | AMZ*SUPERSTORE AMAZON.COM WA | 68.00 | |
| 12/13 | 12/13 | 2469216PQ00G0NHRY | AMZ*Amazon Payments AMAZON.COM WA | 97.97 | |
| 12/15 | 12/15 | F399600PG000IXFRL | PAYMENT – THANK YOU | | 8.97– |
| 12/17 | 12/17 | 7469216PG00WF171K | AMZ*Amazon Payments AMAZON.COM WA | | 8.13– |

THIS ACCOUNT HAS BEEN REPORTED LOST OR STOLEN. PLEASE DO NOT USE THIS ACCOUNT NUMBER.

YOU WILL RECEIVE A STATEMENT WITH YOUR NEW ACCOUNT NUMBER AND BALANCE INFORMATION.

### FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $0.00 | 13.500% | 13.500% | 0.0370% | $0.00 |
| Cash Advances | $0.00 | 13.500% | 13.500% | 0.0370% | $0.00 |

### QUICK TIPS

PARA ASISTENCIA EN ESPAÑOL,
LLAME 1-800-523-2378 Y OPRIMA EL NUMERO DOS.

A198

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

7623    M3D    1    21    L    3    Page 2 of 2    3996    5600    RVS2    0001    041221    O1AC7623    38

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-0001

**WILMINGTON TRUST VISA SERVICES**

Account number  4098 0000 3712 7854

| | |
|---|---|
| New balance | $111.69 |
| *Minimum Payment Due* | **$20.00** |
| Payment Due Date | 03/18/05 |

**Address or home telephone change? Indicate here:**

_____

**AMOUNT ENCLOSED    $ _____**

**Make payable to  WILMINGTON TRUST COMPANY**

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498

COLEMAN D HOMSEY                                    44
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

⑈999954982⑈ 4098000037127854‴

⌐ Detach this top portion and return payment using enclosed envelope. ⌐



## VISA ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | 4098 0000 3712 7854 |
| Previous balance | $55.93 |
| Payments | $0.00 |
| Credits | $0.00 |
| Purchases & other charges | $54.70 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $1.06 |
| New Balance | $111.69 |

## CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 02/21/05 |
| Days in Billing Cycle | 31 |
| Credit Line | $6,700 |
| Available Credit as of 02/21/05 | NONE |
| Past Due Amount | $10.00 |
| Minimum Payment Due | $20.00 |
| Payment due date | 03/18/05 |

Send Inquiries to:  WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

## VISA TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 12/28 | 01/22 | F3996000Z000SQ031 | QUESTSAVERS | 00-527-1656 T | 8.95 | |
| 01/28 | 01/28 | F3996001600SQ038 | QUESTSAVERS | 800-527-1656 TX | 8.95 | |
| 02/07 | 02/07 | 24692161600DXLRQM | TWX*AOL PREMIUM SVCE 0105888-265-9269 VA | | 12.90 | |
| 02/07 | 02/07 | 24692161600DZAJ6A | TWX*AOL SERVICE 0105    800-827-6364 VA | | 23.90 | |
| 02/21 | 02/21 | *FINANCE CHARGE* | PURCHASES  $1.06 CASH ADVANCE  $0.00 | | 1.06 | |

YOUR ACCOUNT IS PAST DUE. PLEASE REMIT

FULL MINIMUM PAYMENT DUE IMMEDIATELY.

THIS ACCOUNT HAS BEEN REPORTED LOST OR STOLEN.  PLEASE DO NOT USE THIS ACCOUNT NUMBER.

YOU WILL RECEIVE A STATEMENT WITH YOUR NEW ACCOUNT NUMBER AND BALANCE INFORMATION.

TOTAL *FINANCE CHARGE* PAID IN 2004    $0.00

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO

CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS,

OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED

A199

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call
302-652-2378      800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**WILMINGTON TRUST VISA SERVICES**

**Account number   4098 0000 3712 7854**

COLEMAN D HOMSEY
ELLEN HOMSEY
466 SNUFF MILL LANE
HOCKESSIN DE 19707-9643

IN YOUR CREDIT REPORT.

## FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $89.90 | 14.000% | 14.000% | 0.0384% | $1.06 |
| Cash Advances | $0.00 | 14.000% | 14.000% | 0.0384% | $0.00 |

## QUICK TIPS

PARA ASISTENCIA EN ESPAÑOL,
LLAME 1-800-523-2378 Y OPRIMA EL NÚMERO DOS.

