IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 07-338 (JJF) |
| v. | ) ) |
| VIGILANT INSURANCE COMPANY, | ) NON-ARBITRATION CASE ) TRIAL BY JURY DEMANDED ) |
| Defendant. | ) |

### VIGILANT INSURANCE COMPANY'S
### CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Vigilant Insurance Company ("Vigilant" or "Defendant"), by and through its undersigned counsel, hereby opposes the Plaintiffs' Motion for Summary Judgment on the Number of Losses and Thefts (the "Motion"), and respectfully cross-moves for summary judgment to the following effect: that the coverage provision in question ("Credit cards, forgery and counterfeiting") provides an aggregate limit of $10,000. The grounds for Vigilant's opposition and cross-motion are more fully set forth in its Answering Brief in Support of its Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment, filed contemporaneously herewith and expressly incorporated herein be reference.

- 2 -

            EDWARDS ANGELL PALMER & DODGE LLP

            */s/ Denise Seastone Kraft*
            Denise Seastone Kraft (#2778)
            919 North Market Street
            Wilmington, DE 19801
            (302) 777-7770
              *Attorneys for Defendant*
              *Vigilant Insurance Company*

December 19, 2007

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on December 19, 2007, the attached **Vigilant Insurance Company's Cross-Motion For Summary Judgment** was served on the following persons in the manner indicated and was electronically filed with the Clerk of the Court using CM/ECF:

### BY TELECOPY & FIRST-CLASS MAIL

John Sheehan Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE 19707
(302) 235-2536 (Fax)


*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
EDWARDS ANGELL PALMER & DODGE LLP
Wilmington, DE 19801
(302) 777-7770
dkraft@eapdlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 07-338-JJF |
| v. ) ) | |
| VIGILANT INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Vigilant Insurance Company's Cross-Motion for Summary Judgment, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED** and that: Defendant's Cross-Motion for Summary Judgment is **GRANTED**. **IT IS HEREBY DECLARED** that the coverage provision "Credit cards, forgery and counterfeiting" in the Chubb Masterpiece Policy no. 12680929-01 provides an aggregate limit of $10,000.

Dated: _____, 2007/2008

_____
UNITED STATES DISTRICT JUDGE