IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 07-338-JJF |
| v. | ) ) ) |
| VIGILANT INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**STIPULATED ORDER FOR TEMPORARY STAY OF DEADLINES**

WHEREAS, on January 25, 2008, Plaintiffs Coleman DuPont Homsey and Ellen Homsey ("Homsey") and Defendant Vigilant Insurance Company ("Vigilant") agreed in principle to end the pending litigation;

WHEREAS, Homsey and Vigilant would like to stay this action in order to complete the definitive settlement agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled dates and deadlines set forth in the Court's December 4, 2007 Scheduling Order [D.I. 34 and D.I. 41] are vacated, and that this action and any pending decisions on outstanding motions is stayed until February 29, 2008 to permit the parties to explore non-judicial resolution of the pending matter.  If the parties are unable to resolve the pending matter by February 29, 2008, they will:

1.	file a proposed revised schedule, no later than March 3, 2008, resetting the deadlines in the Court's Scheduling Order; and

WLM 512390.1

- 2 -

2. agree that Vigilant's Reply Brief in Support of its Cross-Motion for Summary Judgment shall be due two business days after the filing of any proposed revised schedule.

| **EDWARDS ANGELL PALMER & DODGE LLP** | **JOHN SHEEHAN SPADARO, LLC** |
|---|---|
| */s/ Denise Seastone Kraft* <br> Denise Seastone Kraft (I.D. No. 2778) <br> Joseph B. Cicero (I.D. No. 4388) <br> 919 N. Market Street, Suite 1500 <br> Wilmington, Delaware 19801 <br> 302.777.7770 <br> 302.777.7263 (*Fax*) | *John Sheehan Spadaro* <br> John Sheehan Spadaro (I.D. No 3155) <br> 724 Yorklyn Road <br> Suite 375 <br> Hockessin, Delaware 19707 <br> 302.235.7745 <br> 302.235.2536 (*Fax*) |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

WLM 512390.1