## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLEMAN DUPONT HOMSEY and )
ELLEN HOMSEY, )
                                 )
            Plaintiffs, )
                                 )     C.A. No. 07-338(JJF)
v. )
                                 )
VIGILANT INSURANCE COMPANY, )
                                 )
           Defendant. )

## STIPULATION OF DISMISSAL

Plaintiffs Coleman DuPont Homsey and Ellen Homsey (on the one hand) and Defendant

Vigilant Insurance Company (on the other) hereby stipulate and agree, pursuant to Federal Rule of

Civil Procedure 41(a)(1), that this action is dismissed with prejudice, with each party to bear its own

costs.

**JOHN SHEEHAN SPADARO, LLC**                        **EDWARDS ANGELL PALMER & DODGE LLP**

   *John Sheehan Spadaro*                      */s/ Denise Seastone Kraft*
John Sheehan Spadaro (I.D. No 3155)         Denise Seastone Kraft (I.D. No. 2778)
724 Yorklyn Road                            Joseph B. Cicero (I.D. No. 4388)
Suite 375                                919 N. Market Street, Suite 1500
Hockessin, Delaware 19707                Wilmington, Delaware 19801
302.235.7745                               302.425.7106
302.235.2536 (*Fax*)                      888.325.9741 (*Fax*)

*Attorneys for Plaintiffs Coleman DuPont*     *Attorneys for Defendant Vigilant Insurance*
*Homsey and Ellen Homsey*                  *Company*

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

WLM 512884. 11751

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on this 7th day of March, 2008, the attached

**Stipulation of Dismissal** was electronically filed with the Clerk of the Court using CM/ECF

which will send notification of such filing(s) to the following counsel of record:

> John Sheehan Spadaro, Esq.
> John Sheehan Spadaro, LLC

and that same was caused to be served upon the following in the manner indicated:

### U.S. FIRST-CLASS MAIL

> John Sheehan Spadaro, Esquire
> John Sheehan Spadaro, LLC
> 724 Yorklyn Road
> Suite 375
> Hockessin, DE  19707
> (302) 235-7745
> (302) 235-2536 (fax)

> > /s/ Denise Seastone Kraft
> > Denise Seastone Kraft (#2778)