IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLEMAN DUPONT HOMSEY and ELLEN HOMSEY, <br><br> Plaintiffs, <br><br> v. <br><br> VIGILANT INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 07-338(JJF) ) ) ) ) ) ) |

### STIPULATION OF DISMISSAL

Plaintiffs Coleman DuPont Homsey and Ellen Homsey (on the one hand) and Defendant Vigilant Insurance Company (on the other) hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action is dismissed with prejudice, with each party to bear its own costs.

**JOHN SHEEHAN SPADARO, LLC**

*John Sheehan Spadaro*
John Sheehan Spadaro (I.D. No 3155)
724 Yorklyn Road
Suite 375
Hockessin, Delaware 19707
302.235.7745
302.235.2536 (*Fax*)

*Attorneys for Plaintiffs Coleman DuPont Homsey and Ellen Homsey*

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (I.D. No. 2778)
Joseph B. Cicero (I.D. No. 4388)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
302.425.7106
888.325.9741 (*Fax*)

*Attorneys for Defendant Vigilant Insurance Company*

SO ORDERED this 10 day of March, 2008.

_____
United States District Judge

WLM 512884. 11751