A200



**WILMINGTON**
**TRUST**

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service inquiries, call
302-652-2378        800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621



# CHUBB GROUP OF INSURANCE COMPANIES

### EASTERN CLAIM SERVICE CENTER

600 Independence Parkway
Chesapeake, Virginia  23320-5190
Phone: 800-252-4670   Facsimile: 757-222-4699

**Mailing Address:**
PO Box 4700
Chesapeake, VA 23327-4700

December 4, 2006

Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

RE:    Insured Name:    Coleman DuPont Homsey
       Policy Number:   1268092901
       Date of Loss:    10/01/04
       Cause of Loss:   Forgery Claim
       Company:         Vigilant Insurance Company

Dear Mr. Spadaro:

This letter is in reference to the above listed incident and to confirm that we received it in our office on January 5, 2006.

Enclosed please find a check in the amount of $10,000.00 which represents the maximum payment for Credit Cards, Forgery, and Counterfeiting claims under the Homsey's above referenced policy.

This policy offers coverage for Credit Cards, Forgery, and Counterfeiting.

Credit cards, forgery, and counterfeiting

We cover a covered person's legal obligation, up to a total of $10,000 for:

- loss or theft of a credit or bank card issued to you or a family member, provided that all the terms for using the card are complied with;

- loss caused by theft of a credit card number or bank card number issued to you or a family member when used electronically, including use on the Internet, provided that all the terms for using the card are complied with;

- loss caused by forgery or alteration of any check or negotiable instrument; or

- loss caused by accepting in good faith any counterfeit paper currency.

A201

We will defend a claim or suit against you or a family member for loss or theft of a credit or bank card. We have the option to defend a claim or suit against you or a family member (or against a bank, with respect to this coverage) for forgery or counterfeiting.

We may investigate, negotiate, and settle any such claim or suit at our discretion. Our obligation to defend ends when our payment for the loss equals $10,000.

In the event of a claim, the covered person shall comply with the duties described in Policy Terms, Property Conditions, Your duties after a loss and Policy Terms, Liability Conditions, Your duties after a loss. In addition, the covered person shall notify the credit card service company or the issuing bank.

This coverage does not apply to losses covered under Identity fraud.

Personal Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage which takes place anytime during the policy period and are caused by an occurrence, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in Exclusions.

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies:

"Occurrence" means an accident or offense to which this insurance applies and which begins within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

If you have any questions, call me at 1-800-252-4670, extension 4118, between the hours of 8:00 am and 4:30 p.m.

Sincerely,

Christopher T. Evans
Identity Fraud Claims Examiner
757-222-4699 fax
ctevans@chubb.com

A202

CHUBB GROUP OF INSURANCE COMPANIES
P.O. Box 4700
Chesapeake, VA 23227-4700

Page 1 of 1
Date of Loss: 10/01/2004
Policy: 001268092901
Occurrence: 000001
Insured: Coleman Homsey
Print Date: 12/4/06 10:00:01 AM



# Payment Summary

**IssueDate:** 12/04/2006
**Check Number:** 2860100
**SSN#/TIN#**

**Payee:** Coleman Homsey

| Date | Claimant | Description | Amount |
|---|---|---|---|
| | Coleman Homsey | Credit Cards, Forgery & C | 10,000.00 |

ATTACHMENTS
Comments:

**Check Total:**     10,000.00

Claim Representative: CHRISTOPHER EVANS          Phone: (800)252-4670

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

VIGILANT INSURANCE COMPANY
P.O. Box 4700
Chesapeake, VA 23227-4700

CHUBB

2860100          60-160
12/4/06 10          333

Claim Ref# 0050001668

Mellon Bank N. A.
PITTSBURGH, PA

PAY TO THE
ORDER OF: **Coleman Homsey**

THE SUM OF: **Ten Thousand and 00/100 Dollars**

$******10,000.00

IN SETTLEMENT OF: credit card, forgery & counterfeiting claim

Coleman Homsey
466 Snuff Mill Ln
Hockessin, DE 19707-9643

Authorized Signature

⑆00 2860 100⑆ ⑈043301601⑈ 006⑂6544⑆

A203

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-338JJF |
| v. | ) ) | |
| VIGILANT INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

In addition, I certify that the document itself was served by U.S. Mail at the address

shown.

JOHN SHEEHAN SPADARO, LLC
/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Coleman DuPont
Homsey and Ellen Homsey

December 5, 2007

1652